1   United States Department of Justice
    Civil Rights Division
2   Employment Litigation Section
    4 Constitution Square
3   150 M Street N.E.
    Suite 9000
4   Washington, D.C. 20002
    (202) 213-4470
5   Allen.Huang@usdoj.gov

6                    UNITED STATES DISTRICT COURT
                        DISTRICT OF MINNESOTA
7

8   UNITED STATES OF AMERICA,                | Case No. 0:25-cv-04571
                        Plaintiff,            |
    v.                                        |
9                                             | NOTICE OF APPEARANCE
    BOARD OF DIRECTORS OF SPECIAL             |
10  SCHOOL DISTRICT NO. 1, MINNEAPOLIS        |
    PUBLIC SCHOOLS;                           |
11                                            |
    SCHOOL DISTRICT NO. 1, MINNEAPOLIS        |
12  PUBLIC SCHOOLS;                           |
                                              |
13  and,                                      |
                                              |
14  LISA SAYLES-ADAMS,                        |
    SUPERINTENDENT,                           |
15                                            |
                        Defendants.           |
16

17         Allen L. Huang, Trial Attorney in the Employment Litigation Section of the Civil Rights

18  Division of the United States Department of Justice, respectfully enters his appearance on behalf

19  of Plaintiff in this case.

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

February 9, 2026

Respectfully submitted,

/s/ *Allen L. Huang*
ALLEN L. HUANG
(CA Bar No. 309123)
Trial Attorney
U.S. Department of Justice
Civil Rights Division
Employment Litigation Section
4 Constitution Square
150 M Street N.E.
Suite 9000
Washington, D.C. 20002
(202) 213-4470
Allen.Huang@usdoj.gov

*Attorney for Plaintiff*

1

**<u>CERTIFICATE OF SERVICE</u>**

2

I hereby certify that on February 9, 2026, I electronically filed the foregoing Notice of

3

Appearance with the Clerk of Court by using the CM/ECF system. All participants in the case

4

are registered CM/ECF users and will be served by the CM/ECF system.

5

/s/ *Allen L. Huang*
ALLEN L. HUANG

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

26