# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

United States of America,

                    Plaintiff,

v.

Board of Directors of Special School
District No. 1, Minneapolis Public Schools,
Special School District No. 1, Minneapolis
Public Schools, and Lisa Sayles-Adams,
Superintendent,

                    Defendants.

Court File No. 25-cv-04571 (PJS/DJF)

**DEFENDANTS' MOTION TO DISMISS**

---

      **PLEASE TAKE NOTICE** that Defendants Board of Directors of Special School,

District No. 1, Minneapolis Public Schools, Special School District No. 1, Minneapolis

Public Schools, and Lisa Sayles-Adams, Superintendent will move to dismiss Plaintiff's

Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 12(b)(7),

at the date and time set forth in the Notice of Hearing on Motion filed today in the above-

captioned matter.

      This motion is based upon the issues presented herein, as well as Defendants'

Memorandum of Law in Support of Motion and on all of the files, pleadings, and records

in this action.

[SIGNATURE BLOCK ON FOLLOWING PAGE]

**RATWIK, ROSZAK & MALONEY, P.A**.


Dated: February 9, 2026            By: */s/ Timothy A. Sullivan*
                                                     Timothy A. Sullivan (#391526)
                                                     Ratwik, Roszak, & Maloney, P.A.
                                                   444 Cedar St., Suite 2100
                                                   Saint Paul, MN 55101
                                                   (612) 339-0060
                                                   tas@ratwiklaw.com

**ATTORNEYS FOR DEFENDANTS**