## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Court File No. 25-cv-04571 (PJS/DJF) |
| Plaintiff, | |
| v. | **MEET AND CONFER STATEMENT** |
| Board of Directors of Special School District No. 1, Minneapolis Public Schools, Special School District No. 1, Minneapolis Public Schools, and Lisa Sayles-Adams, Superintendent, | |
| Defendants. | |

I, Timothy A. Sullivan, hereby certify that, in accordance with the requirements of Local Rule 7.1(a), I met and conferred with Jeffrey Morrison and Allen Huang, counsel for Plaintiff, on February 9, 2026, via phone conference in an effort to resolve the issues presented by Defendants' Motion to Dismiss. Counsel for Plaintiff and I were unable to resolve the subject matter of Defendants' Motion to Dismiss.

[SIGNATURE BLOCK ON FOLLOWING PAGE]

                                       **RATWIK, ROSZAK & MALONEY, P.A.**

Dated: February 9, 2026　　　　　By: */s/ Timothy A. Sullivan*
　　　　　　　　　　　　　　　　　　Timothy A. Sullivan (#391526)
　　　　　　　　　　　　　　　　　　Ratwik, Roszak, & Maloney, P.A.
　　　　　　　　　　　　　　　　　　444 Cedar St., Suite 2100
　　　　　　　　　　　　　　　　　　Saint Paul, MN 55101
　　　　　　　　　　　　　　　　　　(612) 339-0060
　　　　　　　　　　　　　　　　　　tas@ratwiklaw.com

　　　　　　　　　　　　　　　　**ATTORNEYS FOR DEFENDANTS**