# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>v.<br><br>Board of Directors of Special School District No. 1, Minneapolis Public Schools, Special School District No. 1, Minneapolis Public Schools, and Lisa Sayles-Adams, Superintendent,<br><br>  Defendants. | Court File No. 25-cv-04571 (PJS/DJF)<br><br>**[PROPOSED] ORDER** |

Defendants have brough before this Court a Motion to Dismiss pursuant to Rule 12(b)(1), 12(b)(6), and 12(b)(7) of the Federal Rules of Civil Procedure. Based upon the grounds set forth by the above-named Defendants in their motion, memoranda, argument of counsel, and upon a review of the files and proceedings in this matter, this Court makes the following:

## ORDER

The Motion to Dismiss is hereby GRANTED.

LET JUDGMENT BE ENTERED ACCORDINGLY

Dated: _____                    BY THE COURT

                                            _____
                                            Chief Judge Patrick J. Schiltz