**R | R | M**

Ratwik, Roszak & Maloney, P.A.

Timothy A. Sullivan
tas@ratwiklaw.com

May 6, 2026

**VIA ECF**
The Honorable Patrick J. Schiltz
Chief U.S. District Judge, District of Minnesota
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

   RE: *U.S.A. v. Minneapolis Public Schools, et al.*
      Court File No. 25-cv-04571 (PJS/DJF)
      Our File No. 0001-0334

Dear Judge Schiltz:

I write to correct an inadvertent misstatement I made during today's hearing on Defendants' Motion to Dismiss.

In response to the Court's question, I stated my understanding that no licensed teachers had been excessed or laid off since the challenged contract language was included in the collective bargaining agreement. After the hearing I was informed that excessing and layoffs of licensed teachers have occurred since the challenged language went into effect. However, in none of those instances was the challenged contractual language applied to determine whether a teacher was excessed or laid off.

I provided a courtesy copy of this correspondence to Counsel for the United States prior to filing. I apologize for any confusion my earlier statement may have caused the Court.

      Respectfully,

      *s/Timothy A. Sullivan*

      Timothy S. Sullivan

*Over 35 Years of Service*