**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,                         Court File No. 25-cv-04571 (PJS/DJF)

          Plaintiff,

v.

Board of Directors of Special School
District No. 1, Minneapolis Public Schools,
Special School District No. 1, Minneapolis
Public Schools, and Lisa Sayles-Adams,
Superintendent,

          Defendants.

---

**SECOND DECLARATION OF ALICIA MILLER IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS**

---

STATE OF MINNESOTA      )
                        ) ss.
COUNTY OF HENNEPIN    )

I, Alicia Miller, under penalty of perjury, declare as follows:

1.    I am a Senior Human Resources Officer employed by Minneapolis Public Schools (MPS). I make this Second Declaration based on personal knowledge and in response to the Court's request during the May 6, 2026 hearing on Defendants' Motion to Dismiss.

2.    A true and correct copy of the 2025-2027 Master Agreement (2025-2027 CBA) between MPS and MFE is attached hereto as **Exhibit 5**. The 2025-2027 CBA governs the terms and conditions of teachers employed by MPS for the period of July 1, 2025 through June 30, 2027.

3.    The 2025-2027 CBA incorporates the terms of the November 24, 2025 Tentative Agreement that was previously submitted to the Court as **Exhibit 4** to my previous declaration. The 2025-2027 CBA was signed by MPS and MFE on May 13 and 14, 2026.

1

2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 15, 2026                    *s/Alicia Miller*
                                            Alicia Miller

2