

# MINNEAPOLIS FEDERATION OF EDUCATORS
### LOCAL 59, AFL-CIO, AFT, NEA

**AND**

# MINNEAPOLIS BOARD OF EDUCATION
### Special School District No. 1
### Minneapolis, Minnesota
### An Equal Opportunity School District

# *2025-2027*

# TEACHER CONTRACT, MEMORANDA & POLICIES

## JULY 1, 2025 TO JUNE 30, 2027

**EXHIBIT 5**

## MINNEAPOLIS BOARD OF EDUCATION

| | |
|---|---|
| Collin Beachy | Chair |
| Kim Ellison | Vice Chair |
| Abdul Abdi | Director, District 1, Treasurer |
| Sharon El-Amin | Director, District 2 |
| Lucie Skjefte | Director, District 3 |
| Adriana Cerrillo | Director, District 4 |
| Lori Norvell | Director, District 5, Clerk |
| Joyner Emerick | Director, At Large |

## DISTRICT NEGOTIATING COMMITTEE

| | |
|---|---|
| Alicia Miller | Senior Human Resources Officer |
| Ty Thompson | Deputy Superintendent |
| Maria Rollinger | Executive Director of Core Academics |
| Aviva Hillenbrand | Executive Director of Community Education |
| Donnie Belcher | Executive Director, Communications & Engagement |
| Mauri Friestleben | Principal, North High School |
| Shannon Tenner | Principal, Justice Page Middle School |
| Tara FitzGerald | Principal, Lake Nokomis – Wenonah Elementary School |
| Eric Howard | Director of Human Resources Business Partners |
| Cavan Gahagan | Manager, Community Education Programs |
| Diane Dee | Manager, Budget & Planning |
| Michelle Staack | Administrator, Human Resources Strategic Projects |
| Jerry Gibson | Human Resources Business Partner |
| Dante Steward | Financial Analyst |

## UNION NEGOTIATING COMMITTEE

**Lead Negotiators:**

| | | | |
|---|---|---|---|
| Lizz Done | TOSA PAR Mentor | PAR Mentors | Teacher |
| Nate Hart-Andersen | Adult Education | Adult Education | Teacher |
| Katrinka Zackery | School Success Program Assistant | Camden | ESP |

**Negotiating Committee Members:**

| | | | |
|---|---|---|---|
| Kristen Albinson | Reserve Teacher | Stadium View | Teacher |
| Nat Anderson-Lippert | Organizing Director | | MFE |
| Anna Ashcroft | School Nurse | Andersen/HRS | Teacher |
| Kristen Bledsoe | Admin/Executive Assistant | | MFE |
| Andrew Bradford | English | Franklin | Teacher |
| Christina Brantner | Music Therapist | Transition Plus | Teacher |
| Tracy Byrd | English | Washburn | Teacher |
| Kate Ditter | English Secondary Language | Waite Park | Teacher |
| Natasha Dockter | District Program Facilitator | Teacher Development | Teacher |
| Tiffany Doherty | Math | Anwatin | Teacher |
| Daniel Dorff | Special Education Assistant | Riverbend | ESP |
| Megan Duncan | Counselor | Hall, Cityview | Teacher |
| Shannyn Fagerstrom | Social Worker | Mona Moede, Stadium View | Teacher |
| Theo Freier | Adult Education | Adult Education | Teacher |
| Jill Hartmann | Science | Edison | Teacher |
| Meaghan Harvey | Special Education (SERT) | Bryn Mawr | Teacher |
| Mikel Herb | Special Education Assistant | Sanford | ESP |
| Joshua Hermerding | English Secondary Language | Lucy Laney | Teacher |
| Alicia Hokanson | Special Education | Wilder ECSE | Teacher |
| Jane Hornsby | Social Studies | Northeast | Teacher |
| Marcia Howard | President | | MFE |
| Elizabeth Ihde | Special Education Assistant | Camden | ESP |
| Bonita Jones | Business Agent - ESP | | Education MN |
| Ashley Kemp | English | Roosevelt | Teacher |
| Brit Leanos | Associate Educator | Washburn | ESP |
| Mike Leiter | Business Agent - Teachers | | MFE |
| Michelle Loomans | Elementary | Armatage | Teacher |
| Kristi Main | Library Media Specialist | Armatage, MPS Online 6-12 | Teacher |
| Mary Manor | English | Washburn | Teacher |
| Catherine McDonnell-Forney | Associate Educator | Dowling | Teacher |
| Cindy Morgan | School Success Program Assistant | Adult Education | ESP |
| Ashley Penney | Elementary | Pillsbury | Teacher |
| Emma Peterson | Special Education | Sullivan | Teacher |
| Samuel Quincy | Social Studies | Ella Baker | Teacher |
| Timothy Ray | Special Education Assistant | Southwest | ESP |
| Benjamin Robinson | Special Education Assistant | Barton | ESP |
| Jose Rodriguez | Special Education (SERT) | Windom | Teacher |
| Kate Ryan | Preschool | Lyndale | Teacher |
| Caitlin Samuels | Social Worker | Windom | Teacher |
| Kimberly Shelton | Math | Anthony | Teacher |
| Jane Swatosh | Business Agent - Teachers | | MFE |
| Theresa Tauer | School Nurse | Health Services | Teacher |
| Catina Taylor | President | | ESP |
| Treasure Thoreson | Special Education (DCD-MM) | Hmong IA | Teacher |
| Daniel Troccoli | Social Studies | Justice Page | Teacher |
| Aaron Vizenor-Hammerly | Social Studies | Edison | Teacher |

# TABLE OF CONTENTS

**Section I.**          **Agreement Relative to Terms and Conditions of Employment .............. 7**

Article 1          Collective Bargaining Agreement, Publication, Duration, Board Rights .......... 11
Article 2          Teacher Assignments and Schedules ..................................................... 16
Article 3          Teacher Rights and Responsibilities ...................................................... 23
Article 4          Shared Leadership for Continuous Improvement ...................................... 31
   Addendum 1          School Performance Management Continuum ........................................... 60
   Addendum 2          Decision-Making Parameters ............................................................... 61
Article 5          Professional Development ................................................................... 66
   Addendum 1          Finding Time for the Profesional Development Process ............................ 130
Article 6          Student Behavior/Discipline ............................................................... 132
Article 7          Basic Salaries, Rates of Pay, Other Assignment, Work, and Schedules ....... 138
Article 8          Reserve Teachers ............................................................................ 150
Article 9          Group Benefits ................................................................................ 152
Article 10          Personal Injury/Property Benefits ...................................................... 161
Article 11          Leaves of Absence .......................................................................... 162
Article 12          Working Conditions .......................................................................... 179
Article 13          Class Size and Caseload ................................................................... 181
Article 14          Grievance Procedure ........................................................................ 186
Article 15          Job Share Procedures ....................................................................... 189
Article 16          Transfer, Reassignment, and Recall .................................................... 192
   Addendum 1          ASSIGNMENT SCHEDULING PARAMETERS ................................................... 209
   Addendum 2          Guidelines For Transfer And Reassignment ........................................... 210
Article 17          Technology ..................................................................................... 213
Article 18          Seniority ........................................................................................ 214

**Section II          Salary & Wage Schedules ................................................................. 215**

Schedule  A          7–1–2025 to  6–30–2026 (2.0% eff. 7-1-2025) ......................................... 215
Schedule  A          7–1–2025 to  6–30–2025 (2.0% eff. 7-1-2025), Continued ........................... 216
Schedule  B1          6–30–2026 – Conversion Schedule ...................................................... 217
Schedule  B1          6–30–2026 – Conversion Schedule, Continued ....................................... 218
Schedule  B2          7–1–2026 to  6–30–2027 (2.0% eff. 7-1-2026) ......................................... 219

Schedule  C          Co-Curricular Pay Schedules .............................................................. 220
Schedule  C1          Senior High Athletics ....................................................................... 221
Schedule  C2          Middle School Athletics .................................................................... 221
Schedule  C3          Events Supporting Personnel ............................................................. 222
Schedule  D          Student Activities and Programs, Coaching and Coordinating ................... 222
Schedule  D1          Academic Activities .......................................................................... 222
Schedule  D2          Culture/Service Learning/Student Leadership/Activities ........................... 223
Schedule  D3          Intramural/Recreational/Sports Activities ............................................. 223
Schedule  D4          Homework Hotline ........................................................................... 223
Schedule  E          Resident, Dr. Ed., and Mentors, Locker Mgrs, Sch. Patrol ....................... 224
Schedule  F          Staff Development, Other Hourly Rates, Stipends ................................... 225

Section I.  Agreement Relative to Terms and Conditions of Employment

**Section III     Signature of Parties**................................................................**227**

**Section IV     Memoranda of Agreement (MOAs)** ...........................................**228**
American Indian Best Practice and Pathway Sites.................................................. 228
Annual Staff Survey, Exit Surveys, and Data Review............................................. 230
Joint Labor-Management Training Sessions ......................................................... 232
Library Media Specialists ................................................................................... 234
Recall for Impacted Educators............................................................................ 236
Special Education Workload ............................................................................... 238
Task Force – Revisions to Articles 2 and 16 ........................................................ 240

**Section V     Selected Minnesota Statutes** .......................................................**242**
122A.41 Teacher Tenure Act, Cities of the First Class, Definitions.......................... 242

**Section VI     School Board Policies** ................................................................**250**

**Glossary of Acronyms and Terms**....................................................................**251**

**INDEX**               .......................................................................................**254**

Section I.  Agreement Relative to Terms and Conditions of Employment

## Section I.   Agreement Relative to Terms and Conditions of Employment

### Commitment to a Respectful Climate and Culture

The Minneapolis Public School District and the Minneapolis Federation of Educators Local 59 share a fundamental and abiding commitment to the education of the students of Minneapolis and, therefore, are committed to fostering and building a respectful climate and culture that advances student learning.  They recognize and greatly appreciate the extraordinary commitment of teachers, administrators and other employees in the system who work to create a system in which the staff and students can learn, grow, thrive, and be healthy. Yet the parties to this agreement believe that the Minneapolis Public School system as a whole must do more to meet the needs and expectations of all students and of the community.

By working together through continuous improvement, effective communication, and meaningful involvement in the decision-making process, we provide a high quality education to every student. We are committed to shared responsibility and a collaborative partnership integrated into an organizational culture of respect.

The commitment to foster an organizational culture of respect that is embedded throughout the school system is a priority of the school board, union leadership and its members, and the Superintendent, executive staff and principals. This culture is built on the belief that all members of the Minneapolis Public School district are essential to a successful learning environment. We are committed to:

- Trusting one another
- Use of collaborative and interest-based processes
- Recognizing the collective bargaining relationships as opportunities to enhance this culture
- High expectations for all staff and students that are reasonable, clear and transparent
- Open, honest contributions without fear of retribution
- Respect for various points of view
- Civility in all of our interactions
- Team building and working together as a team.
- Recognition that employee's provide valuable contributions
- Open and effective communication

We believe through these support structure we can foster and sustain a culture of respect. In order to be effective, these support structures should be embedded throughout the system, viable and accessible to everyone, and seen as fair and equitable.


### Together We Learn

**The Goal**

The parties to this Agreement share a fundamental and abiding commitment to the education of the students in the Minneapolis Public Schools.  We recognize and greatly appreciate the extraordinary commitment of teachers, administrators and other employees in the system.  We work to create a system in which the staff can learn, grow, thrive and be healthy.

We believe that the Minneapolis Public School system as a whole must do more to meet the needs and expectations of all students and of the community.  In particular, this community of educators finds the gaps in learning between cohorts of students as unacceptable.  Therefore, we are rededicating our mission to raise the level of achievement of all students.

This agreement is dedicated to doing better.  Change requires intensive, carefully planned, and skillfully executed implementation.  Strong, consistent leadership, system-wide communication and widespread training are needed to continue to transform the culture of the District so that all students learn effectively.  To achieve real educational improvement, the parties and the community will have to work collaboratively to achieve an atmosphere of trust, innovation, and mission-driven purpose.

In the spirit of a true learning community, The Minneapolis Public Schools "exist to ensure that all students learn".  We support their growth into knowledgeable, skilled and confident citizens capable of succeeding in their work, personal and family life.  We invite the rest of the community to join them in this effort.  Working together, success is assured.

Section I.  Agreement Relative to Terms and Conditions of Employment

**The Challenge**

Minneapolis children come to school from homes that are diverse in culture, language, and economic status.  It is our chosen task to embrace all of these children and their families and to join with them in a community of learners.  Everyone in the Minneapolis Schools works to foster the success of all students in all classrooms.  Our purpose will be to make the changes necessary to make success a reality.

However great the challenges may be in educating all Minneapolis students to their full potential as individuals, we are determined to tackle them.  This agreement is designed to facilitate whatever change may be needed.  We recognize that the work of Teachers and Related Services Professionals (herein the term "Teacher" will include Related Services Professionals in this Agreement) and students in classrooms is the only business of schools and must be the focus of our support and intention.

Teachers acknowledge their need to learn as many are overwhelmed by the monumental task of providing support to such a diverse student body.  Teachers may be unprepared or unsure how to most effectively communicate with, support and encourage students and parents whose linguistic, ethnic or economic background differs from their own.  Teachers want and need continual professional development but also need the system to recognize and support their extraordinary efforts to educate all children.

Some Basic Education principles guide our work:

- Student achievement is our primary focus
- The Strategic Direction for the Minneapolis Public Schools

In addition to these goals of improved educational growth and achievement for all students, we share fundamental assumptions about educational philosophy that should inform the interpretation and implementation of this Agreement.  In order to effectively meet our goals, individuals need the mutual respect and collegiality of a professional working community.  Teachers have a need for support and a desire to share ways to improve what they do.

**The Importance of School-Based Decision-Making**

We believe that decision-making is best when those closest to the classroom are involved.  Each school community has the best knowledge and is in the best position to craft appropriate and effective strategies to be successful at the primary task of the continuous improvement of student achievement.  The school is where people make a difference in the daily life of each student.  School-based decision-making brings people together who share the responsibility for needed changes and the corresponding accountability for results achieved.

**The Importance of Flexibility and Innovation**

The background and skills of staff, students, parents, and administrators vary widely, as do the dynamics of groups.  The staff of each school should have flexibility to work with teachers, other employees and stakeholders to develop and implement and assess their School Improvement Plan within the provisions of the District Strategic Direction, the District Improvement Agenda, and the provisions of this Agreement.  District and school efforts should complement each other.  The District should facilitate the communication of the efficacy of professional practices (what's working and what's not) across the District from school to school, teacher to teacher, and classroom to classroom.

**The Importance of Professional Development**

We believe in investing in those who deliver services to students.  Professional development programs need to support teachers, site teams, and administrators in their efforts to deal with the challenges of urban education.  The District shall use the National Staff Development Standards to guide their support processes.  In order to achieve our goal of success for all, professional development opportunities need to strategically address the gaps in learning between cohorts of students.

**The Importance of Accountability for Quality and Performance**

We are committed to an accountability process that establishes a cycle of goal setting, action, assessment of results, initiating needed changes to improve performance and renewed planning.  Accountability also means sharing of results.  All actions are directed toward student growth and achievement in a supportive learning environment.  Classroom and student accountability require a shared commitment.

- Teachers are accountable for the growth and progress of all students.

Section I.  Agreement Relative to Terms and Conditions of Employment

- Students and families are accountable for their own effort, behavior and progress.
- Principals must provide an environment and professional culture in which skilled teachers can accomplish their goals.
- District offices and staff work with schools to support them in their improvement efforts.

We agree to work together to be accountable for closing the gap.

**The Importance of Data**

We believe that decision-making at all levels in the District needs to be data-driven.  Good, timely data is the basis for quality decisions and accountability from Board, to sites, to teachers, to students. We are committed to developing, understanding, and using data to guide and assess our work to help all students learn:

- School Boards and District administrators use data to develop policy direction, provide instructional and support services, focus grants and funding, and to report student progress to community and families.
- School teams must use current, site-specific data to determine their goals, predict the practices, processes and programs that will best meet the needs of all students at the site, and to revise and evaluate their progress toward goals.
- Teachers need access to multiple sources of student data to plan, deliver, and adjust instruction to meet the needs of all students in the classroom.  Teachers often develop their own data through action research projects.
- Relevant data regarding student progress should include multiple measures of student growth by individual students and cohorts of students over time.

**The Importance of Family and Community Involvement**

Schools are most effective when they have the full support and involvement of families and community. Continued effort is needed to build communication and trust between schools and families so that all students learn successfully.  The school-home connection enables families and teachers using the District Family Involvement Standards to become effective partners in developing, monitoring and stimulating the academic growth of each student.  Families/communities share a responsibility.  All share a responsibility.

**The Importance of Diversity**

We recognize that the diversity of the Minneapolis Public Schools is one of its greatest assets in the education of our students to prepare them to participate in a diverse world.  In recognition of the strength in our diversity, we renew our commitment to ensure a climate throughout the school system that treats each student, parent, and employee with respect, dignity, and sensitivity to their unique needs and culture and to increasing the diversity of the District's workforce through attention to policies and practices that promote that goal.  All District employees are committed to working together toward the elimination of diversity bias, particularly racism and cultural bias, as factors affecting student achievement and learning experiences in accordance with the District Diversity and Equity Policy #2215.

**The Importance of Collaborative Working Relationships**

We are committed to working together to do what is best for students.  We share the common goal of improved student achievement for all and are dedicated to working with mutual respect, clear and direct communication, a willingness to learn and a practice of checking out assumptions before reaching conclusion.  Developing and maintaining a collaborative relationship requires all parties to act as professional colleagues who share a common dedication to student achievement.

The goal is to create an environment where teachers can teach successfully.

**The Importance of Assessment of Site Processes**

Within the school improvement planning process, each school sets goals, plans action steps, acts, evaluates, and adjusts---in order to improve student achievement. A critical step is the assessment step that includes the school community in discussing "what's working? what's not? why? and how do we adjust?". While these steps refer to specific actions to improve student achievement, the same process is necessary for site-based management itself.  "How are we making decisions? Is it working? Why or why not? How do we adjust? What decisions would better be made elsewhere or in another manner?"  These self-assessment steps are the hallmark of a "learning organization" and a community of learners.  Self-

Section I.  Agreement Relative to Terms and Conditions of Employment

assessment and continuous improvement processes will exist in all aspects of the organization and all programs within the Minneapolis Public Schools so that we are truly a community of learners.

**The Reward**

The result desired from collaborative site-based management and improvement planning is to create a climate of success.  In our schools, the faculty, family members, administration, students, and other community participants work together for school improvement, better student achievement, increased satisfaction among professionals, greater involvement by and with family members, and stronger support from the community.

---

### MISSION STATEMENT:

"Minneapolis Public Schools exist to provide a high quality, anti-racist, culturally responsive education for every Minneapolis student."

---

## Article 1    Collective Bargaining Agreement, Publication, Duration, Board Rights

1.1   **Collective Bargaining Agreement, Definition:**  This Agreement is a formal, written, binding agreement between the Minneapolis Public Schools and the Minneapolis Federation of Educators, Local 59 wherein are set the wages, hours, terms, and conditions of employment plus any benefits negotiated.  Breach of the contract by either side may be cause for a grievance, arbitration, or a charge of unfair labor practice as appropriate to the circumstances in accordance with this Agreement, PELRA, Teacher Tenure Act provisions, as well as other applicable legal authority or precedent.

   1.1.1   **Parties**: This Agreement, entered into between the Board of Education of Special School District #1, Minneapolis, Minnesota, hereinafter referred to as the Board of Education, and the Minneapolis Federation of Educators (certified by the Director of the Bureau of Mediation Services as the exclusive representative) hereinafter referred to as the Union or Local 59, pursuant to and in compliance with the Public Employment Labor Relations Act, hereinafter referred to as the PELRA, to provide the terms and conditions of employment for teachers during the duration of this Agreement.

   1.1.2   **Recognition**: In accordance with the Public Employees Labor-Relations Act (PELRA), the Board of Education recognizes the Minneapolis Federation of Educators, Local 59, as the exclusive representative of teachers employed by the Board of Education, Special School District #1, which exclusive representative shall have those rights and responsibilities as prescribed by the PELRA and as described in the provisions of this Agreement.

   1.1.3   **Exclusive Right to Negotiate:** The Board of Education, or its representatives, shall not meet and negotiate or meet and confer with any employee or group of employees who are at the time designated as a member or part of the teachers' bargaining unit except through Local 59.

   1.1.4   **Released Time for Negotiations:** When negotiating sessions are scheduled, during school hours, by mutual consent between Local 59 and the Board of Education, or its duly designated officials members of the teachers' negotiating team will be released from their regular teaching responsibilities for this purpose.

   1.1.5   **Released Time and/or Leave for Representatives**: The Board of Education will afford released time to elected officers or appointed representatives of the Minneapolis Federation of Educators, Local 59 for the purposes of conducting the duties of the Minneapolis Federation of Educators, Local 59 and must, upon request, provide for leaves of absence to elected or appointed officials of the Minneapolis Federation of Educators, Local 59.

   1.1.6   **Union Business Leave:** An annual allotment of one hundred (100) person days shall be established for the exclusive allocation of the Union.  Individuals certified by the Union to use this time shall be released without loss of pay.  The cost of reserve teacher service for these individuals shall be borne by the Union and shall be paid as used and billed by the Finance Department.  An additional allotment of fifty (50) days will be established for the exclusive allocation of the union for the specific purpose of mediation if the (100) days have been depleted.

   1.1.7   **Access for Union Activities**

   a.   **General Statement:**

   1.   In the interest of maintaining labor-management relationships and efficient and appropriate use of District time and resources, the District will allow Union access to District email and school mailboxes by MFE representatives for certain union activities.

   2.   Union use of systems is subject to the same condition as employee use as set forth in District policy.

Collective Bargaining Agreement, Publication, Duration, Board Rights

b. **Scope of Usage:**  The District will permit access as follows:  bulletins, flyers, union newsletters, meeting notices, general dissemination of information to members, contract information, union election process information and results, and notification of unit clarification/determination decision.

Communications/Items will be identifiable as union communications or materials.

The Union or its appointed designee (e.g. stewards) will bear the responsibility for distributing MFE materials.

c. **Limitations on Usage:**  District-owned property and services, including the email system and school mailboxes may not be used for the following:  political activities, fund-raising, campaigning for union office, strike activities, or solicitation of employees for union membership.  The MFE must request prior approval for the use of email systems and school mailboxes for activities that are not specifically approved in this document.

d. **Email System:**  The Union agrees to use the District email system as follows:

- The Union will limit mass communications to no more than five (5) emails per week, excluding joint District/MFE communications.

e. **School Mailboxes:**  The Union agrees to use the school mailboxes as follows:

- The Union will limit communication to one school mailbox entry per week.

- The Union or building steward will not use District equipment for printing any union or school mailbox materials

f. **Access to School Sites:**  Union designated representatives may access school sites, where the Union represents members of this bargaining unit, for proper and non-disruptive business activities during the regular hours for the building being accessed, provided that:

1. The Union will make reasonable efforts to notify the administrator in charge of the site that it intends to access the site on a specific date and time at least one (1) business day before accessing the site except in urgent circumstances.

2. The Union's designated representatives shall not meet with bargaining unit members during the member's student contact time or PLC/collaboration time.

3. The Union's designated representatives shall follow the standard sign-in procedures for the site.

g. **Access Outside of Building Hours:**  In order to access buildings outside of the regular building hours, the Union will follow the stated District Facilities Reservation System.

Collective Bargaining Agreement, Publication, Duration, Board Rights

1.1.8 **Employee Lists:** The District agrees to provide the following information on a weekly basis in electronic form:

a. Weekly Data Reports:

1. Main Employee ID number
2. Employee ID number
3. Last name
4. First name
5. Middle name
6. Adjusted date of hire
7. Leave start date
8. Leave expected return date
9. Original hire date
10. Seniority date
11. Weekly hours
12. Personnel subarea
13. Employee group
14. Employee sub-group
15. Position
16. Job
17. Work location
18. Current site
19. FTE

b. Weekly Teacher Adds, Moves, and Drops:

1. Main Employee ID number
2. Employee ID number
3. Last name
4. First name
5. Middle initial
6. Effective date
7. Action type
8. Position
9. Personnel area
10. Address
11. City
12. State
13. Zip code
14. Employee subgroup
15. Weekly hours
16. Subject
17. Position
18. Location
19. School or assigned work site
20. Classification
21. Work email
22. Work phone and/or extension
23. Seniority date
24. Seniority number
25. Probationary or tenure status
26.

1.2 **Publication of Agreements:** Any agreements reached relating to terms and conditions of employment and any other policies adopted as a result of the processes provided for in the Public Employment Labor Relations Act and such other matters as may be pertinent shall be incorporated in an appropriately designed document/publication, a copy of which shall be distributed to every member of the professional staff of the Minneapolis Public School system within sixty (60) working days.

1.3 **Duration of Agreement:**

1.3.1 **Term and Reopening Negotiations:** This Agreement shall remain in full force and effect for a period commencing on July 1, 2023, through June 30, 2025, and thereafter until a new agreement is reached.  If either party desires to modify or amend this Agreement, it shall give written notice of such intent no later than May 1, 2025.

1.3.2 **Effect:**  This Agreement constitutes the full and complete Agreement between the Board of Education and the Minneapolis Federation of Educators representing the teachers of the District.  The provisions herein relating to terms and conditions of employment supersede any and all prior agreements, resolutions, practices, school district policies, rules or regulations concerning terms and conditions of employment inconsistent with these provisions.

1.3.3 **Finality:**  Any matters relating to the current contract term, whether or not referred to in this Agreement, shall not be open for negotiation during the term of this Agreement.

1.3.4 **Severability Clause (Agreements Contrary to Law):** If any provisions of this Agreement or any application of the Agreement to any teacher or group of teachers shall be found contrary to state or federal law, then this provision or application shall be deemed invalid except to the extent permitted by law, but all other provisions hereof shall continue in full force and effect.  The provision in question shall be renegotiated by the parties.

1.4 **Definitions:**

1.4.1 **Terms and Conditions of Employment:**  The hours of employment, the compensation therefore, including fringe benefits, except retirement contributions or benefits, and the employer's personnel policies affecting the working conditions of employees.  In the case of professional employees, the term does not mean educational policies of the District.

1.4.2 **Teacher**: The term "Teacher" used in this Agreement shall mean all professional employees of Special School District #1 as defined by MN Statute §179A.03, Subd. 18, which states:  " 'Teacher' means any public employee other than a superintendent or assistant superintendent, principal, assistant principal, or a supervisory or confidential employee, employed by a school district:  (1) in a position for which the person must be licensed by the Professional Educator Licensing and Standards Board (PELSB) or the commissioner of education; or (2) in a position as a physical therapist, occupational therapist, art therapist, music therapist, or audiologist; or (3) in a position creating and delivering instruction to children in a preschool, school readiness, school readiness plus, or prekindergarten program or other school district or charter school-based early education program, except that an employee in a bargaining unit certified before January 1, 2023, may remain in a bargaining unit that does not include teachers unless an exclusive representative files a petition for a unit clarification or to transfer exclusive representative status." All teachers on leave of absence shall be included.

1.4.3 **Other Terms**: Terms not defined in this agreement shall have those meanings as defined by the PELRA.

1.5 **Board of Education Rights:**

1.5.1 **Management Rights and Responsibilities:** It is the right and obligation of the Board of Education to efficiently manage and conduct the operation of the school district within its legal limitations and with its primary obligation to provide educational opportunity for the students of the school district.

1.5.2 **Effect of Laws, Rules and Regulations:** All employees covered by this Agreement shall perform the teaching services as agreed in this contract.  The Board of Education and its duly designated officials have the right, obligation and duty to promulgate rules, regulations, directives and orders from time to time as deemed necessary by the Board of Education and

its duly designated officials insofar as such rules, regulations, directives and orders are consistent with the terms of this Agreement.  The Board of Education, all employees covered by this Agreement, and all provisions of this Agreement are subject to the laws of the State Board of Education, and valid rules, regulations and orders of State and Federal governmental agencies.  Any provision of this Agreement found to be in violation of any such laws, rules, regulations, directives or orders shall be null and void and without force and effect.

1.5.3 **Physical Examination at Request of Superintendent:**  The Superintendent of Schools may request a physical or psychiatric examination of any employee.  Whenever an examination is required, the request shall be accompanied by a written statement with valid reasons for the request.  Employees may select the physician who shall furnish a report of the examination to the school physician at the Board of Education's expense.  If the examination and the record show that employees are not in condition to perform their duties, they may be obligated to take a leave of absence until they can furnish satisfactory evidence of their fitness to return to work.  If the first examination is not conclusive, the Superintendent may require a second examination by a physician for school personnel.  Employees shall be reimbursed by the Board of Education for the second examination.  The examinations shall be conducted by a qualified physician who shall be in good standing in the county medical society.

1.5.4 **Consequences of Failure to Take Physical Examination at Request of Superintendent:** If employees fail to take the examination within 15 days after the request of the Superintendent of Schools, they shall be excluded from their position until they submit to the examination and furnishes evidence of fitness to resume their duties.  Necessary leave of absence shall be with pay only so long as the employee is entitled to sick leave under Board of Education policies. This provision shall not jeopardize the employee's rights under the tenure law.

1.5.5 **Managerial Rights Not Covered By This Agreement:** The foregoing enumeration of Board of Education responsibilities shall not be deemed to exclude other inherent management rights and management functions not expressly reserved herein, and all management rights and management functions not expressly delegated in this Agreement are reserved to the Board of Education.

Teacher Assignments and Schedules

## Article 2    Teacher Assignments and Schedules

2.1  **Teacher Record-Keeping:**

2.1.1  **Release Days for Record-keeping:**   Teachers shall be provided with one (1) release day each quarter of the school year for record-keeping.  These days shall be scheduled at times appropriate to the grading cycles and identified on the District calendar.  No required teacher development or other such activities for teachers shall take place at the site on record-keeping days without an agreement of a 70% majority vote of the teachers at the site.  Additionally, teachers shall not be required to submit final grades for the reporting period prior to the end of the duty day on record-keeping days.

2.1.2  **Telework:**  Teachers may telework on teacher record-keeping days, as shall be determined by the Principal.  Should a Principal determine any teacher(s) need to be onsite for all or part of a record-keeping day, such decision shall be communicated to the affected staff no later than one calendar week in advance of the scheduled record-keeping day.

2.2  **Special Education Due Process; Additional Days**

2.2.1  **Additional Time for Due Process:**  All special education teachers/providers shall have three (3) days of reserve teacher time per school year to be used as needed to complete due process requirements.  Those realigned into special education shall have one additional day of reserve teacher time during their first realigned year to be used as needed to complete due process compliance requirements.  Unless mutually agreed as to otherwise with their administrator, due process days shall be scheduled for a Tuesday, Wednesday, or Thursday at least five (5) days in advance of the absence.  Once a due process day has been entered into AESOP, the Teacher shall be released from school duties to complete due process requirements.  Teachers shall have the option to telework on due process days with their supervisor's preapproval.

2.3  **Length of Teacher's Day/Week**

2.3.1  **Normal Work Week:**  The normal workweek of full-time teachers shall be no longer than 40 hours including their one-half hour daily duty-free lunch period.

2.3.2  **Preparation Time:**  All teachers are entitled to a daily preparation time within the defined student day.  This time is for individual teachers to use as needed for instructional planning, reflecting on student performance, and to prepare for students. It is not time for conducting special education evaluations, re-evaluations, or complying with due process requirements.

   a.  **Lost Prep or Lunch:**  Teachers assigned to provide classroom coverage during their preparation period or duty-free lunch shall be paid for the lost time at the hourly flat rate.

   b.  **Additional Students:**  Teachers assigned students from other classes due to absent staff shall be paid at the hourly flat rate.

   c.  **Attendance at Meetings:**  Any teacher required to attend meetings scheduled during their preparation time or lunch shall either be paid for the lost time at the direct instruction rate of pay or be provided an alternative preparation period or lunch within the same week in which the lost preparation time or lunch occurred.

2.3.3  **Professional Meetings:**

   a.  Union stewards shall be provided up to fifteen (15) minutes at staff meetings to report on official Union and/or labor/management business.  Such meetings may be scheduled during the defined teacher day on non-student contact time.  Contractual issues are appropriate matters for staff meetings.

   b.  The school district shall recognize Wednesday after school and evening as a time reserved for labor/union business.  Every reasonable effort shall be taken to reserve this time.

2.3.4  **Professional Preparation Time – Elementary:**  Elementary teachers shall be provided with a minimum of 275 minutes of preparation time per five-day work week. This

preparation time shall be within the defined student day and follow one of the two (2) options below:

Option l:   Five 45-minute preparation periods and one 50-minute preparation period per five-day cycle.

Option 2:  Five 55-minute preparation periods per five-day cycle.

Additional Clarification for sites with two preparation times per day:  For sites with two (2) preparation times per day, two (2) of the ten (10) preparation times shall be used for collaboration.  The other preparation times can be used at the discretion of the teacher and related services professional.  If collaboration time is used for professional development (PD), that will count as one of the two required collaboration times per week.

The decision to implement one of the options for the following year shall be made by agreement or a majority vote of the total licensed staff and the principal by the last day of school.  The preparation schedule selected by the majority of teachers shall not preclude changes to building programming or instructional models.

Elementary specialists and other staff members affected shall be offered the opportunity to participate in the preparation of annual schedules for specialists.

Specialists shall provide instruction to students during the classroom teachers' preparation time in consecutive-minute periods that match the schedule of the school.  Exceptions to consecutive time may be permitted on a site-by-site basis by mutual agreement.

2.3.5   **Professional Preparation Time – Secondary:** One of the two (2) optional preparation schedules below will be selected by a majority vote of the total licensed teaching staff by the last day of the school year unless a staff chooses a variation of these three schedules as provided for below.  If, in a subsequent school year, a site wishes to choose one of the other optional schedules, the total licensed staff shall make that change by a majority vote.  Secondary teachers shall be provided with a minimum of 275 minutes of preparation time per five-day work week.  This preparation time shall be within the defined student day and follow one of the two (2) options below:

Option 1:   A schedule that provides teachers with a daily 55-consecutive-minute preparation period.

Option 2:   A schedule that provides daily preparation time equivalent to a minimum of 275 minutes per week, or its equivalent.

For all sites with two (2) preparation times per day, or the equivalent, two (2) of the ten (10) preparation times, or their equivalent, may be used for collaboration.  The remaining preparation times can be used at the discretion of the teacher.

For additional clarification, some secondary teachers have assignments in which they teach more than three (3) different courses in the day.  For these assignments, the expectation for two (2) preparation times for collaboration should be relaxed to allow these teachers a better opportunity to prepare for teaching.  They should be expected to schedule their collaboration times when it fits their particular need and schedule.

The decision to implement a schedule other than the options listed above shall be made by agreement of a two-thirds majority vote of the site's teachers by the last day of the second quarter (for the third and fourth quarters) or by the last day of school for the upcoming school year.  All licensed staff shall vote on an annual basis if a schedule deviates from the two (2) optional schedules.

The preparation schedule selected by the majority of teachers shall not preclude changes to building programming or instructional models

2.3.6   **Open House/Marketing Events:**

Recognizing the need to engage our community and families fully, teachers shall participate in at least one (1) Open House and one (1) school marketing event program during each school year.

Teacher Assignments and Schedules

Such an activity is scheduled in addition to the regular workday.  Time spent for both events shall not exceed four (4) hours total.  If teachers are placed in hardship by such activities, arrangements may be made for alternative means of contributing through mutual agreement with the principal.

2.3.7 **Family-Teacher Conferences:**

    a. **Kindergarten – 22:**  Teachers shall participate in up to three (3) family-teacher conferences each school year.

      1. Conferences shall be scheduled in addition to the regular workday, on days set forth by the District calendar.

      2. Total time per school year spent outside of the duty day for purposes of conducting conferences shall not exceed eight (8) hours.

      3. Scheduling of all family-teacher conference time on any other days than the conference days set forth by the District calendar shall require a majority vote of the teachers prior to the start of the student school year.

2.3.8 **Half-Day Program Family-Teacher Conferences:**  Annual conference time for high five, preschool, and half-day program teachers shall be provided in the following manner:

    a. Teachers of two (2) sections of half-day program classes shall be provided with four (4) days for family conferences:  three (3) days shall be the same release times as allocated to all other elementary classroom teachers, and one (1) additional day of reserve teacher time shall be provided.

    b. Teachers of one (1) section of half-day program class shall be provided two (2) days for family conferences:  one and one half (1½) days shall be the same as the release time allocated to all other classroom teachers, and one-half (½) additional day of reserve teacher time shall be provided.

## 2.4 **Length of the School Year:**

2.4.1 **Teacher Duty Days:**

    a. The teacher duty year shall be made up of 185 paid duty days and six (6) paid holidays, for a total of 191 duty days.

    b. **Start of School:**  Teachers shall have two consecutive, uninterrupted days set aside at the start of the school year.  There shall be no required meetings or staff development on these days to allow teachers time to prepare and collaborate for the upcoming school year.  In addition, teachers shall have an additional one-half (1/2) day in the afternoon of the first duty day at the start of the school year.  This one-half (1/2 day shall be uninterrupted and there shall be no required meetings or staff development.

    c. **Start of School - Early Childhood and Kindergarten:**  Early Childhood and Kindergarten teachers shall have the two days prior to the arrival of high five and kindergarten at the start of the school year to allow teachers time to make contact with families.  No administrator-directed meetings shall be held on these days, except for one (1) meeting of no more than thirty (30) minutes.

    d. MEA Conference – Flex Day:  Teachers shall have the option to have an additional uninterrupted duty day at the start of the school year by flexing the MEA Conference day  (i.e., third Thursday) in October.  Teachers who choose to flex this day for an additional duty day at the start of the year shall have the MEA Conference day in October as a non-duty day.  If a teacher chooses not to flex the MEA Conference day, that day in October will be a duty day.  This day shall consist of any of the following activities per choice by the individual professional:

      1. Attendance at the MEA Conference.

      2. Optional staff development offered by the site or the District that is also offered at other times during the year.

      3. Optional collaboration time with fellow teachers and related service professionals that is collectively determined by those professionals.

4. Any other work at the site that the teacher/related service professional deems necessary.

**2.4.2 Holidays:**

a. **Holidays:** Teachers shall not be required to work, but shall be paid for up to six (6) holidays authorized by the Board of Education during the regular school year. These holidays shall be Labor Day, Thanksgiving, the day after Thanksgiving, Martin Luther King Jr. Day, President's Day, and Memorial Day, provided the teacher is in a paid status on the regularly scheduled workday before and after the holiday.

b. **Release Time – Part Time Teachers:** Paid holidays are a negotiated benefit for teachers and teachers are entitled to benefits at least proportional to the FTE. Therefore, teachers not regularly scheduled to work on a paid holiday shall be released the amount of hours proportional to their FTE at another time which creates the least detrimental impact to instruction. Such rescheduling shall be done by mutual agreement with the principal/supervisor at the beginning of the school year. Release time is based upon an eight (8.0) hour duty day as defined in this Agreement.

c. **Holidays, Extended School Year:** Teachers working the work day immediately before and the work day immediately after Juneteenth and/or Independence Day shall be paid for those respective holiday(s).

d. **Conduct of Schools on Certain Holidays:** Teachers shall be on duty on those legal holidays on which the Board is authorized to conduct school per M.S. 120A.42 and as indicated on the school calendar.

**2.4.3 Emergency Closings:** In the event of a student day or teacher duty day lost due to an emergency, teachers shall perform duties on that day, or with prior consultation with the Minneapolis Federation of Educators, another such day in lieu thereof.

**2.4.4 Work Year for Counselors:** The work year for counselors shall be ten (10) duty days before the beginning of the standard duty year for teachers and ten (10) duty days following the close of the standard duty year for teachers. Counselors shall be paid at their Direct Instruction rate of pay for this additional duty time.

**2.4.5 Work Year for School Social Workers:** The work year for School Social Workers who are assigned 0.5 FTE or more shall be six (6) duty days in addition to the standard duty year for teachers. School Social Workers will be paid at their Direct Instruction rate of pay for this additional duty time.

**2.4.6 Work Year for Library Media Specialists, Peer Collaboration:** Library Media Specialists shall be allowed, at the discretion of the Library Media Specialist, up to four (4) duty days in addition to the standard duty year for teachers for media center maintenance and management. These additional duty days shall be paid at the Library Media Specialist's Direct Instruction rate of pay.

Library Media Specialists are allowed to use up to three (3) Staff Development/Professional Development days per year to collaborate with pre-K-12 job alike peers at the same time, when feasible, on reading, research, information technology, curriculum development standards, or other critical topics.

**2.4.7 Work Year for Licensed School Nurses:** The work year for Licensed School Nurses shall be three (3) duty days before the beginning of the school year for teachers and three (3) duty days following the close of the school year for teachers. Licensed School Nurses shall be paid at their Direct Instruction rate of pay for this additional duty time. Licensed School Nurses will be allowed two (2) hours a month to choose their own professional development.

**2.4.8 Reimbursement for District-Required Training Expenses for Nurses**

a. **CPR:** The District will provide reimbursement of up to $60 for Licensed School Nurses for the purpose of renewing District-required CPR certifications. Reimbursement requires a receipt and proof of attendance and shall follow standard District reimbursement procedures.

Teacher Assignments and Schedules

b. **First Aid:**  The District will provide reimbursement of up to $50 for Licensed School Nurses for the purpose of renewing District-required first aid certifications. Reimbursement requires a receipt and proof of attendance and shall follow standard District reimbursement procedures.

2.4.9  **Peer Collaboration Day:**  Art, Dance, Theater, Music (Instrumental, General, and Choral), and Physical Education teachers shall be allowed a minimum of one (1) Staff Development Professional Development day per year to collaborate with role-specific peers listed above at the same time on curriculum development, standards, or other critical topics.

The above will be contingent upon the availability of a Reserve Teacher to cover the Teacher's classroom, if needed.

## 2.5  Process for Approval to Changes to School Schedule

2.5.1  If the District seeks to alter the length of the school year or school day beyond that permitted by the Collective Bargaining Agreement, the District shall negotiate a School Schedule Change Agreement as provided by this section.

2.5.2  **The District and MFE** agree that the initial School Schedule Change Agreement shall be drafted through a collaborative process, which **shall begin no later than November 1st of the prior school year.**  The District and MFE shall create and present a final version of the School Schedule Change Agreement as soon as possible but no later than February 15th of the prior school year.  The parties must mutually agree to the terms of the School Schedule Change Agreement.  The terms and conditions of the Collective Bargaining Agreement shall remain in full force and effect, unless alternative arrangements are agreed to in writing by the District and the MFE.

2.5.3  Teachers shall be informed of plans for the school, including relevant information about working conditions and compensation prior to budget Tie-Out, or March 15, whichever occurs earlier.  Teachers who wish to remain at the site may be asked to sign the School Schedule Change Agreement that clarifies the expectations while assigned to the site, which could include the following information:

a. The vision and expected instructional program of the school

b. The hours of instruction and length of school day as well as the expected degree of flexibility that will be required of staff

c. The length of the school year and the school calendar

d. The expected length of time teachers may be required to be present in the school outside the school's instructional day

e. Any additional compensation that will apply

2.5.4  Teachers at sites who work additional days beyond the number of duty days as defined in 2.4.1.a will need to sign a form stating that they understand that the extended time is not guaranteed in future years.

2.5.5  Notwithstanding the provisions of this section, these schools shall, at a minimum, provide at least the number of student instructional days and the amount of instructional minutes as other Minneapolis Public School.

2.5.6  If modifications to the School Schedule Change Agreement are made in subsequent years, staff may be asked to sign a new School Schedule Change Agreement. The creation of subsequent School Schedule Change Agreements shall follow the procedure in this Section.

2.5.7  **Collaborative Review:**  Any site covered by this provision shall be collaboratively reviewed on an annual basis through an examination of appropriate measures of school success.  This review shall be performed by a joint committee comprised of equal numbers of members of the District and the Union.  This committee will also review these sites' practices, procedures, staffing and school leadership to identify practices and approaches that should be duplicated or avoided.

This committee shall present a report to the Superintendent and to the Union's Executive Board no later than October 15 of each school year following a year in which a school operated under a School Schedule Change Agreement.

## 2.6    **Summer School:**

2.6.1    **Pay Rate:**  Teachers employed in summer school shall be paid on the basis of their current annual salary (step and lane placement) for the regular school year preceding summer school pro-rated to an hourly rate basis for less than a full day. Such rate shall remain in effect through the duration of the summer school session.  To compute the hourly rate of pay for summer school, divide the teacher's current annual salary by the teacher duty days for the preceding year; that result is further divided by the hours in the teacher's duty day less 30 minute duty-free lunch.  The daily rate of pay for summer school is the hourly rate multiplied by the hours per day worked during summer school.  The hourly rate will be based upon the number of duty days per year, as defined in 2.4.1.a, and 7½ (8 hours per day less ½ hour duty free lunch).

2.6.2    **Preparation Time:**  Teachers employed in summer school shall be paid for 55 minutes per day for teacher team planning, preparation and/or staff development for four (4) or more periods of student contact or supervision time.

2.6.3    **Staff Development:**  Summer school teachers may be required to participate in up to three (3) days staff development/training to increase teacher skills and student success in reading. Such staff development/training will be scheduled on working days immediately following the end of the school year and immediately preceding the beginning of the student summer session(s). In determining the scheduling for the training days, the District will, inasmuch as possible, allow a meaningful break between the end of the regular school year and the start of the summer sessions.  The scheduled days for staff development/training and summer sessions will be provided in writing to the teachers employed in summer school prior to committing to their summer school contracts.  Teachers employed in summer school shall be paid on the basis of their current step and lane placement for the regular school year preceding summer school pro-rated to an hourly rate.

2.6.4    **No Guarantee of Assignment:**  Summer school is a program subsequent to the regular work year in the K-12 program.  This provision does not mandate the District to offer summer school.

This provision does not entitle a teacher to an extended work year in any subsequent year. Teaching summer school shall not extend tenure (i.e., receiving extended time is not guaranteed in future years) beyond the regular work year except as herein identified in this article.

2.6.5    **Selection:**  Minneapolis Public School teachers regularly assigned to classroom teaching positions during the school year shall have an opportunity to teach in summer school and evening school assignments before other licensed persons are assigned.  Exceptions will be made when special licensing and/or requirements are necessary for assignment to a program.

a.    **Application:**  All positions will follow the District process for electronic application and placement.

b.    **Best Qualified:**  Teachers who are best qualified to teach a particular subject or program shall be selected to teach in summer and/or evening school assignments.

c.    **Equal Qualification:**  Whenever there are candidates with equal qualifications, a two-year rotation system shall be followed.

d.    **Balance of Experience:**  The site selection process shall include a rotation process monitored by the leadership team, maintaining a balance between more and less experienced teachers.

e.    **Release from Assignment:**  Whenever it is necessary to release teachers from summer school assignments because of declining enrollment or for other reasons, the teacher with

Teacher Assignments and Schedules

the most service in the assignment shall be released, all other conditions being equal. Exceptions will be made for teachers who have not completed a two-year period of service in the specific assignment.

f. **Summer School Positions:**  Summer school positions will be determined by the site leadership team with the recommendations of the administration, instructional leadership team, as part of an overall instructional strategy conforming with the District Strategic Plan, the School Improvement Plan and the budgeting process for the site.

## 2.7 **ECFE Teachers:**

### 2.7.1 **Work Week**:

a. **Definition:**  The work week for a full time teacher in the ECFE program shall be forty (40) hours per week with a maximum of 10 contact units per week.  The appropriate committee within the Shared Leadership structure shall define contact units in the ECFE staffing guidelines.

b. **Scheduling:**  Instruction in this non-traditional program may require scheduling of staff to provide instruction in blocks of time based on programmatic needs, including mornings, afternoons, evenings and occasional weekends with 1/2 hour for a duty-free lunch when it applies.  ECFE administration in consultation with teachers shall establish the teachers' schedule based on student enrollment, type of service, program needs and travel.

c. **Continuous Improvement:**  For continuous improvement in early childhood family education and program climate, administration and teachers will participate cooperatively in the ongoing development, implementation and annual year-end assessment of the shared decision-making process consistent with Article 4, Shared Leadership for Continuous Improvement.

d. **Resolution of Scheduling and Staffing Issues:**  Scheduling and staffing issues will be first brought to the ECFE department to determine if a resolution to the issue can be made. If no resolution is made, the issue will be brought to a contract administration meeting between HR and MFE.  (Also see MOA Section).

e. **Equal Coverage – Bargaining Agreement:**  All teachers in the ECFE program shall be covered by the terms of the contract except as herein indicated.

Teacher Rights and Responsibilities

## Article 3    Teacher Rights and Responsibilities

3.1   **Right to Views:** Nothing contained in this Agreement shall be construed to limit, impair or affect the right of any teacher or representative of a teacher to the expression or communication of a view, complaint or opinion on any matter so long as such action does not interfere with the performance of the duties of employment as prescribed in this Agreement or circumvent the rights of the exclusive representative.

3.2   **Right to Join:** Teachers shall have the right to form and join labor or employee organizations and shall have the right not to form and join such organizations.

3.3   **Right to Exclusive Representation:**   Teachers in a unit designated by the Bureau of Mediation Services shall have the right by secret ballot to designate an exclusive representative for the purpose of negotiating the terms and conditions of employment and a grievance procedure for such teachers as provided in the Public Employment Labor Relations Act (PELRA) (MN Statute §179).

3.4   **Standards of Professional Ethics:**  Professional responsibility and conduct for teachers in the Minneapolis Public Schools are defined by the Teacher Job Description, MN. Standards of Effective Practice for Teachers (8710.2000), the Standards Of Effective Instruction, the Code of Ethics for Minnesota teachers (8700.7500), and the following Code of Ethics for Minneapolis teachers. Teachers are obligated to adhere to these standards.

Teachers have ethical responsibilities to students, families and communities and colleagues and the profession. The Standards of Ethical Responsibilities guide teachers in positive ways to conduct themselves professionally. It is our professional responsibility to seek the most ethical course of action when consulting with all relevant parties.

### 3.4.1   **Standards of Ethical Responsibilities to Students:**

a.   The teacher will strive to educate all students to high standards of achievement.

b.   The teacher is knowledgeable of and delivers standards-based curriculum through the use of research-based professional practices and materials.

c.   The teacher shall develop skill sets, engage in practices and select resources/materials that create a positive and productive learning environment for all students with attention paid to the diverse range of students currently in their classroom and school.

d.   The teacher shall involve all of those with relevant knowledge and/or interest(s) (including staff and parents/families) in decisions concerning a student.

e.   The teacher shall be familiar with the evidence and/or symptoms of student neglect or abuse, including physical, sexual, verbal, and/or emotional.  We shall know and follow state laws and community procedures that protect students against abuse and neglect.

f.   The teacher shall engage in practices and select materials that include all students, celebrates diversity and never excludes them from opportunities on the basis of their race, gender, sexual orientation, ethnicity, religion, national origin, language, ability, or the economic status, or beliefs of their parents/families.

g.   The teacher shall seek appropriate assistance and expertise when issues arise that affect student safety and health including, but not limited to; chemical abuse, mental health issues, bullying, and violence.

h.   The teacher is committed to developing the students' skill sets needed to best accelerate their learning.

i.   The teacher is committed to developing their instructional skill sets needed to best accelerate the learning of all the students currently in their classrooms.

j.   The teacher creates a classroom environment that is respectful, emotionally secure, and physically safe for all students.

k.   The teacher adheres to the requirements of Minnesota Data Practices Act

.

Teacher Rights and Responsibilities

3.4.2 **Standards of Ethical Responsibilities to Families and Community:**

a. The teacher shall welcome family members to their student's classroom or program setting.

b. The teacher shall inform families of program philosophy, policies, and personnel qualifications, and explain why we teach as we do, which should be in accordance with our ethical responsibilities to students (see Ethical Responsibilities to Students above).

c. The teacher shall be objective and accurate in reporting the knowledge upon which we base our programs, assessments and professional practices.

d. The teacher shall cooperate and team with other professionals who work with students and families.

e. The teacher shall involve families in significant decisions affecting their student, and shall regularly communicate student progress with families.

f. The teacher shall inform the family of accidents involving their student, of risks such as exposures to contagious disease that may result in infection, and of occurrences that might result in emotional stress.

g. The teacher shall maintain confidentiality and shall respect the family's right to privacy, refraining from disclosure of confidential information and intrusion into family life, except when a student's welfare is at risk.

h. The teacher shall exercise care in expressing views regarding students.  Statements shall be respectful and based on firsthand knowledge.

3.4.3 **Standards of Ethical Responsibilities to Colleagues and to the Profession:**

a. The teacher shall show respect for personal dignity and for the diversity among staff members, and shall resolve matters collegially.

b. The teacher shall not engage in any practices that discriminate against colleagues based on race, gender, sexual orientation, ethnicity, religion, national origin, language, ability, economic status, or beliefs.

c. The teacher shall exercise care in expressing views regarding the professional behavior or conduct of co-workers and/or students.  Statements should be respectful, based on firsthand knowledge and relevant to the interests of students and programs.

d. The teacher agrees to carry out the program at the assigned site.  When teachers do not agree with program policies, they shall attempt to effect change through constructive action within the organization.

e. The teacher has an ethical responsibility to report serious concerns regarding the conduct of colleagues and/or administrators.

f. The teacher has a responsibility to inform colleagues of professional practice concerns and to support them as needed.

g. The teacher shall make judgments based on fact, relevant to the interests of students and programs when making assessments and recommendations.

3.4.4 **Standards of Professional Qualifications:**

a. a valid Minnesota teaching license, certificate, or other legal credentials required for level of assignment.

b. prior successful experience in urban, multicultural education desirable.

c. demonstrates continued professional development through course work, research, peer collaboration, and/or job-embedded staff development.

d. working knowledge of the subject matter, classroom management techniques, current researched best practices and strategies, including diverse learning styles and needs, both academic and affective.

e. credentials meet the requirements under "Elementary Secondary Act" (ESEA) and the reauthorized Individuals with Disabilities Education Improvement Act (IDEA). Teachers

of core academic subjects must hold a bachelor's degree, be licensed by the state, and demonstrate subject matter competence.

3.4.5 **Standards of Professional Responsibilities:**

a. adheres to the Minneapolis Public Schools Standards of Professional Ethics responsibilities to students, families and communities, colleagues, and to the profession.

b. acquires knowledge of the goals of the Minneapolis Public School Strategic Plan and site/school goals.  Works to support and achieve those goals.

c. establishes developmentally appropriate instructional and behavioral expectations for students and for himself/herself and communicates those to students and their families.

d. creates lessons and learning environments that are safe, respectful, and interesting as well as multicultural/gender and ability fair/developmentally appropriate.  Selects, adapts and individualizes materials appropriate for diverse student populations and skills.

e. participates in professional development opportunities to further their ability to positively engage the diverse range of students in their classroom/school.

f. commits to and uses instructional strategies to close the achievement gap among students.

g. integrates the use of technology into instructional strategies in order to enhance student learning.

h. commits to using technology to foster strong communication within the district, with students, and with parents.

i. demonstrates consistently a responsibility for ensuring that all students achieve at a high academic level.

j. teaches students the required curricula using strategies that foster thinking, reasoning, and problem solving.

k. collaborates and communicates regularly with families in making educational decisions and uses family and community resources to support learning.

l. assesses students' developmental, cognitive, and social needs and provides appropriate instruction to meet those needs.

m. regularly assesses student learning by using multiple forms of assessment.

n. facilitates positive interactions between students and teacher, student and peers, and student and other adults.

o. contributes to a positive professional work environment (see Article 12, Working Conditions).

p. models learning and behavior consistent with the expectations for students.

q. collaborates with peers to develop, plan, and implement best practices based on the needs/abilities of the students and assesses instructional effectiveness through the Professional Development Process (PDP).

r. participates in continuous staff, team, and individual professional development.

s. participates in site-based management and shared decision-making.

t. always keeps the students' needs and rights first and foremost in any educational decision-making.

u. demonstrates competence in the Minneapolis Standards of Effective Instruction.

v. has a working knowledge of and implements the Minnesota State Standards and the Graduation Rule.

Teacher Rights and Responsibilities

### 3.4.6 **Standards of Professional Expectations:**

a.  all teachers of the District are expected to be punctual and regular in attendance.

b.  if any employee is unable to report to duty because of illness or otherwise, immediate notice will be given to the school or worksite office and the reserve system.

c.  all teachers will maintain a professional appearance, general decorum, and behavior that conform to their professional status in the community.

d.  teachers are mandatory reporters of suspected child abuse and neglect (MN Statute §626.556, Reporting of maltreatment of minors).

e.  teachers shall adhere to Minnesota Data Practices Act regarding student information.

f.  teachers are appropriate and professional in the use of technology, and follow District Standards of Technology use.

g.  teachers will adhere to the District and State testing protocol guidelines.

### 3.4.7 **Anti-Bias Anti-Racist Staff Development and Advisory Council**

a.  **Focus on Developing and Supporting MPS educators:** The Anti-Bias Anti-Racist Educator Development and Advisory Council (Council) is a District-wide collaborative effort of the Minneapolis Federation of Educators and Education Support Professionals, Local 59 and the Minneapolis Public Schools.  The focus of the Council is professional development and educator support for future and current educational staff, with a committed focus on reducing inequitable practices and behaviors in our learning places and spaces as well as supporting educators, specifically educators of color, in navigating and disrupting our District as a predominantly white institution.

b.  **Purposes:**

1.  Review and consult on culturally responsive support for Black, Indigenous, and People of Color (BIPOC) educators to increase retention and success

2.  Review and consult on professional development and support to effectively disrupt and dismantle racist and oppressive policies, practices, and interpersonal behaviors

3.  Make recommendations on trends or patterns that may be observable through the data collected from surveys; incident forms; and exit interviews provided, collected, and reviewed by the Union and the District.

c.  **Composition:**

1.  The Council shall include representatives from all facets of professional development District-wide.

| MFE, Local 59 (with members from both chapters) | Teacher Development and Licensure Programs | Teaching and Learning |
|---|---|---|
| Research, Evaluation, and Assessment and Accountability | Professional Development Services/Advisory Committees | Multicultural/Multilingual Programs |
| Minneapolis Principals Forum | Leadership Development Programs | Equity and Integration |
| Office of Civil Rights and Equity | Special Education | Peer Assistance and Review |
| Human Resources | Associate Superintendent | Community Engagement |
| Indian Education | Office of Black Achievement | Office of the Ombudsperson |

2. The Council will be led by four (4) co-chairs.  The MFE Licensed and ESP co-chairs will be appointed by MFE.   The two District co-chairs will be appointed by the Superintendent or their designee.   The co-chairs will convene and facilitate meetings to occur quarterly, with the Anti-Bias Anti-Racist subcommittees and other working groups meeting quarterly or more as needed.

d. **Anti-Bias Anti-Racist Subcommittees:**

1. A core component of the Council is the Anti-Bias Anti-Racist subcommittees specifically tasked with recommending establishing initiatives for recruitment, retention, and development of educators of color and improving Districtwide climate and culture.  There will be ongoing efforts from these established bodies to instill a sense of permanency in anti-bias anti-racist initiatives and development.  These ABAR committees will focus on many District initiatives to disrupt inequitable policies and practices and retaining underrepresented staff, such as:

- Collaborating with the Human Resources Department to review and make recommendation on effective strategies for hiring and retaining a diverse workforce;
- Reviewing and discussing research and District program evaluation data to ensure that curricula and instructional practices are developed and implemented to support a diverse school community effectively;
- Modeling anti-bias anti-racist teaching and learning environments
- Promote understanding and support implementation of hate/bias protocol through restorative practices and other initiatives that reduce hate bias, harassment, discrimination, and exclusive practices.
- Reviewing the strategic plan and making recommendations to effectively implement identified disparity reduction strategies.

e. **District Mentoring Support:**

1. The District will provide additional supports for MPS educators who are members of populations underrepresented among licensed teachers in the district. All non-tenured educators who are members of populations underrepresented among licensed teachers in the district. will have access to wrap-around support defined as follows:

- Navigational support with district services (Human Resources, Employee Relations, Teaching and Learning, Instructional Technology, Mentoring services, etc.),
- Acclimation to building procedures, policies, and professional interactions and effective challenging of building procedures, policies, and professional interactions that are biased and/or oppressive in nature or effect.
- Comprehensive mentor support with several points of contact, grounded in support and peer coaching, not evaluation.

2. To effectively provide this essential support, MPS commits to providing two District teacher mentors and these mentors will be at-large members of the Council.   MPS will ensure candidate interview pools will be reflective of the diversity of the community; additionally, the District will work collaboratively with the MFE licensed co-chairs to appoint a licensed member and ESP member to the mentor interview committee.

f. **Exit Interviews:**

The District and MFE will jointly offer an exit interview, in order to seek understanding regarding factors contributing to separation.  The educator may choose to interview with the District or MFE individually, the District or MFE jointly, or with the MPS Staff Ombudsperson.

Teacher Rights and Responsibilities

3.5 **Teacher Licensure, Relicensure**

   3.5.1 **Licensure:**

     a. **Requirement:** All teachers are required to hold an active teaching license in the State of Minnesota pursuant to MN Statute §122A.18.  Only teachers with valid Minnesota licenses can teach, transfer, or teach summer school.  All teachers are required to furnish valid Minnesota licenses in all field(s) for which they are employed.

     b. **Step Placement:** Persons hired without a valid Minnesota teaching license for positions for which a valid Minnesota teaching license is required shall be placed at step one (1) on the standard salary schedule lane appropriate to their educational credentials until an appropriate, valid Minnesota teaching license is placed on file with the District.

     c. **Step and Lane Advancement:** In order to progress on the standard salary schedule, such persons shall provide evidence of reasonable progress toward an appropriate, valid Minnesota teaching license.  Upon filing an appropriate, valid Minnesota teaching license, the teacher shall be placed on the step and lane appropriate to teaching experience in the District and applicable prior experience.

     d. **Expiration of License – Unpaid Leave:** Tenured teachers whose license has expired will be placed on unpaid leave for up to one (1) year until a valid license is in effect.  The Division of Human Resources must have a copy of the required license on file, or must see the application posted on the State website indicating license renewal application has been submitted.

   3.5.2 **Relicensure:** Renewal of an expiring teaching license is the responsibility of each professional.  The relicensure process is described in the handbook titled "The Continuing Education Committee for Relicensure" available on the District web site (www.mpls.k12.mn.us) or at the Union web site (see www.MFE59.org).

   The steps to relicensure include:

     a. Over a five year period, collect 125 clock hours

     b. Obtain the relicensure book at humanresources.mpls.k12.mn.us/Licensure.html

     c. Attach a MPS Relicensure Application Cover Page along with documentation for each

   Only teachers with valid licenses can teach, participate in the transfer process, **OR** be hired for summer school. The Division of Human Resources must have a copy of the required license on file, OR, see that the application has been posted on the State web site indicating license renewal application has been submitted.

   3.5.3 **PDP Relicensure Credit Hours:**

     a. Teachers may use the existing clock hour process that now includes hours for the Professional Development Process (PDP) for Relicensure when it is permitted under MN Rule 8710.7200.  Validation will be described and monitored by the District in accordance with state requirements.

       1. The District PDP Coordinator will issue to the Site PDP Coordinators forms, instructions, and guidelines for hours per year for the Professional Development Process.

       2. The Site PDP Coordinator will provide the guidelines and paperwork necessary to apply for the relicensure credits.  A certificate of Continuing Education Units will be given to those who earn it.

     b. **Hours Earned**:

       1. Teachers may earn up to ten (10) credit/clock hours per year toward relicensure for PDP work.

       2. Six (6) credit/clock hours may be earned by doing the PDP implementation as outlined in this contract.  Documentation for this includes: PDP Plan, Winter and Spring progress reports, and evidence of team meetings.

Teacher Rights and Responsibilities

3. An additional four (4) credits/clock hours may be earned for exemplary PDP work. Exemplary is defined as efforts above and beyond the standard PD Process. Documentation must be provided to Site PDP Coordinator and Site Staff Development Chair for approval in order to receive these additional four (4) credit hours. That documentation includes artifacts beyond the PDP plans and Progress Reports that show evidence of the exemplary work.

c. **Process for earning Credit Hours:**

1. Teacher will preview with their PDP teams the work to be done to earn credits.

2. Work for credit must align with the PDP goals and strategies.

3. Teachers will keep an individual log or portfolio that maintains records of hours spent on the work, as well as any certificates received from workshops.

4. Teachers will fill out the PDP Professional Credits Application (available from Site PDP Coordinators or the District PDP Facilitator.  Once the work has been completed and reviewed by the PDP team, the PDP team signs the application.

5. The signed application is submitted as a part of the relicensure application to the District Relicensure Committee.

d. **Guide for how to count hours for PDP work:**

Appropriate hours include time spent:

- Developing tools/resources specifically for a PDP project
- Actively engaged in peer coaching
- Observing other colleagues
- Being a demonstration teacher
- Working on action research projects
- Assessing a videotaped lesson with colleagues
- Journaling
- Networking with colleagues
- Creating/using a professional portfolio
- Reading educational books/articles aligned to PDP
- Participating in a study group

Participating in PDP team meetings outside the school day

All work for PDP credit must be related to the PDP Plan and be shared with the PDP Team. Each individual (even if working on a team project) must fill out a PDP Professional Credits Application and keep her/his own log/portfolio.

3.5.4 **National Board Certification and Relicensure**:

a. **Verification of Progress:**  The Continuing Education Committee for Relicensure will accept verification that a teacher is actively engaged in and making progress toward National Board for Professional Standards Certification or other approved national professional teaching certification approved by the Professional Educator Licensing and Standards Board (PELSB) at the time of renewal as equivalent to fulfilling all clock hour requirements for continuing license renewal.

b. **Verification of Certification:** The Continuing Education Committee for Relicensure will accept verification that a teacher has earned National Board for Professional Standards Certification or other national certification approved as equivalent to all clock hour requirements during the life of the certificate.

c. **Expiration of Certification:** If the certificate expires during the five-year renewal period, the Continuing Education Committee for Relicensure will prorate hours completed and require completion of a prorated number of clock hours for the years the certificate is not in effect.  (MN Rule 8710.7200, Subd. 5).  These applicants shall be exempt from parts MN Statute §122A.18.

3.6 **School Placement Preference for Children of MPS Teachers:**  Teachers receive preference when requesting school placement for their child.  Teachers who live in Minneapolis receive a higher placement priority than those who do not.  Teachers may request any school in the District. Teachers will also receive preference for the school at which the teacher works.

Teacher Rights and Responsibilities

Transportation is the teacher's responsibility if the requested school is not in their resident or childcare transportation zone.  It is the teacher's responsibility to contact the Student Placement Center.  Request cards must meet the general deadline for Minneapolis families.  The guidelines presented in the table below apply.

3.7 **Request for Dues Check Off, Payroll Deductions:** Teachers shall have the right to request and be allowed dues check off for the Union as provided in the Public Employment Labor Relations Act.

The Board of Education agrees to deduct from teachers' paychecks and to forward to named financial funds or institutions those amounts duly authorized by teachers.

Payroll deductions are allowable and collectible based upon 20 pay periods either by school year or calendar year.

3.8 **Open Personnel Files:**  Teachers shall have the right to examine their personnel files subject to the following conditions:

a. Teachers, upon written request (as outlined in the procedure established for this purpose) to the Division of Human Resources, may examine the contents of their personnel file.

b. A member of the professional staff of the Division of Human Resources will share with the teacher in a personal conference or by sending a file via email directly to the teacher of all material in the teacher's personnel file.

c. Materials to be placed in a teacher's personnel file that may be disciplinary in nature will be held by the originator for ten (10) days.  A teacher may request a conference with the writer within this time period.  Teachers shall have the right to submit a response to any report or evaluation; such a response will be attached to and become a part of their personnel file.

d. Teachers may be permitted to reproduce at their expense any contents of their personnel file.

e. The school district may destroy such files as provided by law.

f. Official grievances filed by any teacher under the grievance procedure shall not be placed in the personnel file of the teacher. Such a grievance shall not be utilized in personnel assignment, unless the assignment is the resolution of the grievance.

g. All of the above conditions, rights and privileges shall apply to any and all files that may be generated and maintained on an individual teacher by any administrative or supervisory person.

h. Any person who examines a teacher's personnel file shall be recorded as having examined said file, which record shall become a permanent part of a teacher's personnel file, unless the teacher chooses to have such record expunged.  Members of the Division of Human Resources shall be exempt from this provision.

3.9 **Notice of Separation:**  Teachers resigning from service in the Minneapolis Public Schools must complete the approved separation form stating the date of separation and the reason for terminating services at least thirty (30) duty days prior to the effective date of the resignation or until a qualified replacement can be hired, whichever occurs first.  The form should be signed by the principal of the building and forwarded to the Division of Human Resources.  Exceptions will be made for just cause or by mutual consent.

| Article 4 | Shared Leadership for Continuous Improvement |
|---|---|

4.1 **Shared Decision-Making - Description:**

    4.1.1 **Goals:**  The Minneapolis Public Schools Strategic Direction calls for the District to support Shared Leadership for Continuous Improvement.  The ultimate goal is to improve the quality of instruction and learning for students.  It is expected that each school continuously renews itself and develops strategies to improve the achievement of each student served, and eliminate gaps in learning between groups of students.  The chosen strategy of the District is to help each student achieve full potential by moving decision-making closest to the students served.  Site-based management assures that all individuals involved in the process of educating students shall have a voice in the discussion.

    4.1.2 **Benefits:**  The benefit of shared decision-making is supported by research.  Research shows that employees who are involved in the decision-making process are healthier and are more successful in achieving the goals of the organization.  Research shows that families who feel heard by the educational establishment are more active in the education of their children and more supportive of the goals and practices of the institution.

4.2 **Accountability:**

    4.2.1 **Description:**  The Minneapolis Public Schools has adopted an accountability system that addresses individual, school, and system accountability for improved student performance.  At the individual level, student accountability is incorporated into the standards and assessments that are aligned with the curriculum and/or Individual Education Plans (IEPs) for students with special needs.

        a. **Components:**  The main component of professional accountability is the Professional Development Process (PDP) used by teachers, principals, and central office staff.  The site's primary accountability is to the Associate Superintendent.

        The site level accountability system includes six parts:

- School Improvement Process (SIP)
- School Feedback (SIF)
- Quality Improvement Process (QIP)
- Quality Performance Award (QPA)
- School Performance Continuum
- School Performance Conversation

    4.2.2 **Continuous Improvement Framework:**  These accountability tools are components of a single and continuous improvement process at each school site.  To facilitate this process, the District will develop a common framework and criteria to guide schools and those providing feedback to the schools.  This framework will be aligned with the Strategic Direction of the Minneapolis Public Schools, the District Strategic Plan, all standards for learning, and school quality standards. It will assure an accountability system that is consistent with each school's improvement plan and with District standards.  The framework will be used in self-study and planning by schools and will guide the work of those providing feedback to schools.

    4.2.3 **Guiding Principles:**  The following philosophical and strategic principles help to shape the concept of shared leadership and accountability for student learning:

        a. **Common Abilities and Individual Differences:**  All students can learn and we have a responsibility to ensure that all students do learn.  Instruction is rooted in the belief that there are no differences in ability based on gender, culture, language, economic or family status.  There are individual differences in students and teacher talents, learning styles and experiences which need to be addressed in designing instruction and student opportunities for demonstrating proficiency with the learning standards;

Shared Leadership for Continuous Improvement

b. **Shared Responsibility:**  Ours is a vision of shared responsibility – shared among all stakeholders, but particularly among students, staff, families, and community;

c. **Responsibility for Implementation:**  Educators and schools must know, own, and implement the expected standards of learning and instruction;

d. **Teachers – a Shared Voice:**  Critical interactions affecting student performance take place daily between teachers and students.  Teachers, therefore, must be given a shared voice in decisions at the school site;

e. **Teachers – Responsibility and Accountability:**  Along with this increased role in the decision-making process, the teachers assume more responsibility and accountability for the success of the school as well as to the students and families they serve;

f. **Focus on Student Progress:**  Student progress must be the intention as demonstrated through a variety of measures;

g. **Positive Approach:**  Effective change begins by taking actions to improve, building on areas of strength and capacity with an attitude of learning and support, rather than blame;

h. **Role of Families:**  Families have an integral role in decision-making.

4.3 **Site Leadership Team – Organizational Structure And Leadership**

4.3.1  **General Principles**.

a. **Organizational Structure and Scope:**  A shared decision-making process is integral to site accountability.  Shared decision-making shall be established through a site organizational structure of a Site Leadership Team, which provides overall coordination of site decision-making.  The Site Leadership Team shall ensure inclusive representation in decision-making in critical areas, including but not limited to staff development, instructional leadership, budget and staffing.

b. **Guiding Principles:**

1. **Policy-Making Body:**  The Site Leadership Team is the policy making body for the site and is responsible for guiding shared decision-making at the site.  The Board of Education has delegated responsibility under MN Statute §123B.04 to shared decision-making site teams under the guidelines set out in this article.  The focus of procedures, programs, and practices established by site policy should be student achievement.  Site Leadership Teams need to assess the effectiveness of shared decision-making in their site on a regular basis.

2. **Bylaws:**  The Site Leadership Team shall operate according to a set of bylaws, a current copy of which must be on file in the Associate superintendent's office and available to all at the site.   The bylaws shall include information regarding team composition, responsibility of membership, and support for Site Leadership Teams. These bylaws shall be submitted to the area office annually by the Site Leadership Team.  These bylaws will be included in the staff handbook.

3. **Representative Discussion:**  Shared decision-making is a process that can ensure the effective implementation of the site's SIP plan for student success.  The process is based on the democratic discussion of priorities for allocating resources and for making decisions.  Site-based management will involve all individuals in the education process equally including: District staff, families, and students when appropriate.

4.3.2  **Site Leadership Team Responsibilities**

a. **School Direction:**  Set the direction for overall management and operation of the school;

b. **District Vision and Site Needs:**  Know and understand the mission and vision of the district, the District Strategic Plan and the superintendent's priorities, as well as the demographics, performance and needs of the students at the site;

c. **Decision Alignment:**  Make decisions that are aligned with the goals and policies of the Board and with the superintendent's priorities;

d. **Annual School Information Report Review:** Examine and analyze the School Information Report (SIR) annually as part of the SIP revision process;

e. **School Improvement Plan Review:** Establish, implement, review and revise the School Improvement Process (SIP) plan;

f. **Annual Budget Review:** Using feedback and recommendations from the site budget committee, develop and monitor the site budget annually, placing resources where they will effectively support the achievement of site instructional goals, including determining how compensatory revenue shall be used at the site consistent with provisions of law, and determining any reductions and/or additions as needed;

g. **SIP – Embedded Plans:** Ensure that the staff development plan, behavior plan and wellness plan are embedded in the SIP;

h. **Special Education Compliance Plan:** Review and monitor the implementation of a Special Education compliance plan;

i. **Performance Analysis with Associate Superintendent:** Participate in performance conversation(s) annually with the Associate superintendent;

j. **Communication with Staff and Community:** Communicate regularly and clearly with the staff and community, including conducting conversations and releasing an annual Report to the Community;

k. **Staffing Plan:** Develop and monitor a staffing plan that is aligned with the SIP. Determine the distribution of staffing needs to provide necessary instruction and support at the site;

l. **Teacher Candidate Interviews:** Encourage participation of site teachers in interviews of teacher candidates

m. **Transition Plan for New Administrators:** Provide leadership in development and implementation of a transition plan to help integrate new administrator(s) into the site with support from the Associate superintendent;

n. **School and Quality Improvement:** Incorporate School Improvement Feedback (SIF) and lead the Quality Improvement Process (QIP)

o. **Monitor Site Instructional Leadership Team:** Monitor the work of the Site Instructional Leadership Team in the design and delivery of instructional strategies, including program assessment, to ensure alignment with the SIP.

p. **Climate and Culture:** Work through active leadership to promote a professional climate and positive organizational culture

q. **Reporting:** Report its membership, selection process and meeting times and dates to the site community;

r. **Participation in Professional Development:** Participate in professional development to improve the operations of the Site Leadership Team;

s. **Annual Effectiveness Assessment:** Conduct annual assessment using district provided survey tool on the effectiveness of the shared decision-making process at the site and work with the Associate Superintendent's office to improve the process as needed;

t. **Other Areas of Involvement:** Other areas of policy the Site Leadership Team may become involved with include but are not limited to:

- Elective programming,
- Selection of learning materials,
- Issues raised by student government at the site,
- Fund raising,
- Purchasing,
- Disbursement of funds,
- School-related building use,

Shared Leadership for Continuous Improvement

- Staff assignments,
- Parent-teacher relations,
- Use of outside professionals and social service resources,
- Student uniforms or dress codes,
- Business/community partnerships,
- Parent involvement programs,
- Other policy issues covered by the parameters of site based management.
- Work in these areas of responsibility may be delegated by the Site Leadership Team to individuals, committees, or sub-groups, which will then report back to the Site Leadership team for final approval.

4.3.3 **Composition.**

Each Minneapolis Public School shall have a Site Leadership Team for the purposes described in this article.  Members of a Site Leadership Team shall be elected annually except that community and business community representatives may be appointed.  Members shall serve until a successor's term begins.  (Optimally, teams would be in place when school starts in the fall).  Members of the team shall represent major stakeholder segments of the school community, including staff members, families, community members, and students.

a. **Diversity**.  The make-up of the Site Leadership Team should closely reflect the diversity of the school.

b. **Larger School Community.**  Representatives of the larger school community should be represented on the Site Leadership Team, including: students (whenever possible), family members, licensed and unlicensed staff at the site, community, and business partners.  A representative of the site student government shall represent the students.  One-half (½) of the membership shall be other than District employees.

c. **Staff.**  The school Site Leadership Team includes the school principal, union steward, elected teachers in the school, and other employees at the site.  One-half of the members shall be employees at the site.  Additionally:

1. **Ratio:**  The bylaws shall delineate the ratio of at-large representatives to department or SLCs (small learning communities) or grade levels or team representatives.
2. **At-Large Membership:**  Where by-laws require at-large membership, at-large teacher representatives shall be elected by members of the teacher bargaining unit at the site
3. **Elections:**  Department, SLC, team, or grade level representatives shall be elected by the members of the teacher bargaining unit in the departments or SLC teams or grade levels.
4. **Determination of Representation:**  Licensed staff at a site may determine by majority how they will be represented on the site leadership team.

d. **Non-Voting Participants:**  As an integral part of the Site Leadership Team discussions at the site, the alignment, connection, and communication of key functions will be facilitated by including non-voting participants when appropriate

4.3.4 **Responsibility of Membership**

a. **Staffing:**  The Site Leadership Team will participate in determining the number and type of other (non-team) teaching positions needed at the school, consistent with statutory and contractual requirements based on a building staffing process.  At high schools, graduation requirements and student options will be primary considerations.  At magnet schools, staffing must also be consistent with magnet program requirements.  Special education teachers shall be provided consistent with special education laws, regulations, funding and with students' IEPs.

b. **Obligations of Representation:**  Any member of the Site Leadership Team elected by a stakeholder group has these obligations of representation:

1. attending and actively participating on the Team;
2. reaching out to the diversity of the represented group to hear their opinions and ideas;
3. supporting goals and strategies to implement the School Improvement Plan;
4. communicating and working collaboratively with others on the Team;
5. Integrating the school improvement plan with the staff development plan, the behavior plan, and all curriculum and instruction.

4.3.5 **Decision-Making in the Leadership Team.**

a. **Orientation:** The Leadership Team, in collaboration with the District, is responsible for maintaining an orientation program on school-based shared decision-making for all new employees of the school, interested family members, students and others, which includes an explanation of how decisions are made and what processes exist to provide input.

b. **Guidelines:** The leadership team shall use the following principles to guide their shared decision-making processes:

1. focuses on meeting academic needs of students including closing the gap.
2. people most impacted in the decision are involved in the discussions
3. how decisions impact student, staff and community
4. promotes professional development of staff at the site and build collegial relationships and foster a professional climate
5. promotes active parent and community involvement

c. **Operation:**

1. **Expectation for Collaboration:** The parties expect the members of a Site Leadership Team to operate as a single decision-making team, not as a group of spokespersons representing constituent groups. Their role is to work together to develop goals and strategies to implement the School Improvement Plan.
2. **Bylaws:** Each site shall have bylaws or operating rules to govern all other aspects of the leadership effort, including how long members serve on the team, how members solicit ideas from others, and how team decisions are communicated to others. These bylaws are to be submitted to the area office annually and are in effect until amended by subsequent team action.
3. **Decision-Making Methodology:**
   a) **Determination of Authority:** Not all decisions will be made in the same way. There may be times the team delegates a decision, the team decides, the principal decides with participation of others, or when the team specifically delegates a decision to the administrators.
      - The first consideration in determining the scope of decisions to be made is WHICH decisions will be made by the team and which will be made by others,
      - Secondly, procedures defining HOW and WHEN decisions will be made should be determined.
   b) **Communication:** This process should be communicated, including the process for participation. While a team may agree initially on specific processes, they may be faced with issues that require them to revisit the scope or process of decision-making.
   c) **Expectation of Consensus:** When the team is to make a decision together, it is expected that the Site Leadership Team will operate by consensus (where lack of agreement is viewed as a signal that the best option has not yet been put forward). Consensus, however, need not mean unanimity, nor should all decisions require endless discussion, though every effort should be made through discussion and serious efforts to understand the reasoning behind opposing views.
   d) **Dispute Resolution:** In the event that a Site Leadership Team is unable to reach a decision, the team will have a process in their bylaws to resolve disputes, which may involve a facilitator to help improve the team's process.
4. **Agenda:** As a part of the bylaws or operating rules, the team will decide how the agenda is developed to ensure access and make it inclusive of the school community.

4.3.6 **Support for Teams**

a. **General Principles:**

1. **Information:** All information necessary to the decision responsibilities of the Team, such as budget and assessment information, shall be provided to all members equally.
2. **Incentives:** The Team can decide to provide incentives for Team membership, including compensatory time, payments of stipends, child-care costs, transportation expenses, and/or workshop registration fees, etc.
3. **Training:** Time for Team members serving on the Leadership Team shall be allotted during each year for the purpose of training or other activities related to site-based management and improvement planning.
4. **Resources:** District and Union resources will be available for the Team.

b. **Site Team Development:**

1. **Individual Training:**  Team members should receive training that will build capacity of the group in the concepts and skills of joint problem solving, team building, teamwork, parental involvement, and decision-making by consensus.
2. **Team Training:**  Site teams may desire team facilitation or development services from time to time and may access training and facilitation support services through the Area Offices, The Professional Leadership Team, Local 59, or the Principal's Forum.

c. **District Support for the Site Leadership Team:**  School and central office efforts must strive to complement each other.  The District offices have a responsibility to set high expectations for student learning and the learning environment.  Schools must be free to act in ways that help students reach the learning standards, and should expect and will receive support from the District.  The District-school relationship was illustrated in the Standards of Effective Schools and Standards of District Support for Effective Schools contained in the Site-Based Management Report of January 1999.

To support Site Leadership Teams, the Superintendent and District Administration have the following responsibilities:

3. **Guideline Development:**  Work with joint labor/management team to develop guidelines regarding the duties, power and authority of Site Leadership Teams;
4. **Professional Development Opportunities:**  Provide professional development opportunities for Site Leadership Team members in the shared decision-making process and decision-making parameters;
5. **Information and Data:**  Provide data and other necessary information to the site in a timely manner and accessible format;
6. **Site Assessment Analysis:**  Analyze site assessments of the shared decision-making process and report to the sites;
7. **Assessment and Feedback process:**  Work with joint labor/management team to develop a process for assessment and feedback to area offices of support provided to sites.

4.3.7 **Relationships with the District and Site**

a. **Accountability to MPS Strategic Direction:**  The Site Leadership Team shall be accountable to the Associate Superintendent and central administration for policies congruent with the strategic direction of the District, and will use the School Improvement Process as the vehicle for the development of policy to further the District Strategic Plan.

b. **Representative Policy Development:**  All policy issues should be based on the recommendations of and communication with all interest groups represented on the Site

Shared Leadership for Continuous Improvement

Leadership Team, and these recommendations in turn should represent an inclusive review within their respective memberships.

c. **Transparency:** Site Leadership Teams will:
- ensure a clear organizational structure
- clearly communicate the decision-making process
- identify the parties responsible for decision-making

d. **Policy Development, Implementation, and Inclusiveness:** In the school, the Site Leadership Team also will build inclusiveness, cohesiveness and consensus. The school administration will be accountable to the site team, to the Associate Superintendent, and to central administration for the implementation of policy. The Decision-Making Parameters, found in an addendum at the back of this contract, will guide the development of policy structure and their relationship with the central administration.

e. **Responsibility for Plan Development:** Site Leadership Teams are specifically required to construct and ensure the establishment and alignment of student behavior plans, professional staff development plans, and other plans for their site that reflect District Strategic Direction, Improvement Agenda, and their site SIP. Teams are referred to Article 5 of this contract for Staff Development and to Article 6 for student behavior.

f. **Self-Assessment:** Shared decision makers will assess themselves using the Standards of Effective Schools as a guideline (see 4.4.3.)

4.3.8 **Relationship with Other Committees, Task Forces, and Work Groups:**

a. **Coordination:** All site committees, task forces and work groups will communicate directly with or through the Site Leadership Team to coordinate planning and implementation of their work. The result will provide a learning environment where students, teachers, and staff will all understand the instructional goals of the site and what is expected of each of them in the process of achieving those goals.

b. **Group Composition:** The formation of committees, subcommittees, work groups and task forces will vary according to the size and program needs of the site. While any model used must include teachers throughout the decision-making process, a model includes:

1. **Instructional Leadership Team**. The instructional leadership team includes instructional teacher leaders and administrators who meet regularly to create, implement, and monitor the strategies in the SIP plan focused on curriculum, instruction and assessment. The instructional leadership team may include people such as the staff development chair, PDP coordinator, department chairs, union stewards, and others as deemed appropriate by teacher leaders and administrators at the site. The instructional leadership team is responsible for aligning curriculum, instruction and assessment to state and District standards, the District Strategic Plan, Site Improvement Plan goals, and Professional Development Process plans, as well as providing interpretation, coordination, and support for the Standards of Effective Instruction. The Instructional Leadership Team will coordinate and communicate with the Site Leadership Team on a regular basis.

2. **Staff Development Committee:** The site staff development committee works with the Site Leadership Team and budget committee/work group to ensure an appropriate staff development budget. The site staff development committee allocates site staff development funds to most effectively support staff in achieving instructional goals. The site staff development committee is responsible for planning, implementing and evaluating all staff development activities, and determines funding for groups and individuals attending off-site activities.

3. **Budget Committee:** (May be a subcommittee of the Site Leadership Team). The budget committee is involved in developing and overseeing the implementation of a budget that places resources where they will effectively support the achievement of site instructional goals. Feedback is solicited from staff before the budget is created,

and again before the budget is approved.  The budget committee provides a budget proposal and presents it for approval to the Site Leadership Team.

### 4.4  Standards of Effective Schools

4.4.1  **Research and Experience:**  The following Standards of Effective Schools represent a synthesis of over 20 years of research and documented experience on the effect of school quality on student learning.  These standards represent both the national research and the practical experience of using that research in the Minneapolis Public Schools.

4.4.2  **Purpose:**  These standards serve to guide schools in their self-assessment, improvement planning, and the feedback provided to schools on their effectiveness.  They will also form the basis of a common set of criteria being developed for School Improvement Planning and all of the components in the Accountability Framework for the Minneapolis Public Schools (see outline in this article, Section 4.10).

4.4.3  **The Standards:**

a.  **Have High and Rigorous Standards for What Every Student Should Know and Be Able To Do.**

*According to research, effective schools have clearly defined their mission and goals in terms of student achievement.  They have clear expectations for all students, not merely a segment of the population.*
Effective schools:
1.  share knowledge of the District's direction outcomes and apply them at their individual sites;
2.  have a mission and vision;
3.  focus School Improvement Planning cycle on improving student achievement including closing the gap;
4.  present expected outcomes to students and families in a clear manner;
5.  have high expectations for achievement of all students.

b.  **Promote Active, Multicultural, Gender Fair, Ability Sensitive, Interdisciplinary Developmentally Appropriate Learning Tied Directly to the Minneapolis Learner Outcomes.**

*"Tell me, I forget*
*Show me, I remember*
*Involve me, I understand."*
In effective schools:
1.  students engage in experiential learning in a context and environment similar to that in which the knowledge will be used;
2.  diversity is valued: Activities and interactions are Multicultural, Gender Fair, Ability Sensitive, Developmentally Appropriate;
3.  learning is integrated and interdisciplinary so that meaningful connections across disciplines are made;
4.  emphasis is placed on mastery of critical and complex thinking processes in addition to performance in basic skills;
5.  creative thinking, reasoning, group decision-making, visualizing solutions, persistence, curiosity and ingenuity are emphasized;
6.  a variety of approaches and grouping practices are used to increase student expectations for themselves and for their peers;
7.  students learn how to learn

c.  **Expect Students to Share Responsibility for Their Own Learning.**

In effective schools, students:
1.  make decisions about their own learning;

Shared Leadership for Continuous Improvement

2. have opportunities to give and receive ongoing feedback;
3. are encouraged to help each other and have high expectations of each other;
4. are expected to master academic work;
5. come to school and are prepared and expected and supported to learn;
6. are active constructors of meaning, rather than recipients of data.

d. **Have Assessments of Student Achievement Linked to District and State Standards and Provide Useful Feedback to Students, Families, Staff, and the District About Student Learning.**

Effective schools:
1. provide teachers with useful information in order to: 1) successfully support student learning and development; 2) plan for group and individual improvement; and, 3) communicate with parents;
2. integrate curriculum and instruction with learning outcomes;
3. use timely and ongoing assessments to plan improved programs for individual students;
4. recognize the individuality of learners and accommodate differences in style and rate of learning;
5. use an array of tools and a variety of processes that are both formal and informal;
6. rely on demonstrated performance during real, not contrived, activities as well as standardized tests;
7. use information and feedback in a collaborative process involving students and teachers, teachers and parents, school and community.

e. **Use Instructional Methods Grounded in Educational Research and Sound Professional Practice.**

In effective schools, teachers and staff:
1. develop instructional plans that align with standards and reflect learning strategies and student needs;
2. select appropriate methods of instruction to meet both the needs of students and specific learning goals;
3. create lessons and learning environments that are developmentally appropriate and challenging;
4. make instructional decisions that are based on students' learning styles, diversity, needs, experiences, and rates of learning;
5. know and use strategies that foster reasoning, problem-solving, and life-long learning;
6. regularly assess the quality of instruction based on Minneapolis Public Schools "Standards of Effective Instruction".

f. **Organize Schools and Classes to Create an Environment That Is Supportive to Learning.**

Effective schools:
1. create small class sizes and school configurations;
2. develop a sense of community among students, parents, and staff;
3. maximize teacher/student interaction;
4. improve student behavior and self-esteem
5. communicate frequently with families;
6. create opportunities for students to be involved in activities.

Shared Leadership for Continuous Improvement

g. **Share Decision-Making and Accountability for Student Success Among All Stakeholders.**

The focus of shared decision-making is to improve student learning and will succeed only when all those who affect education accept their share of the responsibility for the results.

Effective schools:
1. recognize that all members of the school community play an important role in shaping education at their school site;
2. develop a sense of trust and understanding in the school community;
3. make decisions closest to where implementation will take place;
4. have a governance process that is participatory and inclusive;
5. share a sense of ownership about the changes they plan to carry out;
6. have clearly defined roles and responsibilities in the decision-making process;
7. identify, assess, and provide skill development opportunities to continuously improve the decision-making processes at the site;
8. create a climate for staff collegiality and sharing of ideas for continuous improvement.

h. **Provide a Safe, Respectful, and Affirming Environment For All.**

Effective schools:
1. recognize that school and community have a mutual responsibility for development of this environment;
2. support a policy of zero tolerance for violence;
3. implement a consistent student behavior plan as a whole school community;
4. use processes for mediating/resolving conflicts;
5. value and support human interaction that is caring, positive, and supportive;
6. implement violence prevention curriculum and instruction.

i. **Have High Expectations For All Staff and Provide For Professional Growth and Continued Improvement in Practice.**

Effective schools:
1. have clear and rigorous standards for what staff should know and be able to do;
2. plan staff development based on the goals in the School Improvement Plan and on the Professional Development Process;
3. have staff development programs based on research regarding effective teaching, learning, interpersonal, and organizational skills;
4. design in-service programs that reflect adult learning styles;
5. support peer observation, coaching, conferencing, and feedback regarding instructional practices;
6. practice regular and frequent professional conversations among staff about effective practices and behaviors as well as promising new practices;
7. provide opportunity for students and parents to give constructive feedback about teachers and other staff;
8. have professional support services for staff which range from self-improvement to intervention;
9. regularly assess the effectiveness of staff development program.

j. **Actively Involve Families in Helping Students Succeed.**

In effective schools:
1. families are welcome;
2. families understand and support the goals of the school and the student;
3. families support the students' daily pursuit of educational objectives through homework and other learning activities;
4. opportunities are provided for families to develop understanding and skills, in ways to assist their students' learning;

Shared Leadership for Continuous Improvement

5. a wide variety of opportunities are provided for families to be involved in their students' educational process;
6. multiple ways are available to open/maintain communication with families;
7. families are given the opportunity to be involved in decisions about their own child related to school curriculum, instruction, planning, policy, and organization;
8. trusting relationships are developed and maintained where families and school value their partnerships.

k. **Collaborate With Community Partners and Others in the Community To Support Students and Their Families.**

Effective schools:
1. collaborate with other public, private and non-profit organizations to meet the needs of each student;
2. work with future employers, technical, and academic institutions to support student achievement and transitions to further learning/work;
3. have business, community organization, foundation, and educational institution support for school initiatives.

4.5  **Quality Performance Award (QPA).**

4.5.1  **A Program to Recognize Performance:** Schools have an opportunity to obtain additional funding for reaching school performance goals.  Available funds are presented as financial awards to schools that meet important goals in support of, but not limited to the following:
1. District Strategic Plan
2. School Improvement Process
3. Professional Development Process

4.5.2  **Improvement Strategies:**  The three major improvement strategies embedded in the QPA Program are:  define success, improve performance continuously, and support school communities as centers of performance.  These three strategies focus the development of the program on how to support a school site's efforts to improve and reach high standards of success on both site-specific goals and District goals.

4.5.3  **Goals and Criteria for Success:**  The District's improvement goals are specified in the document, the District Strategic Plan.  Since the District Strategic Plan focuses the whole District on specific improvement and strategic goals, "Vital Quality Performance Indicators" of success are the criteria for review of a school site's performance.  The link between the school site's performance and the District Strategic Plan is further strengthened through available funding.  The total funds available for the QPA depend upon the results achieved by the District.

4.5.4  **Performance Goal Establishment and Measurement**

a. **Criteria:**  The District's accountability framework is used to select the standards and improvement goals of sites to be reviewed.  The School Performance Continuum "Vital Quality Performance Indicators" will be used to collect information on the performance and improvement goals of the sites.  A planning committee established by the Professional Leadership Team (PLT) develops the parameters of the program around the School Improvement Feedback process as outlined in the School Performance Conversation.  The specific criteria for the review of a site's improvement plans, the reporting and payment schedules, and process for review will be approved by the Professional Leadership Team.

b. **Assessments, Measurements, and Indicators:**  Standardized assessments, alternative assessments, and school site-specific measures provide the means for determining improvement towards and achievement of high standards by sites.  Student achievement measures and other specific indicators of student success are identified in the performance continuum as criteria to be used in determining award recipients.

Shared Leadership for Continuous Improvement

4.5.5 **Importance of QPA Programs:** Leadership and accountability are increased by QPA programs as sites review their performance relative to District and site-specific standards. The School Improvement Process is the system school communities use to plan for improvements. The QPA supports the School Improvement Plan by using the site goals as criteria for determining recipients of the QPA.

4.5.6 **Awards:** The selected sites will receive cash awards to further support work on their School Improvement Plan and to recognize teacher leadership. QPA funds shall be used as cash awards to teacher leaders and other staff who work beyond their instructional duties in designated leadership roles and/or in leadership positions as defined and selected by an inclusive process at the site (Also see Article 7, Basic Salaries, Rates of Pay, Other Assignment, Work, and Schedules).

Leadership roles/positions may include but are not limited to the:

- Literacy facilitator
- IEP implementation coordinator
- District trainers
- MPS Induction Coordinator
- PDP coordinator
- Testing/Assessment Coordinator
- Standards Facilitator
- Site Mentor
- Staff development chair/coordinator
- Leadership team chair/co-chair

## 4.6 Teaching Teams

4.6.1 **Characteristics for Success:** The most distinguishing characteristic of a team is that its members have as their highest priority the accomplishment of team goals. They may be strong personalities, possess highly developed specialized skills, and commit themselves to a variety of personal objectives they hope to achieve through the team's activities, but their most important business is the success of the whole team in reaching its collectively determined, shared goals. Team members support one another, collaborate freely and communicate openly and clearly with one another. This is the team's collective strength.

4.6.2 **Collaborative Strategies:** A team with a strong foundation works well together, focuses on student needs, and uses clear processes. Such processes help solve problems, accommodate conflicts, develop skills and build relationships among members. An effective team will bring to students a variety of qualities:

- Complementary teaching styles
- Complementary instructional skills
- Background and experience

4.6.3 **Active Participation:** Team members actively participate in the planning, instruction, assessment, reflection and development of the team.

4.6.4 **Team Rights and Responsibilities:**

a. **Responsibility for Student Instruction:** A team shall be responsible for student instruction. They shall share the common goal of helping students meet or exceed promotion standards for that level. The team shall, therefore, determine instructional methods, consistent with the site and/or program focus. The team will determine how to group and schedule students for instruction in the subjects covered by the team, consistent with the school's master schedule.

b. **Team Effectiveness Survey & Assessment:** Each team shall be responsible for developing, maintaining, improving and assessing an effective teaming process. The following may be used to assess process effectiveness:

At your team meetings, can and do participants:
1. Initiate ideas; frequently offer ideas and solutions?
2. Facilitate the introduction of new ideas; actively encourage others to contribute without worrying about agreement?
3. Direct themselves and their comments toward team goals; often help to identify and clarify goals for the group?
4. Manage conflict; regard conflict as helpful in promoting different perspectives and in

sharpening the differences in views?

5. Demonstrate support for others; actively encourage the participation of others and assert their right to be heard?
6. Reveal feelings; openly express feelings about issues; ensure that feelings parallel views?
7. Display openness; freely and clearly express themselves on issues so others know where they stand?
8. Confront difficult issues and behaviors; freely and honestly express views on difficult issues, and objectively identify non-productive behaviors of other team members when they occur?
9. Share leadership; assume responsibility for guiding the group when their unique resources are needed or when they see potential solutions to problems, and willingly follow through with tasks the team decides are necessary.
10. Exhibit proper procedures in the decision-making process; always seek a full exploration of all feasible options, and identify and cite the appropriate language from Article 5, Professional Development.

**Survey Usefulness:**  Team members might use this or a similar team self-survey to develop team conversations that might in turn lead to decisions about various types of teaming support and/or staff development that might be useful to the team's function and its success in meeting its goals.

## 4.7   School Improvement Process (SIP)

4.7.1   **Responsibility:**  The Site Leadership Team is responsible for creating, implementing, reviewing and revising the SIP.

| School Improvement Plan | School Improvement Feedback |
|---|---|
| Developed annually by each school community | Annual feedback to schools on their School Improvement Plan (SIP) |
| **Purpose:** To provide focus and direction to the school in order to increase student achievement. To set multi-year goals for improvement. To ensure that the multi-year school focus is aligned with the District Strategic Direction, the District Strategic Plan, District and State standards. | **Purpose:** To review School Improvement Plans. To provide feedback on School Improvement Plans to help schools improve their planning process. |

4.7.2   **Annual Review**  School improvement planning expects the school to annually review past performance; set specific, measurable targets for improvements aligned with District Strategic Plan goals; take action; assess the results of their actions; and revise goals.  In this way, the plan guides schools through a systematic process for continuous school performance improvement.

4.7.3   **Inclusive Representation:**  It is important to be inclusive in the development and revision of the School Improvement Plan (SIP) (see Section 4.6).  There should be representatives from the entire school community including teachers, other staff, parents, community representatives, and students when appropriate.  Building a sense of ownership of the plan will foster commitment as schools move to implement the plan.

4.7.4   **Components of the SIP:**

**Goals:**  aligned with the District Strategic Plan
**Objectives:**  specific to what students will do; must be measurable
**Data:**  showing the current need for the goals and objectives
**Strategies:**  activities that will lead to achievement of the goals and objectives; what teachers, staff members and/or students will do

Shared Leadership for Continuous Improvement

|  | |
|---|---|
| **Timeline:** | show specifically what will happen and by when |
| **Accountability:** | who is responsible for strategy implementation? |
| **Budget:** | how much will be spent, and from what source(s) |
| **Evaluation:** | how will we know the strategy is helping the site to the meet the objective?  (see Addendum for examples) |

4.7.5 **The School Improvement Planning Process: Creating and Revising the SIP:**  MDE has outlined a four-step process to help schools gather and analyze evidence about their educational practices.  Schools will use this data to create and implement a school improvement plan.

1. Gather evidence
2. Analyze evidence
3. Create and implement a school improvement plan
4. Revise and reflect

4.7.6 **Creation and Use of the SIP:**  The Site Leadership Team is responsible for the following phases in creating and using the SIP:

Phase 1:  Set the Stage for the New Cycle: Communicate to the school community the purpose of Continuous Improvement and the School Improvement Plan.  Define the specific process your site will use to develop the SIP.  Describe how members of the school community can be involved.  Form a team to write the SIP.  Gain commitment to the process from school community.  Measure the process and plan against Standards of Effective Schools.

Phase 2:  Use Data to Develop Goals: Identify key questions that focus on student achievement.  Determine data needed to answer questions.  Analyze the SIR data.  Evaluate progress toward goals.  Develop improvement goals.

Phase 3:  Use Additional Data to Develop Objectives and Strategies: Identify and develop measurable objectives.  Collect and organize additional data.  Choose strategies to support objectives.

Phase 4:  Develop the Plan: Identify budget resources to support the strategies.  Decide on strategies to bring the plan to life.  Design and focus staff development to support the strategies.  Assign responsibility and a time line for action.  Establish evaluation and monitoring plan.  Plan for sustained effort and accountability.  Celebrate the completion of the written plan.

Phase 5:  Commit to the Plan: Communicate the plan to the school community.  Commit to implement the plan.

Phase 6:  Align the Professional Development Plan to the SIP and identify additional staff development needs.  Complete the actions defined in the plan.  Execute the staff development plan.

Phase 7:  Monitor Progress and Continuously Make Adjustments: Collect data to monitor extent of implementation and to measure progress toward goals.  Review and analyze data.  Identify successes and needed areas of improvement and the reasons for each.  Refocus resources.  Update and revise plan as necessary.  Measure the process and plan against Standards of Effective Schools.

Phase 8:  Communicate Progress and Results: Report to the School Community.  Use additional methods to disseminate progress and results.  Celebrate successes.

4.8 **Decision-Making Parameters**

4.8.1 **General Statements:**

a. **District Standards, School Implementation:**  The Strategic Direction of the Minneapolis Public Schools acknowledges schools as centers for performance.  The District sets the standards of organizational and student performance.  Schools are to initiate and implement the changes necessary for improving student achievement, with support from service oriented Area Offices and from the Central Office.

b. **School Site Flexibility:**  The philosophy guiding this work is that school sites should have as much flexibility as possible in managing their educational programs.  In other

words, the District sets system-wide standards (expectations) of learning and instruction for all students.  The District pays close attention to these "ends" or results expected.  The schools are to have as much flexibility as possible regarding the "means" of achieving those results provided the school is able to produce and demonstrate student achievement.

c. **Table of Parameters:**  The decision-making parameters found in Addendum 1 of this article intend to describe *what, when, where, and how of the decision-making process.*  The 1997 revisions amended these parameters with regard to student performance standards, curriculum, instruction, and assessment.

d. **Ongoing Assessment and Improvement:**  The parameters are fluid and will continually change to reflect the best partnering possible between the District offices and the schools.  School leaders and others in the community are invited to improve parameters, policy, and past practices on an ongoing basis that the site considers appropriate and advantageous to student learning goals.

e. **Definition and Clarification of Decisional Scope:**  Many who have seen the parameters document praise its honesty and clarity, but criticize its tone.  Words such as District, decide, and advise, for example, sound legalistic and formal; that is not intentional.  When the word "decide" is used, it does not mean to imply one person or the District unilaterally declaring a decision.  It is intended to state where decision-making responsibility lies.  Additional work must occur at both the school and District levels to further clarify who makes the decisions and how decisions are made.  Sometimes decisions will be made by teams; sometimes by individuals.  Many different means can be used.  However, in deciding, these are the "givens":

4.8.2  **Decision-Making Parameters:**  In managing the school, the School Site Leadership Team should make its decisions within these parameters:

a. **Overall Guide:**  The Strategic Direction for Minneapolis Public Schools is our overall guide.

b. **Constraints:**  Decision must be within federal and state law, contract language, referendum requirements, and Board of Education policy unless a variance has been received.

c. **Equity:**  Decisions must assure the education of all children.  The District will take action at times to ensure equitable conditions within each school and across the District.

   We are a public institution, and as a public institution, we serve all students.  The actions of the Leadership Team must embody sound educational policy equitably applied to all students and must assure the education of all students;

d. **Diversity.**  School Site Leadership Teams will be less effective if any constituency groups are left out of the process.  Input or involvement of others who are not members is encouraged as it is believed that decision quality improves with diverse input and participation.  The Team should be strategic in establishing processes for listening to the diverse opinions of their school communities; these may include such techniques as round tables, park meetings, surveys, and call-ins.  There will, of course, be times when decisions will need to be made quickly due to urgency or opportunity;

e. **Participation/Inclusiveness - balanced with timeliness:**  Input and involvement of others is encouraged - particularly from those whom we serve.  We believe that decision quality improves with diverse input and participation.  We hope that early two-way consultation and ongoing collaboration between the District level offices and the schools on these decisions will be the norm.  Regardless of whether the District or school is making the decision, we would like the process to allow for input from families, students, all staff and community members.  At times, decisions will need to be made very quickly due to urgency or opportunity - and may be less inclusive.

f. **Communication:**  Not everybody has to be, nor will be, directly involved in decision-making.  But one thing is clear: if a decision has not been communicated, a decision has not been made.  Decisions need to be communicated clearly to all who are affected.

g. **Evaluation:**  Those who decide must welcome and use feedback and evaluation techniques to continually improve their decisions.  Those making decisions should decide "up front" how they will assess progress.  The District offices are also charged with assessing progress, communicating how we are doing, and providing support and feedback.

h. **Accountability**.  Those making decisions are accountable for the results.  Accountability means assuring that decisions get made; committing to the decisions; supporting implementation; communicating the decision; reporting on the results to others; conducting ongoing evaluation; dealing with the impact by receiving feedback and reporting on results and initiating needed changes;

i. **No Negative Effects on Other Schools.**  Site team decisions should consider all effects and not make decisions that negatively impact other schools and communities;

4.8.3  **Scope of Authority:**

a. The scope of authority for site decisions is delegated by the Board of Education to the sites and is located in Addendum 2 at the end of this Article.

4.9  **Support for Schools**

4.9.1  **Performance Conversations:**

In order to support schools in their effort to improve, the District has realigned services to support its schools.  To facilitate support, the District Strategic Plan calls for "performance conversations" with the team from the Area Office and the principal and site team leaders.  The performance conversation will reflect the school's knowledge of how the school's goals align with the District Strategic Plan goals as well as how the school uses the SIR to guide decisions as the school develops its SIP.  The performance conversations will help identify how district services can support the unique needs of each school.

4.9.2  **Standards of District Support for Effective Schools:** District support for schools will be consistent with the Strategic Direction of the Minneapolis Public Schools, the District Strategic Plan, curriculum and performance standards for learning, and school quality standards.  This will require that the District understand the plans, progress, and strategies at each school site.  To meet this expectation, the District has developed Standards of Support for Effective Schools.  These standards are designed so that each school receives assistance that meets the specific requirements of each school site.

District level support services shall undergo a self or exterior constituent assessment of its effectiveness measured against the following standards:

1. **Have High Standards for Student Learning In All Schools.**
   - Learning standards are clearly defined.
   - Outcomes throughout K-12 and upon graduation are linked to Minnesota and national standards.
   - The school community is knowledgeable of and understands expected outcomes.
   - All schools have School Improvement Plans focused on improving student achievement.

2. **Provide Curricular, Instructional and Assessment Leadership in Support of What Students Should Know and Be Able To Do.**
   The District has:
   - clear learner standards which are aligned with state and national standards;
   - curricular content describing what students know and are able to do at each grade level and grade level expectations in each field of study (social studies, language, math, health, etc.);
   - ongoing identification and support of effective and promising instructional strategies and practices;

Shared Leadership for Continuous Improvement

- an assessment system for reporting the degree to which each student demonstrates mastery of the intended standards.

3. **Set Strategic Direction and Establish Improvement Planning Processes to Support Student Achievement.**
   - The District has clear mission, vision, and goals.
   - Planning processes are inclusive, shared, and well known throughout the District.
   - Action results from planning.
   - All schools have School Improvement Plans focused on improving student achievement.
   - The District leads cross-jurisdictional, long-term planning within the city.

4. **Provide Leadership Which is Visionary, Reflective, Focused, and Consistent Over Time.**
   - The school community knows the Strategic Direction of the District.
   - The evolutionary and ongoing nature of change is understood and supported.
   - Those leading and participating in positive change consistent with the vision are valued, supported, and recognized.
   - Conditions are created that enable active sharing of what is learned across the District, across other districts, and across the nation.

5. **Model and Support a Diverse, Safe, Respectful, and Affirming Environment for All.**
   - The Dis trict employs Multicultural, Gender Fair, Ability Sensitive, Developmentally Appropriate (MCGFASDA) practices for:
   - attracting and retaining outside staff;
   - community partnerships;
   - alignment of policy and practices.
   - Support systems are established to ensure implementation of District-wide (MCGFASDA) plan.
   - The District supports both policy and practice of zero tolerance for violence.
   - Student achievement, curricular content and instructional strategies reflect a diverse and global society.
   - Survey results confirm an environment of safety, respect, and affirmation.

6. **Win Community-Wide Support to Provide Resources for the District and Its Schools.**
   - The District actively produces or secures needed services to support the schools.
   - District policies, procedures, budgeting priorities, and decision-making are focused on student achievement.
   - Systems are developed and maintained to deliver services focused on student achievement.
   - Taxpayer, voters, and federal and state lawmakers confidently invest in our schools.
   - Funds are leveraged through creative, matching fundraising efforts.

7. **Support and Facilitate Continuous Improvement/Learning of All Staff.**
   - District has high standards for all staff.
   - District supports staff development and skill training for all employees.
   - District supports a professional development process for each employee.
   - Performance assessments occur as ongoing, regular feedback.
   - Employees understand the knowledge and skills needed for their work.

8. **Ensure Accountability While at the Same Time Respecting School Autonomy.**
   - Schools are supported as the primary centers for change.
   - Clear goals and performance standards are set rather than telling schools how they must be met.
   - An orientation is created towards achievement of results rather than procedure.
   - Evaluation processes are in place to assess achievement of goals.

- The District identifies areas where standards aren't being met and helps schools meet those standards by providing support services along a continuum from self-improvement to fresh start.
- Roles and expectations for decision-making are clear.
- The District collects and focuses reporting to the community.
- District offices look for success stories inter- and intra-District and encourage replication, as appropriate.

9. **Forge Links with the Community to Advance Learning Readiness and Student Success.**
   The District partners with:
   - other public institutions
   - businesses
   - non-profits
   - private foundations
   - post-secondary institutions
   - professional organizations/unions
   - The District collaborates with partners to create service systems which prevent duplication, are user-friendly, and are effective in supporting students and their families.

10. **Listen and Communicate.**
    - Opportunities are created for continual conversation and feedback within the whole District community.
    - Many mechanisms exist to reach out to various communities and hear back from them.
    - The District develops and maintains ongoing conversation among teachers and teachers, teachers and principals, building and central office, school to school.
    - Information is available when and where needed.

11. **Exhibit a Service Orientation.**
    - District offices find out what schools need to succeed and continually improve their abilities to meet those needs.
    - When District offices are responsible for assuring adherence to District-wide norms, they make it easy for schools to comply, give schools feedback about how they are doing, and target intervention services for the few that require them.

12. **Provide an Infrastructure Necessary to Support Effective Schools.**
    - Information management and technology acquisition supports.
    - Support services such as facilities, transportation, and food services are active partners in academic program decision-making (and the reverse is true as well).
    - The District's infrastructure of support advances academic, administrative, and communication goals.

13. **Assure that Organized Stakeholders Actively Work to Produce Effective Schools.**
    - The Board of Education, union leaders, and central office administrators challenge their own and each other's past practices, beliefs, written contracts.
    - District-wide mechanisms for ongoing, meaningful stakeholder involvement are created.

4.10 **Accountability Through Quality Feedback**

4.10.1 **Assessment of Shared Decision-Making.**

At least annually, each school team and the District should undergo a self- or external-assessment of its decision-making process.  While the School Improvement Process (SIP) looks at "Are we doing the right things to improve student achievement?" this assessment would ask "How are the means we are using working?" These site evaluations would measure areas such as:
- efficacy and efficiency of decision-making processes;
- listening to and communicating with various school constituencies;

- connection of decisions to the District's Strategic Direction and the School Improvement Plan;
- decision-making parameters themselves;
- decisions represent what is best for the whole while respecting the needs of constituencies;
- leadership is shared among stakeholders.

**Assessment tools may include**:  e.g., annual surveys of staff, focus groups, QIP, self-study, surveys of families, students.

4.10.2 **School Information Report (SIR).** The School Information Report provides data to schools that will assist them in planning programs to help students achieve.  Information is provided about student progress in specific content areas as well as other areas of the school program.  These measures support a continuous cycle of learning that informs the School Improvement Process.  Schools will then use this information to assess the progress they have made and to plan for the next school year of the School Improvement Process.

4.10.3 **School Improvement Feedback (SIF).**The purpose of the School Improvement Feedback process is to provide annual feedback to schools on their School Improvement Plans.  The intent is for schools to use the information to improve their plans and, ultimately, to improve their effectiveness in increasing student achievement for all students.  The customer in this process is the school community.  The process is not about evaluation but about feedback for continuous improvement.  Each school will receive written, timely feedback on their School Improvement Plan each year.  Teams comprised of staff, parents, and community members will be trained to review plans and write feedback reports.  Each plan will have more than one reader.  The written feedback reports will identify areas of strength and opportunities for improvement.

The intention of this feedback is to assure that:

- SIP goals are aligned with the District Strategic Plan goals and address critical areas for improvement suggested in the School Information Report;
- activities and strategies align with SIP goals;
- SIP achievement indicators are clearly related to goals;
- evaluation will provide adequate feedback;
- the SIP is clear, concise and easy to understand, with clearly designated accountability and timelines.

4.10.4 **The School Improvement Plan.**  The Associate Superintendent's charge is to provide constructive feedback to all schools on their School Improvement Plans.  The performance conversation will reflect the school's knowledge of how the school's goals align with the District Strategic Plan goals as well as how the school uses the SIR to guide decisions as the school develops its SIP.  Performance conversations will help identify how district services can support the unique needs of each school.

The review and feedback will be based on the following criteria:

a. **Critical Areas:**  Critical areas identified by the school for improvement are related to the District Strategic Plan.

b. **SIP Goals:**  SIP goals show how school plans reflect both District Strategic Plan goals and critical areas as identified in the SIR.  An example of an SIP goal would be "Improving Achievement".

c. **Measurable Objectives:**  SIP objectives are measurable.  The objective is clearly stated, includes expectations of anticipated results, and is measurable.  These are related to the goals identified in the District Strategic Plan.  It is the quality of the results, not quantity that counts.

d. **Indicators of Success:**  How will you know if you are successful? These indicators serve as benchmarks to assess whether progress toward achieving the goal is occurring.  These indicators should also be aligned with other components of the district's success

indicators.  Indicators of goal achievement support how the strategies contribute to achievement of the goals.

e. **Well-Planned Goals:**  Strategies and activities are well aligned and integrated and will contribute to the achievement of the goal.  Goals are likely to be achieved through the implementation of these activities and strategies.  Each strategy identified is clearly linked to the goal.  The plan indicates who is specifically responsible for implementation and states the target date by when the strategy will be completed and evaluated.

f. **Activities toward Goal Achievement:**  There are several activities connected to each strategy and they will be organized according to the District Strategic Plan goals.  Staff development plans must be aligned with the goals identified in the SIP.  Procedures for measuring the impact of staff development activities are included in the SIP.  Professional Development plans for teachers and other staff should also be aligned with SIP goals.  The school's staff development goals are aligned with the SIP goals and activities and should be included in the SIP strategy and activity and budget portions.

g. **Budget Allocation:**  It is necessary to establish the budget allocations as a school's goals are set and actions and strategies are put in place.  Including a budget helps in several ways: the budget is focused on the school's goals and staff development plans; it serves to monitor use of state compensatory dollars to meet the needs of students most in need of intervention; it offers a way to begin discussion of budget goals for the next year.

h. **Monitoring Progress:**  Progress toward achieving identified goals is monitored throughout the year and necessary modifications are made.  The SIP should include ongoing monitoring activities that show progress toward goals in order to make and implement midcourse corrections and adjustments.  The greater school community should also be kept informed about the school's progress toward achieving its SIP goals.

i. **Impact on Student Achievement:**  The process for evaluating progress toward each goal focuses on learner standards.  It is not enough to simply report that something was done.  It is critical to report how well it was done and its impact on student achievement.

j. **Communication with School Community:**  The plan and its results are communicated to the school community.  Once the SIP is developed it needs to be shared with the greater school community so that everyone is aware of the school's goals and the actions which will be taken to achieve those goals.  It is recommended that the plan is shared in a variety of ways.  People should be reminded of the plan throughout the year.  A copy of the plan should also be sent to the Associate Superintendent.

k. **Year-End Report:**  At the end of the school year, the school should prepare a final report which summarize the SIP goals for that year and the extent to which those goals were met.  This information should be reported to the greater school community and School and Site Services.  This report will also provide critical information when the school prepares its SIP for the following school year.

4.10.5 **Quality Improvement Process (QIP).**

a. **Definition:**  The Minneapolis Public Schools Quality Improvement Process (QIP) is a standards-driven, internal and external feedback process to support a School Improvement Plan, actions, and results.

b. **Structure and scope:**  The Quality Improvement Process is an important piece of a larger accountability system.  The Quality Improvement Process is an internal accountability tool that fosters a continuous culture of school self-improvement.  It combines structured and comprehensive self-examination and reflection with in-depth review and feedback by an external team comprised of educators, peers, community members, and customers (QIP Cadre) (Minneapolis Public Schools Quality Improvement Process, Guide, and Assessment Criteria, 1997).

Shared Leadership for Continuous Improvement

c. **Purpose:** The Quality Improvement Process (QIP) encourages internal accountability within Minneapolis Public Schools. It provides schools with a safe environment for in-depth reflection and promotes the type of collegial professional environment that supports and promotes positive change.

d. **Feedback Processes:** Two feedback processes are developed:

1. Written *School Improvement Feedback* for all schools, annually. (SIF)

2. The QIP process provides a structured, in-depth self-examination of schools planning and actions and feedback from an external cadre comprised of educators and community members.

All sites are expected to be on a course of continuous improvement. QIP is designed to respond to requests for more in-depth and structured feedback to inform school improvement planning. All sites will ultimately undergo the assessment as part of the cycle of school improvement. The assessment will help schools:

- increase capacity to gather, use, and interpret data; and test assumptions;
- learn to look at program as a whole system, with interconnected parts, rather than focusing on individual programs or people;
- develop a natural, systematic approach to quality improvement;
- clarify goals, improve actions and results;
- most importantly, improve student achievement!

4.10.6 **School Support Process.**

a. **Purpose:** The School Support Process (SSP) is designed to assist sites with resolution of student performance, instructional and/or leadership issues that impact school success. This process assists sites in identifying key issues, implementing strategies to address them, and helping sites build capacity to address future issues. The SSP is coordinated by the Professional Leadership Team (PLT), which consists of representatives from the Minneapolis Federation of Educators (MFE), Principals' Forum, and District Administration. School Support Process activities will be aligned and coordinated with other district efforts regarding school climate, adult culture and related areas.

b. **Indicators Toward Referral:** Indicators from School Performance Management Continuum that may lead to a referral include:

- student achievement in decline
- a widening of the achievement gap
- negative site climate
- adult, student, overall site safety concerns
- poor attendance rates
- increasing dropout rates
- teaching and/or leadership challenges

c. **The Process:**

**Step 1: Starting the process**
A school may be referred to PLT by any of the following people/groups:
- Associate Superintendent/District Leadership
- Site self-referral
- Minneapolis Federation of Educators
- Principals' Forum
- Representatives from other Bargaining Units

**Step 2: Initial assessment**
- PLT will determine whether other interventions have been attempted prior to the referral. If prior efforts to address issues have been unsuccessful, or there is a need for additional partners or resources, PLT will assess appropriateness of the referral and assess need for the SSP.

Shared Leadership for Continuous Improvement

- If PLT determines that there is a need for the SSP, an SSP team will be appointed that will be comprised of building leadership, representatives from MFE, Principals' Forum, C & I, Associate Superintendent, Employee Relations, and others as appropriate.
- The SSP Team then holds an initial conversation with Principal and building leadership group (e.g. may include but not be limited to administrators, union steward, representatives from leadership/instructional leadership team, PDP coordinator) to review the support process, secure agreement and lay out specifics of process implementation at the site.

**Step 3:  Site Assessment**

**Needs Assessment:**  To determine focus of support, Team meets with Principal and key school leaders to identify needs and plan the process.  The following steps are taken:

Collection of information and data analysis through:

- Conversations with site administrators and school leadership
- Review of site data (e.g. academic, behavior, attendance, student/staff survey)
- Input from full staff, e.g. surveys, focus groups, or Chadwick/circle style discussion
- Review of written documents: e.g. behavior plan, SIP, staff development plan, organizational design

**Key areas assessed**:  leadership and organizational design, school wide systems and practices, problem solving process, student achievement, adult culture issues, instructional environment/classroom management, equity and disproportionality.

Notification of SSP Status:

- Following data analysis, the Team makes a determination regarding site needs and appropriate strategies for improvement
- The Site, Superintendents and PLT are notified of determination and given written analysis
- Meeting is held with the site to review data, prioritize needs, and identify processes to assist with goals

**Step 4:  Creating a Plan**

In collaboration with the site, the SSP Team develops an action plan that includes:

- goals and objectives
- strategies, timeline
- indicators of success
- roles and responsibilities
- resources needed
- feedback systems
- A goal of this process is to build the site's internal capacity for data-driven decision-making and following through on improvement processes, based on the data.  Once this takes place, the site and SSP Team formulate a plan.  The SSP Team facilitates discussion to establish consensus on the work, and implementation begins.

**Step 5:  Implementation of Work in Targeted Areas**

- The SSP Team supports site leadership in building capacity to implement the outlined plan with other resources as appropriate.
- PLT coordinates resources as determined in the site plan.
- Professional development, mentoring, coaching, leadership development, and creating building infrastructure (systems) are provided/developed as indicated by the plan.

- Ongoing assessments are conducted to determine if original plan needs adjustment.

### Step 6:  Monitoring Progress
- The Team supports sites in establishing an assessment progress monitoring system, including collection of data about implementation and feedback systems.
- A periodic report will be provided to PLT summarizing progress of site efforts.

### Step 7: Outcomes
- If the site is successful in meeting goals within the timeline, the process ends (with periodic check-ins provided by SSP team or Assoc. Superintendents for a period of one year following the end of the process)
- If unsuccessful in meeting goals within the timeline but showing evidence of positive change, the Team may extend the timeline.  If unsuccessful or unclear, PLT and SSP Team will make a determination regarding appropriate next steps.

4.10.7 **Other supports and structures include:**
   a. **School Support Process (Whole school):** Designed to assist sites with resolution of student performance, instructional and/or leadership issues that impact school success. (See Article 4) **.**  See section 4.10.6 above.
   b. **Climate Study (whole school):** A joint interview process conducted by the district and union to collect information to determine site strengths and areas of growth. This process results in recommendations to improve site climate. (See Article 12).

4.10.8 **Possible next steps could include:**  A report and dialogue with Associate Superintendents; and/or referral to an external review  (see QIP in this article)

4.10.9 **Professional Leadership Team**
   a. **Purpose:**  MFE and MPS leadership agree to establish a joint labor management committee to discuss and come to agreement on issues that impact teaching and learning and make recommendations to be considered for implementation.
   b. **Composition:**  This committee, the Professional Leadership Team (PLT), will be made up of the following representatives:
      5 Teachers (includes the MFE President)
      2 ESPs
      5 Principals (includes the Forum President)
      2 District Administrative representatives
      Additional guests may be added to meetings to address specific topics.
   c. **Operating Principles.** The presidents of the teachers union and principal forum will co-chair PLT and be responsible for selecting their respective representatives.  The leadership of each represented group will select their members.  The PLT committee will meet to determine its specific mission, vision and operational functions.  The presidents of the MFE and Principals' Forum will determine meeting dates.
   d. **Annual Review:**  Each year, the PLT will review past year accomplishments, the composition and number of the group and future topics.  The PLT will engage in, but is not limited to, solving the following issues:
      1. Lesson Planning Time.
      2. Class Size/Caseload/Student Load.
      3. Inclusion of professional voice in work with students.
      4. Increasing a transparent and collaborative culture of respect throughout MPS and specifically in buildings.
      5. Ensuring adequate resources are available to ensure quality learning.
      6. Will review the number and purpose of student assessments given in MPS
      7. Over-site of MPS LM Academic Review Committee (clearinghouse for new initiatives).

**MINNEAPOLIS PUBLIC SCHOOLS – ACCOUNTABILITY FRAMEWORK**
**Improving Our Schools/Ensuring Quality Performance**

| KEY PLAYER | PRIMARY ROLE | IMPROVEMENT CYCLE/ KEY INDICATORS | PRIMARY FUNCTION | KEY STANDARDS | FREQUENCY |
|---|---|---|---|---|---|
| *School Board* | Oversight/ policy formation | District Strategic Plan | Establish District priorities | Strategic Direction | Continuous/ annual progress |
| *District Office Administration* | Administrative/ supervision Support for school sites | School Performance Continuum | Support and monitoring school performance Ensuring adequate remediation when necessary | Standards of Effective District Support | Continuous/ annual progress |
| *Schools/ Sites* | School improvement Increasing student achievement | School Improvement Planning/ Plan Feedback (SIP/ SIF) Quality Performance Award Quality Improvement Process (QIP) | Improvement action planning and Implementation Performance based incentives In-depth organizational self-examination/ reflection | Standards of Effective Schools | Continuous/ annual progress Continuous/ annual progress Approx. every five years |
| *Teachers/ Principals/ Educational Assts./ Other Classified Staff* | Increasing student achievement Professional improvement | Professional Development Process (PDP) | Self-study and peer collaboration Professional improvement/ action planning/ implementation/ reflection | Standards of Effective Instruction | Continuous/ annual progress |
| *Families/ Students* | Ensuring student achievement | Individual Learning Plan and ILP goal setting process with teacher | Establish student learning priorities Involvement in child's education | Student Performance Standards Family Involvement Standards | Continuous/ annual progress |

## 4.11 **The School Performance Continuum**

### 4.11.1 **General:**

a. **Background:** The mission of the Minneapolis Public Schools is to ensure that all students learn. Much work has occurred at both the State and District levels to set content and performance standards for student learning. Now, additional work is occurring to help sites/programs assess how they, as organizations, are performing in the realization of this mission.

b. **Performance Continuum – Description:** An organization is in a dynamic, fluid relationship to its development goals, either improving in performance, staying static, or in actual performance decline. Thus, schools are able to place themselves along a performance continuum according to objective evidence of selected performance indicators. It is crucial for the District to be accurate in reporting the placement of each school along this continuum, and to provide support to sites to ensure that all schools make satisfactory progress toward their SIP goals.

Shared Leadership for Continuous Improvement

c. **School Performance Assessment:** To measure and monitor school performance, Site Leadership Teams will annually review a performance assessment data, to analyze evidence of the school's performance on the selected indicators. This performance assessment may include both an internal self-study, and an external school audit. A QIP process shall satisfy the assessment. At a minimum, an effective review should address the following:
- instruction
- curriculum
- assessment
- school management and leadership
- staff attitudes
- professional qualifications and competencies
- percentage of non-tenured staff
- professional development of staff
- parent, student and community perceptions and involvement
- school discipline
- safety and security
- instructional supplies and materials
- the physical plant and facilities
- and the adequacy of the District's support for the school

d. **Assessment Indicators:** Sources of information for this self-study may include the Vital Quality Performance Indicators of School Achievement, included at the end of this article. These indicators are a combination of standardized measures, growth indicators, and survey/interview data. This accountability system is designed to measure an individual school's progress against District standards for school achievement, school climate, attendance and suspension rates, and gifted and talented programming. Any sources or indicators may be used for this self-study, including:
- Effectiveness of the Site Leadership Team
- Effectiveness of the Instructional Leadership Team
- Staff Relationships

e. **External Audit:** The external audit may be the Quality Improvement Process. The information and analysis provided by the school self-study should help to guide an external school audit team which, at the completion of its work, will be in a position to recommend actions that should be taken to improve the school. The external audit team should include the building principal and other licensed personnel. Schools may be asked to be involved in a North Central Accreditation assessment.

f. **Annual Performance Assessment:** District support staff and community representatives will meet with the Site Leadership Teams and building staff each year to provide support as the school focuses on their annual performance assessment process, their improvement goals, and the school's progress toward achievement of goals specified in their SIP. This annual performance assessment will assist sites in determining their placement along the School Performance Continuum:
- Development Stage
- Support and Technical Assistance Stage
- Intervention Stage

4.11.2 **Stages:**
a. **The Development Stage for Continuous Quality Assurance:** For those schools whose annual performance assessments indicate satisfactory standing on the School Performance Continuum, District support services will be available to sites to ensure continuous quality.

Examples of these services may include:

1. Performance grants;
2. Specific technical assistance identified by the site for goal setting or SIP implementation;
3. Training in SIP implementation;
4. Assistance with site-specific topics, such as Site Leadership Team by-laws, members' selection, length of term, communication effectiveness within the building, measures of accountability to stakeholders, and their role and effectiveness in solving leadership problems or questions occurring within the site;
5. Assistance with systematic planning for the transition from a former to a new administrator at the site;
6. Assistance with the assessment of leadership functions with the use of annual surveys of building staff and/or stakeholders, focus group interviews, the use of the Standards of Effective Schools (included in this article, as a guide), or other measures such as these tools are:
   - Consensus building model
   - Adaptive Schools-Garmston and Wellman
   - Good Seeds Grow Strong Cultures-John Saphier
   - Democracy in Action-Clark Glickman
   - Renewing American Schools

b. **The Support and Technical Assistance Stage:**

1. **Inadequate Progress:**  Those schools whose annual performance assessments using the Vital Quality Performance Indicators show that the site's efforts at self-improvement have not been adequate, will receive District services at the Support and Technical Assistance Stage.  Tier 1 schools will receive Support and Technical Assistance services.  Tier 2 schools may self-select to receive services.

2. **Criteria for Identification:**  These schools are identified using fair and widely accepted criteria.  The District will assist sites in determining the appropriateness of this level of support, and in identifying areas for improvement.  All stakeholders, including staff, students and parents will be informed about the criteria by which the school's performance is being assessed.  When high needs areas for improvement are identified, school staff and stakeholders will be informed promptly, and given access to supporting data and intervention options being considered.  Timely action must be taken to improve these high needs schools.

3. **Core Team:**  In situations where a school is identified as eligible for District services at the Support and Technical Assistance Stage, a core team will be established to coordinate services to the site.  This core team will include representatives from the Site Leadership Team, the Associate Superintendent's office, representatives from the Principals' Forum, the MFE, and C&I.  The Superintendent may request the Department of Children, Families and Learning and/or other outside agencies as appropriate.  The MFE representative will be part of the core team to ensure that teachers and other school staff have the opportunity to continue learning, are being treated professionally, are involved in decision-making and are part of the solution.

4. **Action Plan:**  The action plan for high needs schools must be educationally sound and effective.  The oversight and coordination for the plan's development and implementation shall be the responsibility of the core team.  The challenge is to take the scientific research on programs and pedagogical approaches that have been proven to work, and use it to ensure that children and schools succeed.

5. **Service Expectations:**  The core team for sites at the Support and Technical Assistance Stage will ensure that services to the site:
   - are based on high academic standards;
   - enforce high behavior standards;
   - use objective criteria of performance that are clear and understood by all

stakeholders;

- address the particular needs of the individual school;
- are supported by scientific research; involve staff and provide them with the professional development, time and resources they need to be effective.

Examples of services at this level for high needs schools include:

- Challenge grants;
- Climate surveys/assessments and /or administrative assessment;
- External guidance: from consultants, from successful peers (peer coaching/mentoring);
- Joint District-Site decisions, based on what's best for kids;
- Extra support for students;
- Additional time and/or resources for staff development.

6. **Timeline, Followup Plan, Monitoring:**  A timeline for District services at this support and technical assistance stage and a specific follow-along/follow-up plan will be established by the core team, to ensure that the school action plan is implemented appropriately, and leads to satisfactory progress toward specified improvement goals.  As satisfactory progress is established, the core team continues to monitor and provide technical assistance as necessary to ensure continuous quality performance, until the site is able to more independently function at the level of the Continuous Quality Assurance stage.

c. **The Intervention Stage:**

1. **Unsatisfactory Progress:**  For sites in which the outcomes from the Support and Technical Assistance Stage of District services do not result in satisfactory and sustained progress on the School Performance Continuum, the school enters the Intervention Stage of District services.  The core team may be formed again according to the site's specific needs.

2. **Needs Assessment:**  Once a school's strengths and most pressing needs have been identified, the District assists the Site Leadership Team in choosing among those replicable, research-based programs that have a record of success in similar situations.

3. **Corrective Action Plan:**  The core team prescribes corrective actions to be completed, with strict expectations and timelines.

4. **Staff Transfer:**  Since staff support is critical for the effective implementation of a successful academic plan, any staff member who prefers not to work with the adopted model will be allowed to transfer under the transfer and reassignment provisions of this contract, and a team of teachers with training and experience in the selected model will be recruited into the school.

4.11.3 **Voting for change by licensed staff**

a. **Availability of Information:**  Staff members should be provided with enough information to make informed decisions from among research-based improvement models.  This should include accurate information about research results, costs, and any additional professional development, curriculum materials, or other assistance that might be necessary for the effective implementation of each program.

b. **Presentation Requirements:**  Presentations on the programs under consideration should address the specific needs of the school, use data and examples to illustrate how the program can help raise student achievement, and provide a realistic description of what effective implementation would involve.

c. **Site Visits:**  Staff representatives should be provided opportunities to make site visits to school sites where the programs under consideration are being implemented.

d. **Secret Ballot:**  Teachers should choose by secret ballot, such ballot to be overseen by the MFE and the Forum.

Shared Leadership for Continuous Improvement

    e. **Voting Results Criteria:**  Programs should be adopted by a consensus or, failing that, a two-thirds majority.

4.11.4 **Fresh Start:**

    a. **Decision:**  If, despite intervention efforts, student performance fails to improve within a reasonable time frame, the core team may recommend a fresh start procedure to the Superintendent and the School Board.  The Superintendent and the School Board shall make the final decision on Fresh Start.

    b. **Design Expectations:**  When a new school is opened to replace the closed school, whether or not it is located in the same physical plant, it should be designed around a research-based academic improvement plan shaped by stakeholders, including the union and new Site Leadership Team.

    c. **Staff Decisions:**  Staff should receive enough information to make an informed decision about whether or not they wish to be assigned to the site, based on their training and/or experience with the new model, under the New Program provision, Article 16, Transfer, Reassignment, and Recall.  Those not selected by the new school will have transfer rights to other schools as excessed teachers under Article 16, Transfer, Reassignment, and Recall.

4.11.5 **Quality Performance Indicators of School Achievement:**

    a. **Accountability Rating System:**  The District's accountability system is broader and more systemic than any accountability system in the state, measuring individual school progress against district standards for student achievement, school climate, attendance and suspension rates and gifted/talented programming.  Points are assigned to each indicator to show whether or not the school is meeting the standard for that indicator.  The average of the combined results in a school's overall point total can range from low (1) to average (3) to high (5).

    b. **Elementary and Middle School Indicators**

      1. Rate of growth of continuously enrolled students making one year's growth or more in reading and math on the District's standardized assessment approved by the Chief Academic Officer and administered through the Department of Research Evaluation and Assessment

      2. Student performance compared to state high standards in reading, math, and writing in grades 3-11.

      3. Decrease in the achievement gaps on reading, math and science.

      4. Equity of Achievement: Decreasing the achievement gap for reading, math and science for students of color.

      5. Percentage of students and staff who agree that their school is safe.

      6. Percentage of students and staff who agree that students and staff respect each other.

      7. Percentage of students suspended for behavior that threatens the safety of others.

      8. Decrease in students' suspension gap between current levels and the standard for all schools.

      9. Increase in the percentage of students attending school at least 95% of all days.

     10. Decrease in student attendance gap between current levels and the standard for all schools.

    c. **High School Indicators**

      1. Rate of growth of continuously enrolled students making one year's growth or more in reading and math on the District's standardized assessment approved by the Chief Academic Officer and administered through the Department of Research Evaluation and Assessment

      2. Participation in MCA assessments for all subgroups.

      3. Student performance compared to state high standards in reading, math, and science.

Shared Leadership for Continuous Improvement

4. Decrease in the achievement gap on reading, math and science.
5. Equity of Achievement: Decreasing the achievement gap for reading, math and science for students of color.
6. Percentage of students and staff who agree that their school is safe.
7. Percentage of students and staff who agree that students and staff respect each other.
8. Percentage of students suspended for behavior that threatens the safety of others.
9. Decrease in students' suspension gap between current levels and the standard for all schools.
10. Increase in the percentage of students attending school at least 95% of all days.
11. Decrease in student attendance gap between current levels and the standard for all schools.
12. Percentage of students of color participating in high level courses.
13. Increase in participation of students of color in high level courses compared to the standard for all schools.
14. Decrease in the achievement gap between current graduation rate and the standard set for all schools.
15. Annual dropout rate for students of color.
16. Decrease in the achievement gap between current annual dropout rate for students of color and the standard set for all schools.

**This article shall not be subject to the grievance procedure.**

Shared Leadership for Continuous Improvement

**ADDENDUM 1:   SCHOOL PERFORMANCE MANAGEMENT CONTINUUM**

# SCHOOL PERFORMANCE MANAGEMENT CONTINUUM

| DEVELOPMENT | TECH ASSISTANCE | INTERVENTION |
|---|---|---|
| *Indicators* | *Indicators* | *Indicators* |
| Student achievement gain / growth | Student achievement stagnant | Student achievement in decline |
| Gap narrowing | Gap steady | Gap widening |
| High percentage of students engaged (in high standards work) | Medium percentage of students engaged (in high standards work) | Low percentage of students engaged (in high standards work) |
| Good learning climate: Respect, responsible actions, rigor professionalism | Learning climate signs of trouble: perceptions of: resistance, blame, secrecy, stress, fear | Learning climate very negative (over consecutive weeks) dysfunction denial |
| Safe | Safety concerns | Unsafe |
| High student attendance and satisfaction | Student absences / suspensions rising | Students transfer / dropout |
| Families satisfied with school / involved in student success | Pattern of family complaints | Families withdraw / leave |
| Effective site leadership | New site leadership / developing site leadership | Site leadership incompetence / isolation |
| Effective site staff | Ineffective or new site staff | Incompetent site staff |
| Staff issues resolved effectively | Pattern of staff complaints | Staff transfer/ leave Recurring staff complaints |
| Community trust high/ improving | Community trust unsure | No community trust |
| *System Responses* | *System Responses* | *System Responses* |
| Encouragement / support for continued improvement | Support / challenge | Support / intervention |
| Descriptive feedback | Suggested actions | Prescriptive actions |
| *Means* | *Means* | *Means* |
| Performance grants | Challenge grants | Turnaround grants |
| Self-assessment and descriptive feedback (QIP) | Specific required feedback: climate survey / assessment administrative assessment | Prescribed actions: strict expectations and timelines from Superintendent's Office |
| Additional flexibility/ independence of action | External guidance: from consultants, from successful peers, (peer coaching) | On-site assistance/ "leadership" (daily/ 1-2 times/ week) |
| School decides based on "what's best for kids" | Joint school-District decides based on "what's best for kids" | District decides based on "what's best for kids" |
| Student success celebrated / accelerated | Extra support for students | Student remediation |
| School "restarts" itself | Additional time away to plan / backup provided | Imposed fresh start |

Shared Leadership for Continuous Improvement

**ADDENDUM 2:   DECISION-MAKING PARAMETERS**

# DECISION-MAKING PARAMETERS

| PLANNING / POLICY | | |
|---|---|---|
| **TOPIC** | **DISTRICT OFFICES** | **SCHOOLS** |
| **Strategic Direction** | **District Vision / Mission / Strategies** | **School Vision / Mission / Strategies** |
| Measurement (of organizational performance) | Define District-wide measures of performance; (e.g., student achievement and community trust) | Participate in the development of District-wide measures of performance |
| | Develop and/or choose District measurement tools, including assessments that measure academic achievement | Participate in the development of measurement tools and provide ongoing feedback regarding their use; choose additional school-specific measures |
| | Determine the schedule and how the assessments are administered | Administer according to schedule and provide feedback |
| | Prepare individualized School Information Reports (SIRS) and train sites on their use | Use SIRS in School Improvement Planning |
| | Report District measures three times a year.  Develop annual report to meet PER requirements | Report to school communities three times a year: 1) SIP goals for the year, 2) progress mid-year, 3) final report at school year end Develop School Improvement Plan |
| Partnerships | Set parameters, generate potential partners, coordinates | Decide, develop, implement partnership arrangements |
| | Assess equity across the District | |

| BUDGET/FINANCE | | |
|---|---|---|
| **TOPIC** | **DISTRICT OFFICES** | **SCHOOLS** |
| Raise Revenues | Responsible | |
| Purchasing Up To $1,000/Purchase (Direct Pay) | Set policy procedures and accountability measures, and audit within parameters | Individuals purchase within parameters |
| Purchasing Over $1,000/Purchase (Direct Pay) | Coordinate | Individuals purchase within parameters |
| Budget | Determine District-wide allocations consistent with Strategic Plan | Use of allocations consistent with School Improvement Plan; carry forward savings |
| Fund Raising | Set parameters for sites Raise funds for District initiatives | Raise funds for school initiatives per guidelines |

Shared Leadership for Continuous Improvement

| IMPROVEMENT/PROGRAMS | | |
|---|---|---|
| **TOPIC** | **DISTRICT OFFICES** | **SCHOOLS** |
| **Improvement Planning** | **Set District goals** | **Develop School Strategic Plan** |
| | Develop District Strategic Plan | Set school goals to improve student achievement |
| | Produce results | Determine actions |
| | Coach schools and give feedback on School Improvement Plans | Produce results |
| **Training and Development** | Identify District-wide priorities for staff development | Identify needs |
| | Train the trainers process, training, and evaluation | Develop building staff development plan |
| | Provide requested services | Request assistance Implement plan |
| **Curricular Content (what must be learned)** | Provide support to sites in understanding and implementing State Standards for all students | Understand State Standards |
| **Instruction (how to teach and assist learning** | Adopt and support Standards of Effective Instruction | Select and implement a continuum of instructional approaches that support State Standards, student performance standards as they are developed, and Standards of Effective Instruction |
| | Identify and communicate best practice research and instructional strategies to support teachers | Implement and share full repertoire of best instructional practices |
| | Provide training in PDP and other training that supports PDP as needed or requested | Implement PDP and align PDP with SIP, **District Strategic Plan** goals and standards |
| | Set guidelines for course/subject offerings in alignment with State standards | Decide course/subject offerings |
| | Develop descriptors of quality and accomplishment for each standard at each developmental level | Participate in development and review; implement curriculum scope and sequence |
| | Facilitate process to determine District-wide adoptions of learning materials (which includes a waiver process) | Participate in District-wide adoption; select supplementary or waived learning materials consistent with the standards |
| **Performance Standards (what to assess; how high is the bar?)** | Adopt student performance standards which meet or exceed State performance standards | Implement student performance standards which meet or exceed District standards |
| | Adopt/develop standards-based assessment of student achievement to implement at school sites | Participate in development, review and adopt standards-based assessments |
| | Adopt Strategic Direction for Assessment | Align school assessments with Strategic Direction for Assessment |
| | Advise sites on selection of additional assessments and provide scoring and reporting of results to teachers, teams, departments and sites (to help align their assessments with standards) | Develop or purchase additional assessments for school reporting and student/family communication about progress |
| | Support school sites in implementing a policy on school reporting or student performance | Communicate frequently with students/families regarding individual student progress |
| | Provide assessment preparation strategies, protocols and information to sites, teachers, and community | Prepare students for assessments and assist/communicate; site and family support for student success |
| | District will provide information about diagnostic tools; District develops standards-based progress reports and student portfolios at primary, intermediate, middle, and secondary levels | Schools participate in the development and implementation of portfolios and progress cards; schools and/or teachers use diagnostic tools to inform instruction and provide feedback to the District |

Shared Leadership for Continuous Improvement

| SCHOOL ORGANIZATION | | |
|---|---|---|
| **TOPIC** | **DISTRICT OFFICES** | **SCHOOLS** |
| **Grade Reconfiguration (e.g., Middle Schools)** | Decide | Propose |
| **Enrollment Projections** | Responsible | Advise |
| **Staff Development Days**<br>    Number<br>    Content | <br>Decide<br>Decide their days | <br><br>Decide their days |
| **Conference Days**<br>    Minimum number<br>    Schedule<br>    Approach | <br>Decide | <br><br>Decide<br>Decide |
| **Schedule**<br>    Annual Calendar<br>    Within the Day<br>    Length of Day<br>    (start/end times)<br>    After School Hours | <br>Decide<br><br>Decide<br><br>Set Parameters | <br>Provide Input<br>Decide<br><br><br>Decide |
| **Closing/Opening/Combining of Sites** | Decide | Advise |
| **School Attendance Boundaries** | Decide | |
| **Student Placement & Transfers** | Decide | Advise |
| **Building Decision-Making Process** | Adopt guidelines and evaluate effectiveness | Establish process(es) |
| **Naming of Schools** | Decide | Advise |

| STAFFING | | |
|---|---|---|
| **TOPIC** | **DISTRICT OFFICES** | **SCHOOLS** |
| **Diversity/Affiliation** | Determine policies | |
| **Principal Recruitment/Hiring** | Decide | |
| **Principal Assignment** | Decide | Recommend |
| **A/P Recruitment/Hiring** | Decide | |
| **A/P Assignment** | Decide | |
| **Teacher Recruitment/Hiring** | Decide | Participate in interviews/selection/ recommend |
| **Teacher Voluntary Transfer** | Coordinate | Interview and approve |
| **Excessed Teacher Transfer** | Coordinate | Interview |
| **Staff Make-up**<br>    District-wide<br>    Within school | <br>Decide<br>Coordinate | <br>Advise<br>Decide |

Shared Leadership for Continuous Improvement

| VIOLENCE PREVENTION/SAFETY | | |
|---|---|---|
| **TOPIC** | **DISTRICT OFFICES** | **SCHOOLS** |
| **Discipline Policy** | Decide and support implementation | Make Recommendations to District, Advise and Implement policy |
| **Behavior Plan** | Set Parameters | Decide and implement |
| **Safety and Security** | Set policy, assure safety and security at the sites, provide assistance to sites as needed | Make recommendations to district Implement safety and security measures at schools |

| FACILITIES/SERVICES | | |
|---|---|---|
| **TOPIC** | **DISTRICT OFFICES** | **SCHOOLS** |
| **Facility Purchase/Lease** | Decide | Advise |
| **Building Use** | Decide on District-wide uses | Decide on individual school-related uses |
| | Set parameters and coordinate community use | |
| **Transportation Routes** | Decide | Advise |
| **Facility Remodeling/Rehab** | Decide | Advise |
| **Food Service** | Set nutritional guidelines | Schedule meal times and locations |
| | Provider of services | Request and support optional food providers |

| INFORMATION MANAGEMENT | | |
|---|---|---|
| **TOPIC** | **DISTRICT OFFICES** | **SCHOOLS** |
| **Record keeping** | Set parameters and coordinate | Advise and implement |
| **Technology** | Set parameters and decide | Advise |
| **Technology Acquisition** | Set parameters to Decide/purchase | Decide/purchase within parameters |
| **Information Applications Academic, Admin., Communication** | Set standards and develop District-wide systems | Develop school-wide systems within standards |
| | | |

| COMMUNICATION | | |
|---|---|---|
| **TOPIC** | **DISTRICT OFFICES** | **SCHOOLS** |
| **Families/Community** | Communicate with District-wide Families/community Determine Protocol | Communicate with families/community Follow protocols |
| **District-wide** | Decide | Advise |
| **Within School** | Advise | Decide |
| **Crisis Reaction** | Determine protocols and advise | Follow protocols |

| MISCELLANEOUS | | |
|---|---|---|
| **TOPIC** | **DISTRICT OFFICES** | **SCHOOLS** |
| **Contract Variances (MOAs)** | District/Unions decide | Request |
| **Uniforms/Dress Code** | Provide guidelines | Decide |
| **Family Involvement** | Provide guidelines | Determine process |
| **Open Campus** | | Decide |
| **Athletic Offerings** | Decide | Propose |
| **Co-curricular Activities** | Allocate resources Set policy on student participation | Decide and Implement |

Shared Leadership for Continuous Improvement

## EXAMPLES OF HOW TO USE THE DECISION-MAKING PARAMETERS:

**ELEMENTARY GOAL:  All students will read 150 wpm by end of fourth grade**

**Objective:** 85% of 4th grade students pass their Curriculum Based Measurement (CBM) targets in 2005.

**Data:** 75% of 4th grade students passed their CURRICULUM BASED MEASUREMENT (CBM) targets.

**Strategies:** All 4th grade students reading < 150 wpm will receive additional support    through added support staff.

**Timeline:** Tutoring will be offered by the end of the year

**Accountability:** [1] Teachers will identify students in need of tutoring; [2] Tutoring coordinator will recruit staff, parents, and other volunteers to work with students; [3] Tutors will work with students at least once per week

**Budget:** $ spent on coordinator stipend from general budget; $ spent on extended time stipends for staff tutors from YMAP budget; $ spent on materials from *name* grant; $ spent on training for tutors from staff development budget.

**Evaluation:** Students in tutoring program will make greater gains on CURRICULUM BASED MEASUREMENT (CBM) targets than other 4th grade students who did not participate in tutoring program.


**MIDDLE SCHOOL GOAL:   All students will be proficient at math problem solving.**

**Objective:** 85% of 8th grade students will pass the MCAs in math by end of school year.

**Data:** 75% of 8th grade students passed the MCAs in math; 45% of 7th grade students scored 1 or 2 on problem-solving performance assessment, the previous spring.

**Strategies:** All students scoring <50% on District approved math test in 6th or 7th grade will receive tutoring after school.

**Timeline:** Tutoring will be offered October through April by the end of the year.

**Accountability:** Instructional Leadership Team will identify students in need of tutoring; tutoring coordinators will recruit staff, parents and other volunteers to work with students; tutors will work with students at least once per week.

**Budget:** $ spent on coordinator stipend from general budget; $ spent on extended time stipends for staff tutors from YMAP budget; $ spent on materials from name grant; $ spent on training for tutors from staff development budget.

**Evaluation:** Students in tutoring program will make greater gains on MCAs than other 8th grade students who did not participate in tutoring program.


**HIGH SCHOOL GOAL:  All 10th grade students will achieve proficiency on MCA reading test.**

**Objective:** 85% of 10th grade students will achieve proficiency on MCAs in reading in 2005.

**Data:** 65% of 10th grade students passed the reading test.

**Strategies:** All English teachers will use materials appropriate to the task with those students who have not passed and follow an agreed on syllabus to address decoding, vocabulary, sentence structure, and other issues. After school tutoring will be provided.  Other departments will integrate reading strategies into their instruction.

**Timeline:** An instructional agenda will be in place at the beginning of the school year and progress will be measured in appropriate intervals.

**Accountability:** Students will be identified by counselors and teachers within the first few weeks of term. The plan of instruction will be approved by the Instructional Leadership Team by the beginning of the academic year. The Instructional Leadership Team (ILT) and relevant teachers will review interval progress reports.

**Budget:** $ for materials; $ for tutoring time; $ for professional development.

**Evaluation:** Students in tutoring program will make greater gains on MCAs than 10th grade students who did not participate in tutoring program.

## Article 5    Professional Development

### 5.1  Professional Development in Minneapolis Public Schools

**5.1.1  Importance:**  The Minneapolis Public Schools (MPS) along with the Minneapolis Federation of Educators (MFE) agree on the importance of professional development and support of its teachers.  It is a crucial factor in creating and maintaining an excellent school system focused on ensuring that all students learn.  In addition, the District's ability to attract, develop, and retain excellent and diverse teachers is improved when a strong professional development foundation exists.

**5.1.2  Definition and Anticipated Results:**  Professional development is the process by which teachers individually and jointly enhance and update their knowledge of standards, curriculum, and content, and improve their instructional skills and strategies.  Effective and continuous professional development expands the knowledge base and repertoire of practices and skills necessary for teachers to engage in educated and optimal decision-making so that all students acquire the highest quality of education.  Enhanced professional development increases teacher effectiveness, builds confidence, morale and commitment, and subsequently, the ability to improve the quality of education of all students in MPS.

**5.1.3  Assumptions for Success:**  The underlying assumptions that support the success of the Professional Development Process for MPS teachers are:

a.  Professional development is focused on ensuring successful student learning and achievement for all students.

b.  The expectation that there is a school climate for professional learning and growth that provides opportunities for collaboration and dialogue around student results and teacher practice for the purpose of improving student achievement to meet standards.

c.  Professional development is job-embedded, continuous, and focused on research-based best practices supporting the National Staff Development Council Standards and the Minneapolis Standards of Effective Instruction.

d.  Opportunities for teachers to be engaged creatively in the action research process is essential to effective instructional practices.

e.  Research-based innovation and taking risks are the norm and necessary for continuous learning.

f.  The instructional community is responsible for collegial coaching, growth and support with the understanding that the professionals have each other's best interest at heart.

g.  Implementation is systematic and aligned with the district work.

**5.1.4  Positive Growth Continuum:**  The professional development continuum for teachers depends on systemic support and begins with initial training and collaboratively supported practices, evolves into independently and collegially facilitated growth, and continues throughout the teaching career with ongoing reflection and leadership.

**5.1.5  Standards of Effective Instruction (SOEI):**

a.  **Application to All Teachers:**  The Minneapolis Standards of Effective Instruction applies to all teachers and assists them as they move through the professional development continuum. (Standards of Effectiveness are available for other professional teaching groups such as School Social Workers, Psychologists, Speech and Language Therapists, etc.)

b.  **SOEI Applications:**  These standards are expected to be used as a guide towards planning and implementing staff/professional development to support teaching quality and student achievement.  They are also an effective tool in coaching, mentoring, and teaming as a part of the Professional Development Process (PDP).

c.  **Initial Development:**  During the development of the original Standards of Effective Instruction, a representative group of teachers, principals and administrators reviewed,

Professional Development

analyzed and synthesized standards and current research on teaching and standards from the following national and state organizations:  National Board for Professional Teaching Standards (NBPTS), Educational Testing Service (PRAXIS), National and Minnesota Interstate New Assessment and Support Consortium (INTASC).

d. **Alignment with National and State Standards:**  The original Standards of Effective Instruction have now been revised to align with all of the above national standards, as well as, the newly adopted Minnesota State Standards of Effective Practice for Teachers. (MN Rule 8710.2000).  This will assist teachers as they work on their PDPs to also be working on relicensure efforts.

5.1.6 **Other Professional Standards:**  Some education professionals working under the teacher contract (e.g., psychologists, School Social Workers, nurses, speech clinicians, etc.) have professional practice standards specific to their field of licensure.  While it is important for these professionals to be aware of and understand the MPS Standards of Effective Teaching, the standards for each specific professional practice should be the guide used for planning, growth, collegial and student support.

Professional Development

### The Standards of Effective Instruction:
### Domains & Rubrics (SOEI) Domains, Rubrics, Observation Cycle and Summative Review

1. MFE and MPS will jointly revise Article 5, pages 69, 74-79 to align language with revisions to the SOEI Domains 2 and 3, observation cycle and summative review.

2. SOEI Domains 1 and 4 will remain in the contract as resources but will no longer be in SAP's SuccessFactors and scored as part of classroom observations.

3. The 2025-2026 school year will serve as a launch and reset year.  As such, only Professional Development Plans (PDPs) and observations from the 2025-2026 school year will be considered in the summative review.  PDPs and observations from prior years will not be included.
   In 2026-27, the summative review will include evidence from both the 2025-2026 and 2026-2027 school years.  The 2027-2028 school year will mark the first year in which a full three-year review cycle is in place.

4. Domain 1 will not be scored in the formal full observation.  The pre-conference for a formal full observation is a face-to-face conversation of approximately ten (10) minutes.  No lesson plan is required, and the observer will record notes in SuccessFactors.  The purpose of the pre-conference is to help support the development of a coaching relationship between the teacher and the observer to build rapport, and gather context for the upcoming observation.  This meeting can also serve as a space to discuss the upcoming lesson observation, including the learning environment, student outcomes, planning, and instructional approaches.

5. Revised Observation Cycle: New MPS Educator

| Recommended Timeline | | Q1 | Q2, Q3 | | Q4 | Annual Probationary Rehire Process |
|---|---|---|---|---|---|---|
| New MPS Educator 1 | All 1st year teachers | Formal Short Observation *(Secondary)* | Formal Full Observation *(Co-observation)* | Formal Short Observation *(Primary)* | Informal Short Observation (reduced evidence, no score) *(Secondary or Primary)* | Probationary Rehire Decision *(Primary)* |
| New MPS Educator 2 | All 2nd year teachers | Formal Short Observation *(Primary)* | Formal Short Observation *(Secondary)* | Formal Short Observation *(Co-observation)* | Informal Short Observation (reduced evidence, no score) *(Secondary or Primary)* | Probationary Rehire Decision *(Primary)* |
| New MPS Educator 3 | All 3rd year teachers | Formal Short Observation *(Primary)* | Formal Short Observation *(Secondary)* | Formal Short Observation *(Co-observation)* | Informal Short Observation (reduced evidence, no score) *(Secondary or Primary)* | Probationary Rehire Decision *(Primary)* |

Professional Development

6.  Revised Observation Cycle: MPS Experienced Educator

| Recommended Timeline | | Q1 | Q2, Q3, Q4 | |
|---|---|---|---|---|
| Experienced Educator 1 | Summative Year | Formal Short Observation *(Primary)* | Formal Short Observation *(Primary)* | Summative Review |
| Experienced Educator 2 | 1st Off-Cycle Year | Informal Short Observation (reduced evidence, no score) *(Secondary or Primary)* | Informal Short Observation (reduced evidence, no score) *(Same observer)* | |
| Experienced Educator 3 | 2nd Off-Cycle Year | Informal Short Observation (reduced evidence, no score) *(Secondary or Primary)* | Informal Short Observation (reduced evidence, no score) *(Same observer)* | |

7.  Summative Review

| Weight | Assessment | Meets Expectations |
|---|---|---|
| Professional Development: 20% | Annual PDP (MFE contract 5.4.8) | 5.4.8; 3.4.5 (b), (e), (q), (r) |
| Classroom Observations: 20% | Follow SOEI Track for New or Experienced Teacher (Domains 2 and 3) | 3.4.5 (c), (d), (f), (i), (l), (m), (n), (u) |
| Student Feedback and Engagement: 20% | Teacher Choice: <ul><li>Yearly required student survey; or</li><li>Teacher created survey following parameters for standardization</li></ul> | 3.4.5 (u) |
| Student Growth Measure Report: 35% as required by statute 122A.41.5b(9) | Annual PDP Analyze and collect evidence following the PDP document. | Include measurable student growth goals and results in PDP (Article 5.4, pages 8-13) |
| Professional Responsibilities: 5% | Summative Review Meeting | Attend and engage in Summative Review |

Professional Development

**The Standards of Effective Instruction: Domains & Rubrics**

The MPS Standards of Effective Instruction are separated into four Domains.  Each Domain has a set of rubrics that further illustrates accomplished teaching for that Domain.  The rubric has three to four descriptors used with each domain defining levels of effectiveness: *Requires Attention, Developing, Proficient, or Exemplary* (only in Domains 1 and 4.)

**Domain 1: PLANNING AND PREPARATION**
**Indicator A: Learning targets aligned with standards and student data inform planning**
- i.     Plans units and lessons effectively
- ii.    Applies content knowledge and knowledge of how students learn

**Indicator B: Uses content, resources and student knowledge to design coherent instruction**
- i.     Designs coherent instruction
- ii.    Uses relevant resources and technology
- iii.   Designs culturally relevant instructional strategies

**Indicator C: Plans for assessment and differentiation**
- i.     Plans formative and summative assessments
- ii.    Plans for differentiation

**Domain 2: CLASSROOM ENVIRONMENT**
- i.     Learning environment
- ii.    Culture of persistence
- iii.   Classroom routines and procedures
- iv.    Feedback on classroom environment and engagement

**Domain 3: CLASSROOM INSTRUCTION**
- i.     Content language to promote learning
- ii.    Learning targets and directions
- iii.   Differentiated instructional strategies to engage students in learning
- iv.    Questioning and discussion techniques
- v.     Pacing and structure
- vi.    Checks for understanding
- vii.   Provides academic feedback

**Domain 4: PROFESSIONAL RESPONSIBILITIES**
**Indicator A: Uses reflection, self-assessment, and feedback to improve instruction**
- i.     Uses self-reflection to improve instruction
- ii.    Uses feedback to improve instruction

**Indicator B: Engages in professional development and collaboration with colleagues to promote a productive learning environment**
- i.     Participates in professional development
- ii.    Collaborates with colleagues
- iii.   Contributes to school and district culture for learning

**Indicator C: Maintains responsibilities and communication with families**
- i.     Demonstrates ethical conduct
- ii.    Keeps records
- iii.   Completes tasks in an organized and timely manner
- iv.    Communicates with families
- v.     Seeks cultural and linguistic information

Professional Development

| Domain 1: Planning and Preparation<br>The teacher develops a comprehensive instructional sequence. | | | | |
|---|---|---|---|---|
| **Indicator 1A: What will you teach?**<br>**Learning targets aligned with standards and student data inform planning** | | | | |
| **Element** | **Requires Attention** | **Developing** | **Proficient** | **Exemplary** |
| **i. Plans units and lessons effectively** | There is **no evidence of planning** daily, weekly and/or unit instruction.<br><br>Learning targets* are **not aligned** to MN standards. | Daily, weekly and/or unit **planning is inconsistent.**<br><br>Learning targets* are **aligned** to MN standards. | Daily, weekly and/or unit **planning is consistent, collaborative when possible** and builds on students' prior knowledge and experience.<br><br>Learning targets* are assessable, aligned to MN standards and are **stated in terms of student learning**. | Daily, weekly **and** unit planning is consistent, **collaborative** and builds on students' prior knowledge and experience and **connects to other content areas**.<br><br>Learning targets* are assessable, aligned to MN standards and are stated in terms of student learning. |
| **ii. Applies content knowledge and knowledge of how students learn** | Teacher's planning demonstrates **inaccurate knowledge** of content and how students learn the content and academic language. | Teacher's planning demonstrates **knowledge** of content and how students learn the content and academic language is **generally accurate, but limits** teacher's ability to anticipate common student misconceptions. | Teacher's planning demonstrates knowledge of content and how students learn the content and **academic language so that common student misconceptions are anticipated.** | Teacher's planning demonstrates **extensive** knowledge of content and how students learn the content and academic language so that common student misconceptions are anticipated.<br><br>**Teacher plans ways for students to assume responsibility for their own learning.** |

*Learning targets are statements of intended learning based on standards which teachers craft to guide the teaching and learning process and to engage, support and hold students accountable for their learning.*

Professional Development

| | Domain 1: Planning and Preparation, CONTINUED<br>The teacher develops a comprehensive instructional sequence. | | | |
|---|---|---|---|---|
| | **Indicator 1B: How will you teach the lesson?**<br>**Uses content, resources and student knowledge to design coherent instruction** | | | |
| **Element** | **Requires Attention** | **Developing** | **Proficient** | **Exemplary** |
| **i. Designs coherent instruction** | Teaching strategies and/or learning activities are **not aligned** to the learning targets.<br><br>Instructional groups **do not support** the learning target(s).<br><br>When homework is assigned, it is **unsupportive of and/or not related to the intended learning targets.** | Teaching strategies and/or learning activities **are aligned** with the learning targets, however may be **unorganized or lacking coherence.**<br><br>Instructional groups **support** the learning target(s).<br><br>When homework is assigned, it **emphasizes task completion or compliance** and lacks clear connections to the intended learning targets. | Teaching strategies and learning activities are aligned with the learning targets, are **well organized and designed to facilitate student construction of knowledge**.<br><br>Instructional groups support the learning target(s) and are **planned to increase cognition**.<br><br>When homework is assigned, it **expands students' understanding of the content and helps them reach mastery of one or more learning targets**. | Teaching strategies and learning activities are aligned to the learning targets, are well organized and designed to facilitate student construction of knowledge.<br><br>Instructional groups support the learning targets, are planned to increase cognition and **give students ownership of learning.**<br><br>When homework is assigned it is relevant, expands understanding of the content, helps students master intended learning targets, and **includes choices for students.** |

Professional Development

| Domain 1: Planning and Preparation, CONTINUED | | | | |
|---|---|---|---|---|
| The teacher develops a comprehensive instructional sequence. | | | | |

| Indicator 1B (continued): How will you teach the lesson? | | | | |
|---|---|---|---|---|
| Uses content, resources and student knowledge to design coherent instruction | | | | |

| Element | Requires Attention | Developing | Proficient | Exemplary |
|---|---|---|---|---|
| **ii. Uses relevant resources and technology** | Teacher **does not utilize** available resources.<br><br>There is **little or no use** of available technology and other relevant resources. | Teacher **makes use of** relevant resources within the school, district and/or community.<br><br>Uses technology and other resources to **present information**. | Teacher makes use of relevant resources within the school, district and/or community.<br><br>Uses technology and other resources to **promote increased cognitive engagement and deeper conceptual understanding**. | Teacher makes use of a **variety** of relevant resources within the school, district and/or community showing **extensive knowledge of resources for learning**.<br><br>Uses technology and other resources to promotes increased cognitive engagement, deeper conceptual understanding. **In addition, students have opportunity to use and adapt technology to enrich their understanding of the content**. |
| **iii. Designs culturally relevant\* instructional strategies** | Learning activities and instructional strategies are **not informed** by knowledge of students' skills and interests. | Learning activities and instructional strategies **are informed** by knowledge of students' skills and interests. | Learning activities and instructional strategies are informed by knowledge of students' skills, interests, **cultural backgrounds, language proficiency and exceptionalities**. | Learning activities and instructional strategies **are designed based** on knowledge of students' skills, interests, cultural backgrounds, language proficiency and exceptionalities.<br><br>**Planning includes opportunities for students to explain language and cultural context to their classroom community.** |

*Culturally relevant strategies provide education within the framework of culture (rather than culture in the framework of education) by considering the applicability of teaching materials, methods or programs to students' ethnicity, social status, gender, religion, home and community environment, and/or personal experiences, so that we create learning environments that build upon the language, experiences, learning styles and strengths of students.*

Professional Development

| Domain 1: Planning and Preparation, CONTINUED<br>The teacher develops a comprehensive instructional sequence. | | | | |
|---|---|---|---|---|
| **Indicator 1C: How will you know if students learned what you taught?**<br>**Plans for assessment and differentiation** | | | | |
| **Element** | **Requires Attention** | **Developing** | **Proficient** | **Exemplary** |
| **i. Plans formative and summative assessments** | Planning indicates teacher has **limited understanding** of the role and use of formative assessment* to adapt instruction to student needs.<br><br>Assessments are **primarily summative and used for grading purposes.** | Planning indicates the **use of formative* and/or summative** assessment strategies appropriate to the lesson's learning targets and/or activities. **Formative assessments are designed to make adjustments for the next lesson.**<br><br>**There are minimal opportunities for students to self-assess their work.** | Planning indicates the use of formative* and/or summative assessment strategies appropriate to the lesson's learning targets **and** activities. **Formative assessments are designed to help the teacher make immediate instructional adjustments.**<br><br>**Plans indicate opportunities for student self-assessment and student involvement in the development of assessment criteria.** | Planning indicates the use of formative* and/or summative assessment strategies appropriate to the lesson's learning targets and activities. Formative assessments are designed to help the teacher make immediate instructional adjustment **based on individual student needs.**<br><br>Plans indicate opportunities for students to assess themselves **and their peers against clearly established exemplars and/or performance criteria.** Plans indicate opportunities for student involvement in the development of assessment criteria. |
| **ii. Plans for differentiation** | There is **no evidence of differentiation**** within the lesson design. | Differentiation** within the lesson design is **limited or based on classroom or grade-level data**. | Differentiation** within the lesson design is based on classroom **and individual student data and/or work**. | Differentiation** within the lesson design is based on individual student data and/or work. **Differentiation strategies are embedded in all planned instructional activities**. |

*Formative assessments are a range of formal and informal assessment procedures used within the cycle of learning to monitor student understanding and make instructional adjustments to help every student master the learning targets.*

**Differentiation is the process teachers use to plan learning experiences which intentionally respond to learner differences. Students would have opportunities to work at their levels of readiness (assessed levels of skills and knowledge), in preferred and varied learning*

Professional Development

*modes/styles, and engage their interests in order to achieve curricular goals. The learning experience, content and/ or student product are differentiated.*

**Domain 2: Classroom Environment**
- **The teacher creates and implements a physical and interpersonal classroom environment that supports student learning.**
- **The teacher promotes a culture of learning, and creates a culture of trust, inclusion and high expectations.**
- **The teacher establishes and maintains clear and equitable expectations.**

| Element | Requires Attention | Developing | Proficient |
|---|---|---|---|
| **i. Learning Environment** | The teacher does not collaborate with students to co-create a welcoming and inclusive environment that considers and honors individual identities and interests. | The teacher occasionally collaborates with students to co-create a welcoming and inclusive environment that considers and honors individual identities and interests. | The teacher consistently collaborates with students to co-create a welcoming, culturally relevant and inclusive environment that considers and honors individual identities and interests. |
| **ii. Culture of Persistence** | The teacher occasionally encourages students to persist by employing differentiated and culturally relevant resources, ideas, and/or support. The teacher does not provide opportunities for students to show evidence of constructing their own knowledge. | The teacher occasionally encourages students to persist by employing differentiated and culturally relevant resources, ideas, and/or support. The teacher occasionally provides opportunities for students to show evidence of constructing their own knowledge. | The teacher consistently encourages students to persist by employing differentiated and culturally relevant resources, ideas, and/or support. The teacher consistently provides opportunities for students to show evidence of constructing their own knowledge. |

Professional Development

| Domain 2: Classroom Environment, CONTINUED<br>• **The teacher creates and implements a physical and interpersonal classroom environment that supports student learning.**<br>• **The teacher promotes a culture of learning, and creates a culture of trust, inclusion and high expectations.**<br>• **The teacher establishes and maintains clear and equitable expectations.** | | | |
|---|---|---|---|
| **Element** | **Requires Attention** | **Developing** | **Proficient** |
| **iii. Classroom Routines and Procedures** | The teacher does not utilize equitable routines and procedures so that students develop self-direction and interdependence.<br><br>The teacher does not demonstrate an equitable approach to conflict resolution. | The teacher occasionally utilizes equitable routines and procedures so that students develop self-direction and interdependence.<br><br>The teacher inconsistently demonstrates an equitable approach to conflict resolution. | The teacher consistently utilizes equitable routines and procedures so that students develop self- direction and interdependence.<br><br>The teacher consistently demonstrates an equitable approach to conflict resolution. |
| **iv. Feedback on Classroom Environment & Engagement** | The teacher does not provide feedback to promote engagement and uphold a welcoming and inclusive environment.<br><br>The teacher does not provide time for students to self-reflect and make adjustments. | The teacher occasionally provides feedback to promote engagement and uphold a welcoming and inclusive environment.<br><br>The teacher occasionally provides time for students to self-reflect and make adjustments. | The teacher consistently provides feedback to promote engagement and uphold a welcoming and inclusive environment.<br><br>The teacher consistently provides time for students to self-reflect and make adjustments. |

Professional Development

**Domain 3: Classroom Instruction**
- **The teacher engages students in learning and utilizes instructional strategies that help students understand content.**
- **The teacher communicates content and learning targets clearly and effectively.**
- **The teacher uses differentiated instructional strategies to engage students and facilitates discussions that promote high cognitive engagement.**
- **The teacher uses varied assessment techniques to advance student learning.**

| Element | Requires Attention | Developing | Proficient |
|---|---|---|---|
| **i. Content Language to Promote Learning** | The teacher does not use content language correctly as defined by content standards.<br><br>The teacher does not explain content in a way that is culturally relevant and/or does not employ strategies for students to use content language. | The teacher occasionally uses content language correctly as defined by content standards.<br><br>The teacher occasionally explains content in a way that is culturally relevant and employs strategies for students to use content language. | The teacher consistently uses content language correctly as defined by content standards.<br><br>The teacher consistently explains content in a way that is culturally relevant and employs strategies for students to use content language. |
| **ii. Learning Targets and Directions** | The teacher does not communicate or ensure students have a clear understanding of the learning targets and tasks throughout the lesson. | The teacher occasionally communicates and ensures students have a clear understanding of the learning targets and tasks throughout the lesson. | The teacher consistently communicates and ensures students have a clear understanding of the learning targets and tasks throughout the lesson. |
| **iii. Differentiated Instructional Strategies to Engage Students in Learning** | The teacher does not use differentiated and culturally relevant instructional strategies that engage students in learning.<br><br>The teacher does not provide opportunities for students to practice, apply and/or demonstrate what they are learning. | The teacher occasionally uses differentiated and culturally relevant instructional strategies that engage students in learning.<br><br>The teacher occasionally provides opportunities for students to practice, apply and/or demonstrate what they are learning. | The teacher consistently uses differentiated and culturally relevant instructional strategies that engage students in learning.<br><br>The teacher consistently provides opportunities for students to practice, apply and/or demonstrate what they are learning. |

**Domain 3: Classroom Instruction, CONTINUED**

- **The teacher engages students in learning and utilizes instructional strategies that help students understand content.**
- **The teacher communicates content and learning targets clearly and effectively.**
- **The teacher uses differentiated instructional strategies to engage students and facilitates discussions that promote high cognitive engagement.**
- **The teacher uses varied assessment techniques to advance student learning.**

| Element | Requires Attention | Developing | Proficient |
|---|---|---|---|
| **iv. Questioning and Discussion Techniques** | The teacher does not use differentiated questioning strategies.<br><br>The teacher does not provide opportunities so that students discuss what they are learning. | The teacher occasionally uses differentiated questioning strategies.<br><br>The teacher occasionally provides opportunities so that students discuss what they are learning. | The teacher consistently uses differentiated questioning strategies.<br><br>The teacher consistently provides opportunities so that students discuss what they are learning. |
| **v. Pacing and Structure** | The lesson has no evidence of a structure.<br><br>The pacing of the lesson does not maximize time for student learning. | The lesson has some structure, however may be missing some components.<br><br>Pacing of the lesson somewhat maximizes time for student learning. | The lesson has a clear structure (beginning, middle and end).<br><br>The pacing of the lesson maximizes time for student learning. |
| **vi. Checks For Understanding** | The teacher does not utilize varied strategies to assess student learning throughout the lesson.<br><br>The teacher does not adjust their teaching in response to student learning. | The teacher occasionally utilizes varied strategies to assess student learning throughout the lesson.<br><br>The teacher occasionally adjusts their teaching in response to student learning. | The teacher consistently utilizes varied strategies to assess student learning throughout the lesson.<br><br>The teacher consistently adjusts their teaching in response to student learning. |
| **vii. Provides Academic Feedback** | The teacher does not provide specific, equitable academic feedback. | The teacher occasionally provides specific, equitable academic feedback. | The teacher consistently provides specific, equitable academic feedback. |

**Domain 4: Professional Responsibilities**
The teacher participates in on-going professional development activities and collaborates with colleagues and families to advance learning for teachers and students.

Professional Development

**Indicator 4A: How do you reflect on your teaching?**
**Reflects on teaching practice**

| Element | Requires Attention | Developing | Proficient | Exemplary |
|---|---|---|---|---|
| **i. Uses self reflection to improve instruction** | Teacher **does not** effectively use reflection and self-assessment. | **With guidance**, teacher uses reflection and self-assessment to assess student learning. **With guidance**, teacher describes how a lesson met goals and how adjustments could be made to meet the needs of most students in future lessons. | **Teacher accurately assesses** his or her own effectiveness using lesson artifacts and student data/work **to identify areas of strength and areas for growth.** | Teacher accurately assesses his or her own effectiveness using lesson artifacts and student data/work to identify areas of strength and areas for growth. **Teacher models reflective practices for other educators, through peer coaching, sharing, facilitating or modeling in professional learning communities.** |
| **ii. Uses feedback to improve instruction** | Teacher **does not** seek or use feedback from colleagues, administrators, families and students to enhance professional practice. | Teacher **seeks** feedback from colleagues, administrators, families and students to enhance professional practice. | Teacher **seeks** feedback from colleagues, administrators, families and students to enhance professional practice. **Teacher uses feedback to implement alternative instructional approaches that result in increased student learning.** | Teacher seeks feedback from colleagues, administrators, families and students to enhance professional practice. Teacher uses feedback to implement alternative instructional approaches that result in increased student learning.<br><br>**Teacher models utilizing feedback to increase student learning with colleagues.** |

Professional Development

| **Domain 4: Professional Responsibilities, CONTINUED** The teacher participates in on-going professional development activities and collaborates with colleagues and families to advance learning for teachers and students. | | | | |
|---|---|---|---|---|
| **Indicator 4B: How do you continue to improve your practice?** **Professional development** | | | | |
| **Element** | **Requires Attention** | **Developing** | **Proficient** | **Exemplary** |
| **i. Participates in professional development** | Teacher **does not** contribute to or actively and consistently participate in professional learning activities or other activities designed to make the school a productive learning environment. | Teacher **provides evidence** of continual participation in professional learning activities. **Participation results in implementation of practices from activities.** | Teacher provides evidence of continual participation in relevant professional learning activities in varied formats. **Implementation of practices from activities results in increased student learning.** | Teacher **creates and engages** in meaningful professional growth activities for self; contributes and advocates to and for the learning of students, colleagues and the community. Implementation of practices from activities results in increased student learning. |
| **ii. Collaborates with colleagues** | Teacher **does not collaborate** with colleagues and/or detracts from collaborative processes when engaged in them. | Teacher **collaborates** with colleagues to address needs identified by student data/ work. | Teacher collaborates with colleagues to **analyze student data/work, set focused goals, design common assessments and analyze student work. Collaboration results in increased student learning and instructional effectiveness.** | **Teacher leads collaboration** with colleagues where they analyze student data/work, set focused goals, design common assessments and analyze student data/work. Collaboration results in increased student learning and instructional effectiveness. |
| **iii. Contributes to school and district culture of learning** | Teacher **does not support** or acts as a negative force to the culture for professional learning at site and/or District. | Teacher **occasionally contributes** to development of a productive learning environment at the site and District levels. | Teacher **contributes** to development of a productive, **solution oriented** learning environment at the site and District level. | Teacher contributes to development of a productive, solution oriented learning environment at the site and District level. **Teacher shows initiative, has made substantial contributions at the school and District levels, and serves as a positive role model.** |

Professional Development

| Domain 4: Professional Responsibilities, CONTINUED |
|---|
| The teacher participates in on-going professional development activities and collaborates with colleagues and families to advance learning for teachers and students. |

| Indicator 4C: How do you conduct yourself as a professional? |
|---|
| **Professionalism** |

| Element | Requires Attention | Developing | Proficient | Exemplary |
|---|---|---|---|---|
| **i. Demonstrates ethical conduct** | There is documentation of **violation** of school and/or District policies and procedures. | Teacher **complies** with school and District policies and procedures and acts in a professional and ethical manner. | Teacher supports school and District policies and procedures and **models high standards of professional and ethical conduct.** | Teacher models school and District policies and procedures and **advocates for high standards of professional and ethical conduct in the school and community.** |
| **ii. Keeps accurate records** | Records and reports are **inaccurate and/or consistently late.** Record keeping demonstrates **errors or lack of professional attention, or does not adequately** track student progress or meet the system needs. | Record keeping is **rudimentary and only partially effective** in serving student and system needs. Routine school/district paperwork is **completed in an inconsistent manner.** | Record keeping is **timely, complete and accurate. Teacher develops systems for recording and communicating individual student knowledge and skills.** | Record keeping is timely, complete and accurate. Teacher develops systems for recording and communicating individual student knowledge and skills. **Record keeping involves student participation and interpretation as appropriate.** |
| **iii. Completes tasks in an organized and timely manner** | Teacher **does not complete** required and/or routine tasks and duties in a timely manner. | Teacher **requires occasional reminders** to complete required and/or routine tasks and duties. | Teacher **completes** required and/or routine tasks and duties in a **timely** and well **organized manner.** | **Teacher has developed systems for recording and communicating individual student knowledge, skills and learning goals.** Teacher completes required school/district tasks and duties in a well-organized and timely manner. |

Professional Development

| Domain 4: Professional Responsibilities, CONTINUED<br>The teacher participates in on-going professional development activities and collaborates with colleagues and families to advance learning for teachers and students. | | | | |
|---|---|---|---|---|
| **Indicator 4C: How do you conduct yourself as a professional?**<br>**Professionalism** | | | | |
| **Element** | **Requires Attention** | **Developing** | **Proficient** | **Exemplary** |
| **iv. Communicates with families** | Teacher **does not** effectively communicate and/or build relationships with families. | Teacher **responds appropriately** to family requests for communications regarding student progress. Teacher interacts appropriately with families. | Teacher **initiates interactions** with families that are appropriate in frequency and result in positive relationships. **Teacher displays sensitivity for families and involves them in problem solving. At times, teacher confers with families to provide specific feedback about their student's progress.** | **Teacher develops systems for ongoing two-way interactions with families that provide specific feedback about their student's progress and results in positive relationships.** Teacher displays sensitivity for families and involves them in problem solving. |
| **v. Keeps accurate records** | Teacher **does not** seek information about students' home language and cultures. | Teacher **seeks** information about students' home languages and cultures, **but does not adapt** instructional practices based on this knowledge and experience. | Teacher seeks information about students' home languages and cultures, and **adapts** instructional practices based on this knowledge and experience. | Teacher seeks information about students' home languages and cultures, and adapts instructional practices based on this knowledge and experience. **Teacher supports and encourages colleagues to seek information about students' home languages and cultures.** |

Professional Development

**5.2 Teacher Job Description:** To create an educational program and a classroom environment that is multicultural/gender and ability fair/developmentally appropriate, promotes learning and growth, and is based on a commitment that all children can learn.

    **5.2.1 Elementary Teachers:** Teachers in elementary schools must have a bachelor's degree with a major in elementary education, hold a valid Minnesota license for teaching in elementary schools and meet applicable current legal requirements.

    **5.2.2 Middle School Teachers:** Teachers in middle grades must be licensed for the grade level they teach and meet applicable current legal requirements.

    **5.2.3 High School Teachers:** Teachers in high schools must have a bachelor's degree with a college major in the area for which application is made, hold a valid Minnesota teaching license for teaching in a secondary high school and meet applicable current legal requirements. Secondary vocational teachers must work in their areas of work experience and licensure. Secondary vocational teachers now go through the same relicensure committee as other teachers.

    **5.2.4 Special Education Teachers:** Special educators must have a valid Minnesota license for special education. Teachers must hold a bachelor's degree and be licensed by the state in special education and meet applicable current legal requirements.

**5.3 The Professional Development Continuum - Overview**

    **5.3.1 History and Scope:**

        a. **History:** The Minneapolis Federation of Educators in collaboration with the Minneapolis Public Schools launched its professional continuum journey in 1984 with the start of a teacher mentoring program for first year teachers. The success of this mentoring program led to the design of other programs and services to optimize the quality of teaching throughout the district. In addition, the national report, *A Nation at Risk*, called for raising the quality of teaching through the creation of a true professional model. This professional model has been developed in the district over the years by teachers, principals, administrators, parents, students, business leaders, and community members and is outlined in this article.

        b. **Career-Long Process:** The Professional Development Continuum embodies the best research in educational pedagogy, human development, and effective leadership. It moves teachers through a career-long process of professional inquiry, lifelong learning, continuous quality improvement, and accountability for student results. The continuum begins with pre-service recruitment and training and continues through induction, retention, and recognition. Each step along the continuum builds from one to the next to ensure that all teachers are able to maintain the highest standards of effectiveness throughout their career.

    **5.3.2 The Four Components of PAR:** Outlined below are the basic Peer Assistance and Review (PAR) components of the continuum that deal with accountability and ongoing professional growth/improvement. The four main components of the PAR portion of the continuum are:

- **Professional Development Process (PDP)**
- **MPS Induction**
- **Guided Professional Development Process**
- **Professional Support Process (PSP)**

**Component Descriptions:**

a. **Professional Development Process (PDP)**

At the heart of the PAR continuum is the Professional Development Process (PDP). All other PAR processes have been built on the beliefs and structure of PDP. PDP is:
1. for all teachers tenured and non-tenured
2. a professional process for teachers' use to assist them in continuous assessment and reflection to improve their instructional skills, knowledge bases and collegial/student interactions
3. a method to show accountability for the learning/achievement of all students.

Professional Development

    4. both the right and the responsibility of all teachers.
    5. implemented annually.

b. **MPS Induction**

    1. is for teachers in their first three (3) years of service in Minneapolis Public Schools
    2. provides support toward achieving the Standards of Effective Instruction through successful completion of the MPS Induction requirements.  These requirements assist teachers in using the reflective skills they will need throughout their career.
    3. is supported by a District PAR mentor in the first year of teaching.

c. **Guided Professional Development Process**

    1. provides additional assistance to help teachers improve their practice who are not at the level of needing PSP but require additional support.
    2. is determined by the District PDP Facilitator and/or District PAR Mentor following a thorough assessment that includes interviews and meetings with the principal(s), team members, and the teacher, as well as observations of the teacher.
    3. is guided by the District PDP Facilitator and/or District PAR Mentor but is the responsibility of the teacher on the Guided PDP and the PDP team (which includes the principal) to implement as agreed upon.

d. **Professional Support Process (PSP)**

    1. provides more in-depth support and mentoring for teachers whose performance does not meet expected Standards of Effective Instruction and who have not successfully done so through the PDP and/or Guided PDP.
    2. is determined by a District PAR Mentor following a thorough assessment that includes the data from the Guided PDP.
    3. provides an avenue for teachers to either transition back to PDP or Guided PDP after successful attainment of the PSP goals and strategies.
    4. provides a professional and fair method for teachers who need to transition out of teaching or their position once it is determined that the teacher is unwilling or unable to meet the Standards of Effective Instruction and the PSP goals and strategies.
    5. provides career options counseling with a District mentor to assist with the transition of moving out of the job/district.

5.3.3 **Multiple Sites**

a. **MPS Induction Teachers Participating in PDP at Multiple Sites:** When a teacher is assigned to more than one site, the administrator for each site will be notified by the District PAR mentor, if assigned.  The teacher, District mentor, PDP coordinator and administrators together determine which site will provide the primary MPS Induction Process service and the role of the other sites to support the teacher.  A current MPS Induction plan will be on file at each site.  The purpose of notifying each site is to provide more comprehensive support for the teacher.

b. **Teachers Participating in PDP at Multiple Sites:** When a teacher is assigned to multiple sites, the teacher will elect which site will host their PDP.  The teacher will notify the PDP Coordinator at each of their sites as to which site they will conduct the Professional Development Process and give each site's PDP Coordinator copies of the PDP plan and progress reports to assist in the coordination of support.

c. **Teachers Participating in PSP at Multiple Sites:** When a teacher on a PSP is assigned to more than one site, the administrator for each site will be notified by the District PAR mentor. The teacher, District PAR mentor, and the administrators together will determine which site(s) will provide the primary services and the role of the other sites to support the teacher. The purpose of notifying each site is to provide more comprehensive support for the teacher.

Professional Development

## 5.4 The Professional Development Process:  The Heart of the Continuum

5.4.1 **Why PDP?**  Student growth and success is at the heart of all teaching and learning. Keeping that heart alive and well requires time for staff, exceptionally hard work, the unswerving commitment of all involved, and ongoing professional development.  While time, hard work and commitment are necessary, it is through ongoing professional development that teaching knowledge and skills are continuously improved and/or changed in order to meet the needs of an ever-changing and complex student population.  Supporting all students to accomplish the goal of the highest performance possible requires a high performance work place dedicated to professional excellence and ongoing development. Minneapolis Public Schools and the Minneapolis Federation of Educators aspire to achieve this vision through the creation, implementation, and enculturation of the Professional Development Process (PDP).

5.4.2 **Opportunity for Continuous Improvement:**  The Professional Development Process (PDP) is both the right and responsibility of each professional.  PDP recognizes the importance of all professionals in the successful education of all students.  Whether you are classroom teacher, support specialist, School Social Worker, psychologist, counselor, speech/language therapist, OT/PT, licensed school nurse, TOSA, SNOSA, SWOSA, administrative intern, or District Program Coordinator, PDP provides an opportunity to work together as we focus on student success.  PDP promotes high expectations and standards for teaching and learning that are rooted in current research and best practices.  It is designed to help all educators assess and improve their instructional skills, their knowledge base, their collegial and family/community interactions, and their daily impact on student learning.  Ultimately, PDP is designed to assist all professionals in continuously improving so they can support the achievement and success of all students.

5.4.3 **A Climate of Support:**  The PDP encourages collegial planning, assessment, analysis, and reflection.  While teachers play a valuable role in assessing their own skills and the needs of the students, PDP also acknowledges that peers are valuable support in trying to establish and maintain professional goals and strategies.  Designing and implementing the PDP becomes both an individual, team and school effort.

In order for PDP to be successful, it must take place in a professional culture of trust, respect, and constructive support.  Coaching and teaming are essential components as professionals reflect on their efforts with themselves, their students, and each other.  The whole process encourages productive dialogue and action among staff, students, administrators, families, and the community.  Most importantly, it promotes professional growth centered on students' needs and opportunities.

5.4.4 **Alignment with Established Standards:**  Professional development and support are key components of the District's work.  PDP is aligned with the Strategic Plan, the School Improvement Process (SIP), and staff development in philosophy, training, and forms.  It uses the Minnesota State Standards, Professional Job Descriptions, and the Standards of Effective Instruction (or equivalent) as its foundation.

5.4.5 **Mission:**  The mission of the PDP is to:
- Improve student results/achievement
- Improve instruction for all students
- Promote collegial and professional growth

5.4.6 **Goals:**  The PDP goals are to:
- organize efforts around the real work of a site/classroom
- increase professional peer interaction and involvement
- improve communication and collaboration among professionals
- include means for student and parent participation and feedback
- be flexible and responsive to teaching and learning
- be multicultural/gender fair/ability fair/developmentally appropriate
- incorporate options, choices for professional growth
- increase inclusive leadership

Professional Development

- provide incentives, rewards, recognition
- create and maintain an environment supportive of reflection, change, and trust
- be research-based, action-oriented
- incorporate site-based management/shared decision-making
- be honest, open, constructive, helpful, direct, and respectful

5.4.7  **State Legislation:** As of July 1995, Minnesota State Law (§122A.41) on Peer Review requires all Minnesota school districts to develop and use a peer review process.  In Minneapolis Public Schools, the Professional Development Process (PDP) has been adopted by the Minneapolis Board of Education and the Minneapolis Federation of Educators to fulfill this state requirement.

5.4.8  **How the Professional Development Process Works:**

a.  **Beginning Assessment:**  The Professional Development Process  (PDP) participant begins by assessing (formally and informally) the needs and achievement levels of students.

b.  **PDP Plan Development:**  Following that, a review is done of the Strategic Plan and School Improvement Plan (SIP), as well as, School Information Reports (SIR), Minnesota State Standards, Office for Civil Rights (OCR), and other multiple data sources.  A Professional Development Process Plan is then written based on the findings of the data analysis. The plan also needs to align with the School Improvement Plan (SIP) goals and the curriculum content standards (if applicable).  The overall PDP plan should focus on increased student achievement/learning and what the teacher needs to do to make that happen. The PDP plan outlines goals, teacher and student objectives, implementation strategies, indicators of success, and methods of growth, assessment, and reflection.

c.  **PDP Team:**  Next, the PDP participant selects a team of 4-6 people who will serve as critical friends in the yearly process.  This team meets regularly, a minimum of three (3) +times a year, (fall, winter and spring) but is encouraged to meet more frequently. The team discusses the plan, assesses progress toward goals, and assists in resourcing, reflecting, and problem solving.  (See Section 5.4.12 below regarding the PDP Team)

d.  Alignment of the PDP goals, as depicted here, is important to achieve full impact of the PDP work.



87

e. **Reflective Activities:**  Reflective activities to ensure PDP goal attainment are essential to the success of the plan.  In between PDP Team meetings, participants engage in a variety of reflective goal attainment activities to assist with inquiry, reflection, and assessment in an effort to promote improved student learning.  These activities may include: peer coaching, study groups, action research, student/family surveys, videotaping, observations, journaling, collegial networking and the development of professional portfolios.  Data, information, student work, and artifacts used and/or developed during the PDP can be shared at PDP Team meetings to help with discussion of progress and results.

f. **Focus on Established Professional Expectations:**  In conjunction with PDP, the Standards of Effective Instruction, Minnesota State Standards and job descriptions are used to assist and guide professional performance.  Participants are asked to assess PDP efforts against professional standards and job descriptions as a way of keeping professional expectations in focus.  This reflection may occur in a variety of ways; for example, individually, with the PDP Team, with a coach or mentor, or with a study group.

g. **Continuous Reflection and Strategic Action:**  Results from continuous assessment, both formal and informal, should inform and influence the planning, strategies, and direction of PDP efforts.  The entire process is simply asking: What are we doing?  Why are we doing it?  What's working?  What's not working?  Why and/or why not?  What do we need to do to improve so that student achievement will improve?  How will we get there and when?

5.4.9 **Frequency of PDP**:

a. The Professional Development Process occurs annually.  Educators will have a PDP plan and a functioning team in place at all times.  A minimum of three meetings takes place during the year (fall, winter, and spring) to discuss the plan and progress.  It is important for professional development to be embedded in the everyday functioning of a site/school.  The purpose of job-embedded professional development is to make growth and improvement relevant, intentional, hands-on, interactive, meaningful, ever-evolving, and centered on student achievement.

5.4.10 **Annual PDP Timeline:**

**September:** All staff: Review student scores, student work, and other available data.  Make observations of students to determine needs, areas of strengths, and future expectation to help focus PDP goals.  Plan when to give, receive, and review family and student surveys.

**October:** Write PDP plans, preferable in electronic format, and meet with teams to share and discuss.  Turn in or electronically transmit PDP plan to site PDP Coordinator.  Keep individual signed copy for your file.

**November:** Site PDP Coordinator, Steward, Staff Development Chair, Site Council Chair, Principal, and others as needed, assess PDP plans to inform site staff development to assist in the implementation of the PDP plans.  Begin doing coaching, staff development, study groups, action research, etc., as planned in PDP's and as aligned with School Improvement Plans (SIP) and Staff Development.

Administer the Student Feedback Surveys available through Site PDP Coordinator.

**December:** Continue working on the implementation of the PDP plans and staff development.  Coach, observe, meet in study groups, videotape, work on action research, etc.  as outlined in the plan.  Tabulate the results from the Student Feedback Surveys for use at the Winter Progress Report meetings.

**Jan. & Feb:** Winter Progress Report team meetings are held in late January or early February to go over progress to date, to discuss plans and decide whether strategies are working or not.  Adjustments are made as needed in the plans and activities.  Completed Winter Progress Reports are turned into PDP Coordinator at the site,

**March:** Continue working on the plans and doing reflective growth activities (coaching, study groups, portfolios, etc.) and collecting evidence of results.

who then transmits them to the Professional Development Services department. Keep copies on file at school site as well.

**April-May:** Administer Student Feedback Surveys if needed, or desired, as determined by teacher or PDP team.

Begin Spring Progress Report process and complete by the end of May. Signed Spring Progress Reports are turned in or electronically transmitted to the Site PDP Coordinator, who will send in or transmit copies of reports to the District PDP Facilitator.

**June:** All Spring Progress Reports have been delivered to the District PDP Facilitator from the Site PDP Coordinators.  Copies of PDP Plans and Progress Reports are kept on file for a period of three years.

Please note: Throughout the entire year, staff may share good ideas and successful results from the PDP work with other staff.  This may occur at staff meetings, on staff development days, or in other creative venues.

5.4.11 **Electronic PDP Filing:** While paper copies may be filed, teachers are urged to do their PDP Plans and Progress Reports in electronic format.  PDP coordinators will be provided with the materials and training to assist teachers in this transition.  PDP coordinators are urged to aggregate individual teachers PDP submissions and transmit them to the Professional Development Facilitator in a single electronic file.

*Teachers at Multiple Sites and PDP – See Section 5.3.3 of this article.*

5.4.12 **The Professional Development Process (PDP) Team**:

a. **Purpose:**  The purpose of PDP Team is to assist in the thinking about, planning of, and reflection upon a PDP Plan.  The members of the team serve as trusted, critical friends who coach, discuss, give feedback and suggestions, analyze, and provide support as needed/ requested.

b. **Composition:**  The professional selects the team once the PDP Plan is written.  The team of 4-6 people meets a minimum of three times during the school year (fall, winter, and spring).  A team consists of:

1. the professional
2. peers/colleagues (teachers, EAs, support staff, etc. with at least some from the same school site)
3. others as needed and/or desired.  This can include, district support staff, business/community members, parents, students, university staff, and/or anyone who can assist in the process.
4. the principal/supervisor*  [*The principal/supervisor is a member of each team but does not need to be present at every team meeting.  They should be informed, however, of PDP plans, progress reports, dates of meetings and results, etc.  The intention is to be as inclusive and collaborative as possible to ensure student success.

c. **Team Meetings:**  Each teacher conducts her/his own PDP meeting by sharing with the PDP team plans, efforts, and results.  The teacher asks for and receives ideas, strategies, etc. from team members.  Team members are expected to listen, coach, help the teacher reflect, and suggest/offer resources.

d. **Value of the Team:** The PDP Team can be of invaluable support.  Trust, respect, encouragement, honesty, and active participation provide the critical foundations for successful teaming and growth.  Learning from one another is an essential ingredient to increasing professionalism in education.

5.4.13 **PDP Planning, Goal Setting, and Strategy Development:**

a. **Importance:**  PDP planning is at the core of the Professional Development Process.  While teachers continue to work on and grow in many areas simultaneously, the PDP

gives focus to a specific area of need/interest.  By planning what is to be accomplished, developing support and resources needed, detailing strategies to achieve results, and creating measurement tools to assess progress and results, professionals have a much greater chance of success.

1. **Data Gathering:**  Before beginning goal setting, it is important to gather the necessary data and information about the student and teacher needs.  This data may include family and student surveys, School Information Report (SIR), and/or other multiple assessments including student work and Office for Civil Rights (OCR) data.  It is also important to observe students before setting on a plan of action.

b. **The PDP Plan:**  Once the data is collected the teacher writes a PDP plan.  A teacher may write the plan individually and/or work with their team, and/or coach to think through a plan. Team or school wide PDP plans are also an option.  Collaborative plans are often beneficial in that they get everyone working together in a focused direction. Each team member is still responsible for writing a plan, even if it is a collectively decided upon plan.  Generally, PDP plans that achieve the best results for overall school success and student results are aligned with school improvement goals.  When the majority of teachers and support staff at a site focus on common goals, a much greater impact can be achieved.  However, teachers must be sure to work on what is of greatest need to improve or expand their own teaching and improve student achievement.

c. **PDP Goals:**  Goals are chosen by each teacher in accordance with their needs and the needs of their students.  Ideas, suggestions, and issues may be raised at the teacher's PDP team meeting by team members, but respectfulness and professional coaching should be used.

d. **Reflective Activities:**  In between PDP team meetings, reflective activities that are focused on PDP goal attainment take place.  These activities include such things as coaching, staff development, study groups, action research, observing colleagues, assessing a videotaped lesson, journaling on practice, networking with colleagues, creating a professional portfolio, reviewing student work, and coaching.  These activities bring PDP to life and strengthen learning and results.  PDP is centered on the real work that is already occurring in schools and classrooms and is a process that helps that work become more meaningful and successful.

e. **Performance Issues - Referral:**  If performance issues arise, the PDP Team provides initial support for relevant goal setting and interventions.  If additional support is needed for the teacher to achieve the necessary goals and objectives, a member of the PDP team may make a referral to the District PDP Facilitator or PAR District Mentor who can assist teachers, teams, and sites with performance issues.

5.4.14 **Probationary Teachers and MPS Induction Process (MN Statute §122A.41):**  During the first three years, teachers new to the District will participate in the MPS Induction Process.  When teachers successfully complete the MPS Induction Process, they participate in the Professional Development Process as described in this section.  The MPS Induction Process and the Professional Development Process are completely aligned and use the same mission, philosophy, and general activities.  Requirements for the MPS Induction Process are specified in this article in Section 5.5.5.

5.4.15 **Tenured Teachers (MN Statute §122A.41):** Tenured teachers follow the Professional Development Process as outlined in this section.

5.4.16 **Professional Peer Collaboration Time:**

a. Occupational and Physical Therapists, Speech Clinicians, Psychologists, Licensed Teachers of the Deaf/Hard of Hearing Students, Audiologists, School Social Workers, Licensed School Nurses, School Counselors, and Library Media Specialists shall have two (2) hours per month devoted exclusively for professional peer collaboration.

b. This time shall be part of the duty day to be used for professional growth as it pertains to job performance in the Minneapolis Public Schools.  It may include discussion of professional practice issues, professional development, and networking with

community/academic/professional leaders, completing projects surrounding improved student achievement, applying and supporting standards in therapy settings, and other tasks related to improved student outcomes.

Professional development time is available for other professionals as outlined in Section 5.9 of this article.

5.4.17 **Site PDP Coordination:**

a. **Collaboration:** To ensure coordination of planning and implementation of PDP support for staff site PDP coordinator, staff development chair, site steward, site administrator, and a Site Leadership Team representative will work together under the auspices of the Site Instructional Leadership Committee as outlined in Article 4, Shared Leadership.

b. **Site PDP Coordinator.** Every site will identify a teacher leader or team of teacher leaders to coordinate the on-site support for PDP. The PDP Site Coordinator will meet the professional needs of colleagues and expectations outlined below. PDP Site Coordinator Responsibility Pay (contingent on continued funding) will be determined by the size of the site and completion of job expectations. PDP coordinators have the following roles and responsibilities:

1. **Responsibilities directly related to all staff:**
   - maintain a positive, supportive, encouraging and professional attitude about the Professional Development Process
   - remind staff that this is their right and their responsibility
   - use good coaching skills at all times when dealing with staff
   - organize PDP materials and activities at site. Ensure that all staff have what they need in order to do the PD Process efficiently and effectively
   - arrange time for PDP materials and activities at site. Ensure that all staff has what they need in order to do the PD Process efficiently and effectively
   - collect PDP plans and progress reports fall, winter and spring
   - update the staff regarding district PDP information throughout the year at staff meetings
   - model successful implementation of your PDP plan
   - listen to and receive ideas, suggestions from staff regarding the PDP and about your role as the coordinator
   - be a leader in raising the quality of teaching and professionalism
   - advocate the alignment and integration of PDP into site work, (e.g. staff development, grant work, curriculum content standards, school improvement process, etc.)
   - survey staff each spring regarding the success of the implementation of PDP at your site  (use the survey provided by the PDP office)
   - distribute the PDP Site Coordinator Assessment Survey provided by the District PDP office in the spring  (Have the site Union Steward collect the surveys and send them to the District PDP offices.)
   - Have Fun!  Celebrate successes!  Share the PDP work of the staff.  Help make the PDP a creative, meaningful and useful tool for professional growth!

2. **Responsibilities directly related to individual staff:**
   - coach those who need help getting their PDP completed
   - use the Guided PDP and the Professional Support Process (PSP) when appropriate
   - meet with MPS Induction teachers in the fall to make sure they are on track with what is expected
   - coordinate MPS Induction with principal, staff development chair, and building union steward
   - ensure staff receives appropriate relicensure credit for PDP work as outlined in the Teachers Contract.  (PDP Coordinators along with the Principal may sign the relicensure clock hour certificates for staff once the teacher's work has been reviewed)

- work with other committee chairs to coordinate efforts to align and integrate PDP with site goals

**3. Responsibilities not directly related to staff:**

- give copies of everything to the school office for filing
- create a staff checklist and send it to the District PDP office fall, winter and spring
- attend district PDP training in the fall and network meetings for coordinators three times per year (fall, winter, and spring)
- contact the District PDP Facilitator for assistance when needed
- have a strong working knowledge of Article 5, Professional Development and a clear understanding of the professional continuum

c. **Selection Process for the Site PDP Coordinator**

1. **Vacancy Announcements:** Sites should announce to all professional staff when the applications for the position are being accepted and allow at least one week for submission.

2. **Application Process:** Teachers who are interested in being the Site Professional Development Coordinator may apply directly to the Site Leadership Team or Site Staff Development Committee (whichever is most appropriate for the site) using the standard application form provided to the sites by the district Professional Development Process Facilitator.

3. **Interview:** Once the applications have been received, the applicants need to do a brief interview with the designated Site Leadership or Staff Development Committee. To ensure a common protocol is followed throughout the district for these interviews, the District PDP Facilitator will supply a set of instructions to each site.

4. **Agreement as to Expectations:** Teachers selected for this site teacher leadership position must agree to implement all the expectations of the Site PDP Coordinator as outlined in this article.

5.5 **MPS Induction For Teachers New To The District:**

5.5.1 **General Information:**

a. **Purpose:** Student growth and success is at the heart of all teaching and learning. Because we recognize the complexity of teaching and learning in the Minneapolis Public Schools, teachers new to the District are given guidance and assistance through the MPS Induction Process outlined below.

b. **Tenure – Definition (MN Statute §122A.41):** In the State of Minnesota, tenure is defined as continued service after the completion of three consecutive years of successful teaching. Minneapolis Public Schools and Minneapolis Federation of Educators believes the key to nurturing this successful teaching is through ongoing professional development experienced over an entire career.

c. **Designed for Success:** To ensure all non-tenured teachers get a strong start in becoming highly skilled practitioners, the professional contractual MPS Induction has been designed to support the successful achievement of tenure.  Research indicates that the effects of well-prepared teachers on student achievement can be stronger than the influences of student background factors such as poverty, language background and ethnicity. (Darling-Hammond 2000).

d. **Rigorous Standards:** Completion of MPS Induction involves rigorous, meaningful, and reflective work, which demonstrates that a teacher has achieved high standards for teaching and is ready to become a tenured teacher in the Minneapolis Public Schools.  In recognition of the rigor, a District MPS Induction Facilitator (located at PAR Office) is available to support teachers through the tenure process.

e. **Time Period for Completion:** Probationary teachers must successfully complete this process by the end of their third year in the District. See 5.8 and 5.9 for timeline and responsibilities.

f. **Team Effort:** The MPS Induction Process is a team-supported induction into the profession and the Minneapolis Public Schools.  It is designed to provide teachers new to

the District with on-site and District support toward achieving the Standards of Effective Instruction and successful completion of MPS Induction requirements.  Teachers work with mentor(s) (if assigned), colleagues, and administrators to identify their MPS Induction team members and to develop, implement, and achieve goals that support professional development to improve student achievement. These goals are to be aligned with the School Improvement Plan, and the Standards of Effective Instruction.

5.5.2  **Who Participates in MPS Induction?**

    a. All teachers new to teaching or new to Minneapolis Public Schools are required to do MPS Induction.

    b. **Guidelines:**  The following guidelines will help determine if MPS Induction requirements need to be fulfilled:

        1. **Returning within First Three Years:**  Teachers returning to work in Minneapolis Public Schools in the first three years of employment:

        Teachers who were released and rehired within the first three years of teaching do not have to start the MPS Induction process over.  They may resume where they were before they were released from service.  All the MPS Induction requirements still apply as outlined in this article.

        2. **Returning within Five Years of MPS Induction Completion:**  Teachers returning to work in Minneapolis Public School within five (5) years of completing the MPS Induction requirements and achieving tenure do not need to do the MPS Induction process over.

            • **Longer than Five Years:**  However, if it has been longer than five years, a mentor will do an observation and complete an assessment to determine if the returning teacher needs to do the MPS Induction requirements again.

        3. **Tenured Elsewhere:**  Teachers tenured elsewhere and new to Minneapolis Public Schools:  Teachers who worked in other school districts and are tenured will have an assessment and observation completed by a district mentor to determine if the teacher will need to complete the MPS Induction requirements.

        4. **Returning Retired MPS Teachers:**  Retired Minneapolis teachers returning to work in Minneapolis Schools: MPS Induction requirements are not required.

5.5.3  **Professional Development Components of MPS Induction:**

    a. Teachers during their first year of employment within the Minneapolis Public School District are required to attend the New Teacher Orientation in August.

    b. Teachers hired after the New Teacher Orientation shall attend the New Teacher Orientation held in August in the beginning of their second year.

    c. Teachers during their first three years of employment in Minneapolis Public Schools are required to participate in the following staff development experiences:

      • New Teacher Orientation  (first year);

      At least twenty hours (20) of staff development of their choosing in support of MPS Induction professional development goals over the three year probationary period.

      • Sites will provide the equivalent of two days without loss of pay to probationary teachers for the purpose of observing classrooms of identified demonstration teachers. Teacher will be accompanied by a mentor or other MPS Induction team member(s) during this observation.

      • To be eligible for the MPS Induction bonus, the new teacher must complete Peer Coaching  (16 hours) and a PAR-approved behavior/classroom management training.

**Teachers must also complete the remaining MPS Induction requirements:**

5.5.4  **Steps in the MPS Induction Process for Teachers New to the District:**

    a. Meet with Mentor, site and/or or District staff to learn intent and details of MPS Induction Process. This session will include:

- Explanation of the MPS Induction Professional Development Process (PDP) that is based on student achievement and teacher professional development needs aligned with the School Improvement Plan (SIP), the Standards of Effective Instruction, respective job descriptions, and the Minnesota Code of Ethics and Standard of Professional Ethics found in Section 5.2 of this article.
- Reviewing the requirements for MPS Induction and developing a personal timeline for completion of tenure requirements.
- Developing a professional portfolio as a tool for growth and for documenting progress.

b. Meet with mentor, if assigned, or site colleague to identify PDP team members, and to formulate a PDP plan.

c. Meet with MPS Induction PDP team to discuss plan. Plan will include:

- Goals, objectives, and strategies
- Goal attainment activities (coaching, action research, etc.)
- Indicators of achievement of goals.
- A timeline for the year that includes dates for Progress Report meetings and formal observation(s) as part of the MPS Induction Process.

d. Date and sign a copy of the plan and turn it in to the school's Professional Development Coordinator for retention at the site. The teacher should include a copy of their plan in their Professional Portfolio. The PDP Coordinator will send paper or electronic copies of the MPS Induction PDP Plans and Progress Reports to Professional Development Services at assigned times.

e. Participate in periodic meetings with MPS Induction team to review and document progress toward goals, Standards of Effective Instruction and MPS Induction. The Team will review progress towards development of the professional portfolio.

Participate in the required observation process (refer to MPS Induction Suggested Pacing Schedule)

f. First year Probationary teacher performance assessment and decision-making resides collaboratively with the MPS Induction PDP team, which includes the mentor (if assigned), colleagues and the principal. At the end of each probationary year, the team will assess progress based on multiple indicators including observations by team members and plan next steps for the following year.  The MPS Induction PDP team will make one of the following determinations:

- For teachers in **Year 1 or 2** - continue working toward MPS Induction in the following year (for teachers making satisfactory progress toward MPS Induction);
- For teachers in **Year 2 or 3** - continue working toward MPS Induction with the support of an assigned mentor or other identified resources (for teachers who need continued or added support);
- For teachers in **Year 3** who have successfully completed all the MPS Induction requirements by the end of the probationary period - move to PDP in Year 4 as a tenured teacher.
- For any teacher in **Year 1, 2, or 3** – who has not made satisfactory progress, and who has received support from an assigned mentor for a minimum of three months, a referral will be made to Human Resources with the recommendation to discontinue employment.

NOTE:  A referral to a Professional Support mentor may be made at any time during the first three years for career options counseling.  Teachers may also access Employee Assistance Program (EAP) for support.

### 5.5.5  **Where to Send MPS Induction Forms**

a. The administrator will forward the Probationary Teacher Summary Reports reflecting the determination of the team to the Division of Human Resources at the end of the first, second and third years of employment.

b. MPS Induction PDPs are handled the same as other staff PDPs. They are collected at the appropriate times (fall, winter, spring) and turned in to the District PDP Facilitator at the times designated.

c. The site PDP Coordinator will forward the MPS Induction Notification form to the District PDP Facilitator for processing.

d. Site PDP Coordinators are to assist new teachers in the MPS Induction process as outlined in the Site PDP Coordinators Job Description in this article.

*(Teachers at Multiple Sites and MPS Induction – See Section 5.3.3 of this article.)*

### 5.5.6 **Financial Support for Tenure Candidates**

The district will allocate a Probationary Teacher Financial Support Package for each teacher new to the District. This package will cover the following:

a. **Twenty hours of portfolio development**: Probationary teachers working toward tenure will be granted 20 (twenty) Continuing Education Units (CEUs) for the development of the MPS Induction portfolio. These CEUs may be used for relicensure purposes.

b. **Peer coaching class participation**: The cost for the District Peer Coaching class (maximum 16 hours), attended outside of the teacher duty day, will be paid from site staff development funds. Sixteen (16) CEUs will be given to each participant upon completion of the course. These CEUs may be used for relicensure purposes.

c. **Site staff development funds will be accessed to provide at least one (1) full day of reserve teacher time for peer observations. The site should provide additional days as needed.**

### 5.5.7 **Bonus:** Effective January 1, 2012, upon MPS Induction, teachers will receive a taxable $1,000 direct cash payment.

**Bonus Payout:**
- Bonuses are paid out in Mid-October and Mid-April depending upon date of submission of Notification of MPS Induction Form. The form is due by the last teacher duty day in June for October payout, and the last school day before winter break for the April payout.
- Teachers who are actively employed by the district on the first day of school (they have not been terminated or discharged for cause) shall receive the bonus, if earned.
- Teachers who go on Leave of Absence after successful completion of MPS Induction will receive the bonus regardless of leave status.

Professional Development

| MPS Induction Suggested Pacing Schedule | | | | | | |
|---|---|---|---|---|---|---|
| Activity | Description | Examples of Evidence of completion | Time line | Check Year Complete | | |
| | | | | 1 | 2 | 3 |
| MPS Induction | Throughout the year, collaborate with MPS Induction team that includes a mentor (if assigned), teacher colleagues and an administrator.<br>**Annually Submit:**<br>• One (1) MPS Induction plan by Oct 31 of each year, and<br>• At least two (2) progress reports (Winter & Spring) each year.<br>• Team Recommendation Report, with Team Member and Administrator Signatures.<br>• Individual End-of-Year Summary Report from Administrator, PDP Team, and Teacher. | The teacher will have, with signatures and dates, a complete set of MPS Induction documents for each of the three years, including plans, progress reports and probationary teacher summary reports. | Consistent participation demonstrated throughout each of the first three years. | 1 — | 2 — | 3 — |
| Professional Portfolio | Construct a professional portfolio that documents completion of all MPS Induction activities, and that shows evidence of reflection and growth.  The portfolio may be organized in a manner that reflects the individual's position and style. | The teacher will build a professional portfolio, seeking assistance and feedback from their MPS Induction team as they go. | Consistent participation throughout the first three years, presentation of the completed portfolio 3 months before tenure date is encouraged. **(See Portfolio Presentation below).** | 1 — | 2 — | 3 — |
| MPS Standards and Minnesota State Graduation Standards | Articulate, use and assess student performance toward Standards.  Non-classroom staff use and assess as appropriate to position. | Multiple pieces of evidence will be documented such as: lesson plans, student work, curriculum maps, syllabi, student work from performance assessments, or rubrics that clearly note which standards are taught. | Consistent participation throughout first three years. | 1 — | 2 — | 3 — |
| Formal Observations and Assessments | A full observation cycle consists of a pre-observation, conference, the observation and a post-observation conference.  "Focused observations" look at a particular area of the SOEI rubric, and also include a pre conference and post conference.  Observations may be completed with a mentor (if assigned), Instructional Leader, Instructional Specialist, colleague or administrator.  Observations will be based on MPS Induction goals related to the Standards of Effective Instruction.  The assessment may use a variety of tools, such as focused and short observations, student data, and MPS Standards of Effective Instruction.  The teacher will have access to digital copies of the observation tool, including evidence of the pre- and post-observation conferences.  Five observations with Administrator/Supervisor and/or Instructional Leader, Instructional Specialist and/or Coach/Mentor (if assigned) each year. | The teacher will have access to digital copies of the observation tool, including evidence of the pre- and post-observation conferences. | Three formal observations with Administrator /Supervisor and/or Coach/Mentor (if assigned) each year. | 1 — | 2 — | 3 — |
| New Teacher Orientation (NTO) | PAR conducts an orientation each August for teachers who are new to the district.  All staff that are hired under the Teacher Contract must attend this orientation, regardless of other new employee workshops offered at their site(s), or within their department. | The teacher will have a staff development certificate of attendance verifying attendance to entire orientation.  If the teacher misses NTO, they are expected to attend the following August. | August of their first year (or later if missed) | 1 — | | |
| Staff Development | Teachers will participate in twenty (20) hours over three years of staff development or course work that supports their MPS Induction goals. | The teacher will have CEUs for each training  that verifies attendance and participation in staff development sessions. | Consistent participation throughout first three years. | 1 — | 2 — | 3 — |
| Peer and/or Cognitive Coaching | Teachers will complete district 16 hour Peer and/or 40 hour Cognitive Coaching training in addition to twenty (20) hours staff development. | The teacher will have a staff development certificate of | It is suggested that this course be taken during the teacher's | 1 | | |

Professional Development

| MPS Induction Suggested Pacing Schedule | | | | | | |
|---|---|---|---|---|---|---|
| **Activity** | **Description** | **Examples of Evidence of completion** | **Time line** | **Check Year Complete** | | |
| | | completion for the coaching class and earn 16 CEUs. | second year, but may be completed at any time during the teacher's first three years. | — | | |
| Behavior/ Classroom Management | Teachers will attend at least one course on behavior and/or classroom management. Suggested courses include ENVoY, Responsive Classroom, CPI training, etc. | A certificate of completion | Completed during by Year 3 | **1** — | **2** — | **3** — |
| Survey Students and Families | Using either District surveys, or another approved survey, survey students and families at least once each year. | The teacher will have representative samples of completed student and family surveys. The teacher will also include reflections from each survey. | At least one student set, and at least one family set each year (for a total of six sets by the end of the third year). | **1** — | **2** — | **3** — |
| Videotape | Create at least one videotape of your work as appropriate to your position. View with your MPS Induction team and share reflections. (Peer Coaching tape is applicable). | The teacher will have a copy of a videotape, and evidence of reflection. | At least once during the first three years of teaching. | | **2** — | |
| Observing Demonstration Teacher | Observe one or more job-alike demonstration teachers. | The teacher will have a written reflection of the observation. | At least once during the first three years of teaching. | **1** — | | |
| Action Research | Complete an action research project to support MPS Induction goal(s), and as a method of assessment to inform instruction. | The teacher will have a completed action research project (includes a clear question, examples of data gathered, a summary and a reflection on how what has been learned through the research has impacted your teaching.) | Beginning in the second year, the teacher will seek resources to inform them about the action research process, and begin formulating questions to pursue. The teacher then will complete the project in their third year of teaching. | | | **3** — |
| Portfolio Presentation | Three full months before the teacher is to be tenured (not counting summer non-duty days), the teacher will share their portfolio with their MPS Induction team, and if approved, present it to the Site MPS Induction Review Team. | Upon successful completion of the tenure portfolio, the teacher is eligible to receive up to 20 (twenty) hours of CEUs that were used to develop their professional portfolio. | Prior to tenure date, three (3) full months before the teacher's tenure date is encouraged. | **1** — | **2** — | **3** — |
| Submission of MPS Induction Notification Form | The teacher is responsible for submitting the form to the Site PDP Coordinator. | | Following the Tenure Review Meeting. | | | **3** — |

Professional Development

5.5.8 **MPS Induction Review Team:**

a. **Timeline for Review:**  The final step in the MPS Induction is the presentation of Professional Portfolio by the non-tenured teacher to their site MPS Induction Review Team.  This presentation should occur at the site at which the teacher is doing their current MPS Induction Plan at least three (3) months before the non-tenured teacher's hiring date anniversary in the third year of their employment in the District.

b. **MPS Induction Review Team Membership:** The MPS Induction Review Team will consist of the site Professional Development Process (PDP) Coordinator, union steward, a site administrator, one or more members of the teacher's MPS Induction team, and a district representative from Teaching and Learning, Division of Human Resources, and/or PAR. Team members are selected by their representative groups. All team members will be given a short orientation of the MPS Induction review process before it occurs.  Site PDP Coordinator will contact MPS Induction Facilitator with any questions regarding MPS Induction Review Team membership.

c. **Process of Review:**  The site PDP Coordinator will convene the Review Team when the non-tenured teacher notifies the site PDP Coordinator that they have met the professional contractual requirements for the MPS Induction. The non-tenured teacher will present to the MPS Induction Review Team for verification their professional portfolio containing evidence of MPS Induction work. Following the presentation, the MPS Induction Review Team (pursuant to the Teacher Tenure Act MN Statute §122A.41) will provide notice to the teacher either of completion of MPS Induction or of work yet to be completed by the teacher. If incomplete, the teacher will have six (6) weeks to complete and resubmit to the review team their MPS Induction work.  In the event the teacher did not present a full three months before the non-tenured teacher's hiring date in the third year of employment in the district, the six (6) week extension will be waived.  If six (6) weeks before the anniversary of the third year of employment with the district, the teacher has not yet presented a completed portfolio, the teacher is subject to discontinuance of employment.  The teacher may appeal in writing to the Joint Labor-Management PAR Committee if they feel injustice has occurred at the time of their portfolio review.

d. **Submission of Notice of Completion:**  Once the non-tenured teacher has received their notice of completion from the site Review Team, the teacher will be responsible for submitting the notice to MPS Induction Facilitator at PAR.  It is important to receive this notice prior to the hiring anniversary date in the third year of the teacher's employment in the District.

e. **Multiple Site Participation:**  The teacher will notify the PDP Coordinator at each of their sites as to the determination of which site will conduct the MPS Induction Process. Teachers should also give copies of their MPS Induction Plan and Progress Reports to the PDP Coordinator at each of the sites they work at to assist in the coordination of support.

f. **Roles, Responsibilities, Resources:**  The non-tenured teacher is responsible for pursuing tenure and the professional contractual requirements.  At any time during the three-year process, the non-tenured teacher may request assistance from the site PDP Coordinator, Principals/ Supervisors, PAR, Career Options, Professional Development Services, Teaching and Learning, Division of Human Resources, and/or the Minneapolis Federation of Educators.

5.5.9 **MPS Induction List of Responsibilities:**

a. **Probationary Teacher:**

1. Complete all MPS Induction requirements within the three-year timeframe documented in the teacher's contract.
2. Collect and organize materials for presentation to Tenure Review Team.  Be prepared to present at least three (3) months before the anniversary of your adjusted seniority date.

Professional Development

3. At the last MPS Induction team meeting before Tenure Presentation, share your progress toward MPS Induction with your team.  Have MPS Induction team sign "Request to Present" form when MPS Induction requirements are complete.
4. Submit the "Request to Present" form to site PDP coordinator or Staff Development Chair.  If you are assigned at more than one site, your MPS Induction meeting will be held at the site at which you participate in PDP.  The PDP coordinator or Staff Development Chair will notify you regarding when and where your presentation will take place.
5. Present your portfolio at the scheduled date and time.  You may invite one or more of your MPS Induction team members to accompany you.
6. Within six (6) weeks of your presentation complete any missing or incomplete MPS Induction requirements.  Once completed, contact site PDP Coordinator or Staff Development Chair to reconvene MPS Induction Review Team.
7. Following successful completion of the Tenure Review team meeting, submit the original Notification of MPS Induction form to District MPS Induction Facilitator at PAR.  Be sure to keep a copy for your own files.
8. Celebrate your professionalism and success!

**b. MPS Induction Team:**
1. Support and assist probationary teachers with the MPS Induction Requirements.
2. Assess progress toward tenure at last MPS Induction team meeting before teacher is to present to MPS Induction Review team.  Encourage the teacher to be prepared at least 3 months before the anniversary of the adjusted seniority date.
3. Sign "Request to Present" form once the third year teacher has completed all requirements.  The teacher is to submit the form to the MPS Induction Facilitator.
4. Support and assist in celebration and recognition of MPS Induction candidates

**c. Site Administrator(s):**
1. Attend MPS Induction training and understand  the MPS Induction process as documented in the teachers' contract.
2. Meet with the Tenure Review Team at designated times to plan the process and timeline.
3. Support site PDP Coordinator/Staff Development Chair in their MPS Induction responsibilities.
4. Set a tone of celebration and professionalism around the MPS Induction process.
5. Participate in the MPS Induction process by attending Tenure Review Team meetings schedule by the site PDP coordinator/Staff Development Chair.

**d. Site PDP Coordinator/Staff Development Chair:**
1. Attend MPS Induction training and understand the MPS Induction process as documented in the teacher's contract.  Schedule and convene a Tenure Review Team meeting to plan the MPS Induction process that will be used at your site.
2. Survey/ check with probationary teachers and their MPS Induction teams to assess progress toward MPS Induction requirements.  Contact MPS Induction Facilitator if there are any teachers who are not on track.
3. Notify third year teachers of dates, time and locations of their Tenure Review presentation.
4. Submit to the MPS Induction Facilitator the names of teachers presenting and the dates that are scheduled.
5. Arrange room for Tenure Review meeting.  Contact the MFE Local 59 for information on reimbursement for treats and decorations for the meeting.  Also arrange for certificates for the newly tenured teachers with the MFE Local 59.
6. Ensure that all forms are sent to the MPS Induction Facilitator at PAR in a timely fashion.  Delay of sending the forms may delay the receipt of the bonus for the teacher.

Professional Development

7. Contact the MPS Induction Facilitator with any questions or concerns.  If assistance is needed, the Facilitator can meet with your staff, the review team or with individual teachers.

**e. District Representative on-site Tenure Review Team:**

1. Attend MPS Induction training and understand the MPS Induction process as outlined in the teacher's contract.
2. Assist in planning the Tenure review meetings at the site you will be working with
3. Contact the site on a regular basis, keeping up-to-date on when meetings will be held, and how you can be of help.
4. Be prompt for review meetings
5. Be upbeat and supportive during the review process with the non-tenured teachers.
6. Maintain high professional standards; help ensure consistency across the district.
7. Contact the MPS Induction Facilitator with any questions or concerns.

**f. MPS Induction Facilitator**

1. Coordinate MPS Induction process throughout the district.
2. Support sites in the implementation of MPS Induction process.
3. Provide MPS Induction information and forms.
4. Collect Notification of MPS Induction forms from sites.
5. Record and submit Notification of MPS Induction forms to the Division of Human Resources/Benefits.
6. Collaborate with Payroll and Division of Human Resources in the bonus distribution process.
7. Collect assessment and/or feedback from sites/teachers regarding their successes/ suggestions/comments on the MPS Induction process.
8. Organize and assist in the MPS Induction training.

*(Teachers at Multiple Sites on MPS Induction – See Section 5.3.3 of this article.)*

5.6  **Guided PDP**

5.6.1  **Purpose:**  When a teacher needs assistance in order to meet their PDP goals, or the Standards of Effective Instruction and the PDP Team or others have been unsuccessful in providing that assistance, a Guided PDP may be needed.  A guided PDP is used when concerns arise that require additional professional support beyond a PDP but are not at the level of a PSP.

a. A**ssessment:**  In order to determine this, the teacher, PDP Team, other staff members or principal may call the District Professional Development Facilitator and/or the lead District PAR mentor to request an assessment.

b. **Implementation:**  If, following a thorough assessment  (observations of the teacher; interviews and meetings with the principal, team members, the teacher and others as determined appropriate; analysis of other pertinent data), it is determined that a Guided PDP is needed, the District PDP Facilitator or the District PAR mentor will lead the process for implementing it.

c. **Time Frame:**  The teacher is provided 6 - 8 weeks of Guided PDP services to establish progress toward goals and objectives, unless the PDP team determines a longer period of time is necessary.

d. **Inadequate Progress:**  If, after this time period, sufficient progress has not been established, and barriers to growth have been considered, the team may request a PAR mentor assessment for PSP services.

Below is the outline of responsibilities of those involved in a Guided PDP:

5.6.2  **Teacher's Responsibilities:**

a. contact the Site PDP Coordinator or the District PDP Facilitator or the District PAR mentor if a Guided PDP assessment may be needed

Professional Development

   b.  decide the composition of the PDP Team with support from the District PDP Facilitator or the District PAR mentor
   c.  discuss goal issues and concerns with PDP team
   d.  meet with PDP team, principal, and District PDP Facilitator or the District PAR mentor to plan the Guided PDP
   e.  coordinate date and time with team members to conduct a pre-conference meeting prior to observation
   f.  coordinate date and time with team members to conduct a post-conference meeting after observation
   g.  write the Guided PDP plan with guidance from the team and PDP Facilitator or the District PAR mentor that includes the agreed upon goals and strategies
   h.  maintain documentation of conversations, observations and meetings
   i.  use PDP Team members, as needed
   j.  use PDP Site Coordinator or District PDP Facilitator or the District PAR mentor, as needed
   k.  implement the Guided PDP plan strategies as agreed upon
   l.  make copies of plans and progress reports and distribute to the team and the District PDP Facilitator or the District PAR mentor
   m.  write the Guided PDP Progress Reports following team meetings

5.6.3  **Team member(s) Responsibilities:**
   a.  be the first source of support and guidance
   b.  discuss issues and concerns directly with teacher to determine next steps
   c.  participate in Guided PDP meetings and planning
   d.  contact the Site PDP Coordinator or the District PDP Facilitator or the District PAR Mentor if a Guided PDP may be needed
   e.  pre-conference with teacher regarding observation
   f.  observe teacher at least once for a minimum of 30 consecutive minutes
   g.  post-conference with teacher regarding observation
   h.  assist the teacher to develop focused and appropriate goals and strategies as needed
   i.  provide assistance toward goal achievement at the needed frequency and duration
   j.  maintain documentation of conversations, observations and meetings
   k.  may suggest additional site staff as resources to the Team or to become Team Members
   l.  will consult with the PDP District Facilitator or the District PAR Mentor to review the teacher's needs and the PDP services, or for further recommendations

5.6.4  **PDP Site Coordinator Responsibilities:**
   a.  notify PDP District Facilitator that teacher may need Guided PDP plan
   b.  maintain a positive, supportive, encouraging and professional attitude with the Guided PDP team and teacher
   c.  coach the teacher as needed
   d.  advocate the alignment and integration of PDP into site work
   e.  maintain documentation of conversations, observations and meetings
   f.  provide support to Guided PDP Team as needed
   g.  contact the PDP District Facilitator for assistance as needed

5.6.5  **Site Administrator(s) Responsibilities:**
   a.  contact the Site PDP Coordinator or the District PDP Facilitator or the District PAR Mentor if a Guided PDP may be needed
   b.  participate in the Guided PDP meetings and planning

Professional Development

    c.  pre-conference with teacher regarding observation

    d.  observe teacher at least once for a minimum of 30 consecutive minutes

    e.  post-conference with teacher regarding observation

    f.  maintain documentation of conversations, observations and meetings

    g.  provide assistance toward goal achievement at the needed frequency and duration

**5.6.6** **Professional Development Process (PDP) District Facilitator or the District PAR Mentor Responsibilities:**

    a.  conduct an assessment to determine if a guided PDP is needed which includes but is not limited to observations, interviews and meetings with the teacher, the principal(s), the PDP team and others, as appropriate.

    b.  make the determination after consultation with the teacher, PDP team and principal whether a Guided PDP is warranted and what the next steps will be.

    c.  assist in the development of the guided PDP plan along with the teacher, team and principal

    d.  conduct the Guided PDP team meetings

    e.  ensure integrity of PDP and Guided PDP

    f.  advocate the alignment and integration of the Guided PDP into site work

    g.  provide support to teacher, if needed

    h.  provide support to the team, if needed

    i.  meet with administrator(s), the Guided PDP team and the teacher, as needed

    j.  maintain documentation of conversations, observations and meetings attended

    k.  continue support for teacher during site and/or position changes

    l.  conduct initial and subsequent meetings as appropriate

**5.6.7** **Teacher Transfer on a Guided PDP – Continuation of Support:**

    a.  When a teacher in the Guided PDP process transfers to another site, the receiving principal, District PDP Facilitator or PAR mentor, and the teacher will review the circumstances for the plan.  Given the new job description and site, the mentor will determine whether continued support appears appropriate.

    b.  If continued support appears appropriate, the mentor will complete an assessment of needs for success in the new assignment, and work with the teacher to revise the Guided PDP Plan and develop a new team.  Otherwise, the teacher will return to the PDP process.

*(Teachers at Multiple Sites on a Guided PDP – See Section 5.3.3 of this article.)*

**5.7** **Professional Support Process (PSP):**

**5.7.1** **Definition:**  The Professional Support Process (PSP) is a confidential process that provides support for employees who are experiencing challenges that require expanded collegial assistance after efforts have been made to support the teacher at the site through a PDP or Guided PDP.

    a.  **Request for Assessment:**  The teacher or any member of the PDP Team or Guided PDP Team may request a teacher be assessed for PSP after a discussion with the teacher and the team.  This is done by contacting the PAR Program Office and speaking with the lead mentor.  During an intake process, the mentor will establish efforts to support at the site to determine whether an assessment for PSP is appropriate.  PSP is initiated when a PAR mentor, after meeting with the teacher's PDP Team/ or Guided PDP team, determines the need to assure additional support for the teachers (as defined by MN Statute §179.A.03, Subd. 18) to achieve the necessary goals and objectives.

    b.  **Professionalism and Confidentiality:**  Professional ethics, respect, and the Government Data Practices Act will govern information and the team process.  Members of PSP teams agree to keep confidentiality, be active members of the team, and

participate in making a decision at the end of the process (see 5.5 for a description of the process for teachers new to the District.)

c. **Reasons for PSP:**  The teacher may enter the Professional Support Process for a variety of reasons. This process may be appropriate and beneficial to a teacher who:

1. is performing effectively in most areas of job responsibility, but may need some targeted assistance in one or more specific areas.
2. has a history of effective job performance, but is currently experiencing circumstances that, for a variety of possible reasons, challenge job performance.
3. needs more comprehensive collegial involvement.
4. is working in a new or different position and is experiencing a challenging and difficult transition.
5. is experiencing difficulty meeting the professional responsibilities of the Job Description, Code of Ethics, the Standards of Effective Instruction, and overall performance requirements.

d. **Time Period:**  The Professional Support Process will extend for *up to nine months*. If the PSP team believes that a shorter timeline is appropriate, the PAR Mentor may make *an earlier referral* to the PAR Panel  on behalf of the team.

e. **Support Strategies:**  During the Professional Support Process, extensive support is provided to the teacher through a variety of strategies.  This support may include peer coaching, mentoring, scheduled and unscheduled observations, study groups, videotaping, modeling, discussion groups, demonstration teaching, professional portfolio, action research, journaling, collaboration, teaming and/or any other strategies that prove to be helpful.

f. **Number of Meetings:**  At least four team meetings should occur during the PSP timeline: (a) an initial planning meeting and (b) a minimum of three progress report team meetings. It is recommended that additional support meetings occur as needed. Sufficient time should elapse between meetings in order to provide adequate support for growth and change.  Decisions regarding next steps will be made at a progress report team meeting.

g. **Successful Completion:**  When the teacher successfully accomplishes the goal(s) outlined in the PSP and no other concerns exist, the teacher returns to the PDP or Guided PDP.   It may also be that the teacher has successfully reached the PSP goal, but another area of concern may exist. If needed, PSP may continue with additional and/or revised goals, strategies, and timelines.

h. **Inadequate Progress:**  When the teacher does not meet the PSP goal(s), the PSP team determines the next steps.  If an extension of the timeline with additional support and adjusted strategies will be of benefit, this should be planned.  If, however, the teacher has been unable or unwilling to improve  and is not meeting the job description responsibilities, Code of Ethics, or the Standards of Effective Instruction, the next course of action must be determined.  With a change of sites, the PSP continues in the new site, with possible revisions of the PSP Plan.

5.7.2  **The Professional Support Process (PSP) will include the following steps:**

**Step 1:**   **PSP Team Development:**  A PSP team is developed by the PAR mentor with input from the teacher and site administrator, according to the specific growth needs of the teacher entering service.

Development of the PSP team: The PSP team meets with the teacher to agree upon the implementation of a support plan for the teacher.  The teacher's team consists of the following core participants:

a. the principal/site administrator,
b. one or more member(s) of the PDP team, or other building colleagues, as appropriate, and,
c. the District PAR mentor.

This core team through consensus or majority may include other teachers and/or resource people.

Step 2: **Professional Support Plan:** Development of a Professional Support Plan: The PSP team writes a support plan that includes a goal(s) for the teacher that focuses on the area(s) in need of improvement. Reasonable strategies, resources, and timelines are established within the plan. These may be modified based on identified needs.

Step 3: **Plan Implementation:** Implementation of the Professional Support Plan: The PSP team implements the plan. A variety of options are utilized during the PSP implementation to assist the teacher. Some of these options may be: peer coaching, mentoring, scheduled and unscheduled observations, study groups, videotaping, modeling of lessons by the mentor or another staff member, discussion groups, demonstration teaching, professional portfolio, action research, journaling, co-planning and teaming, feedback from students and/or parents, and/or any other strategies that prove to be helpful.

Step 4: **PSP Progress Determination:** According to the timeline specified in the PSP plan, the PSP team has regular Progress Report meetings to assess and discuss the possible growth and improvement occurring or to determine the lack of improvement. At the end of the pre-determined timeline, the PSP team decides, based on the extent of growth/achievement toward PSP goals, whether the teacher has made sufficient progress to:
   a. return to the Professional Development Process (PDP)
   b. return to a Guided PDP,
   c. continue with Professional Support (PSP), or,
   d. be referred to the PAR Panel for status determination.

5.7.3 **Career Options:** Career Options discussions can occur anytime during the process. See Section 5.8 of this Article.

5.7.4 **Ethical, Legal, or Unprofessional Concerns:** In circumstances or instances in which there may be issues or patterns which are ethically or behaviorally unprofessional, or legal concerns that may not be appropriate for referral to the PSP process, the principal will consult with the Director of Labor Relations to determine the appropriate course of action.

5.7.5 **Teacher Transfers on PSP.** When a teacher in the Professional Support Process wishes to transfer to another site, the teacher discusses this with the PAR Mentor. If a transfer occurs, the receiving principal/site administrator, the District mentor, and the teacher will have a discussion regarding the appropriateness of the PSP plan for the subsequent school year. Given the new job description and site, the mentor will determine whether continued support appears appropriate. If support in the new assignment appears appropriate, the mentor will complete an assessment of needs for success, work with the teacher and the administrator to revise the PSP plan, and develop a PSP team with input from the teacher and the administrator. Otherwise, the teacher will return to the PDP process.

5.7.6 **PAR Panel for PSP.** In the event that the MPS Induction or PSP Team does not reach consensus on the decision to continue to provide support for the teacher through MPS Induction, or PSP, the recommendation(s) are referred to the PAR Panel.

**Composition:** The Peer Assistance and Review Panel (PAR Panel) will be comprised of members from the Joint Labor-Management Peer Assistance and Review Committee (PAR Committee) as follows:

- two teachers on the PAR Committee,
- one principal on the PAR Committee,
- one Labor Relations administrator on the PAR Committee, and
- a District PAR mentor not involved with the teacher's MPS Induction or PSP Team.
- A Minnesota Bureau of Mediation Services representative will facilitate the PAR Panel. The PAR Panel will determine the status of the teacher through consensus, if possible, or a majority vote, if necessary.

*(Teachers on a PSP, see Article 16 regarding excessing rights during canvassing and see Article 7 regarding withholding of step until return to PDP/GPDP.  Teachers at Multiple Sites on a PSP should also see Section 5.3.3 of this article)*

5.7.7 **District Student and Family Feedback Surveys:**

a. **Description and Annual Expectation**:  Giving the District Student and Family Feedback Surveys is an annual expectation for all educators.  These surveys were developed with support from the City-wide Student Government, Professional Development Services, Research Evaluation, and Assessment Department, Planning and Policy and the Minneapolis Federation of Educators.  The family survey focuses on home support, family involvement, family-teacher communications and student progress.  Student surveys provide direct feedback to teachers on instruction, classroom environment and management, and relationships.

b. **Survey Analysis and Discussion:**  As part of the Professional Development Process to improve instruction, it is an expectation that all educators will use and compile the results of the completed District Student and Family Feedback Surveys for discussion and reflection with their PDP team.  Educators working on MPS Induction must be sure to complete and save at least one set of Student and Family Feedback Surveys each of the first three years as part of the tenure expectations.

c. **Individual Questions and Informal Surveys:**  To enhance the feedback process, individuals may add a few of their own questions to the surveys as appropriate to their needs.  In addition to using the Student and Family Feedback Surveys, individuals may use their own informal surveys to gather information from students and/or parents as appropriate.

d. **Survey Templates:**  Family and Student Feedback Survey templates are available through the District Professional Development Services Department or online through the MPS website (mpls.k12.mn.us) and can be downloaded as needed. The Family Feedback Surveys may be provided at parent/family conferences.

e. **Availability Online:**  The Family Feedback Surveys are available online and may be downloaded as needed.  Check the Minneapolis Website for surveys in other languages.  Sites may download and reproduce the surveys in the numbers consistent with their population.

f. **Large-Scale Copying:**  Professional Development Services will assist sites in obtaining large scale copying, if needed.  Schools/teachers may also make copies on-site, if they prefer.

g. **Implementation Timeline:**  The timeline for implementation of the Student/Family Feedback Surveys is:

**October**:  Receive printed surveys or copy at site as needed
**November**:  Administer surveys to students.  Sites should also inform parents of the online Parent Feedback Survey and/or use them at Parent –Teacher Conferences.
**December**:  Individuals collate feedback from the surveys and analyze results.
**January/February**:  Share results with PDP Team at the Winter Progress Report Meeting.
**March:** May Continue to solicit feedback from students and parents.  Administer follow-up survey as determined by PDP Team to compare results between Fall and Spring.

5.8 **Career Options/Outplacement Service**:

5.8.1 **Services Provided:**  Career Options/Outplacement is a career counseling service that may be provided by the District that is available to teachers who are seeking options to their current employment status either within or outside of the District.  Services include: career counseling and assessment, interest inventories, resume writing, portfolio development, interview preparation, transition or separation counseling, and access to a metro-wide employment database.

5.8.2 **Workshops:**  In addition to these services, Career Options in collaboration with the District and Minneapolis Federation of Educators may sponsor workshops throughout the year that will focus on strategies for building collegial support in the workplace, for creating a balance between professional and personal life, and for burnout prevention.

5.8.3 **Employee Assistance Program:**  Teachers may also access Employee Assistance Program (EAP) for support.

5.9 **Professional Assistance and Review (PAR) Process**:

5.9.1 **PAR Process Description and Goals:**  PAR is a collaborative effort of the Minneapolis Federation of Educators and the Minneapolis Public Schools that provides support throughout the Professional Career Continuum.  PAR will strengthen the profession by attracting, developing and retaining diverse, competent and confident urban educators.  The goal is to support the development of education professionals, and to enhance the art and science of teaching by promoting research-based "best practice" among practitioners.  Importance is placed on the induction and retention of teachers and the professionalism and career development of all staff. The Professional Career Continuum is outlined in Section 5.14.

5.9.2 **The Joint Labor Management PAR Committee**:

a. **Committee Description:**  The PAR process is governed by a joint labor/management PAR Committee comprised of an equal number of voting members representing administrators and teachers. PAR Committee members are appointed by the President of the Minneapolis Federation of Educators and the Superintendent.  The role of the PAR Committee is governance of the PAR processes (MPS Induction, PDP, Guided PDP, and PSP.)

b. **Committee Responsibilities:**  The PAR Committee is responsible for the process of selecting, inducting, assigning, assessing and supporting PAR mentors, including the Lead Mentor.  The PAR Committee will administer the selection, induction, and training of teachers in the Teacher Emeritus program and certify Teacher Emeriti.  The PAR Committee is responsible for assessing District sites needs for mentor support.  Sites will be involved in the selection of building mentors.  The District will maintain a staff complement to implement, support and coordinate PAR programs and services.  The PAR Committee is responsible for program design, implementation, evaluation and budgeted expenditures.  The PAR Committee is coordinated by the PAR Lead Mentor and the District Employee Relations Representative.

c. **Additional Duties and Responsibilities:  The PAR Committee will:**

1. provide governance for the MPS Induction process for probationary teachers and the PDP and PSP for tenured teachers;
2. maintain a website to communicate PAR matters to District staff;
3. facilitate the transition of knowledge gained through teacher training or other professional experiences to research-based best practices in the school setting; provide opportunities for new and experienced teachers to achieve satisfaction and success while contributing to the improvement of the teaching profession;
4. demonstrate a commitment to professional growth throughout the Professional Career Continuum through job embedded staff development, the Professional Development Process and continuous learning to improve instruction;
5. create opportunities for professional growth and advancement throughout the Professional Career Continuum;
6. provide and support continuous training, professional development and leadership experiences using the National Staff Development Council Standards for Staff Development Standards (NSDC);
7. support teachers throughout the professional development continuum, including the MPS Induction Process and Professional Development Processes;

Professional Development

8. support Professional Practice Schools, teacher residency sites, Education Magnet, Professional Development Centers (PDC) and five induction models in Section 5.11.2.b;
9. identification and coordination of a cadre of Demonstration Teachers within the District.  Demonstration Teachers are teachers who use exemplary practices in their classrooms and who are willing to model and discuss those practices for colleagues;
10. support teachers seeking National Board Certification;
11. work with the Teacher Development Council to support the pre-service programs of teacher preparation and induction;
12. assess and evaluate its services to insure efficiency, effectiveness, and overall success as it impacts teaching and learning.
13. provide regular professional development, training and collaborative support to District, PSP, TAP and Site Mentors
14. provide survey data, observations, coaching, and other feedback to all mentors as a part of their own PDP process to enhance their effectiveness
15. provide recognition of exemplary service of teacher leaders (or teachers in leadership roles)

5.9.3  **PAR Mentors**

a. **Definition:**  PAR Mentors are selected teachers in Minneapolis Public Schools who have agreed to serve for up to five years as peer mentors and then return to their previous location if a vacancy exists, or participate in the transfer process.

b. **Training and role:**  They receive specialized training to support their role. They are advisors, role models, and highly skilled teachers with successful teaching experience in the Minneapolis Public Schools.  PAR mentors are committed to setting an example, sharing ideas with others, offering support and encouragement and assisting teachers in acquiring the Standards of Effective Instruction competencies through the Professional Development Process.

c. **Caseload:**  In order for mentors to be effective, caseloads should range from 14-24 for MPS Induction Mentors and 9-13 for tenured teacher mentors.

d. **PAR Mentor Services May be Provided to:**
   1. first time teachers;
   2. contract teachers who have had experience in the Minneapolis Public Schools in another job classification and are moving into a new position;
   3. first year contract teachers who have teaching experience outside the District;
   4. probationary teachers who are in need of continued support;
   5. teachers who request service,
   6. teachers who are served at the request of the teacher's Professional Development Team
   7. any licensed staff in the bargaining unit

e. **PAR Mentor Responsibilities:**
   1. assist teachers in goal setting, pre and post conferencing, and classroom observation;
   2. model, co-teach, and demonstrate in order to provide guided practice;
   3. support teachers to ensure that classroom instruction meets the MPS Standards of Effective Instruction supports the goals of the Strategic Plan, the Minnesota State Standards, and goals of the School Improvement Process;
   4. orient teachers to the resources of the District, the profession and the community;
   5. provide research-based support to teachers in areas such as instructional strategies and materials, classroom climate and organization, cultural competency, and professional development;
   6. assess teachers' professional skills using the professional standards identified in the Minneapolis Standards of Effective Instruction

Professional Development

7. as appropriate, work with tenured and/or realigned teachers per administrators' or teachers' requests to provide assistance and support, in addition to working with probationary teachers;

8. work with administrators, peer coaches, and colleagues as team members and facilitators in the MPS Induction Process, including acting as a team member in the decision-making process for continuation of employment.

9. support the annual New Teacher Orientation, "Teacher-To-New Teacher Guide Online", facilitation of New Teacher Professional Development, New Teacher Networks, Reserve Teacher Training, Professional Development Centers, other staff development sessions, and interactive online mentoring support.

5.10 **Staff Development:**

5.10.1 **Standards:** Staff development planning and implementation in the Minneapolis Public Schools is guided by a Strategic Direction for Staff Development, the National Staff Development Council Standards and the Minneapolis Public Schools Standards.

5.10.2 **Development Responsibility:** The Staff Development Advisory Committee is responsible for the district staff development plan.

5.10.3 **Minneapolis Strategic Direction For Staff Development**

a. Minneapolis Public Schools' ability to effectively ensure student achievement of high academic standards requires focused and ongoing staff development. This Strategic Direction outlines how staff will be supported through high-quality, job-embedded, standards-based professional development.

**Vision:** Every school a learning community.

**Mission:** Staff development in a standards-based system is an ongoing process that engages staff in improving curriculum, instruction, and assessment to increase student achievement.

**We Believe:**

We are committed to reaching all students through content (what we teach), pedagogy (how we teach) and assurance of quality (how well we teach).

1. The relationship between teacher and student is critical to the achievement of high standards.

2. The purpose of staff development is to improve student achievement through the State Standards, the MN Graduation Standards, and the MPS Standards of Effective Instruction.

3. Standards will be embedded in all policies, contracts, and processes.

4. Site staff development practices will be strengthened by:
   - having fewer and focused staff development goals;
   - structuring time during the day for staff to learn and work together;
   - building capacity at sites to deliver, facilitate and evaluate staff development activities;
   - accountability at sites for implementing and incorporating staff development into each teacher's practice.
   - instructional staff in city-wide programs, related services (e.g., Special Ed.), and Specialists (Art, Library Media, Music, Physical Education, etc.) will also engage in professional development activities with job-alike colleagues from other sites. This Professional Development will support the MN State Content Standards of the specialist/related service personnel area.

5. Providing high-quality instruction for students, based upon the needs of students, is the of District support.

6. Staff development should be continuous and embedded in the everyday work at sites with adequate resources and district support.

7. Instructional change is a long-term, multi-staged process.

5.10.4 **Staff Development Goals:**  Provide quality staff development at a high level of support that will:

a. Respond to ongoing learning needs of all instructional staff in a standards-based system.

b. Assist new instructional staff members in accelerating student achievement in a standards-based system.

c. Assist site in creating a collaborative, professional culture where teachers are supported, respected, and valued.

d. Align grants with existing staff development plans using a quality collaborative process.

e. Maximize use of internal and external research about student learning.

f. Support the standards and content for elementary Specialists (Art, Music, Physical Education, Library Media, etc.).

5.10.5 **Staff Development Strategies:**

a. Help sites align staff development plans with Strategic Plan, School Improvement Plan, and individual goals (Professional Development Plan and Individual Learning Plan).

b. Align all grants and service contracts with district staff development.

c. Collect, analyze and use data to inform decision-making and refine staff development efforts.

d. Provide strategies for teachers to reach all students through a broad instructional repertoire.

e. Rethink and retool the school day to integrate job-embedded staff development into the school day at school sites, where learning is relevant to the unique needs of staff and students.

f. Rethink and retool Teaching and Learning staff and budget to maximize opportunities for on-site, job-embedded learning.

g. Integrate federal and state mandates into staff development.

h. Use technology and other approaches to deliver greater professional development opportunities at lower costs.

5.10.6 **Guiding Principles**

a. Research will guide informed decisions about standards implementation and continuous improvement, including the NSDC Standards for Staff Development and the MPS Standards of Effective Instruction.

b. MN Graduation Standards will be embedded into classroom instruction and practice.

5.10.7 **Evaluation/Assessment:**  The extent to which district and site staff development activities support improved student achievement will be assessed and evaluated using Thomas R. Guskey's "Five Critical Levels of Professional Development Evaluation" as a guide:

Level 1:  *Reaction:* What is the awareness level? Do the people involved like the format and find it understandable and helpful?

Level 2:  *Learning:* What are the learning goals? Were they addressed?

Level 3:  *Organizational Support and Change:* How are we organized to support professional development?

Level 4:  *Use:* Were the desired outcomes demonstrated or reflected in teacher practice?

Level 5:  *Impact:* Did it make a difference to student learning?  Were the goals achieved?

5.10.8 **National Staff Development Council (NSDC) Standards for Staff Development:**  The District has formally adopted the NSDC Standards:

a. **Context Standards:** Staff development that improves the learning of all students:

1. Organizes adults into learning communities whose goals are aligned with those of the school and district.  (Learning Communities)

Professional Development

2. Requires skillful school and district leaders who guide continuous instructional improvement.  (Leadership)

3. Requires resources to support adult learning and collaboration.  (Resources)

b. **Process Standards:** Staff development that improves the learning of all students:

1. Uses disaggregated student data to determine adult learning priorities, monitor progress, and help sustain continuous improvement.  (Data-Driven)

2. Uses multiple sources of information to guide improvement and demonstrate its impact.  (Evaluation)

3. Prepares educators to apply research to decision-making.  (Research-Based)

4. Uses learning strategies appropriate to the intended goal.  (Design)

5. Applies knowledge about human learning and change.  (Learning)

6. Provides educators with the knowledge and skills to collaborate.  (Collaboration)

c. **Content Standards:** Staff development that improves the learning of all students:

1. Prepares educators to understand and appreciate all students, create safe, orderly and supportive learning environments, and hold high expectations for their academic achievement.  (Equity)

2. Deepens educators' content knowledge, provides them with research-based instructional strategies to assist students in meeting rigorous academic standards, and prepares them to use various types of classroom assessments appropriately. (Quality Teaching)

3. Provides educators with knowledge and skills to involve families and other stakeholders appropriately.  (Family Involvement)

5.10.9 **District Staff Development**

a. **District Staff Development Advisory Committee:**

1. **Composition:**  The committee consists of classroom teachers, and educational assistants, administrators, principals, other staff, parents, and community members.

2. **Responsibilities:**  The committee works collaboratively with Curriculum and Instruction to:

a) prepare a staff development plan that reflects District Strategic Direction and supports District and school staff development efforts;

b) annually update District Staff Development Plan;

c) support school staff development teams through training, networking and coaching;

d) set standards for Exemplary Staff Development Grants to schools;

e) evaluate grant proposals, award grants and support grant recipients;

f) prepare annual report for submission to the Minnesota Department of Education allocate staff development funds to schools according to state law, District priorities, and referendum requirements;

g) assess effectiveness and results of district and site staff development activities for impact on student achievement.

b. **Expectations:** The Strategic Direction will guide all district staff development activities.

1. Site teachers shall be involved in planning and implementing all district staff development activities.

2. All staff development facilitators and providers will use the NSDC Standards in planning and implementing staff development activities.

3. Staff development will support teachers in meeting the MPS Standards of Effective Instruction and in closing the achievement gap.

4. Based on the district staff development plan, staff development may be required for some or all staff members.

c. **Time:**  The District will be proactive in finding time for teachers to engage in staff development.
1. The district Calendar Committee will designate release days for staff development, all but one of which will be conducted at the site level.  During these days, Specialist Teachers will have the option of meeting with content-alike colleagues for PD if the site PD topic/plan does not apply directly to their content area, PDP goals, or content standards.
2. In addition to one release day for district-wide professional development, one site professional development release day will be designated for instructional staff in city-wide programs, related services, and Specialists to engage in professional development activities with job-alike colleagues from other sites.
3. Staff development activities and district meetings must be conducted with minimal disruption in the learning process for students.

5.10.10  **Site Staff Development**

a. **Site Staff Development Committee:**
1. **Composition:**  The committee at each site consists of a majority of teachers and additional representatives of the site community.  Staff Development decisions are made by the Site Staff Development Committee.  [MN Statute §122A.60]
2. **Responsibilities:**  The Site Staff Development Committee will:
   a) implement a process for allocating site staff development funds.
   b) employ the district Criteria for Spending Staff Development Funds.
   c) use the MN Staff Development Report and the MPS Staff Development Expenditures Report forms to guide planning, implementation, evaluation and reporting of site staff development activities.
   d) report spending, activities and results to the District Staff Development Advisory Committee for the purpose of state reporting.
   e) Provide specialists the opportunity to access funds to attend District PD or our-of-District PD that directly supports District priorities, SIP, PDP, and/or Content Standards.
   f) Provide a quarterly report to all building staff detailing how all staff development funds are spent.

b. **Expectations:** The Site Staff Development Committee will take the lead in facilitating professional learning at the site.  Site staff development must:
1. support the SIP and/or individual PDP goals;
2. support educational diversity;
3. support participation and professional growth of all site community members.
4. The site Leadership Team will include a representative of the Site Staff Development Committee as a member or ex-officio member.
5. The Site Staff Development Committee must be represented in the site budget process.
6. Based on the SIP and site staff development plan, staff development may be required for some or all staff members.
7. Release Specialists to content-specific, District-wide groups if the focus of building Professional Development does not apply directly to the content standards and learning in the Specialist area.

    c. **Time:** Staff development should be continuous and embedded in the everyday work at sites.

      1. The purpose of release days, with the exception of parent-teacher conference days, shall be for staff development, professional learning, professional record keeping, and assessment of student work.

      2. Teachers and administrators of school sites and units, led by their Site Staff Development Committee, shall jointly plan and participate in staff development on student release days.

      3. Release days designated for professional record keeping shall only be used for that purpose, unless a majority of teachers at a site vote to deviate from the designated day.

      4. In addition to staff release days and preparation time, an average of at least two (2) hours per week must be available during the teachers' duty day for coaching, PDP, study groups, and other professional learning activities.

      5. The majority of staff meeting time should be spent on staff development, as teachers have e-mail, websites and voice mail in the classroom for regular communication.

5.10.11 **Criteria For Spending Staff Development Funds:** The purpose of staff development is to enhance the professional performance of all employees in the District so that our mission can be realized: *We exist to ensure that all students learn.*

    a. **Communication and Expectation:** The district-wide staff development committee expects that the criteria for spending staff development funds will be communicated to and understood and adhered to by all staff and members of the site community.

    b. **Staff Effectiveness:** All staff development will support student learning through increased/improved staff effectiveness as reflected and aligned in the Strategic Plan, the School Improvement Process (SIP), and Professional Development Process (PDP) and Individual Learning Plan (ILP).

    c. **Staff Development Plan:** All sites will create and implement a staff development plan as an integral part of their SIP development process and aligned with their SIP goals. Site Staff Development Plans and End of the Year Reports will be submitted to the District Staff Development Committee.

    d. **Staff Development Committee:** The site Staff Development Committee should be comprised of a majority classroom teachers and be representative of the site community. Specialists (Art, Media, Music, Physical Education, etc.) should be included on this committee.

    e. **Decision Responsibility:** Decisions about how staff development funds will be spent are made by the site Staff Development Committee and made available to the entire site community.

    f. **Focus on Group Development:** Staff development funds will be focused on development of professional skills and are used primarily for group activities, not individual requests.

    g. **Goal-Results Relationship:** All staff development will demonstrate a clear relationship between specific goals and results. Site staff development committees, in conjunction with their leadership teams and Professional Development Coordinator, will develop and use an evaluation component for assessing the effectiveness of the school staff development activities. Improved student performance must be part of that assessment.

    h. **Follow-Up Over time:** To maximize skill development, staff development will have follow-up over time and will be supported at the site through the Professional Development Process.

    i. **Spending Limitations, Accountability:** Expenditures for food, travel, and lodging should be strictly limited and carefully monitored by the staff development committee to assure resource accountability according to the District's Guidelines for Allowable Expenditures.

    j.  **Hourly Rate, Stipend Rate:**  Staff development hourly rate or stipend rate as defined in employee contracts will be paid for the time beyond the defined workday only.  Staff at the site must agree, in advance, to which rate will be paid (see Salary Schedule, Schedule "G").  Staff development hourly rate will be paid for the time beyond the defined workday only.

    k.  **Sharing of Activities:**  Staff development activities shall be shared and replicated among sites and staff as appropriate.

    l.  **National Standards:**  All staff development implementation will be consistent with the National Staff Development Council (NSDC) staff development standards.

## 5.11   Professional Induction And Development

### 5.11.1   Goals and Expectations

a.  **Mission:** To develop and coordinate programs that recruit, induct, develop, and retain high quality teachers in Minneapolis Public Schools.

b.  **Teacher Development Council:** The Teacher Development Council establishes guidelines and oversees their implementation for teacher pre-service, induction, and development.  It is comprised of representatives from Teacher and Educational Assistant bargaining units, District teacher development programs and their former participants, Division of Human Resources, Teaching and Learning, specialists such as Special Education, ESL/Bilingual, PAR, teacher education program partners, Principals, and the Superintendent's Office.  The Council meets regularly, as needed, to carry out its mission.

c.  **Goals:**
1. Collaborate with training institutions in all facets of the programs including: recruiting, candidate selection, preparation, and setting standards for certification and licensure.
2. Ensure that all teacher induction/development initiatives enhance the diversity of the teacher work force in the District.
3. Seek financial and other resources to support teacher induction/development initiatives and programs that meet the standards for successful programs.
4. Assess the effectiveness of Minneapolis Public Schools teacher induction/development programs on an on-going basis.
5. Recommend Minneapolis Public Schools teacher induction/development initiatives to meet District needs and enhance diversity.

d.  **Strategies:**
1. Identify all current resources used to support teacher induction/development.
2. Develop a common calendar which reflects the timelines required for all teacher induction/development initiatives.
3. Identify the process and supports needed to obtain resources for teacher induction/development programs to continue and expand.
4. Coordinate the District's teacher induction/development programs through on-going communication to maximize effective efforts and minimize duplication and competition.
5. Align current hiring practices and future teacher needs with teacher induction/development recruiting efforts to ensure employment and retention after completion.
6. Proactively support prospective teachers in meeting all standards of licensure in Minnesota (i.e., MTLE).
7. Design and initiate successful models of teacher induction/development programs and disseminate the effectiveness of the models to colleges, universities, and the state departments.
8. Assess and compare results of induction/development programs to those of new teachers overall.
9. Promote residency as an integral part of all teacher induction/development for Minneapolis Public Schools, and seek to provide incentives to support these experiences.

Professional Development

10. Engage teacher education program partners in all phases of induction, development, and retention.

e. **Standards:** Teacher induction/development programs must be a collaboration between district(s) and colleges/universities in program design to:
   1. Address the needs of the Strategic Plan.
   2. Incorporate a professional development process to support its participants.
   3. Develop, in collaboration with the district, a process to measure the effectiveness of the teacher training programs, and report results annually to the Teacher Development Council.
   4. Demonstrate program success indicated by a completion rate of at least 60% and its participants passing the MTLE.
   5. Demonstrate that its participants are working towards achieving the ten national Interstate New Teacher Assessment and Support Consortium (INTASC) standards.
   6. Provide placement of participants with cooperating/supervising teachers who model the Standards of Effective Instruction.
   7. Articulate a program design that includes: field experience, job embedded staff development, instruction, continuous assessment, supervision, due process, and adequate funding and adjunct status for Minneapolis teachers.

   **Collaborative Urban Educator Program (CUE):**  A teacher induction/development program that meets these standards is The Collaborative Urban Educator Program (CUE), an alternative preparation Program for teacher licensure.  Pre-service educators participating in the CUE Program are placed in classrooms under the guidance of Minneapolis teachers as they simultaneously complete a course of study and fulfill requirements for student teaching.

5.11.2 **Student Teacher Experience Program (STEP):**

a. **Description and Goal:**  STEP is a Minneapolis Public Schools partnership with area colleges of education in a Student Teacher Experience Program.  The goal of STEP is to strengthen the preparation of pre-service teachers, build stronger partnerships with teacher training institutions, and foster and acknowledge the contributions of Minneapolis teachers to their profession through the guidance of pre-service teachers.

b. **Partnerships:**  The five models of school/university partnerships include:
   1. **Individual Placement Model** - centrally managed single student teaching placements;
   2. **Small Cluster Mode**l - placement of two or more student teachers from a university in one school or department;
   3. **School Center Model** - universities collaborating with a school or schools clustered with in a building, by geographic location, or by program/alternatives ;
   4. **Professional Development School Model** - formalized agreement between the university and school(s) involving shared faculty responsibilities; and
   5. **Teacher Residency Program** – formalized agreement between the university and school(s)/programs involving shared faculty responsibilities.  (see 5.11.3)

5.11.3 **Resident Teacher Program:**

a. **Purpose:**  As the profession strives to develop exceptional teachers and recruit and train teachers in identified high need areas an effort is being made to provide residency experiences.  Minneapolis Public Schools and the Minneapolis Federation of Educators are committed to supporting beginning teachers and preparing them for teaching in the urban environment; therefore, the District and Union have jointly developed the Resident Teacher Program.

   1. **Standards and Guidelines:**  The Resident Teacher Program meets the standards outlined by the Teacher Development Council and the guidelines developed by the Minnesota Professional Educator Licensing and Standards Board (PELSB) for Resident

Programs.  Therefore, sites/programs are assessed and gain District recognition as an approved residency site through the Teacher Development Council.

b. **Residency Program - Description**:  A residency program provides a voluntary step between student teaching and full-time teaching.  Newly-licensed teachers who have already completed their student teaching apply and are selected as residents.  Supported by the Minneapolis Federation of Educators, the Minneapolis Public Schools, and the Minnesota Professional Educator Licensing and Standards Board (PELSB) in collaboration with teacher education institutions, it provides a high quality, intensive, on-site induction process.

c. **Resident Site/Program Requirements:**

1. **Number of Teachers:**  Each residency site/program will have no fewer than two (2) resident teachers and will establish a collaborative with a college and/or university to assist in delivering the core curriculum.

2. **Time and Activities:**  The program model at the site/program will provide professional practice time and professional development activities during the resident teachers' duty day.

3. **MPS Induction Year One:**  In addition, sites/programs will work with the resident teachers in their building to complete the professional contractual requirements for MPS Induction Year One.

4. **Core Curriculum:**  Resident teachers will complete a core curriculum as designated by the Teacher Development Council in accordance with the Standards of Effective Instruction.

5. **Ongoing Support:**  Resident teachers will receive ongoing support from their Resident Mentor, Resident Coordinator, and their PDP Team in order to increase their ability to reflect and improve their practice.

d. **Funding a Residency Program:**  Sites/programs with approved residency programs will have deducted from their budget only the actual cost for all resident teachers and will use the difference between the average teacher salary and the cost of the resident's salary to provide professional development and support for probationary teachers.

e. **Selection of Resident Coordinators and Resident Mentors:**

1. **Staffing Requirements:**  Each site/program will have a Resident Coordinator (with a minimum 0.2 exclusive release) and enough Resident Mentors in the building/program who are released to support the resident teachers at the site or within the program.

2. **Application:**  All staff who have the qualifications outlined in the job posting will be given the opportunity to apply for these positions; therefore, written solicitation for applicants will be distributed to all staff.

3. **Resident Mentor:**

a) **Qualifications:** Qualifications for resident mentors include tenure in Minneapolis Public Schools and at least five years of experience, evidence of successful completion of cognitive/peer coaching, and a commitment to successful completion of Pathwise™ and other required trainings.

b) Applicants must demonstrate:

- Engagement with the district's Professional Development Process as evidenced through submission of current PDP Portfolio Development;

- Effective collegial coaching skills (may be evidenced by letters of support by colleagues who have been formally or informally mentored);

- Experience as a reflective practitioner (may be evidenced by PDP work, National Board Certification, or other artifacts);

- Evidence of effective teaching practice (may be evidenced by progress towards National Board Certification, assessment against the Standards of Effective Instruction, etc.);
- Understanding of both the mentoring process and the professional development needs of new teachers (may be evidenced by written statements, interview questions, responses to questionnaires, etc.).

4. **Resident Coordinator:**

   a) **Qualifications:** Qualification for resident coordinators include evidence of teacher leadership, successful completion of cognitive or peer coaching, a commitment to successful completion of Pathwise$^{TM}$ and other required trainings, and an interest in working beyond the building/program with representatives of the district, the Minneapolis Federation of Educators, and higher educational institutions.

   b) Applicants must demonstrate leadership through the following:
   - Willingness to attend residency networking meetings necessary to facilitate communication across the district;
   - Willingness to be involved and participate in the continued development and refinement of the resident core curriculum;
   - Engagement with the district's Professional Development Process as evidenced through submission of current PDP Portfolio Development;
   - Effective collegial coaching skills (may be evidenced by letters of support by colleagues who have been formally or informally mentored);
   - Experience as a reflective practitioner (may be evidenced by PDP work, National Board Certification, or other artifacts);
   - Evidence of effective teaching practice (may be evidenced by progress towards National Board Certification, assessment against the Standards of Effective Instruction, etc.);
   - Understanding of both the mentoring process as developed and supported through the PAR Program and the professional development needs of new teachers (may be evidenced by written statements, interview questions, responses to questionnaires, etc.).

5. **Application and Interview:** Applicants will apply in writing to the principal or designee. To select the best candidate(s) for the position(s), the site/program will hold interviews by a committee composed of the Resident Coordinator, other representatives of the teaching staff at the site/program, the administrator/designee, Division of Human Resources and/or PAR representatives as appropriate.

f. **Assessment and Approval of a Resident Teacher Site/Program:**

1. **Application:** New sites/programs interested in becoming a resident teacher site/program will submit a Residency Site Application in early March. This will be reviewed by at least two review teams comprised of members of the Teacher Development Council who will make a recommendation as to the site's/program's status as a residency site/program for the following year. This recommendation is taken to the Teacher Development Council to make a final decision. Schools/Programs are notified in late March of the decision. Late applications will not be considered.

2. **Self-Study:**

   a) **First Three Years:** In an effort to ensure that quality residency programs that meet District standards are in place throughout the District, all approved new resident teacher sites/programs will complete a self-study in the fall of each year for the first three years that they participate in the program.

Professional Development

b) **Four or More Years:** Sites/programs with an established residency of four or more years will complete a self-study once every three years unless requested to do so earlier by the Teacher Development Council. This self-study must be submitted in December. It will be reviewed by a Residency Site/Program Assessment Team who will make a site/program visit in January or February to either recommend the residency site/program for the following year or provide feedback about areas which need improvement prior to recommendation for continuation.

c) **Residency Site/Program Team:** The Residency Site/Program Assessment Teams will be comprised of members from the Teacher Development Council and/or their designees. The Team's recommendations are taken to the Teacher Development Council to make a final decision.

g. **Hiring of Successful Residents:**

1. **Assessment and Recommendation:** Resident Teachers are given preferential hiring upon completion of a successful residency. The decision to recommend a resident teacher is carried out through the MPS Induction Process each spring. The site MPS Induction Team determines whether the resident teacher has successfully completed the first-year requirements of the MPS Induction Process.

2. **Salary Placement and Seniority:** As MN Statute §122A.68 Subd.2 states that the resident year should be considered as a first year placement, resident teachers will be recommended for continued employment as a second-year teacher on the salary schedule with seniority number based on the initial contract signed during the residency year.

3. **Expectations:** The residency induction program continues to prepare exceptionally well-prepared first year teachers. The rigor of the induction program requires that resident teachers not only meet year-one MPS Induction requirements, but also a professional development process that requires a second Pathwise™ assessment, continued observation within the context of expanded and varied teaching experiences, guided supervision by the site/program coordinator as well as a personal mentor, and development of a professional portfolio.

4. **Funding:** Each residency site/program is expected to be responsible for paying for the resident teacher program as well as ensuring all of the before mentioned expectations.

5. **Site Placement:** If the resident teacher is recommended for hire and if there are teaching positions available in the building where the resident is housed, a resident teacher will be considered for hire in the building as any other teacher within the same department or license area would be. If no teaching position is available at the residency site/program, the resident teacher is allowed to compete for teaching positions within the district on equal footing with other excessed first-year teachers.

h. **Expansion of the Residency Model:** The Resident Teacher Program has shown that resident teachers are more thoroughly prepared for teaching in the District as a result of beginning their career in a structured induction program. The Resident Teacher Program has had an equally positive impact on the professional development of veteran teachers in the schools where it exists and on the maintenance and continued support of a more scholarly teaching environment among the faculty. In the belief that all first-year teachers, as well as experienced teachers working with residents benefit from this experience, the District and the Union encourage all sites to develop residency programs especially in high need areas that may lead to requiring a year of residency for all new hires. The requirement of a year of residency is contingent upon the supportive agreements and understandings among the MFE, its members, and the District in the areas of funding residency sites/programs and hiring of residents.

Professional Development

| MODELS OF PROFESSIONAL INDUCTION AND DEVELOPMENT | | | | | |
|---|---|---|---|---|---|
| | **Individual Placements: Centrally managed student teaching placements. Both teachers and universities would make application to District for placement** | **Small Cluster: Placement of 2 or more student teachers from a university in one school or department** | **School Center: University(ies) collaborating with school(s) clustered within a building or by geographic location or by programs/ Alternatives** | **Professional Development School or Professional Practice School: Formalized agreement between the university and school(s) involving shared faculty responsibilities** | **Teacher Residency Program: Formalized agreement between the university and school(s)/ programs involving shared faculty responsibilities** |
| **Benefits to Participants** | Flexibility to choose building, program, cooperating teacher | Flexibility to choose building, program, cooperating teacher Support of peers | Support of peers On-site seminars Opportunities to observe/visit variety of programs offered in center site(s) | Support of peers Support system Welcoming environment On-site methods courses On-site seminars Clear delineation of expectations | Accelerated progress toward MPS Induction and National Board of Professional Teaching Standards Cohort experience with support of peers Mentors and ongoing feedback On-site courses with graduate credit Extension teaching experiences Imbedded professional development Reduced teaching load Full pay and benefits |
| **Number of Participants Involved** | Individual | Limit of 2-3 | 3 or more | 2 or more | 2 or more |
| **Form of Agreement** | District contract with university | District contract with university | District contract with university and negotiated agreement(s) with school(s) | District contract with university and negotiated agreement(s) with school(s) | District contract governs residency experience, memorandums of agreement as necessary to support and address unique features and needs of residency programs |
| **School Site Level of Commitment** | Cooperating teacher has primary responsibility for training student teacher | Cooperating teachers/ department have primary responsibility for training | – Cooperating teachers have primary responsibility – Faculty commitment to prepare students from practicum to student teaching for university(ies) | Shared faculty responsibility between school(s) & university to collaborate on 1) phases of teacher preparation, 2) school site program development, 3) university program development | Shared faculty responsibility between school(s) & university to collaborate on 1) professional development and feedback, 2) school site program development, 3) university program development |
| **Number of Universities Participating at One Site** | Many | One or more universities involved in small cluster model along with individual placement model | A primary university involved in school center model along with I/P model and/or S/C model occurring OR collaboration of universities involved in school center model along with I/P and S/C models occurring | A primary university involved in professional development school model along with individual placement model | A primary university involved in professional development school model (and possibly a PPS model) |
| **Placement Process** | Selection made by district and/or university Opportunities to match cooperating teacher and student teacher | Selection made by district/ school and/or university Opportunity to match cooperating teacher & student teacher | Selection made by school & university District informed Opportunity to match cooperating teacher & student teacher | Selection made by school &university District informed Opportunity to match cooperating teacher & student teacher | Selection made by school District informed |
| **Decision-Making Process** | Individual teachers and/or school leadership | Individual teachers and/or school leadership | School leadership | School leadership and university representatives | School leadership |
| **Professional Development Opportunities for** | Incentives: Honorarium, professional | Incentives and Collaboration/ Support among | Incentives and | Incentives | Release time for mentors (.2) Collaboration and support among mentors |

Professional Development

| | **MODELS OF PROFESSIONAL INDUCTION AND DEVELOPMENT** | | | | |
|---|---|---|---|---|---|
| | **Individual Placements: Centrally managed student teaching placements. Both teachers and universities would make application to District for placement** | **Small Cluster: Placement of 2 or more student teachers from a university in one school or department** | **School Center: University(ies) collaborating with school(s) clustered within a building or by geographic location or by programs/ Alternatives** | **Professional Development School or Professional Practice School: Formalized agreement between the university and school(s) involving shared faculty responsibilities** | **Teacher Residency Program: Formalized agreement between the university and school(s)/ programs involving shared faculty responsibilities** |
| **Cooperating Teachers, mentors, or other supporting staff** | accounts managed by districts, renewal units, preparation of future teachers, professional growth, personal satisfaction, tuition stipend | cooperating teachers | Collaboration/ support among cooperating teachers Opportunities to contribute to student teaching seminars | Collaboration/ support among cooperating teachers Opportunities to contribute to student teaching seminars Opportunities to teach methods classes | Opportunities to contribute to on-site classes |
| **Benefits to Districts** | Meet individual needs of teachers/ school to work with specific university Control over placement &choice of cooperating teacher. | Meet individual needs of teacher/ school to work w/ specific university Control over placement &choice of cooperating teacher | Extensive collaboration with university Consistency of placement Streamlines placement process | Input into teacher preparation Access to hiring excellent teachers Teaching encouragement programs for high school students | Imbedded professional development model Retention of excellent teachers on accelerated path to MPS Induction and efficacy |
| **Benefits to Schools, Programs and Faculties** | Flexibility to choose how many universities to work with | Placement of optimum number of student teachers at site to avoid overuse of staff | Adjunct faculty opportunities, extensive collaboration with university – invite teachers to student teacher seminars On-site courses offered by university faculty Staff development opportunities | University perspectives on committees Sharing of resources Training provided for cooperating teachers On-site courses Action research and other classroom based research facilitation Clear communication of goals & expectations | Imbedded professional development for all staff Sharing of resources On-site courses Support network for new staff and mentors Action research and other classroom based research facilitation High caliber new teachers Learning environment that promotes collaboration, inquiry and National Board of Professional Teaching Standards |

## 5.12 Professional Development Centers:

5.12.1 **Description:** Professional Development Centers (PDC) are a collaborative effort of school sites, Minneapolis Public Schools, Minneapolis Federation of Educators and Teaching and Learning to promote teacher quality and enhance student achievement. Professional Development Centers will be located in school sites and may serve individual sites or a cluster of sites. The purpose of Professional Development Centers is to promote continuous, site-based, job-embedded professional development that supports/enriches the skills of staff, parents, students, and the school community. They provide a forum for reflecting on educational reforms, teaching practice, student needs, and family/community involvement.

5.12.2 **Climate of Support:** Professional Development Centers support the Professional Development Process (PDP) by promoting collegiality, trust, collaboration, and time for learning and reflection. They are places where educational staff find support for acquiring new skills and/or improving existing instructional strategies based on best practices reflected in the Minneapolis Standards of Effective Instruction. The centers also engage educational staff in the development of relevant curriculum and materials that support student

Professional Development

achievement in a standards-based teaching and learning environment.  This allows teachers to select experiences that either build awareness of and/or competency in a subject area(s).

5.12.3 **Objectives:**  Objectives of the Professional Development Centers:

a. Promote the development of professional learning communities among all stakeholders at sites and throughout the district.
b. Analyze and use student data to focus the efforts of the PDC in providing meaningful professional development.
c. Focus and organize the diverse initiatives and directives that schools must address by working collaborating and cooperatively with others at the site such as the PDP coordinator, staff development team, administrator, etc.
d. Align the efforts of the center with the Strategic Plan, the School Improvement Process (SIP), the Professional Development Process (PDP), and the Individual Learning Plans (ILP), Individual Education Plans (IEP), and the Minneapolis Standards of Effective Instruction.
e. Heighten professionalism by fostering and maintaining networks where colleagues can explore and exchange teaching ideas, create and improve materials, and collaboratively determine how to improve the school as a workplace.
f. Provide access to research relevant to professional needs and assist in transforming the research into practice.
g. Encourage research and development of professional practices and their context in order to maintain high professional standards.
h. Assist in creating learning environments that support better student learning and achievement.
i. Update, expand, enrich, and refine content knowledge and the instructional skills necessary to teach that content.
j. Inform staff of district-wide initiatives, policies, and programs.
k. Support risk-taking, teacher leadership, and accountability.
l. Be accountable for documenting the link between high quality professional development and student achievement
m. Model and implement the National Staff Development Council (NSDC) Standards for Staff Development.

5.12.4 **Key Features**

Professional Development Centers (PDC) share common characteristics.
They have:

n. **Professional Development Team:**  A Professional Development Team that organizes and coordinates the on-site professional development activities the Professional Development Center.
o. **Scheduled Time:**  Scheduled time allowing for professional development to occur within the school context throughout the site, e.g., study groups, coaching sessions, action research projects, observations, demonstration teaching by Distinguished Teachers , mentoring, in-services, and so forth.
p. **Organized Activities:**  A variety of educational activities that are organized by the PDC team.
q. **Literature and Media:**  Books, journals, videos, and technology available for personal and professional growth.
r. **Focused Resources:**  Materials and resources on effective teaching practices that meet the needs of all students, e.g., English Second Language Learners/Bilingual Education, Special Education, Gifted Education, Cultural Competency, etc.
s. **Technology:**  Technology resources for use by the learning community (computers, video cameras, TV, telephone).
t. **Centralized Location:**  A central location where learning community may meet to learn about educational best practices, plan the implementation of those practices, and assess the results of the implementation.

u. **Supportive Administration:** Administration that is supportive of the Professional Development Center Model

5.12.5 **Professional Development Center Teams.**

a. **Composition:** Professional Development Center teams should consist of trained and knowledgeable mentors, distinguished teachers, curriculum specialists, master teachers, and staff developers.

b. **Professional Development Center Coordinator:** PDC site coordination and continuity is a key factor for the success and growth of existing and future centers. Therefore, each site should have a PDC team, which includes a full time on-site Professional Development Center Coordinator. As each District Professional Development Center is established, a site PDC Coordinator will be selected through a process developed and implemented by PAR. The site and the PDC Steering Committee will be involved in the selection process for the Professional Development Center Coordinator. The PDC team will coordinate and collaborate with the Professional Development Process Coordinator, Staff Development Chair, and others involved in staff development.

5.12.6 **District Professional Development Center Steering Committee.** The PDC Steering Committee is a representative labor-management committee established by PAR whose role it is to support the development of Professional Development Centers. The committee representatives include one or two PDC team members from each PDC site. The committee meets on a regular basis to receive reports from the centers, discuss ideas to support the school staff and students, participate in training designed to create a professional learning community, make decisions regarding relevant issues. The District Professional Development Center Coordinator is responsible for coordinating the committee efforts and meetings.

5.12.7 **District Professional Development Center Facilitator.** The District Professional Development Center Facilitator supports and promotes the development, implementation and assessment of Minneapolis Professional Development Centers and on-site staff development as guided by the District Professional Development Center Steering Committee. The District PDC Steering Committee establishes the process for selection of the facilitator. The PDC facilitator works collaboratively at the PDC sites to help achieve goals that are aligned with the Strategic Direction for staff development and National Staff Development Council Standards. The PDC facilitator promotes, implements and develops results-based staff/professional development opportunities for the PDC sites, staff and steering committee based on identified needs.

5.12.8 **Accountability**

a. The success of the center will be determined by the measures of impact on quality of instruction and student achievement consistent with Thomas R. Guskey's "Five Critical Levels of Professional Development Evaluation" (see Section 5.10.7).

5.12.9 **Professional Development Center Site Selection**

a. **High Need Sites:** Sites identified as high need as determined by multiple indicators will become Professional Development Centers and be supported, through PAR Services.

b. **Additional Sites:** The application process for additional sites that wish to establish a Professional Development Center will be established through PAR Services. Qualifying sites will be asked to respond to questions related to such areas as:

- The process regarding the decision to become a PDC site
- Instructional leadership support systems
- Staff/professional development needs
- Student performance
- Professional Development Process
- Administrator and teacher leadership at the site
- Adequate space and equipment/materials
- Other

Professional Development

## 5.13  National Board For Professional Teaching Standards (NBPTS)

5.13.1  **MPS Belief:** The Minneapolis Public Schools acknowledges that professional staff who acquire a National Board Certificate, (NBC) from the National Board for Professional Teaching Standards (NBPTS) will enhance the quality of the district's teaching force.  Teachers who wish to acquire National Board Certification (NBC) are encouraged, supported, and rewarded for doing so.

5.13.2  **NBPTS Core Propositions:** Accomplished teachers are expected to reflect the NBPTS core propositions in their teaching.  The foundation for National Board Certification (NBC) is based on the five core propositions that first appear in the National Board's policy statement, *What Teachers Should Know and Be Able to Do*.  These propositions define the knowledge, skills, dispositions and commitments that distinguish accomplished teachers:

a.  Teachers are committed to students and their learning.

b.  Teachers know the subjects they teach and how to teach them.

c.  Teachers are responsible for managing and monitoring student learning.

d.  Teachers think systematically about their practice and learn from experience.

e.  Teachers are members of learning communities.

5.13.3  **Eligibility:** To be eligible to apply to become a National Board Certified teacher, a teacher must meet the following NBPTS requirements:

a.  Have taught a minimum of three (3) years,

b.  Hold a baccalaureate degree, and

c.  Hold a valid state teaching license.

5.13.4  **National Board Certificates (NBC):**

a.  **Certificates Available:**  NBPTS currently has 23 certificate areas available.  Based on the five core propositions, advanced standards are being set in additional certificate fields.  National Board Certification recognizes accomplished teaching throughout the United States.

b.  **Renewal:**  National Board Certification is valid for a period of ten years and may be renewed.  This renewal process should begin, if desired, a year or two before the first certificate expires to avoid a gap in certification.

5.13.5  **Support of Candidates Pursuing NBPTS:**

a.  **Fees:**  The application fee of the certification process is approximately $2,300 (More information can be found at: www.nbpts.org). To assist teachers in meeting the cost of this fee, the district will provide $850 towards the initial application fee.  A grant may also be available for those teachers who have taught five (5) years or more.  Low interest loans are also available for teachers who wish to borrow the money to pay for the National Board application fee.  In addition, sites may elect to support candidates in this process.

b.  **Sabbatical Allowance:**  Teachers pursuing NBC will be allowed up to five (5) days NBPTS Sabbatical for the purposes of meeting the National Board candidacy requirements.  Sites may choose to augment this with site staff development dollars to allow the candidate additional days.

c.  **Support:**  Support groups and professional development seminars are available to provide support and assistance to National Board candidates as they participate in the portfolio and assessment process.

d.  **Lane Advancement:**  Any Minneapolis Public School professionally licensed teacher who achieves the National Board for Professional Teacher Standards' (NBPTS) National Board Certification (NBC) will advance one (1) lane on the teacher salary schedule.

e.  **Board Certified Positions:**  A National Board Certified teacher may apply each year to serve as a demonstration teacher, NBPTS coach, and/or NBPTS staff developer.  The

NBPTS teacher would then be eligible for a $1,000 stipend.  Additional information about National Board Certification may be obtained by calling Professional Development Services.

5.13.6 **PDP:** During the period of time when a teacher is working towards National Board Certification (NBC), the teacher may use this effort as the goal of the teacher's Professional Development Process plan and teaming efforts upon submission of documentation to PDP Site Coordinator.

5.14 **Professional Career Continuum:**

5.14.1 **Opportunities for Learning and Professional Growth:** The Minneapolis Public Schools (MPS) and the Minneapolis Federation of Educators are committed to improving the profession of teaching to ensure that all students experience and achieve a quality education. Research shows that teachers' learning positively impacts student achievement.  Improving the teaching profession requires that teachers have opportunities for on-going professional growth, involvement in the decision-sharing process, increased responsibilities and accountability, and time for open communication, collaboration, and reflection.  By implementing systemic educational improvement and reform, teachers will be assuming greater responsibility for the success of these efforts.  Accordingly, teachers should be given opportunities to develop these professional and leadership skills.  The MPS Professional Career Continuum provides these needed opportunities, as well as incentives that attract new teachers and motivate quality teachers to stay in the profession.

5.14.2 **Categories:**  There are currently twenty-one categories in the Professional Career Continuum.  Teachers may be classified in more than one category concurrently.

| A. | Future Teacher | L. | Teacher Mentors |
|---|---|---|---|
| B. | Student Teacher | M. | Site Teacher on Special Assignment |
| C. | Intern Teacher | N. | District Teacher on Special Assignment |
| D. | Resident Teacher | O. | Distinguished Teacher |
| E. | Probationary Teacher | P. | National Board Certified Teacher |
| F. | Professional Tenured Teacher | Q. | Teacher Emeritus |
| G. | Cooperating/Supervising Teacher | R. | Administrative Intern |
| H. | Student Teacher Coordinator | S. | District Program Facilitator |
| I. | Demonstration Teacher | T. | Master Teacher |
| J. | Site Lead Teacher | U. | Instructional Coach/Content Lead |
| K | Professional Development Center Coordinator | | |

5.14.3 **The following is a definition of each of the categories:**

A. **Future Teacher:** The District and the Union are jointly committed to recruiting, developing, and supporting Minneapolis Public Schools students and non-licensed staff who wish to be trained and licensed as teachers.  Through this commitment, the District and Union will work diligently to increase the number and diversity of the teaching staff to be more reflective of the student population.  The District and the Union have collaborated with other teacher education partners to establish a multitude of teacher development programs.  In addition, students and employees completing these programs will have preference in hiring.

Professional Development

B. **Student Teacher**: Minneapolis Public Schools provides a wide range of programs, diverse urban schools, and the support of skilled professional practitioners for pre-student and student teachers participating in approved teacher preparation programs from contracting institutions.  This pre-service experience is designed to develop, practice, and hone teaching skills; learn how to build relationships with students and families, and to broaden the repertoire of instructional strategies.  Student teacher placements shall be assigned through the auspices of the Teacher Development Council and consistent with the five induction models.

C. **Intern Teacher**: An Intern Teacher is currently enrolled in a graduate program and shall be employed under a contract negotiated between the School Board and the Intern teacher's graduate school and is a part of the Professional Practice School team.

D. **Resident Teacher**: A resident teacher engages in a voluntary step between student teaching and full-time teaching.  Newly licensed teachers who have already completed their student teaching apply and are selected as residents.  Resident Teachers are supported by the Minneapolis Federation of Educators, the Minneapolis Public Schools, and the Professional Educator Licensing and Standards Board (PELSB) in collaboration with teacher education institutions, and engage in a high quality, intensive, on-site induction process.

A Resident Teacher is hired within the scope of MN Statute §122A.68, Subd. 2, licensed, and teaches at a site or program that has established a teacher development program in collaboration with a teacher education institution.  They do not replace any current teachers.  A resident teacher is a first-year teacher who has received an initial Minnesota teaching license no more than two (2) years prior to applying for a residency and who has fewer than nine (9) months of full-time equivalency teaching experience as a licensed teacher.  Exceptions may be considered in consultation with the district for candidates in high need areas who are participating in approved alternative license programs and/or individuals on track to obtain their license during the resident year.  Exceptions will be made on a case-by-case basis.

Under this provision, the Resident Teacher assignment consists of up to 80 percent teaching time that includes preparation time and 20 percent job-embedded professional development.  This professional development time is non-instructional time reserved for the resident teacher to work with the resident mentor, resident coordinator, the New Teacher PSP team, and other staff and residents to improve practice.

Resident Teachers are required to use the program to:
- develop self-directed goals to improve instruction and/or classroom management through the MPS Induction Process for New Teachers;
- implement the various reflective activities of the professional development processes such as peer coaching action research, study groups, portfolio development and student feedback. participate in the mentor/mentee relationship as a pro-active and interactive partnership used to guide the resident teacher through professional growth experiences, e.g., to problem-solve issues and to accept constructive feedback in a confidential setting.
- demonstrate that learning is on-going, life-long and that even with experience, teachers must continue to reflect, analyze and improve how they teach;
- engage in the collegial education community to help with their own efforts to improve student success;
- articulate their teaching philosophy, and demonstrate methods consistent with the Standards of Effective Instruction.
  A residency program emphasizes professionalism among the staff.

E. **Probationary Teacher**.  A Probationary Teacher is a non-tenured teacher who is within the first three consecutive years of employment by the District.  (MN Statute §122A.41) Resident Teachers have this career continuum designation also (See MN Statute §122A.68).  It is the responsibility of the probationary teacher to fulfill the requirements of the MPS Induction under this Agreement (as well as legal requirements per MN Statute §122A.41), which lead to becoming a tenured teacher.  (see Article 5, Professional Development)

Professional Development

F. **Professional Tenured Teacher**.  A Professional Teacher is a teacher who has successfully met the criteria for a continuing contract as defined by the teacher's job description, the Minneapolis Standards of Effective Instruction, and the Professional Development Process (PDP).  (MN Statute §122A.41)

G. **Cooperating/Supervising Teacher**.   Cooperating/Supervising Teachers share their knowledge and skills with student teachers by modeling, mentoring, coaching, assessing, advising, listening to and reflecting with the student teacher.  As an incentive for participation, Cooperating/Supervising Teachers may be eligible for leadership rewards.  In addition, Minneapolis teachers may also be adjunct university staff, participate in co-teaching seminars, and, partake of other collaborative instructional opportunities with teacher preparation institutions.  During the contract period 2001-2003, a Cooperating/Supervising Teacher screening process will be developed and used to ensure that both the Cooperating Teacher and student teacher enjoy a positive and productive experience.

In exchange for professional services, Minneapolis Public Schools Cooperating/Supervising Teachers will expect to receive stipends directly from the contracting institution of a minimum of $200 (2001-2002 school year), $250 (2002-2003 school year) and $300 (2003-2004 school year), per student teacher per session.  Teachers may also receive other rewards/incentives that may include graduate courses in supervision, mentoring, coaching, etc., offered by the contracting institution, as well as, undergraduate courses for teachers' children, contributions to a professional account, purchase of professional books/materials, and/or other recognition.

H. **Student Teacher Coordinator.**  A teacher may be designated as a Student Teacher Coordinator at a site where multiple student teachers from the same teacher preparation institution are assigned.  The institution will contract with the student teacher coordinator to place student teachers, maintain contacts, provide instructional seminars and serve as an advisor to the institution.

I. **Demonstration Teacher**.  Demonstration Teachers are highly skilled teachers who have been identified through a labor-management process and have agreed to welcome other teachers to observe their classroom or other professional environments.  Requests for demonstration teaching may be made through PAR, Professional Development Services, Teaching and Learning and/or a site PDP/PSP team.

J. **Site Lead Teacher**.  A Site Lead Teacher is a teacher who meets the established labor/management criteria for professional leadership, advancement, and growth, while remaining at a site.

K. **Professional Development Center Coordinator.**  As each District Professional Development Center (PDC) is established, a PDC Coordinator will be selected through criteria determined jointly by a labor-management process.  The PDC Coordinator serves as a member of the site PDC team and works collaborating with the team and others at the site.  PDC Coordinator will be expected to facilitate and coordinate the services of the PDC so that the objectives of the center will be successfully achieved.  The position will be full-time with the responsibility of supporting one or more school sites.  The PDC team will be responsible for supporting the improvement of teaching and learning at the site.

L. **Teacher Mentors.**  Teacher Mentors are selected teachers in Minneapolis Public Schools who have agreed to serve for up to five years within a position/category as mentor teachers and then return to their previous location if a vacancy exists.  They are advisors, role models, peers, and highly skilled teachers with successful teaching experience in the Minneapolis Public Schools.  Teacher Mentors are committed to setting an example, sharing ideas with others, offering support and encouragement and assisting teachers in locating needed resources.  The PAR Committee is responsible for the process of selecting all Teacher Mentors.  Sites will be involved in the selection of building mentors and TAP Mentors.

There are currently five types of Teacher Mentors available to support teacher and learning.  These mentors work collaboratively with one another to support teachers/sites.

Professional Development

- **District Mentors:**  District Mentors work primarily with probationary teachers in the MPS Induction process at multiple sites.  They provide support through facilitating New Teacher PSP meetings, coaching, co-teaching and observing teachers.
- **(PAR) Mentors:** PAR Mentors work with site Professional Development Process (PDP) and/or Professional Support Process (PSP) teams to support teachers.  They provide direct support through facilitating meetings, coaching and observing teachers, and ensuring appropriate implementation of the PDP/PSP.
- **Building Mentors:** Building Mentors work primarily with probationary teachers in the MPS Induction process at a particular site.  They provide support through facilitating PSP meetings, coaching, co-teaching and observing teachers.
- **Professional Development Center (PDC) Mentors:** PDC Mentors are building-based mentors and work as part of the Professional Development Center Team by providing support to all staff in the building through job-embedded professional development.
- **Resident Mentors:** Resident mentors support resident teachers at an approved residency site or program in their first year and may assist with mentoring of other probationary teachers at the site.
- **TAP Mentors:** Serve as exemplary teachers and instructional leaders providing feedback, and the knowledge and skills needed to improve classroom practice through well-structured, collegial, job-embedded professional development.

M. **Site Teachers on Special Assignment (Site TOSA).**  Site Teacher on Special Assignment positions in the Minneapolis Public Schools have evolved to support site-based instructional/educational program needs of students and staff other than a classroom assignment.  Site Teachers on Special Assignment are highly qualified professional who have been identified as having high-level skills that fit the unique needs of site TOSA positions.

Specific job descriptions are written to define the duties of all site TOSA assignments and shall be made available to all staff at a site.  The job description shall indicate whether the position is for a specific period of time as determined by a site-based decision-making process.  Sites TOSAs are selected by the site through a standard screening process with representation that includes site teachers who will receive the services.  All site TOSA positions that exist for the purpose of supporting teachers and instructional programs shall be members of the teacher bargaining unit.  Site TOSAs who have been excessed or who wish to leave the position exercise their rights pursuant to Article 16, Transfer, Reassignment, and Recall.

Appointment and Return to Classroom:

- In order to maintain maximum educational stability for students, site TOSAs will be appointed prior to the beginning of the school year.  Exceptions to this schedule may be made with the approval of the appropriate Area Office.
- The appointment of site TOSAs will occur at natural breaks in the school year or at a time mutually agreed to by all parties involved.
- Site TOSAs will be eligible to apply for other TOSA positions posted during, or subsequent to their present assignment.
- At the conclusion of the posted designated time period, site TOSAs may return to their most recent assignment at the site in the same licensure area.
- Site TOSA positions are 39-week assignments, which may have additional extended time.  Compensation for the extended time may be based on a mutually agreed upon performance-based pay framework.
  All site TOSAs will participate in the Professional Development Process (PDP) and receive support and development opportunities.  Successful performance will be measured through the PDP using respective job descriptions, the Standards of Effective Instruction, and the Standards of Effective Leadership TOSAs whose positions are funded by grants are also covered by all relevant parts of this article.

N. **District Teachers on Special Assignment (District TOSA).**  District Teacher on Special Assignment positions in the Minneapolis Public Schools have evolved to support the unique needs of students and staff district-wide.  District TOSAs provide resource services for programs or for a department, development for a cluster of schools or district-wide, or leadership services to one or

more schools/programs.  District TOSAs whose major responsibility is instructional support, teacher training, and/or curriculum development shall have significant experience in classroom instruction.  Unless specified, all district TOSAs will provide delivery of services focused on students and staff support in schools.

District TOSAs are highly qualified professionals who have been identified through an extensive recruiting and screening process as having high-level skills that fit the unique needs of a district TOSA position.  Specific job descriptions are written to define the duties of all district TOSAs and shall be made available to district staff.  The job description shall indicate whether the position is for a specific period of time.

In addition to representatives from the department/program posting the position, a representative of the PAR Panel, Minneapolis Federation of Educators, Curriculum and Instruction, and Division of Human Resources will be involved in reviewing the job description for district TOSA postings.  All district TOSA positions that exist for the purpose of supporting teachers and instructional programs shall be members of the teacher bargaining unit.

District TOSAs serve for a maximum of five (5) years in one position. District TOSAs cannot serve beyond a maximum of ten (10) years in any and all District TOSA positions.

District TOSAs who have been excessed or who wish to leave the position exercise their rights pursuant to Article 16, Transfer, Reassignment, and Recall.

Appointment and Return to Classroom:

- In order to maintain maximum educational stability for students, district TOSA positions will be appointed prior to the beginning of the school year.  Exceptions to this schedule may be made with the approval of the appropriate Associate Superintendent or Executive Director.
- The appointment of TOSAs will occur at natural breaks in the school year or at a time mutually agreed to by all parties involved.
- TOSAs will be eligible for other TOSA positions posted during, or subsequent to their present assignment.
- When TOSA positions are reposted in accordance with the rotation policy, the positions will be open to all qualified applicants, including the persons who most recently held the position.
- At the conclusion of the posted designated time period, Teachers on Special Assignment may return to their most recent school if a vacancy exists in the same licensure area.
- TOSA positions are 39-week assignments, which may have additional extended time.  Compensation for this extended time may be based on a mutually agreed upon professional pay framework.

  District TOSAs whose positions are funded by grants are also covered by all relevant parts of this article.  New district TOSA positions that are funded through staff development dollars, must be created in collaboration with the PAR panel.

O.  **Distinguished Teacher**.  Teachers who exhibit exemplary professional performance on a continuing basis may be recognized as Distinguished Teachers.  Potential Distinguished Teachers have demonstrated the Standards of Effective Instruction at advanced levels and have served as a collaborative staff member and professional role model.

  Distinguished Teacher positions shall be funded through the Sabbatical Leave provisions of this contract.  Distinguished Teacher positions shall not exceed the 1% District limit on sabbatical leaves.

  The Distinguished Teacher's role, as defined and supported through the Professional Development Center model, is to serve as peer coaches, demonstration teachers, co-teachers, and staff development trainers who design and implement innovative teaching strategies that enhance student learning.  They work with other Professional Development Center staff to assess and provide job-embedded staff development.

  Distinguished Teachers will be selected through an extensive screening that includes a classroom observation and interview process based on their performance as instructional leaders in their classrooms and their leadership at the site and district level.  Each Distinguished Teacher will serve on the instructional leadership team for a Professional Development Center (PDC).

Professional Development

P. **Nationally Board Certified Teachers** National Board Certification is a symbol of highly accomplished professional excellence in teaching that has been achieved by successfully completing a rigorous National Board of Professional Teaching Standards (NBPTS) assessment process.  Offered on a voluntary basis, it complements but does not replace, state licensing.  Only licensed teachers who have taught for a minimum of three years may apply to become Nationally Board Certified.

National Board Certification recognizes teachers who effectively enhance student learning and demonstrate the high level of knowledge, skills, dispositions and commitments reflected in the following five core propositions:
- Teachers are committed to students and their learning.
- Teachers know the subjects they teach and how to teach them.
- Teachers are responsible for managing and monitoring student learning.
- Teachers think systematically about their practice and learn from experience.
- Teachers are members of learning communities.
    The District and the Union encourage all tenured teachers to actively seek National Board Certification and award all those who achieve certification through the salary schedule and district-wide recognition.

Q. **Teacher Emeritus.**  The District and the Union support the retention of our experienced retired teacher cadre.  In order to further utilize their educational expertise, the position of Teacher Emeritus was developed.  Teachers who have retired from the Minneapolis Public Schools are eligible to apply for Teacher Emeritus positions.  Criteria for selection will be based on demonstration of exceptional teaching, and use of best practices in their instruction and mentoring/coaching skills.  The PAR Committee will administer the selection, induction, and training of teachers in the program and certify a Teacher Emeritus.  Teachers will apply for the positions.  Sites/programs will select qualified candidates to fit their needs.

Once a retired teacher has met the established criteria and been selected through a joint labor-management process, they may provide the following services:
- specialized teaching and mentoring where students have received inadequate instruction and need intensive teaching to regain lost learning time.
- tutoring services to small groups of students support teachers as part-time PAR mentors
- specialized courses requiring only a few sections in the master schedule at middle and high schools
- other professional services as deemed essential to the success of a school or program.
    A teacher would contract with a site, program, or PAR to provide the services.  The schedule would be variable based on the needs of the site.  The teacher and site would determine schedules, duration of the services, and the total individualized compensation/benefits package within the defined parameters set by the District.
    A Teacher Emeritus may not permanently fill an active teacher contract position.

R. **Administrative Interns**.  In order to accelerate the recruitment and development of teacher leaders to become administrators who act as site instructional leaders, the Professional Leadership Team will establish a Minneapolis Public Schools leadership development model for Administrative Interns.  Criteria for selection, skill competencies, and sequence of experiences for Administrative Interns will be included in the model.  Administrative Interns are members of the teacher bargaining unit.

S. **District Program Facilitator (DPF).**  The District Program Facilitator position is a teacher serving in a department/program leadership position in the Minneapolis Public Schools.  This position has evolved in response to administrative, departmental and programmatic responsibilities designed to support the unique needs of students and/or staff.  District Program Facilitators are selected through an extensive recruiting process for existing, experienced staff and a rigorous screening process, which will ensure that the individual's expertise matches a unique position.  District Program Facilitators whose major responsibility is leadership of departments/programs that provide instructional support, teacher training, and/or curriculum development need to have significant experience in classroom instruction and demonstrated leadership skills.  Unless specified, all District Program Facilitators will provide delivery of services

focused on students and staff support in schools.  District program Facilitator positions are not subject to the Teacher On Special Assignment rotation schedule.

T. **Master Teachers.**  Master Teachers are highly skilled teachers that will be identified through a labor-management process.

U. **Instructional Coach/Content Coach;** Instructional coaches/content coaches serve as exemplary teachers and instructional leaders providing feedback, and the knowledge and skills needed to improve classroom practice through well-structured, collegial, job-embedded professional development.

## 5.15  Council for Educator Development.

5.15.1  **Focus on Staff Development:**  The Council for Educator Development is a collaborative effort of the Minneapolis Federation of Educators and the Minneapolis Public Schools.  The focus of the council is professional and staff development for future and current educational staff.

5.15.2  **Purposes**:
   a.  Facilitating Professional and staff development goal setting, planning and prioritizing;
   b.  Establishing program policies consistent with the DIA, SIPs, National Staff Development Council (NSDC) Standards, MFE Contract and Legislation;
   c.  Coordinating of professional and staff development activities district-wide, including representation on the Calendar Committee;
   d.  Communicating among all district professional and staff development facilitators;
   e.  Assessing instructional staff practices on student achievement;
   f.  Overseeing all professional development, spending, and reporting;
   g.  And modeling the development of professional learning communities.

5.15.3  **Composition:**  The council shall include representatives from all facets of professional and staff development district-wide.  The following members represent established programs, committees or groups:

| | |
|---|---|
| C & I/ Standards/Grants | Teacher Development Programs |
| Minneapolis Federation of Educators | Employee Relations |
| Minneapolis Principals' Forum | Leadership Development |
| Professional Development Services | Professional Practice School/Residency Program |
| Staff Development Advisory Committee | Special Education/ Office for Civil Rights (OCR) |
| Peer Assistance and Review | Title I |
| Professional Development Centers | MPS Area Offices |
| Multicultural/Multilingual Programs | Research, Evaluation, and Assessment |

The council will elect co-chairs, one of whom must be a teacher.  The Staff Development Director will convene and facilitate the meetings.  The council will meet quarterly.  In the event that a representative is unable to attend a meeting, that group will send an alternate.

**This article shall not be subject to the grievance procedure.**

Professional Development

| ADDENDUM 1:   FINDING TIME FOR THE PROFESSIONAL DEVELOPMENT PROCESS: |
| --- |

Successful professional development and reflection requires dedicated time throughout the year.  The following is a list of possible ideas for finding time:

1. **Cadre Reserve Teachers:**  Use a cadre of reserve teachers who rotate around the building releasing teams of teachers or coaching partners for an hour or two.  A grid can be constructed of the time periods in use (a day or two or three) on which teachers sign up for a reserve teacher to come into their classrooms.  If the time requested by a teacher is backed up to a preparation time, this gives the teacher a two-hour block.  At some schools, they have asked the reserve teachers to come prepared with a favorite lesson (storytelling, singing, science or math activities, creative dramatics, a fun art project, etc.) and act as guest teacher.  This frees the teacher from having to prepare for the reserve.  If this process is done several times throughout the year, it can add 6-8 hours or more of time for observing, coaching, teaming, etc., and it's relatively inexpensive.

2. **Alternating Meetings:**  Alternate staff meetings with PDP meetings; have one day a month designated for PDP meetings only.

3. **Discussions During Meetings:**  Include conversations about School Improvement Plan (SIP) goals and PDP efforts in all grade level or department level meetings.  It can be done by simply making the connections throughout the discussion.  (How does this support our work on our goals?) Five minutes here and there can keep plans and goals in focus.

4. **Principal Visits:**  Have the principal(s) visit each classroom for 30-40 minutes and talk with the students about how everything is going.  The teacher can leave during this visit to do PDP activities.  This gives the principal a great chance to hear from the students but also to emphasize school expectations.

5. **Preparation Time:**  Use preparation times once or twice a month.  Since the PDP work is about the work you are already doing, then using a preparation time for PDP is supportive of your classroom efforts.

6. **Study Groups:**  Hold a study group/PDP team meeting after school once a month for 1-2 hours.  Bring treats.  Vary the meeting place each time by having it in each other's classrooms or offices.  Share ideas about teaching, reaching students, planning, involving parents, time management, implementing the standards, or whatever is of need or interest to the group.  You could focus on an area over several meetings or change the subject of discussion each time.

7. **Release Days:**  Use part of a staff development release day for PDP activities.

8. **Summer Days:**  Add a day or two during the summer for full staff PDP work.  Use staff development dollars or grant monies to pay stipends or compensate the time during the year.

9. **Sharing Students:**  Share students to release a teammate for a half or full day.  Spread students from one classroom among other classrooms (could be at same grade or different grade levels) so a teacher could be released for a day.  Older students could mentor younger ones…large group activities could be done for a day…parent volunteers could come to help, etc.

10. **Simultaneous Meetings:**  Hold PDP team meetings simultaneously in your media center or lunchroom.  Have principal(s) move around the room (just like teachers do with cooperative groups) to listen to various team discussions and be available for comment.  This allows the principal to touch base with many teams at once.

11. **Reduce Number of Meetings:**  Cut back on the number of overall meetings at your site.  Decide what activities or committees could be combined or eliminated or postponed.  Are there other ways to accomplish what you want besides having a meeting or committee?

12. **Get organized and prioritize.**  Being organized creates efficiency, which frees up time.  There are many resources available for helping with organization.  Do what works for you.  Don't force yourself to use someone else's system if you don't like it.

13. **Analyze Teaching Practices:**  What teaching practices can you eliminate or update?  We are often bogged down with correcting papers.  What are other ways to accomplish this overload?  Can students self-correct?  Group correct (small cooperative groups)?  Teaching students to critique and assess their work is a valuable teaching tool.  Feedback is more immediate for the student and it gives the teacher

more time for creating lessons.  Papers can still be collected and reviewed or looked at while the in-class correcting is taking place.  Students reading each other's essays or deciphering math problems, critiquing a project, etc., is an excellent way to reinforce learning, while helping students feel more responsible and included.  This will take some training within the classroom but works great once in place.

14. **Volunteers:**  Use volunteers to help with one-to-one tutoring.  Many retirees are looking for regular volunteer opportunities.  Getting someone to come each week or a couple times each week, even if just to read aloud with students can help ease a teacher's burden.

Student Behavior/Discipline

| Article 6 | Student Behavior/Discipline |
|---|---|

6.1 **Preamble**:

    6.1.1 **Climate and Culture for Learning:** Schools must be safe, and perceived to be safe places to support the necessary climate for learning. Staff, community, parents and students alike need to hear, discuss and understand the district's discipline and harassment policies and the accompanying potential consequences for students. The Minneapolis Public Schools has a standard of restorative and supportive practices of non-violence in all of our schools/programs.

    Staff, community, parents and students will work together to strengthen those factors that encourage non-violent behaviors and to provide sound interventions for those members of the school community that choose to use inappropriate behaviors. A school working to establish a nonviolent culture will examine all aspects of the school day and the total environment.

    6.1.2 **Diversity and Individual Student Needs:** Some of the factors that strengthen and support positive behavior include recognizing diversity among students and designing curriculum, instruction and assessments that address the needs of each student.

    6.1.3 **Positive Behavior Choices:** Schools will use data from the current research concerning positive youth development to identify and implement strategies that promote opportunities for youth to gain and practice the social, emotional, and cognitive skills necessary to choose positive behaviors, such as mediation and conflict resolution.

    6.1.4 **Understanding Behavior:** Staff, parents and students will seek understanding of the causes of discipline problems. Understanding the causes of inappropriate or violent behavior can be the first step in establishing and maintaining discipline in the school.

    6.1.5 **Staff and Family Development:** The system will provide staff development opportunities to enhance staffs' skills and abilities to develop prevention strategies for the school and classroom. Educational opportunities will be made available to staff and families to enable them to identify relevant issues concerning non-violence and to link them to existing prevention and intervention efforts.

6.2 **District Responsibility**

    6.2.1 **District Policies:** The District has a primary responsibility to ensure the safety and security of staff in accordance with current district policy, including but not limited to:

| | |
|---|---|
| Policy 5200 | Behavior Standards and Code of Conduct |
| Regulation 5200A | Classification of Behaviors and Responses |
| Form 5200 A1 | Levels of Behavior Chart (1p, Appendix to Regulation 5200A) |
| Regulation 5200B | Out of School Removals from Instruction |
| Form 5200 B | Publication: Levels of Behavior, Interventions and Responses |
| Policy 1541 | Response to Violence and Disruption |

    *(Note: Policies are available on the MPS website - click on "About" tab).*

    6.2.2 **Raising Concerns:** In the event that staff safety and security needs are not being addressed, the District and Union will act to raise concerns that staff may have on an as needed basis. The district's policies will be consistently implemented with special attention given to violent behavior and possession of weapons.

    6.2.3 **Intervention for Positive Behavior:** Sound interventions for students using inappropriate or violent behavior must include both educational opportunities and consequences. Effective programs will include a variety of diagnostic procedures and educational options along a continuum culminating in intensive district services with ample education for students to relearn and choose new behaviors.

Student Behavior/Discipline

6.2.4 **Victim Support:**  Services and programs must be made available to support the victims of bullying, harassment, intimidation and/or inappropriate violent sexual behavior or who have had their personal property damaged or destroyed by others, when this is done within the context of prejudicial or biased actions based on the victim's status as it relates to race, ethnicity, national origin, gender, religion, disability and/or sexual and affectional orientation.

6.2.5 **Resources:**  The Minneapolis Public Schools will continue its goal to identify internal and external resources and target these resources to effectively address the need to create cultures in each of its sites in which all members expect and demonstrate respect and nonviolent behavior in all aspects of their school life.  For example:

a. **External resources** include United Way (211/assistance); mediation services (e.g., Community Mediation and Restorative Services, North Hennepin Mediation Program) to assist with student peer mediation program development, Fraser, Washburn Center for Children, etc.

b. **Internal Resources** include the District Behavior Committee, and the Health and Safety Committee receiving referrals of safety concerns and reviewing the responses from the District to concerns that have been reported by teachers to the district Operational and Security Services Department, the Office of Equality and Civil Rights, Educational and Cultural Services Department, Positive Schoolwide Engagement Team(s), site administrators or other appropriate district officials.

6.3 **District Behavior Committee**

6.3.1 **Committee Representatives:**  The District and the Union agree that the District Behavior Committee will include equal representation of labor and management appointed by the Superintendent of schools and the MFE President.  Labor representatives will include teachers and Educational Service Professionals (ESPs).  District representatives will include Operational and Security Services, Risk Management, Student Support Services, and Special Education.  The committee may also bring students onto the committee to get a student perspective of what is happening in schools regarding behavior (et al).

6.3.2 **Meetings:**  The District Behavior Committee will meet monthly or more often as needed to discuss worksite safety issues, including:

a. Current processes and procedures the district has in place to address worksite safety and a plan to integrate those processes and procedures

b. Additional processes and procedures to address safety

c. Serious, site specific concerns

d. Intervention strategies

6.3.3 **Issue Analysis:**  In addressing workplace safety issues, the District Behavior Committee will consider:

a. precipitous changes in the District Employee Survey on questions of safety

b. number of calls from the site to 911

c. number of complaints of fear for safety of students and teacher by employees

d. number of calls/concerns of parents for the safety of their students at the site

e. compilation and summary of complaints by MFE following meetings with staff

f. adults at the site cannot control the escalation of unsafe student behavior

g. multiple reports of assaults of student-on-student and student-on-teacher

h. site behavior plan is either non-existent, not working, or lacks follow-through

i. district has cited the site for excessive suspensions

j. Reexamine results, trends of site survey data

k. Assess the building behavior plan and its implementation.

l. Survey/interview teachers, students, parents for immediate feedback

Student Behavior/Discipline

m. Gather and analyze all data regarding incident of student behavior organized by student, location, time-of-day, etc.

n. Consider intervention strategies, especially for schools experiencing a dangerous or escalating level of unhealthy and unsafe behaviors

6.3.4 **Responsibility for Action:**  The District and the Union seek to work together to ensure that all worksites are places that are safe and healthy for all students to learn and all teachers to teach.  However, when a pattern of serious safety issues become evident, both the District and the Union have a responsibility to take action to restore a peaceful, safe learning environment.

6.3.5 **Review, Analyze, and Recommend:**  The District Behavior Committee is charged with the responsibility to review all district policies relating to student discipline and to make recommendations to the Superintendent, the Executive Cabinet and the Professional Leadership Team regarding policy. This committee will meet to review site behavior plans and site behavior data. The District Behavior Committee will meet monthly or more often as needed.  The Committee shall develop intervention strategies, resources, and plans to assist schools in meeting crisis situations with regard to behavior. This shall include review of student placement strategies and re-examination of District policies on administrative transfers, suspensions, expulsions, attendance and high school age parameters.

6.3.6 **Goals:**  Issues of safety affect both student achievement and community trust.  Schools must be safe, and perceived to be safe places to support the necessary climate for learning. Goals under this strategic issue:

a. Aggressively enforce the District discipline policies and communicate them to all District stakeholders and support their reinforcement.

b. Work cooperatively with the city to assure safe neighborhoods in order to support school safety and violence prevention programs, and continue district programs or initiatives addressing safety, schoolwide positive engagement, violence prevention, etc.

c. Provide educational opportunities for staff, families and students to identify concerns about safety in schools and neighborhoods and link them to existing prevention and intervention efforts.

d. Work with the media to promote positive actions and alternatives to violence, and to stop identifying the locations of violent incidents in relation to schools when they are not connected.

e. Work with the police to establish better relationships between police and school age children.

f. Continue the initiative to increase consistency in security and crisis management including the design of District crisis management plans as well as crisis plans at each site.

g. Expect all schools to develop building behavior plans as part of their School Improvement Plan.

## 6.4 **Student Engagement Plans:**

6.4.1 **Plan Design and Implementation:**  At each site, teachers, administrators, parents and students (when age appropriate) will design and implement student behavior plans that address meeting the social/emotional needs of its students.  The engagement plan will reflect the current "Student Fair Dismissal Law" and be part of the School Improvement Plan, and, as such, will be reviewed each year by the District Behavior Committee and by the Associate Superintendents for appropriate scope and implementation.  The District Behavior Committee may assist sites in assessing their behavioral needs and in constructing their plan.  The District Behavior Committee will work with other district departments and/or committees to support sites needing assistance with behavior/climate.

6.4.2 **Student and Employee Rights:**  The rights of students to a quality education shall be protected in all cases.  The rights of employees and students to a safe education/working environment shall be ensured, as well as the expectation that their personal property will not be damaged or destroyed.

6.4.3 **Data Privacy:**  Within the bounds defined by the data privacy laws, information about students with violent behaviors will be shared with teachers.

6.4.4 **Purpose of Plan:**  The Student Engagement plan should promote positive behavior, prevent negative behavior, and intervene with applied discipline shall be evaluated each year as part of the normal review of the School Improvement Plan.  This goal addresses the issues of safety and their effect on student achievement and community trust.

The Student Engagement Plan will provide:

a. Strategies which will promote positive student behaviors;

b. Strategies which will address prevention of inappropriate behaviors;

c. Information on training opportunities for teachers on the promotion of positive student behavior and crisis management.

d. Strategies for intervention and discipline which will include:

1. A process for a teacher to temporarily remove from the classroom any student who, in the teacher's opinion, is exhibiting violent behavior or causing serious disruption of the educational process.  This step will immediately initiate an informal/formal assessment process as appropriate to determine the circumstances of the behavior.

2. A process for returning the student to the classroom after appropriate interventions and discipline have been determined.  This process will be facilitated by accessing appropriate support and intervention resources for disruptive students as quickly as possible.

3. A process to refer students to site, district, or other alternative programs after intervention and discipline strategies have been attempted.  If the behavior is so violent or involves the possession or use of a weapon, then the plan will follow the District's expulsion policy and procedures.

4. A plan to provide support, services, and/or programs to student and staff victims of violence.

5. A process by which a teacher, who receives students who are administratively transferred from another Minneapolis Public Schools due to behavioral issues, will receive appropriate, timely background information including prior intervention strategies before the student is admitted to the receiving school.  Receiving classroom teachers shall be considered in those "needing to know " before admittance to a classroom.

6. Administrative transfers shall be made using the formal district procedures for doing so. Any deviation from those policies will result in the student returning to the school originating the transfer, but not to their original classrooms.

7. A process for assessing and identifying elements of inappropriate behavior(s) which include biased or prejudicial acts against an individual or group based on their status as it relates to national origin, race, ethnicity, gender, religion, disability, or sexual and affectional orientation, to determine the appropriate consequence.

6.4.5 **Additional Site Support:**  For those sites that are not able independently to design or implement such a plan, a team comprised of union representatives and representatives from the Associate Superintendents will assist that site with the development of a plan.

6.5 **District Responsibility for Teacher Safety:** The following measures shall be taken to ensure the safety of teachers, as well as other staff and students.

6.5.1 **Academic and Behavioral History:**  To help ensure the safety and well-being of students and staff, and for teachers to be best prepared to effectively and successfully interact with

students, **teachers must be informed** of their student's academic and behavioral histories. Therefore, teachers who will have direct interactions with or supervision of a student shall be informed of the behavioral history of the student if the behavioral history includes any violent or threatening behaviors toward self, other students or staff for which the student has received a consequence within the current or previous school year.

6.5.2 **Alternative Programs – Assaultive Behavior**

    a. Middle and high school students who have been involved in violent assaultive behavior, as defined by policy or state law, against students or adults shall be considered for an alternative program appropriate to the student's behavioral needs and shall not be returned to the classroom where the violent assaultive behavior occurred.

    b. **Alternative Programs – Legally Chargeable Assaultive Behavior** Middle and high school students who have been involved in legally chargeable (according to state, county or city law) violent assaultive behavior, as defined by Minneapolis Public Schools policy or state law, against students or adults shall be considered for an alternative program appropriate to the student's behavioral needs and shall not be returned to the school site where the legally chargeable violent assaultive behavior occurred.

6.5.3 **Student Transfer Applications to MPS:** Applications for transfers to the Minneapolis Public Schools submitted by students who live in other school districts shall not be approved when such students have records of violent assaultive behavior, have been expelled from another district, and/or have a criminal record resulting from assault or other forms of violence.

6.6 **Teachers' Right to Cooperation and Respect:**

6.6.1 **Student Expectation:** Understanding that teaching and learning are necessary parts of the educational process, and understanding that teachers have a professional and ethical responsibility to be cooperative and respectful toward students in that process, it is reasonable to expect that students shall also have a responsibility to treat their teachers, as well as other school staff, with cooperation and respect.

6.6.2 **Behavior Intervention:** Students subject to discipline for defiance, disrespect and or verbal abuse of staff shall upon a third offense participate in an intervention for anger and/or behavior management. At this time, such interventions include, but are not limited to the following:

    a. Behavior skills development fostering an internalization of the consequences of their choices and increasing the students' repertoire of behavior strategies to help make better choices for themselves in the future.

    b. Alternatives to suspension interventions/programs.

    c. Mediation or Restorative Justice programming.

    d. Active social service or therapy referrals with after care follow-up.

    e. Community service

    f. Educational and Cultural Services Department assistance.

6.7 **Assaults on Teachers (Also see Article 10.  Personal Injury/Property Benefits)**

6.7.1 **Physical Assault:** In the event a teacher is physically assaulted by a student, parent, or other individual while in the performance of their duties, **the teacher should inform the supervisor as soon as possible** and the following procedure shall occur:

    a. The teacher and supervisor will fill out an Incident Report and a First Report of Injury immediately after the injury has occurred or when the supervisor has knowledge of the incident. The form should be sent to the District's Risk Management office within twenty-four (24) hours.

    b. If the injured teacher is unable to complete and sign either report form, the supervisor who has knowledge of the assault should, within twenty-four (24) hours of the injury or notice of injury submit the required forms.

c. The teacher will share reports with the principal or supervisor.  In discussing the report with the principal or supervisor, the teacher may have a union representative present at the meeting if she/he wishes to have one.  If requested, the union will inform the teacher of her/his rights under the law in connection with assaults and assist the teacher by acting in an advisory capacity.

d. If permitted under state law, the teacher may (optionally) file a police report and request a copy of it.

e. The teacher will be informed by the principal or supervisor of the specific actions taken to resolve the concern.

f. The principal or supervisor shall obtain statements in a timely fashion from any employees or others who observed the incident.

g. The District's Risk Management office will assist the teacher in determining eligibility for benefits and reimbursement.

6.7.2 **Threat Reporting:**  In the event a teacher receives a verbal, written, physical, or terrorist threat, the teacher will:

a. Report the incident to her/his principal or supervisor.

b. Receive a report from the principal or supervisor of the specific actions taken in response to the report.

6.7.3 **Principal/Administrator Reporting Responsibilities:**  Upon receipt of a written report from a teacher, the principal or supervisor shall report to her/his District supervisor and to the District Operational and Security Services Department Director each case of assault suffered by the teacher in connection with her/his employment in which personal injury or property damage occurs.  In addition, the supervisor will inform the teacher of who has been contacted, what forms may be needed, and/or who is to be contacted if further information needs to be provided by the teacher.

6.7.4 **Loss of Time Resulting from Assault:**  As set forth in Article 10, Personal Injury/Property Benefits, a reasonable loss of time resulting from an assault on a teacher by a student, parent, or other individual that occurs while the teacher is engaged in the performance of her/his duties shall not be deducted from her/his unused sick leave, provided the teacher has informed their supervisor/principal of the incident so that the District's Incident Report form can be completed.

6.7.5 **Required Forms:**  These are the required forms that must be completed at the site:

a. Incident Report

b. Workers' compensation First Report of Injury

A copy of the Incident Report shall be given by the teacher to the Minneapolis Federation of Educators.

**This article shall not be subject to the grievance procedure except for Section 6.7, which is grievable through mediation but not subject to arbitration.**

## Article 7        Basic Salaries, Rates of Pay, Other Assignment, Work, and Schedules

7.1   **Salary:** Teachers shall be paid in accordance with the salary schedules adopted by the Board of Education for the current contract period.

7.1.1   **Standard Salary Schedules:**
The salaries for teachers employed under regular contract in the Minneapolis Public Schools are reflected in standard salary Schedule A and shall be a part of this Agreement for the period July 1, 2025, through June 30, 2027.

7.1.2   **Wage Schedule Improvements, Other Pay Provisions:**
Year One:
- 2.0% general increase to the salary schedule, effective July 1, 2025
- Steps and lanes, retroactive to July 1, 2025

Year Two:
- Eliminate steps 9, 11, 13, 15, 17, 19, 21, 23, 25, and 27
- 2.0% general increase to the salary schedule, effective July 1, 2026
- Steps and Lanes, effective July 1, 2026

Other:
- Coaches:  MPS manages seasonal coaches who are not MFE members and not covered by the MFE contract.  Any market increases or equity considerations/improvements will be applied to MFE member coach stipend, which will not be costed against the MFE contract.

7.2   **Relationship of Continuing Contract**: The standard salary schedules are a part of a teacher's continuing contract as outlined in this Agreement (see Article 1.3.1).

7.3   **Increments:** School Counselors, School Social Workers, Library Media Specialists, Licensed School Nurses, TOSAs/DPFs, and others paid on the teachers' standard salary schedule whose employment begins prior to the regular start of the school year shall be granted increments and be placed on the new standard salary schedule at the time their employment commences for the school year in accordance with the dates noted on the standard salary schedules.

7.4   **Placement on Salary Schedule:**  The following rules shall be applicable in determining placement of a teacher on the standard salary schedule:

7.4.1   **Initial Placement:**

a.   **Basis for Placement:**  Initial placement will be made directly onto the salary schedule for the upcoming year, based on approved college credits and qualifying years of experience at time of hire.

b.   **Written Notice Requirement:**  To ensure that teachers new to the District are granted full credit for prior teaching experience, academic preparation, and correct lane and step placement on the salary schedule, teachers **shall be given written notice** of this provision, guidelines for lane advancement, and Article 7, Basic Salaries, Rates Of Pay, Other Assignment, Work, And Schedules at their initial date of employment.

c.   **Hire Prior to Licensure:**  Persons hired **without a valid Minnesota teaching license** for positions for which a valid Minnesota teaching license is required shall be placed at **step one (1)** on the standard salary schedule lane appropriate to their educational credentials **until an appropriate, valid Minnesota teaching license is placed on file with the District**.  In order to progress on the standard salary schedule, such persons shall provide evidence of reasonable progress toward an appropriate, valid Minnesota

teaching license.  Upon filing an appropriate, valid Minnesota teaching license, the teacher shall be placed on the step and lane appropriate to teaching experience in the District and applicable prior experience.

d. **Appeal of Initial Placement:**  All teachers who disagree with the initial lane and step placement shall have 45 duty days to notify the Division of Human Resources in writing. The District's liability in a pay dispute concerning initial lane and step placement shall be limited to no more than one (1) year of retroactive pay.

7.4.2 **Prior Experience:**

a. **Most Recent Twenty (20) Years:**  Experience earned in the twenty (20) year period prior to employment shall be credited at the rate of one (1) year of credit for each year of teaching experience.  For the purpose of giving this credit the following shall apply:

1. To be given consideration for experience credit, a teacher must have been eligible for a regular teaching license under Minnesota regulations in force at that time.

2. One complete semester of teaching in any one academic year in one accredited school system equals one full year of experience.  No credit shall be given for teaching experience of less than one semester.

3. One full year of half-time teaching in one accredited school system equals one full year of experience.  No credit shall be given for teaching experience of less than half-time.

4. The District shall match the salary of teachers from other districts or private schools to the nearest comparable step and lane placement, not to exceed the highest step in the lane.

b. **Beyond Twenty (20) Years:**  Experience earned before the twenty (20) year period prior to employment shall be credited at the rate of one (1) year of credit for each two full years of teaching experience.  Teaching experience of less than a year shall be ineligible.

c. **Exceptions:**  In instances where an individual teacher is agreeable to an initial step placement other than that as provided above, such exceptions may be made by mutual agreement between the teacher and a representative of the Division of Human Resources.  The Minneapolis Federation of Educators shall be notified of all such agreements.

d. **Credit for Non-Teaching Experience:**  In an effort to encourage individuals who move into teaching as a second career, experience may be credited at the rate of one (1) year of credit for each two full years of experience in the previous career, not to exceed ten years of credit, by mutual agreement between the teacher and a representative of the Division of Human Resources.  The Minneapolis Federation of Educators shall be notified of all such agreements.

7.4.3 **Lane Placement and Reclassification:**

a. **Certification Required:**  Teachers are encouraged to continuously improve their professional skills and knowledge through coursework and other professional development activities which enhance their instructional skills and help them meet the needs of the students they teach.  Request for reclassification may be made at any time the teacher completes the required work.  All requests must be accompanied by appropriate certification:

1. A certified transcript from an accredited training institution showing credits earned and credit hours completed and degree granted, if any,

2. A copy of the National Board Certificate (NBC) or a recognized equivalent national certificate as agreed upon by the Union and the District.

b. **Lane Change Request Form:**  Certification must be submitted with the lane change request form to the Division of Human Resources for evaluation.  When determining lane

placement and reclassification, credits earned shall be converted, when necessary, and calculated as quarter credits.

c. **Effective Date, Retroactive Pay Adjustments:**  Any increase in salary to which the individual is entitled by reason of reclassification will be made effective at the beginning of the payroll period following submission of all required documents.  However, retroactive salary adjustments shall not exceed forty-five (45) days nor extend prior to the date of the confirmation of the degree or credits.

d. **Additional Credits:**  Accredited college and university credits, MPS Credits, and National Board Certification (NBC) earned after an individual's initial Bachelor's Degree shall qualify such individual to advance on the salary schedule, which shall include the following lanes: BA15, BA30, BA45, BA60, MA, MA15, MA30, MA45, MA60, Educational Specialist, and PhD. Fifteen (15) ProPay credits will qualify an individual to advance on the salary schedule.  Up to a maximum of two (2) lane changes per five (5) years are allowed using ProPay credits. Lane advancement based on ProPay credits shall be granted up to Lane U. (Also see Section 7.8. below regarding National Board Certification).

e. **Guidelines:**  The guidelines for lane advancement will be provided upon request of Human Resources, and will be included in the materials provided at initial date of employment (Also see 7.4.1 Initial Placement, above).  To ensure that teachers new to the District are granted full credit for prior teaching experience, academic preparation, and correct lane and step placement on the salary schedule, teachers shall be given **written notice** of this provision, guidelines for lane advancement, and Article 7, Basic Salaries, Rates Of Pay, Other Assignment, Work, And Schedules **at their initial date of employment**.

f. **Montessori Credits:**  For purposes of this article only, a teacher who successfully completes a training program in a school accredited by the American Montessori Society or International Montessori Association shall receive (1) one quarter credit for each thirteen (13) classroom contact hours of instruction received without regard to college or university credits assigned by the training institution.

7.4.4   **Allowance for Experience:** Credit shall be allowed for teaching experience that has been acquired after the applicant has been fully licensed as a teacher.  Teaching experience in the Peace Corps shall be given credit at the same rate as other teaching experience.  Applicants for vocational teaching may meet this requirement by substitution of equivalents.  The amount of credit given for experience will be included in the established standard salary schedule.  No more than one year experience can be credited for any twelve month period of employment.

7.4.5   **Credit for Trade Experience for Teachers of Vocational Subjects:**

a. **Minimum Experience:**  In order to qualify trade, business, or professional experience shall be evaluated according to the following provisions

1. Five years of acceptable trade experience at the journeyman level, or its equivalent, in the field in which she/he is teaching, or

2. Four years of combined supervisory experience and/or accredited college training or post high school training at a recognized trade school.

b. **Additional trade experience**, which is not used to satisfy the minimum requirement, shall be credited as teaching experience.  Each year of experience as a foreman or lead man shall be counted as equivalent to a year of teaching experience.  Other trade experience shall be counted on the basis of two years in the trade for one year of teaching experience.

c. **Instructional Experience:**  Instruction in a technical college, trade school or experience in which a major portion of time was given to organized instruction in an appropriate field shall be considered as teaching experience.

Basic Salaries, Rates of Pay, Other Assignment, Work, and Schedules

    d. **Lane Placement:**  The lane placement will be made by the Division of Human Resources up to BA+60.  The teacher cannot move beyond the BA+60 lane until they have earned an MA degree except by earning a National Board Certificate or full or special license/certificate (as outlined in 7.4.11, or 7.8), if available in the teaching field.

    e. **No Recomputation:**  Teachers who have had credit for trade, business, or professional experience correctly computed under provisions in effect at time of employment, shall not have such credit recomputed.

7.4.6 **Credit for Military Experience:** Military service prior to hiring shall be credited in lieu of teaching experience if the teacher completed her/his teacher training and met the Minnesota requirements for teaching before entering military service.  The total amount of military service for which credit will be given shall not exceed four (4) years.  A year of military service is considered to be twelve (12) calendar months computed from the date of induction to the date of general discharge.  A fractional year of eight (8) months or more shall be counted as a full year.  Teachers who have had, or could have had, credit for military service computed under military service credit provisions in effect prior to July 1, 1981, shall not have such credit recomputed.

7.4.7 **Credit for Nursery School/Pre-K Teaching Experience:** Lead teacher experience in a nursery school /pre-K program generally will be given full credit.

7.4.8 **Credit for Experience Granted to School Social Workers:** School Social Workers hired by Minneapolis Public Schools must be fully licensed as a School Social Worker.  School Social Workers receive credit for experience in child guidance clinics, private family casework agencies, private children's casework agencies, public aid to dependent children's divisions, or public county child welfare divisions, depending on the School Social Worker's eligibility for licensure at the time of the experience.  Experience in other agencies may be considered as credit for experience.  The training the individual had at the time of experience, the type of supervision that was given on the job, and the rating of the agency, as well as a description of the services performed by the person while employed by this agency, will be evaluated.  Such approved experience generally will be given full credit as teaching experience.

7.4.9 **Credit for Experience as an Educational Support Professional (ESP):** Teachers hired with previous experience earned in employment within the Minneapolis Public Schools as an Educational Assistant, Associate Educator, Special Education Assistant, Child Care Worker, Child Development Technician, or Bilingual Program Assistant, and whose work directly supported student instruction through contact with students and families shall be credited at the rate of one (1) year credit for each two (2) full years of employment in the district up to a maximum of five (5) years credit provided this experience is gained in the preceding ten (10) years.

7.4.10 **Annual Step Increments:** The salary schedule provides for annual step increments after approval by the Board of Education.  In order to qualify for a full step increment, an individual shall have been on the school payroll for not less than one semester, or 110 days in a prior school year.  However, no more than one step increment can be earned in any one school year.

Teachers on a PSP must successfully complete PSP requirements and return to PDP or GPDP status to get a step increase.  The step will then be granted retroactive to the beginning of that school year once successfully completed.  MPS will update the HR Guidelines for Teacher Placement document to reflect the above changes to the 2023-2025 contract.

7.4.11 **Special Licenses/Certifications:** Award teachers and related service professionals who obtain full or special licenses/certifications while employed by MPS, or who are hired with said credentials, (NBPTS for teachers, LISW/LICSW for SSWs, CCC for Speech Therapists, NCLEX/RN for LSNs, OTR/L for OTs, or specific credentials necessary for third party billing, etc.), two (2) lanes (i.e., columns), instead of one (1), on the Teachers Contract salary schedule, retroactive to July 1, 2021.  Also see 5.13.4 and 7.8.2.

Basic Salaries, Rates of Pay, Other Assignment, Work, and Schedules

7.4.12 **Bilingual/Multilingual Recruitment And Retention Incentive:** Effective July 1, 2022, MPS will provide a $500 recruitment bonus for bilingual/multilingual candidates and current staff for positions at schools with dual language or heritage language and cultural programming.

   a. The bonus will be paid upon hire and demonstration of ACTFL Certified Rating of at least Advanced Low or equivalent language assessment as determined by the District in the language focus of the school.

   b. To support this effort, MPS will offer and cover the cost of an ACTFL assessments for current staff and candidates for positions with a language requirement at schools and as outlined in section three (3) of this article.

   c. Schools with dual language or heritage language and cultural programming include: Andersen (Spanish), Anishinabe (Dakota and Ojibwe) Emerson (Spanish), Green (Spanish), Henry (Hmong), Heritage (Somali), Hmong International Academy (Hmong), Lyndale (Somali), Northeast (Dakota and Ojibwe), Olson (Hmong), Roosevelt (Spanish), Sanford (Ojibwe), Las Estrellas (formerly Sheridan) (Spanish), South (Dakota, Ojibwe, and Somali), Sullivan (Somali), and Wellstone (Spanish).

7.5 **Salary Administration:** Teacher personnel whose service assignment is the full school year as defined in 2.5.1.a may select a 21 or 26 payday option. Due to IRS regulations, if the teacher does not have an election on file per HR records, the teacher shall be paid on the 21 payday option. Teachers may change payday options during an annual enrollment period, to be effective at the beginning of the next school year. Teachers may not change pay options during the school year. The pay option chosen will continue in effect in succeeding years unless changed during the annual enrollment period. Teachers shall be afforded the opportunity to select either a 21 or 26 payday option annually.

Dates of payment for service assignments extending beyond the full school year are scheduled to correspond with the reports of service performed. Such payments will normally coincide with the biweekly payment cycle.

7.6 **Payroll Cycle :** All checks shall be on a bi-weekly basis reflecting the teacher's 21 or 26 payday option. The Payroll Department shall distribute the listing of the proposed days of the paydays to all teachers prior to the close of the preceding school year.

7.7 **Demonstration Teaching:** Payment for college demonstration lessons and for demonstration lessons for teachers in service is included on the teacher's biweekly check shortly after remuneration for the service is made by the cooperating institution to the Board of Education.

Teachers who host Demonstration Classrooms or who are designated as a Demonstration Classroom Teacher shall be compensated at additional $500 Professional Account payments for each full semester during which they host a Demonstration Classroom.

7.8 **National Board Certification on the Standard Salary Schedule:**

7.8.1 **Qualification:** Any professionally licensed teacher in the Minneapolis Public Schools who achieves National Board Certification (NBC) or a recognized equivalent national certification as agreed upon by the Union and the District will qualify for the next lane on the teacher standard salary schedule. Also see 5.13.4 and 7.4.11.

7.8.2 **Support specialist contract teachers** including speech clinicians, audiologists, school social workers II, psychologists, occupational therapists, physical therapists, and Licensed School Nurses who achieve national, advanced certifications beyond Masters initial licensure in their area of specialty and are in a licensure area that provides services to students of the district through Third-Party Billing shall be eligible for an additional lane change. The following national, advanced certifications shall apply:

   - Audiologists– ASHA-CCC-AUD
   - Nurses – CNS, CPN, CPNP, NCLEX/RN
   - Occupational Therapists – AOTA-BCP, OTR/L

Basic Salaries, Rates of Pay, Other Assignment, Work, and Schedules

- Psychologists – NCSP
- Physical Therapists – APTA-PSC
- School Social Workers – LICSW, LISW
- Speech Language Pathologists – ASHA-CCC-SLP

Other innovative health provider models may be considered on a case-by-case basis upon written request.

7.9 **Resident Teachers:**
   a. Resident Teachers are fully licensed teachers working in a residency program approved by the MN State Professional Educator Licensing and Standards Board (PELSB).
   b. Resident Teachers will be paid an annual rate in accordance with MN Statute (See MN Statute §122A.68).
   c. Resident Teachers will be paid for the same holidays, release days, and sick leave days as the regular contract teacher.
   d. Resident Teachers will teach 80% of the instructional time required of a 1.0 FTE teacher in the district and participate in staff development 20% of the time.
   e. Resident Teachers shall have the same salary plan options as other teachers.

7.10 **Mentor Teachers:**
   a. Mentor teachers shall be paid at their regular rate of pay on the standard teacher salary schedule or Professional Pay Plan, and be paid for extended time and for a professional account.  The PAR program shall be charged the average salary as a school site for the PAR FTE's.
   b. Mentor extended time, includes responsibilities for coordination, staffing and instruction for the new teacher orientation and training, call-a-colleague, new teacher network meetings, MPS Induction, District PSP, District PDP, and new teacher support sessions.  Mentor extended time includes summer responsibilities for planning and preparation.
   c. Mentor teachers, and others similarly engaged with teachers district-wide, shall receive a professional account stipend of $5000 per year during the appointment only, in addition to their established salary.  A portion of a full-time professional account, proportional to a part-time assignment, shall be paid.  (Also see Schedule "E").

7.11 **Online Instructors:** Teachers as defined in the Agreement, who create and deliver online course work, and issue credit to students through the MPS Online Learning system or any subsequent online system used by the District, shall be paid in accordance with the terms of this contract.  Without regular classroom time to guide amount of pay, such teachers shall be paid at the rate of direct instruction (Article 7.19) for a minimum of two (2) hours per week of every week in which students are active in the course.  The hours per week shall be calculated according to the table below.

| Number of students | DI Rate Hours |
|---|---|
| 1-5 | 2 |
| 6-10 | 3 |
| 11-15 | 4 |
| 16-20 | 5 |

Basic Salaries, Rates of Pay, Other Assignment, Work, and Schedules

7.12 **Hourly Staff Development:**

    7.12.1 **Participation:**  Teachers as defined in this Agreement shall be paid, with the expectation of successful completion, for a pre-approved number of hours, at the Hourly Staff Development Rate for active participation in work-related and staff development activities outside the teacher's defined day and of benefit to students.  Examples of hourly staff development activities include workshops; curriculum, and assessment development; examination of student work; coaching and professional practice and reflection; and distance learning.

    7.12.2 **Expectation of Development:**  It is expected that professional development will result from compensated staff development activities and shall therefore be implemented and reflected in the teacher's practice.  Evidence of professional development in the teacher's Professional Development Plan includes, but is not limited to, action research, classroom coaching, and teaming.

    7.12.3 **Compensation Rate:**  Teachers shall be paid at this rate for each full hour of time outside the defined school day during which they participate in approved staff development activities.  In addition, they shall be paid one half (½) the amount of this rate for each additional full thirty (30) minutes spent participating in such activities.

    7.12.4 **Distance Learning Compensation Rate:**  Teachers obtaining required staff development via distance learning (online) shall be compensated at a rate of one hour of hourly staff development pay for every pre-approved hour spent engaged online with the required distance learning.  Time requirement expectations shall be equivalent to time requirement expectations for distance learning courses delivered under the auspices of Minnesota teacher preparation and development programs, e.g., ten (10) hours of online engagement for one (1) quarter credit of university distance learning.

    7.12.5 **Appropriate Expenditures:**  Such hourly staff development payments are appropriate expenditures from site Staff Development allocations as determined by the site Staff Development Committee (see Article 5.10).

7.13 **Staff Development Stipend:**

    7.13.1 **Description:**  Teachers as defined in this Agreement shall be paid for a pre-approved number of hours, at the Staff Development Stipend rate of pay upon the agreement of the site staff.  This rate is used at times when the funds are limited, but the site wishes to undertake staff development activities.

    7.13.2 **Compensation Rate:**  Teachers shall be paid at this rate for each full hour of time outside the defined school day during which they participate in approved staff development activities.  In addition, they shall be paid one half (½) the amount of this rate for each additional full thirty (30) minutes spent participating in such activities.

    7.13.3 **Appropriate Expenditures:**  Such staff development stipend payments are appropriate expenditures from site Staff Development allocations as determined by the site Staff Development Committee (see Article 5.10).

7.14 **Hourly Leadership**:

    7.14.1 **Description and Compensation Rate:**  Teachers as defined in this Agreement shall be paid for a pre-approved number of hours, at the Hourly Leadership Rate for each hour of instruction during which they present to other teachers or employees of the school district if the presentation is outside the duty day.  Regardless of when the teachers present the staff development, they shall receive one (1) additional hour at the Hourly Leadership Rate for every one (1) hour of preparation as reported up to one (1) hour of preparation for every one (1) hour of presentation.  Furthermore, teachers shall be paid one half (½) the hourly rate for each additional full thirty (30) minutes spent presenting or preparing such activities.

Basic Salaries, Rates of Pay, Other Assignment, Work, and Schedules

    7.14.2 **Appropriate Expenditures:**  Such hourly leadership payments are appropriate expenditures from site Staff Development allocations as determined by the site Staff Development Committee (see Article 5.10).

7.15 **Direct Instruction Rate:**

    7.15.1 **Compensation Rate:**  Teachers shall be compensated at the Direct Instruction Rate of pay for work performed for student instructional time outside the regular day and year, such as summer school and extended day/year teachers.  Such teachers are paid at their current step and land placement at 1.0 FTE computed to an hourly rate.

    7.15.2 **Computation:**  To compute the Direct Instruction Rate, divide the teacher's current annual salary* step and lane placement at 1.0 FTE by the number of teacher duty days. Further divide that result by 7.5 (the number of hours in a 1.0 FTE teachers' regular duty day).

    *Summer school rates are calculated based on the annual pay earned in the school year in which summer session starts and the same rate remains in effect throughout that session.

7.16 **Hourly Flat Rate:**

    7.16.1 **Description:**  Teachers shall be compensated at the Hourly Flat Rate of pay for work performed as specifically indicated in the Agreement, such as hourly employment, lost preparation or lunch time reimbursement, extended-time program assignments (see 7.21.1, and generally, Schedule "D"), and for work performed beyond the teacher's defined day not otherwise defined in this Agreement.

    7.16.2 **Compensation Rate:**  Teachers shall be paid at this rate for each full hour of time outside the defined school day during which they participate in approved activities.  In addition, they shall be paid one half (½) the amount of the full hourly rate of pay for each additional full thirty (30) minutes worked.

    7.16.3 **Voluntary Acceptance:**  Acceptance of an assignment by a teacher to deliver instruction or student activity that is beyond the regular contracted schedule for a site is strictly voluntary on the part of the teacher.  This includes extended learning time, student activities and programs, athletic, intramural, and elementary student activities.

7.17 **Assignment Process and Pay Rates**.

    7.17.1 **Application and Expectation Requirements:**  All student activities and programs, athletic, intramural, elementary student activity and extended-time program assignments and pay agreements must be in writing and made using a process approved by the site team in advance.  The process should include an application process, written expectations/qualifications/desired skills, and agreed upon feedback process from students, families, and staff, training procedure for interviewing members/teams, for reduction of staff, and for a non-selection feedback process.  This applies to all activities whether or not the rate of pay is listed on Schedules "C", "D", "E", or "F".

    7.17.2 **No Tenure Rights:**  The extended learning time, student activities, and programs including academic, culture, service, leadership, intramural and recreational sports activities, are not part of the regular mandatory teaching assignment.  Therefore, no tenure rights are attached (i.e., receiving extended time is not guaranteed in future years), pursuant to the Teacher Tenure Act, §122A.41

    7.17.3 **Termination of Assignment:**  The termination of assignments is not subject to grievance arbitration.

7.18 **Extra-Assignment Pay:** The provisions of this section apply only to the co-curricular, intramural and elementary student activities programs.  The section does not apply to the Athletic Program unless specified.

Basic Salaries, Rates of Pay, Other Assignment, Work, and Schedules

7.18.1 **Extra-Assignment Activities:** The goal of co-curriculum, intramural and elementary student activity programs is to provide school sponsored activities to all students who wish to participate in the program.  The number and kind of intramural, co-curricular and elementary student activities shall be determined by the site.  In determining which assignments shall be approved, the site shall consider the following guides:

a.   Extent of student and parent involvement in planning.

b.   Participation rate of students.

c.   Enhancement and reinforcement of student learning and alignment with site and District Learning Standards.

d.   Degree to which activity connects participating students with their lives outside of school.

e.   Extent to which students and families have equitable access to high quality programs.

7.18.2 **Salary Administration:** When the following activities are offered, they shall be compensated at the specified rate of pay.  Coaches and Coordinators undertaking activities listed in Schedule "D" shall be compensated as follows:

a.   Preparation and supervision of students at the hourly rate of pay

b.   Participation with students in half day or evening events at $100.  Effective July 1, 2022, the rate will be $105.

c.   Participation with students in full day events at $200.  Effective July 1, 2022, the rate will be $210.

If a coach or coordinator must be absent from school to fulfill requirements of the activity during the student day, the site shall provide a reserve teacher.  Registration/participation fees and transportation shall be the responsibility of the site.  Coaches or coordinators shall not draw Student Activities compensation for time spent supervising portions of activities conducted during the student day.

## 7.19 **Extended-Time Program Assignments:**

7.19.1 **Description:**  This section applies to any designated extended learning time programs beyond the regular duty day/year for teachers wherein learning activities are an extension of a regular program.  Extended learning time programs are those that increase the learning experiences by extending the regular schedule day, week and/or year in which the participant voluntarily attends.

7.19.2 **Compensation Rate:**  The rate of pay for an extended learning time program activity is determined by the alignment of its instruction to the regular instructional program and whether the source of funding is based on voluntary participation or is required by state rule.  Teachers on extended-time assignments accrue tenure for the regular school year only and are required to waive tenure to extended time (i.e., the extended time is not guaranteed in future years).

### Assignments Beyond the Defined Teacher Duty Day at a Site

| Type of Assignment | Definition | Source of Funding | Pay Rate |
|---|---|---|---|
| 1.  COORDINATION: | Teachers provide coordination of specifically assigned leadership responsibilities for extended-time programs beyond their regular job assignment. | All Sources | Teachers are paid on their current step and lane placement Direct Instruction Rate |
| 2.  DIRECT INSTRUCTION: | Teachers provide designated extended learning time programs beyond the regular duty day for teachers where learning activities are an extension of a student's regular program, e.g., credit make-up; summer school; after school basic skills programs; online instruction. | All Sources | Teachers are paid on their current step and lane placement Direct Instruction Rate |
| 3.  ENHANCED LEARNING: | Teachers provide instructional services that enhance learning and broaden the | Funding is provided by grants, community | Direct Instruction Rate (Schedule G) Student |

Basic Salaries, Rates of Pay, Other Assignment, Work, and Schedules

| | | | |
|---|---|---|---|
| | experiences of students, e.g., student activities and programs such as Chess Club, Math Masters. | programs, third-party sources, or on a pay for service basis | Activities (Schedule D) or teacher negotiated rate |
| 4. TEACHER INSTRUCTIONAL LEADERS | Teachers provide instructional services to enhance the learning and broaden experiences of site staff, e.g., workshops/ in-services conducted after the regular duty day. | Site professional development budget | Leadership Rate (Schedule G) |
| 5. DISTRICT TOSAS | To provide extended learning beyond the defined school year to improve the quality of teaching and learning. Prior approval from the Director of Teaching and Learning is required and agreed upon hours are defined in writing. | Curriculum and Instruction (C&I) | Direct Instruction Rate (Schedule G) |

7.20 **Other Salary Schedules:**  The salary schedule for Reserve Teachers, Driver Education Teachers, Resident Teachers, Mentor Teachers, Lock & Locker Managers, Elementary School Patrol Coordinators, Hourly Flat Rate, Leadership Rate and Staff Development Rate are reflected in schedules "E", "F", and "G" and shall be a part of this agreement.

7.21 **Additional Employment:**

7.21.1 **Remuneration:** Remuneration for additional employment for all personnel paid on the teachers' salary schedule who are assigned to newly-established positions shall be based on the Hourly Flat Rate as adopted by the Board of Education for that portion of their assignment beyond the regular school year.  The length of the workday for additional employment assignments shall be similar to that of the regularly required work day for teachers unless otherwise specified.  The Minneapolis Federation of Educators shall be notified of such newly-established positions.

7.21.2 **General Provisions:** Nothing in this regulation or accompanying schedules shall be interpreted as applying to:

a. faculty meetings, parent/student/teacher organization meetings, individual parent and teacher conferences, or similar professional responsibilities;

b. duties of a general nature assumed for school parties limited to students in the school, banquets, baccalaureate, commencement, and community-sponsored clubs.

Teachers with co-curricular assignments will assume their proportionate share of responsibility for these activities.

7.21.3 **Limited Hours:** Employees of the Minneapolis Public Schools who are assigned additional employment are limited to not more than 15 hours per week of additional employment to be paid by the Board of Education.  In order to reserve the major part of each teacher's time and energy for classroom instruction and in order to achieve greater equality in the distribution of class and extra-class loads, no person shall be overloaded with extra-class assignments.  Progress should be made in each school toward the following limitations:

a. no person shall have two continuing assignments that run concurrently;

b. continuing assignments made to any one person over the normal load shall not exceed the equivalent of two head coaching assignments; and,

c. each school will be responsible for progress in the direction of equalization and appropriate distribution of assignments and shall report to the appropriate superintendent each case where these recommended limitations are not being observed and the reason for the same.

Basic Salaries, Rates of Pay, Other Assignment, Work, and Schedules

## 7.22 **Hourly Rate Teachers**

7.22.1 **Assignments:** No new 16-17-18-19-hour per week assignments will be permitted.  Teachers may be assigned fifteen (15) hours per week or less, but no benefits will be provided, except as indicated in section 7.22.2-3.  Exceptions may be permitted for special program needs as approved by the Superintendent.

7.22.2 **Retirement Benefits:**  Hourly rate teachers who are employed during the regular school year shall be eligible for membership in the TRA pension plan.

7.22.3 **Paid Sick Leave:**  Hourly rate teachers who are employed fifteen (15) hours per week or fewer than twenty (20) hours per week shall receive six (6) days of paid sick leave each school year and shall be permitted to carry forward the unused portion of sick leave without limit.

7.22.4 **Release Day Meetings:** Hourly rate teachers who are employed hours equivalent to a .5 FTE assignment or more per week shall be paid for hours equal to their regular work day to attend release day meetings if requested/required by the site.

7.22.5 **Legal Holidays:**  Hourly rate teachers who are assigned hours equivalent to a .5 FTE assignment per week or more during the regular school year shall be paid for legal holidays as defined in Article 2.4.2, of the contract, provided the legal holidays occur on their scheduled duty days.

7.22.6 **Student-Release Days:** Hourly rate teachers shall be paid for student-release days if they work on release days as authorized by the principal or supervisor.

7.22.7 **Schedule of Pay:**  Hourly rate teachers shall be paid as reported on bi-weekly basis.

7.22.8 **Personal Leave With Pay:**  Hourly rate teachers who are employed fifteen (15) hours or more per week shall be permitted to use three (3) days for personal leave with pay each school year under Article 11, Leaves.

7.22.9 **Use of Sick Leave:** Effective 1989-90, teachers granted less than 0.5 contracts, who worked at the hourly rate in 1988-89 and henceforth, may use sick leave accumulated while working at the hourly rate.  Contract teachers who work less than 0.5 do not accrue sick leave.

7.22.10 **Benefits:** Hourly rate teachers employed hours equivalent to a .5 FTE assignment per week or more during the regular school year shall be eligible for all benefits provided to regular contract teachers.

7.22.11 **Tutors**: The limited, part-time tutoring serviced can be appropriately obtained through the employment of retired Minneapolis Public School teachers and other licensed teachers. Tutors who are hired will work individually with 8 to 11 students on a one-on-one basis for sessions of 20 minutes, the time of the sessions to be determined by the individual school; and,

7.22.12 **Work Week for Tutors:**  The defined work week for tutors who are hired shall not exceed 13.5 hours for tutors who are not retired Minneapolis Public School teachers, nor shall the work year exceed 68 days for the tutors who are at those schools.

7.22.13 **Pay Rate for Tutors:** Tutors shall be paid at the rate of $18 per hour without benefits.

7.22.14 **Hiring Process for Tutors:**  All tutors shall undergo the standard hiring process and shall work under the direction of a licensed teacher.

7.22.15 **Tutors, Rights:**  No tenure or continuing rights shall accrue to any of the tutors who are hired and subsequently employed.

7.22.16 **Early Childhood Testers, Assessors, Evaluators:** Retired or part-time teachers shall be used as Early Childhood Testers.  They will be trained on standardized assessment procedures and will provide individual assessments for students in kindergarten through second grades.  Early Childhood Testers will be paid at the hourly rate of $18 per hour.

7.22.17 **Homebound Teachers:** The purpose of Homebound Instructional Service teachers is to provide ill or injured learners, K-12, with as normalized an educational experience as possible in order to maintain academic progress and to facilitate a successful transition back to school as quickly as possible.

Teachers are assigned to work with students in grades 1-12 one hour per daily student absence and will be paid at the hourly flat rate of $30 per hour.

## Article 8    Reserve Teachers

8.1 **Building Plan for Support and Coverage:**

   8.1.1 Each school and program will develop a plan indicating:

     a. Strategies to be implemented which develop and enhance a supportive climate for reserve teachers at the school or site;

     b. The options for emergency coverage whenever a reserve teacher is unavailable for an absence that provides coverage of students in accordance with Article 2.3.5 of this Agreement.

     c. Procedures to cover Special Education Assistant (SEA) absences to ensure continuation of student services and safety in addition to avoiding missed preparation periods for special education teachers.

   8.1.2 This plan for coverage will assure that teachers who are assigned to cover the absence are assigned on an equally rotating basis across discipline and licensure areas to the extent possible.  This strategy for coverage will be used before any students are reassigned to one (1) or more classrooms.

   8.1.3 A copy of the site's current plan will be on file with the site's academic superintendent and the Division of Human Resources.

8.2 **Cadre Reserve Teacher:**

   • **Daily Rate:  $238.16**

   • **The Daily Rate is based on a full, 8-hour day (less ½ hour duty-free lunch)**

The District may employ Cadre Reserve Teachers in accordance with the following:

   8.2.1 Cadre Reserve Teachers agree to work whenever and wherever assigned on a daily basis.

   8.2.2 The District agrees to provide at least eighty-five (85) work days for each Cadre Reserve Teacher per school year.

   8.2.3 Each Cadre Reserve Teacher shall receive **$238.16** per day or, for partial-day assignments, the hourly equivalent.

   8.2.4 Cadre Reserve Teachers shall accrue sick leave at the rate of .034 hours for every one (1) hour worked.  Cadre Reserve Teachers may accrue up to 48 hours of sick leave per school year; however, at no time shall their accrued sick leave exceed 80 hours.  Sick leave may only be used on teacher duty days and must be taken pursuant to the reasons for doing so under the Minnesota Emergency Sick and Safe Time Act.

   8.2.5 Health coverage shall be available to the Cadre Reserve Teacher at the rates provided in Article 9.4.2.

8.3 **Long-Call Reserve Teacher:**

   • **Daily Rate:  $224.96**

   • **The Daily Rate is based on a full, 8-hour day (less ½ hour duty-free lunch)**

The District may employ long-call reserve teachers in accordance with the following.

   8.3.1 Long-Call Reserves shall receive $224.96 per day or, for partial-day assignments, the hourly equivalent.

   8.3.2 Long-call reserve assignments are assignments in which the reserve teacher serves at least fifteen (15) consecutive workdays in the same assignment and without a sixty (60) workday break in employment.

Reserve Teachers

8.3.3   Long-call reserves shall accrue sick leave at the rate of .034 hours for every one (1) hour worked.  Long-call reserve teachers may accrue up to 48 hours of sick leave per school year; however, at no time shall their accrued sick leave exceed 80 hours.  Sick leave may only be used on teacher duty days and must be taken pursuant to the reasons for doing so under the Minnesota Emergency Sick and Safe Time Act.

8.3.4   Employee-only health coverage shall be available to the long-call reserve teacher at the rates provided in Article 9.4.2 if the assignment is for at least one (1) full semester and provided the teacher enrolls within the first 30 days of the assignment.  Payment for the full cost of the health coverage will be submitted by the long-call reserve teacher on a monthly basis.

8.4   **Short-Call Reserve Teacher:**
   • **Daily Rate:  $211.68**
   • **The Daily Rate is based on a full, 8-hour day (less ½ hour duty-free lunch)**

The District may employ short-call reserve teachers in accordance with the following:

8.4.1   Short-Call Reserve Teachers shall receive $211.68 per day or, for partial-day assignments, the hourly equivalent.

8.4.2   Short-call reserves shall accrue sick leave at the rate of .034 hours for every one (1) hour worked.  Short-call reserve teachers may accrue up to 48 hours of sick leave per school year; however, at no time shall their accrued sick leave exceed 80 hours.  Sick leave may only be used on teacher duty days and must be taken pursuant to the reasons for doing so under the Minnesota Emergency Sick and Safe Time Act.

8.4.3   The District retains the right to temporarily or permanently increase the rate of pay for short-call reserve teachers, including offering incentives to reserves who work assignments at schools designated as "priority schools", provided the District gives the Union at least ten (1) calendar days' notice in advance of said change.

8.5   **Adjustment of Reserve Rates:**

The District has the right to increase the rates for reserve teachers above the posted rates in this Article.  The District will notify the MFE in advance of the change.  The rate will not be decreased below the established rates in this Article.

## Article 9    Group Benefits

9.1 **General Information:**

9.1.1 The following benefits are available to insurance eligible teachers.  The District agrees to offer group insurance benefits that include health, dental, life and long-term disability coverage

9.1.2 **Terms and Conditions:**  These benefits are subject to the terms of the contract between the insurance carrier and the District.

9.1.3 **Additional Voluntary/Optional Coverages:** MPS may offer additional optional coverage (i.e., spouse or dependent life insurance, identity protection, supplemental medical or short-term disability insurance or other similar voluntary benefit plans) to employees at the district's discretion as new products become available and provide desirable options to employees.  These benefits will usually be added as part of an upcoming open enrollment period and teachers who are interested will have this new option to enroll.  Employees are under no obligation to sign up for any of the voluntary benefits.

9.2 **Insurance Eligibility**:  To be eligible for insurance benefits, the teacher must be paid on Schedules A, B or the Hourly Flat Rate Pay Schedule.

9.2.1 **Basic Eligibility:**  The teacher must have a 0.5 FTE assignment or more to qualify, or be assigned and working hours equivalent to a .5 FTE assignment or more per week at the hourly rate.

9.2.2 **Combined Employment:** Teachers with contract and hourly rate assignments are not eligible unless one of the assignments meets the requirement defined above.

9.2.3 **Reserve Teachers**:  Reserve teachers are not eligible for group insurance benefits.

9.2.4 **Leaves Of Absence:**  Teachers on an approved leave of absence as defined in Article 11 may participate in group insurance benefits subject to 9.3.3 of this article.

9.2.5 **Teachers On Layoff:**  Teachers who are laid off may continue coverage at the teachers' own expense as provided by federal and state cobra continuation coverage laws. Teachers who are laid off may not continue long-term disability insurance coverage.

9.3 **Enrollment for Insurance Benefits:** The teacher is automatically enrolled in life and long-term disability insurance. The teacher must enroll to be covered by health insurance and dental insurance. Teachers may waive all or some insurance coverage by completing a waiver of coverage form.

9.3.1 **Initial Enrollment:**  New teachers or teachers who become insurance eligible must enroll within the first thirty(30) calendar days of becoming insurance eligible.

9.3.2 **Effective Date of Coverage:**  Medical coverage becomes effective the day the completed enrollment forms are submitted to Employee Benefits. Teachers must be actively at work on the effective date of coverage. Dental coverage becomes effective the first of the month immediately following the dental enrollment date.

9.3.3 **Leave of Absence:**  Teachers on paid and unpaid leaves of absence may continue health, dental, and life insurance. Teachers on paid or Family Medical Leave Act (FMLA) leaves of absence must pay their portion of premium (if any). Teachers on unpaid leaves may continue coverage at the teachers' own expense as provided by federal and state COBRA continuation coverage laws. Failure to pay premiums when due will cause coverage to lapse. Teachers who allow insurance coverage to lapse while on leave, must re-enroll within 30 calendar days of returning from leave to obtain coverage. A teacher who does not re-enroll within thirty (30) calendar days, must wait for the next open enrollment period to enroll.

9.3.4 **Maintaining Eligibility For Employer Contribution:**

a. **Continuance in Insurance-Eligible Position:** The employer's contribution continues as long as the employee remains on the payroll in an insurance eligible position.

b. **Coverage Through August 31st:** Teachers who complete their regular school year assignment shall receive coverage through August 31. (Note: See 9.3.3 above, and Article 11.2 if you are on a paid or Family and Medical Leave Act (FMLA) leave of absence at the end of the regular school year.)

9.4  **Health Coverage:**

9.4.1  **Enrollment and Changes:**  Teachers may enroll in employee only or dependent coverage. If the teacher does not enroll, their health insurance election will remain the same as the prior benefit year unless one or more plan options are not available or there is an insurance carrier change.  If one or more plan options are not available or there is an insurance carrier change, then all employees must enroll for coverage.  Employees would be notified that they must enroll.

9.4.2  **Contribution – Teacher Only:**  Effective January 1, 2015, the District will pay the full cost of the cost towards the lower/lowest cost employee-only plan(s) and the teacher will contribute up to $600 annual maximum (up to $30 per pay check maximum) towards the highest cost plan premium less the cost of the lower cost plan premium.

9.4.3  **Contribution – Dependent:**  Effective January 1, 2015, the District shall contribute 5,050 above the full cost of employee only coverage toward the cost of family health plan coverage. The teacher shall pay the difference between the District contribution and the total cost of the family health plan coverage.  Effective January 1, 2017, the District shall contribute $5,650 above the full cost of employee only coverage toward the cost of family health plan coverage. The teacher shall pay the difference between the District contribution and the total cost of the family health plan coverage.

9.4.4  **Contribution – Married Couple:**  Married teachers employed by the District and enrolled in dependent coverage shall each be credited with the teacher only contribution. One spouse designated by the couple shall carry dependent coverage and receive the employee only contribution from both teachers. Effective January 1, 2015, the District shall contribute $5,050 above the full cost of employee only coverage toward the cost of family health plan coverage. The teacher shall pay the difference between the District contribution and the total cost of the family health plan coverage. Effective January 1, 2017, the District shall contribute  $5,650 above the full cost of employee only coverage toward the cost of family health plan coverage. The teacher shall pay the difference between the District contribution and the total cost of the family health plan coverage.

9.4.5  **Contribution – Domestic Partner:**  Domestic partners employed by the District shall be credited with the teacher only contribution. One partner designated by the partners shall carry dependent coverage and receive the employee only contribution from both teachers. Effective January 1, 2015, the District shall contribute $5,050 above the full cost of employee only coverage toward the cost of family health plan coverage. The teacher shall pay the difference between the District contribution and the total cost of the family health plan coverage. Effective January 1, 2017, the District shall contribute $5,650 above the full cost of employee only coverage toward the cost of family health plan coverage. The teacher shall pay the difference between the District contribution and the total cost of the family health plan coverage.

9.5  **Dental Insurance:**

9.5.1  **Enrollment and Changes:**  Teachers may enroll in employee only or family coverage.  If the teacher does not enroll, their health insurance election will remain the same as the prior benefit year unless one or more plan options are not available or there is an insurance carrier change.  If one or more plan options are not available or there is an insurance carrier change, then all employees must enroll for coverage.  Employees would be notified that they must enroll.

Group Benefits

9.5.2 **Employee Contribution:** Effective beginning with the 2014 plan year, the District shall pay a portion of the monthly premium for dental coverage.  The employee's annual contribution for dental coverage shall be as follows:

    a.  Employee only:         $100.00 annually

    b.  Employee +1:         $200.00 annually

    c.  Employee + family:    $300.00 annually

9.6 **Life Insurance**.

9.6.1 **Basic Life Insurance:** Insurance eligible teachers are automatically enrolled for $100,000 (plus Accidental Death and Dismemberment of $100,000) of District paid basic life insurance coverage.

9.6.2 **Supplemental Life:** Insurance eligible teachers may purchase additional life insurance in $10,000 increments up to the policy limits for coverage.  Eligible employees may apply for supplemental life coverage at any time.  Evidence of good health is not required for supplemental life if applied for during the first thirty (30) days of employment.

9.6.3 **Taxable Benefit:** Employees should be aware that life insurance from an employer in excess of $50,000 is a taxable benefit under IRS rules and subject to payroll deductions as imputed income.

9.6.4 **Beneficiary:** To have a named beneficiary, an enrollment beneficiary designation form must be on file with the District.

9.7 **Long-Term Disability Insurance:**  Insurance-eligible teachers are automatically enrolled for District paid long-term disability insurance. The long-term disability insurance plan replaces sixty per cent (60%) of monthly earnings. The maximum monthly benefit for teachers who become disabled is $3,500 ($42,000 annual maximum benefit, maximum salary $70,000). There is a 90 consecutive work day elimination period before benefits begin. The long-term disability insurance benefits are coordinated with TRA and Social Security benefits.

9.8 **Long-Term Care Benefit:**  Eligibility will be determined by the plan provider. Eligible teachers shall have the option to participate in the plan on a voluntary basis. Any payments to the plan provider will not be made on a before-tax basis; however, teachers may choose to have amounts deducted from their after-tax earnings and submitted to the plan provider on their behalf.

9.9 **Before-Tax Benefits:**

9.9.1 **Insurance Deductions:** Premiums deducted from the teacher's payroll check to pay for health and/or dental insurance coverage are automatically taken on a before-tax basis, unless the teacher has indicated otherwise in writing to Employee Benefits. The premiums paid by the teacher, if any, are not subject to federal, state and Social Security (FICA) taxes. Reports of earnings to TRA and pension deductions will be based on gross earnings. The before-tax deductions are subject to the requirements of Section 125 of the Internal Revenue Code as amended from time to time.

9.9.2 **Dependent Care Assistance Plan:** A teacher may designate an amount per year, from earnings on which there will be no federal income tax withholding, for dependent care assistance (as defined in Section 125 of the Internal Revenue Code as amended from time to time) to allow the teacher to work.

9.9.3 **Flexible Spending Account (FSA):**  A teacher may designate an amount per year to be placed into the teacher's Flexible Spending Account (as defined in Section 125 of the Internal Revenue Code). The amounts in the account may be used to reimburse the teacher for uncovered medical, dental and other related expenses (as defined in Section 125 of the Internal Revenue Code) for the employee and dependents.  Amounts placed in the account are not subject to federal, state and Social Security (FICA) taxes. Reports of earnings to TRA and pension deductions will be based on gross earnings.

9.10 **Retiree Premium Reimbursement:**

9.10.1 **General Information**

a. **Teachers retiring after July 1, 2009, are not eligible for MSRS reimbursements under this section.**

b. **Annual Payment:** The District shall make an annual payment of up to the amount indicated in the accompanying table for the year of retirement annually to the retiree's Minnesota State Retirement System (MSRS) post-retirement health care savings account for those who meet the eligibility requirements in 9.10.2. This payment is to reimburse retirees for medically-related expenses, including health insurance premiums through payments from their MSRS account.

c. **Maximum Aggregate Contribution:** The District shall contribute an annual amount towards Retiree Health Reimbursement for eligible teachers (under 9.10.2,) up to a maximum aggregate contribution of $2,100,000.

d. **Documentation:** The retiree must provide satisfactory evidence of allowable medical expenses to MSRS before payment will be transferred from their MSRS account. Payments from the account may be transferred electronically.

e. **Opt-Out Provision:** Retirees who show evidence that they are covered by a spouse's medical insurance may be able to opt out of the MSRS health care savings account.

f. **Deceased Employee:** Beneficiaries of the deceased teacher's estate must submit a claim(s) form to receive reimbursement for the balance remaining in the retiree's account.

g. **Regulatory Information:** This provision is subject to IRS rulings, federal and/or state laws.

   This is a no tax paid in, no tax paid out account, i.e., no taxes are paid on monies going in or leaving the account.

9.10.2 **Eligibility**: All of the requirements must be met:

a. The teacher retired under the 1983-85, and subsequent contracts as referenced in the table contained in this section.

b. The teacher is eligible to retire under the Teachers Retirement Association (TRA) and retired from the Minneapolis Public Schools with 10 or more years of service in the District credited by the Teachers Retirement Association (TRA). Eligibility for retirement and the effective date of retirement should be determined by the teacher in consultation with TRA (651-296-2409).

c. The teacher retired from a position in Minneapolis Public Schools and was eligible for insurance benefits at the time of retirement.

d. The teacher has not reached Medicare eligibility.

e. The teacher has been retired from the District for at least one semester. Teachers who retire at the end of the regular school year assignment become eligible for reimbursement at the conclusion of the following school year.

9.10.3 **Reimbursements:** The annual health reimbursement payment amount shall be determined by the retiree's retirement date as indicated in the following table.

| Retirement Date | Annual Amount |
| --- | --- |
| July 1, 1991 to June 30, 1993 | $600 |
| Jan 1, 1992 to June 30, 1992* | $1,550 |
| July 1, 1993 to Mar 25, 1994 | $600 |
| Mar 26,1994 to June 30, 1997 | $950 |
| Sept 12, 1995** to June 30, 1997 | $1,900 |
| July 1, 1997 to June 30, 1998 | $2,050 |

| July 1, 1998 to June 30, 1999 | $2,150 |
| July 1, 1999 to June 30, 2000 | $2,450 |
| July 1, 2000 to June 30, 2001 | $2,950 |
| July 1, 2001 to June 30, 2007 | $3,000 |
| July 1, 2007 to June 30, 2009 | $3,500 |
| July 1, 2007 to June 30, 2008*** | $5,000 |

\*     Please note applicable language in the 1991-93 contract states: " … and has notified the District of the retirement prior to June 30 1992."

\**    1993-1995 contract ratification date

\***  If the teacher has submitted a non-rescindable retirement form to the District by 3/14/08, the reimbursement will be $5,000 for 2 years then will be $3,500 after the two years.

**9.11**  **Retiree Insurance:**

    **9.11.1**  **Eligibility:** Teachers who retire and have met the age and service requirement necessary to receive an annuity from the Teachers Retirement Association (TRA) shall have the option to remain in the active employees health and dental group insurance plans. Also, teachers who have continuously participated in the District's health and/or dental insurance plans are eligible to continue coverage beyond the 18-month period under the CONSOLIDATED OMNIBUS BUDGET RECONCILIATION ACT (COBRA) . Eligible retired teachers and their spouses may remain in the active plan until they become Medicare eligible, and become eligible for the Medicare Supplement plan(s) and/or the Medicare Supplement plan(s) offered through Teachers Retirement Association (MN Statute §471.61 Subd. 2B). Subject to the administrative requirements of the District, the carrier contracts, labor agreement, and state and federal law, Dependents may remain in the group until the retired employee is no longer eligible.

    **9.11.2**  **Premium Payment:**

      a.  **General Information:**  Retired teachers shall pay the total premium plan plus the additional two percent administrative fee charged under COBRA.  The cost of retirees' health insurance, dental insurance, and long-term care insurance premiums may be reimbursed from their post-retirement health savings account.  Teachers who pay for COBRA benefits through MSRS will be charged the 2% administrative fee. Medicare eligible retired teachers and/or their spouses shall pay the total premium for the Medicare Supplement plan(s).

      b.  **Automatic Payment Options:** Teachers who are retired, are able to pay for their monthly health insurance premiums through automatic pay directly from a savings or checking account. Additional information is automatically distributed to retirees and others on leaves of absence from the Division of Human Resources/Employee Benefits.

**9.12**  **Tax-Deferred Savings Plans:**

    **9.12.1**  **Eligibility for District Match:**  Teachers enrolled in the State of Minnesota Deferred Compensation Plan (457) or the Special School District No. 1 403(b) Plan will be automatically eligible for the match.

    **9.12.2**  **District Annual Matching Payment:**  The District will make an employer matching payment to the tax-deferred savings plans, subject to the provisions in this article. The District Payment will be made to the State of Minnesota Deferred Compensation Plan (457), the Special School District No. 1 403(b) Plan or other approved District sponsored plans.

    **9.12.3**  **Plan Administration:**  In connection with the establishment and continuation of the 403(b) plan, the District and the Labor/Management Benefits Committee designed the plan, selected the plan's administrative and investment providers, is the exclusive manager of the plan's communications with employees, and is responsible for ongoing monitoring of the plan's investments and all administrative services provided to the plan.

9.12.4 **Match Requirements:**

    a. Effective July 1, 2021, the District match payment will pay an annual match payment of up to $2,000 for participating employees

    b. Tax-deferred savings plan participants will be matched on a per pay period basis while they are deferring into the plan(s) until they reach the per teacher maximum for the qualifying calendar year.

    c. Only deductions that employees defer during the match period (calendar year) shall be matched by the District.

    d. The teacher must have enrolled, elected to defer, and in fact deferred a qualifying amount during the same qualifying calendar year to qualify for the match.

    e. Teachers on unpaid leave when the match is made on a per pay period basis will begin receiving their match when they return to paid status.

    f. Amounts paid associated with health care or life insurance coverage choices shall not be used to meet the District Annual Match Payment requirement under this article.

9.12.5 **Taxes and deductions:** All employer and employee amounts paid to the State of Minnesota Deferred Compensation Plan (457), are subject to FICA, or social security taxes. All employee contributions to the 403(b) plan are subject to FICA, but employer contributions to the 403(b) plan are not subject to FICA. All payments made to any sponsored plan will have appropriate state and federal payroll deductions.

9.12.6 **Deferral Limits:**

    a. Employees should ensure that tax-deferred payments do not exceed IRS limits. If limits are exceeded, the District will stop deductions to these accounts.

    b. Employer Contributions/Employee Deferrals:

        • 403(b) employer contributions are in addition to your limit

        • 457 employer contributions are included in your limit

    c. For detailed current information concerning deferral limits, see the IRS website ( (www.irs.gov). For current information about maximum shelter amounts, additional contributions, catch-up limits, and other details concerning the 457 or 403(b) plans, consult the plan's representative or website.

9.12.7 **Enrollment & Changes:**

    a. **Employee Options:** Employees may enroll, change or cease their contributions at any time.

9.12.8 **Termination of Employment:** An employee who terminates employment with the District prior to the time of the match payment, as a result of resignation, layoff, retirement, or discharge will not be eligible for any further payment to the tax-deferred savings plans under this section.

9.13 **Wellness Pay (Sick Leave Severance)**

9.13.1 **Program Description:** Teachers who are eligible to retire shall have up to fifty (50) percent of their unused sick leave at their current Direct Instruction rate of pay contributed to a Minnesota State Retirement System (MSRS) Post Retirement Health Care Savings Account following the end of the school year during which they retired. The following shall apply:

    a. Teachers must be eligible to retire under the Teachers Retirement Association (TRA) at the time of separation from the Minneapolis Public Schools;

    b. Teachers must be at least fifty-five (55) years of age or credited with thirty (30) years of service by the Teachers Retirement Association, or otherwise eligible for

retirement as determined in consultation with the Teachers Retirement Association (TRA, 651-296-2409);

c. Any sick leave previously converted (i.e., through Career Transition Trust) shall be deducted from the final contribution in accordance with the Wellness formula (See formula and example calculations shown below):

d. Severance Pay Formula: Payroll uses the following agreed upon formula for calculating severance pay at retirement:

**Step 1:** Calculate the total number of your unused wellness (sick leave) hours at your Direct Instruction rate of pay at retirement (including any previously converted days under Career Transition Trust);

**Step 2:** Divide this dollar amount by 2 (Severance is paid at 50% of current pay rate),

**Step 3:** The balance is paid less any previously contributed dollars through Career Transition Trust.

9.13.2 **Exception to Payment to Health Care Plan:** If a retiring employee meets the criteria of exemption from the Post-Retirement Health Care Savings Plan (HCSP) according to Minnesota State Retirement System (MSRS) guidelines, the severance payment shall be placed into a 403(b)/457 account of the retiring employee's choice of the allowed District vendors. The decision regarding whether a retiree is exempt from the HCSP is solely determined by MSRS and shall not be grievable under the CBA grievance process. A request for exemption must be made prior to retirement.

### 9.13.3 **Calculation Examples:**

#### **Wellness Calculation - Example 1:**

a.  A teacher's paycheck shows five hundred sixty-eight (568) unused sick leave hours.
b.  The teacher converted eighty (80) hours to $3,275.20 for Career Transition Trust through their retirement date.
c.  The teacher's Direct Instruction rate of pay based on their step and lane in the salary schedule at 1.0 FTE, number of duty days per Article 2.5.1, and contractual hours per day at retirement is $47.16/hr.
d.  568.0  Balance of unused sick leave hours
e.  + 80.0  Plus Career Transition Trust hours used through retirement date
f.  648.0  Total sick leave hours (568 + 80)
g.
    324.0  Divide by 2 to equal 50% of unused sick leave hours (648/2)
h.  $47.16  Times Direct Instruction rate of pay at retirement
i.  $15,279.84  Multiply 50% of unused sick leave by Direct Instruction rate of pay (324 x $47.16)
j.  (3,275.20)  Subtract Career Transition Trust dollars paid through retirement date
k.  **$12,004.64**  **Total wellness amount**

#### **Wellness Calculation - Example 2:**

a.  A teacher's paycheck shows 470.4 unused sick leave hours.
b.  The teacher converted 456 sick leave hours to $19,140.38 for Career Transition Trust through retirement date.
c.  The teacher's daily Direct Instruction rate of pay based on their step and lane in the salary schedule at 1.0 FTE, number of duty days, per Article 2.5.1, and contractual hours per day at retirement is $47.16/hr.
d.  470.4  Balance of unused sick leave hours
e.  +456  Plus Career Transition Trust hours used through retirement date
f.  926.4  Total sick leave hours (470.4 + 456)
g.    Divide by 2 to equal 50% of unused sick leave hours (926.4/2)
    463.2
h.  47.16  Times Direct Instruction rate of pay at retirement
i.  $21,844.51  Multiply 50% of unused sick leave hours by Direct Instruction rate of pay 463.2 x $47.16)
j.  (19,140.38)  Subtract Career Transition Trust dollars paid through retirement date
k.  **$2,704.13**  **Total wellness amount**

### 9.13.4 **Survivor Benefits Under the Career Transition Trust Plan and Wellness Plan:**

a. For purposes of disbursing Career Transition Trust and/or Wellness funds, a named beneficiary may include a named beneficiary designated under:

1. the Basic life insurance coverage in Article 9.6.1;
2. a Deferred compensation account(s) which received disbursements of Career Transition Trust or matching funds;
3. a Minnesota State Retirement System (MSRS) account, if established; and/or,
4. a Teacher's Retirement Association account.

b. The Career Transition Trust account shall be disbursed to the teacher's named beneficiary on the deferred compensation Plan, or the teacher's estate.

c. Wellness pay shall be disbursed to the teacher's named beneficiary or estate, provided that the teacher is fifty-five (55) years of age, was credited with thirty (30) years of service, or was otherwise eligible to retire under the Teachers Retirement Association, subject to the following:

1. In the event the teacher dies before her/his separation from the District, the teacher's wellness pay shall be disbursed to the teacher's named beneficiary or estate;
2. In the event a teacher dies after separation, but before all or a portion of the wellness pay has been disbursed, the balance due shall be paid to the beneficiary named for the basic life insurance coverage in Article 9.6.4;
3. Once wellness pay is deposited in a Minnesota State Retirement System account, beneficiaries of the deceased teacher's estate must submit a claim(s) to receive reimbursement for the balance remaining in the retiree's account.  This provision is subject to IRS rulings, federal and/or state laws.

Group Benefits

9.14 **Deduction for Education Fund:**

An education fund payroll deduction is available. The purpose of the fund is to help teachers save for their children's college and/or their own continuing education. The District will provide the after-tax payroll deduction.  Deductions may also be made to the Minnesota College Savings Plan, an after-tax IRS 529 plan.  A 529 plan is an after-tax investment with no tax consequences on the gain as long as the money is used for education.

9.15 **Mileage and Parking.** Mileage for use of personal automobiles for approved business shall be reimbursed at the prevailing Internal Revenue Service Rate.  Where teachers must pay for parking during the regular duty day, the District shall waive or reimburse teachers for fees.  Requests for reimbursement shall be submitted by the teacher within 60 days of incurred costs, and, in the case of parking, is contingent upon submission of receipts.  All hourly-rate employees and reserve teachers shall also be covered by the reimbursement for parking fees or waiver thereof.

Personal Injury/Property Benefits

## Article 10    Personal Injury/Property Benefits

10.1 **Reimbursement Resulting from Assault:**  The District shall reimburse teachers for the cost of replacement or repair of personal property damaged or destroyed as a result of student assault while the teacher is engaging in the performance of the their duties.  The maximum reimbursement is $250 per incident based on original receipts, a police report number, and an incident report.  In the absence of a police report, verification by an administrator shall be acceptable.

10.2 **Reimbursement Damage to Vehicle:** The District shall reimburse teachers for the cost of reimbursement for loss, damage or destruction of personal motor vehicles on District property or while a teacher is in the performance of District business as verified by the principal or supervisor and police report.  In the case of motor vehicles, reimbursement shall not include personal property that is stolen or damaged unless the theft accompanies a personal assault upon the teacher. Reimbursement shall not exceed $500 per incident (including personal property, if eligible).  The teacher must submit original receipts, a police report number, and an incident report to receive reimbursement.  In the absence of a police report, verification by an administrator shall be acceptable.

10.3 **Personal Injury:**

10.4  If teachers are injured as the result of a student assault while engaged in the performance of their duties, the District shall reimburse the teacher for necessary medical, dental, hospital and surgical expenses in excess of those expenses covered by the District's insurance and/or workers' compensation.

10.5 **Workers' Compensation Benefits:**  A reasonable loss of time, not to exceed fifty-two (52) weeks, resulting from an injury due to an assault on a teacher by a student, parent or other individual that occurs while the teacher is engaging in the performance of their duties shall not be deducted from unused sick leave.  In such cases, the District shall pay the difference between the teacher's workers' compensation benefits, or other benefits being received by the teacher, and the salary they would otherwise be receiving as a teacher.  In the event that workers' compensation denies the teacher's claim, the District shall reimburse the teacher, upon clearing the claim, for sick leave that may have been used while the claim was under consideration or in dispute.

10.6 **Basis of Payment:** Any reimbursement made on this article is a gratuitous payment and does not indicate that the District has accepted liability for the incident.

## Article 11    Leaves of Absence

| 11.1  General | 11.6  Study Leaves |
|---|---|
| 11.1.1  Extensions, Eligibility, Length, Return | 11.6.1  Leave for school purposes |
| **11.2  Family Medical Leave Act (FMLA)** | 11.6.2  Professional improvement |
| **11.3  Sick Leaves** | 11.6.3  Standards team leave |
| 11.3.1  Sick leave | 11.6.4  Study leaves without pay |
| 11.3.2  Sick leave pool | 11.6.5  Sabbatical leave |
| 11.3.3  Leave donation Program | 11.6.6  NBPTS sabbatical |
| 11.3.4 Personal leave and religious observance | 11.6.7  Teacher exchange |
| **11.4  Leaves of Absence Without Pay, less than a school year** | 11.6.8  Summer study |
| 11.4.1  General Information | |
| 11.4.2  Probationary Teachers | **11.7  Other Leaves** |
| 11.4.3  Mobility Leave | 11.7.1  Legal reasons |
| **11.5  Extended Leaves – Medical** | 11.7.2  Military |
| 11.5.1  Parenting | 11.7.3  Organizational and public service |
| 11.5.2  Death in family/Critical Illness | |
| 11.5.3  Quarantine | |

11.1  **General:**  A leave of absence for a period not to exceed one (1) school year may be granted to tenured teachers for personal illness, illness in the family, study, travel, or other reasons deemed adequate by the Superintendent of Schools or designee.  Extension of any such leaves will not be granted unless the Superintendent of Schools or designee so directs.  If a personal leave request is submitted by February 1 for the next school year, the leave will automatically be approved. Personal leave requests must be submitted by February 1. Requests for leave and the requests to return must both be received by February 1st of each year.

11.1.1  **Extensions:**

a. No leaves shall be granted beyond a two (2) year duration, except for leaves under Sections 11.7.2 (military leaves) or 11.7.3 (Organizational and Public Service), long-term disability, charter school leave pursuant to MN Statute §124E.12, Subd.6, and teacher mobility leaves pursuant to MN Statute §122A.46 and under Section 11.4.3 of this article. Teachers released to teach in dependent schools service may be granted a leave for two (2) years. No credit for an annual increment shall be granted to teachers on an unpaid leave under the provisions of this article except as indicated for military, organizational, and public service leaves.

b. Requests to extend for a second year of leave must be submitted to the Division of Human Resources by February 1 for the next school year. Extension of any such leaves will not be granted unless the Superintendent of Schools or designee so directs.

c. A leave of absence is a teacher absence of eleven (11) or more consecutive duty days, paid or unpaid. All requests for, extensions of, changes to, and returns from leaves shall be submitted on the appropriate form to the Division of Human Resources. Such applications are not considered to be approved until reviewed and authorized by the Division of Human Resources.

11.1.2  **Eligibility for a Leave of Absence:**

a. **Medical Leave:**  Medical documentation shall be required for all medical leaves, and relevant documents may be required for other leaves.  All medical leave requests will be accompanied by the "Medical Documentation-Department of Labor" form, which will be available online, indicating the need and the length of time the leave is recommended.

**See 11.2 below – Family Medical Leave Act (FMLA)**

b. **Sabbatical Leave:**  Only teachers who are tenured are eligible for sabbatical leave, organizational leave, mobility leave (Minnesota Statute §122A.46), study leave, and personal leave.

c. **Mobility Leave:**  Only teachers who have five (5) years of service as a teacher in the District and ten (10) years vested in a Minnesota retirement fund are eligible for a mobility leave. A mobility leave may be approved for at least three (3) and no more than five (5) years as defined in MN Statute §122A.46.

d. **Probationary teachers:**  Except for military leaves and the leave portion of a job share, no leave may be approved for a probationary teacher for more than three (3) months unless deemed advisable by the Division of Human Resources.

   1. **Extension of Probation Period:**  A leave of absence, including an FMLA covered leave, taken during the probationary period will extend the probationary period by the number of duty days of the leave of absence.

11.1.3  **Length of Leave:**

a. **Two (2) Year Duration:**  No leaves shall be granted beyond a two (2) year duration, except for leaves under Sections 11.7.2 (military leaves) or 11.7.3 (Organizational and Public Service), long-term disability, charter school leave Minnesota Statute §124E.12, Subd. 6, and teacher mobility leaves pursuant to Minnesota Statute §122A.46 and under Section 11.4.3 of this article. Teachers released to teach in dependent schools service may be granted a leave for two (2) years.

b. **Personal Leave:**  If a personal leave request is submitted by February 1 for the next school year, the leave will automatically be approved. Personal leave requests must be submitted by February 1. Requests for leave and the requests to return must both be received by February 1st of each year.

c. **Mobility Leave:**  A mobility leave may be approved for at least three (3) and not more than five (5) years.

d. **Parenting Leave:**  A parenting leave may be approved for up to one (1) year.  Teachers returning from a parenting leave of one (1) year or less retain the right to return to their previous work location.  At the end of one (1) year, tenured teachers may request an additional year of leave as a personal leave.  Teachers returning from leaves of more than one (1) year have a right to return to a position in the District.

e. **Organizational and public service leaves** are approved for the duration of the term and may be extended if the teacher is re-appointed/re-elected.

f. **Charter school leave**:  may be approved for up to five years with the appropriate documentation submitted to the Division of Human Resources each year, pursuant to state law.

g. **Job shares** are considered half-time leaves of absence and are approved annually following the prescribed guidelines in Article 15 of this Agreement.

h. **Teacher Exchanges:**

   1. A teacher exchange with another school district may not be extended beyond one (1) year.
   2. A teacher exchange with another educational agency may be approved for up to one (1) year.

i. Sabbatical Leave:  may be granted for one half (1/2) year or one (1) full year.

11.1.4  **Return from Leave:**

a. Prior to returning from a leave of one (1) or more years, teachers shall submit the designated form indicating their intent to return to the District by February 1 of the

school year preceding the school year they intend to return. All returns from leave shall be reviewed and approved by the Division of Human Resources.

b. In order to return from a leave of absence of any length, teachers shall be required to submit an additional "Request for Leave" form indicating final return date.

c. In order to return from a medical leave of absence of any length, teachers shall be required to be required submit an additional "Request for Leave" form and the "Return to Work Authorization" form from their doctor indicating that they have medical clearance to return to work. These forms must be submitted to the Division of Human Resources prior to the teacher returning to work.

d. Teachers returning from a leave of one (1) year or less shall submit the form(s) directly to the Division of Human Resources. In order to return from a leave, teachers shall be required to submit an additional leave request form no later than February 1 of the preceding school year indicating final return date.

11.1.5 **Status upon Return from Leave:**

a. **Personal Leave:**

1. **Less Than One (1) Year:** Teachers returning from a personal leave of less than one year retain the right to return to their previous work location. If there is a staff reduction, the canvassing process that includes the teacher on leave will be followed pursuant to the Transfer and Reassignment Process.

2. **One (1) Year or More:** Teachers returning from a personal leave of one (1) year have a right to return to a position in the District unless the site holds the position for return. Teachers whose personal leaves are extended beyond one (1) year will lose their right of return to their site or program.

- **Failure to Submit Forms:** The teacher position at the site shall be considered vacated if a teacher returning from a one year personal leave fails to submit the designated form(s) requesting to return to the Division of Human Resources by February 1.

b. **Medical, Parenting, or Military Leave:** Teachers returning from a medical, parenting or military leave of one (1) year or less retain the right to return to their previous work location. If there is a staff reduction, the canvassing process that includes the teacher on leave will be followed pursuant to the Transfer and Reassignment Process.

c. **Extension of Leave:** Leaves of absence of up to one year with an ending date of April 15 or later may be extended until the first duty day for teachers of the next school year, unless an earlier date is approved by the Division of Human Resources. Teachers whose leave is extended retain the rights they may have to return to a position at their school or site. If there is a staff reduction, the canvassing process that includes the teacher on leave will be followed pursuant to the Transfer and Reassignment Process. The extension of the leave by the District does not change the teacher's rights to return to the site.

d. **Sabbatical Leave:** Teachers returning from a sabbatical leave shall return to their previously held position except as indicated in the sabbatical provision in this article (see Position on return from leave).

11.2 **Family Medical Leave Act (FMLA):**

11.2.1 **The Family and Medical Leave Act (FMLA)** of 1993 is a federal law that provides employees additional rights while on leave of absence.

11.2.2 **Eligibility:** To qualify, an employee must have been employed by the District for at least one (1) year and have worked at least one thousand twelve hundred fifty (1,250) hours over the previous twelve (12) months to be eligible for leave under FMLA.

Leaves of Absence

11.2.3 **Length of Leave:**  Under FMLA, employees may take up to twelve (12) calendar weeks of leave within twelve (12) months to care for a spouse/child/parent, care for oneself, or due to the birth/adoption of a child(ren) or foster child(ren).

11.2.4 **Status upon Return:**  Teachers shall return to their position if the position still exists. Insurance costs would be the same as if the employee was actively working for that twelve (12) week period as defined in Article 9, Group Benefits.

11.2.5 **Paid/Unpaid:**  To determine if a leave under the provisions of the Family and Medical Leave Act will be a paid or unpaid leave, contact the District's Division of Human Resources.

   a. Also see: Department of Labor FMLA Employee Guide at: https://www.dol.gov/whd/fmla/employeeguide.htm.

11.3 **Sick Leaves:**

   11.3.1 **Sick Leave:**

   a. **Yearly Sick Leave Allowance:**  Teachers actively employed with the District at the start of the year shall be credited with ten (10) days of sick leave on the first duty day of the year.  Teachers working less than a full year shall have their sick leave days pro-rated.

      1. **Cumulative Sick Leave:**  The normal cumulative sick leave allowance each year shall be ten (10) days for employees on thirty-eight (39) through forty-two (42) week assignments. Teachers on eleven (11) and twelve (12) month assignments shall receive one (1) day per month up to a maximum of twelve (12) days each year. A teacher shall be permitted to carry forward the unused portion of sick leave without limit.

      2. **Sick Leave Balance:**  The balance of accumulated sick leave shall be printed on the teacher's bi-weekly pay check.

      3. **Extended Assignments:**  Teachers may use accumulated sick leave for absences due to illness during their extended work year as defined in this Agreement.

      4. **Major Illness or Injury in Family:**  Teachers may use their accumulated sick leave for major illness or injury (major defined as: one of a serious nature with the possibility of complications and/or death) of a member of the immediate family as defined in Section 11.5.2 of this article.

      5. **Unearned Sick Leave:**  Teachers terminating employment with the District shall be required to reimburse the District for sick leave days taken but not earned.

      6. **Less than Full-Time/Full-Year:**  Teachers who work less than a 1.0 FTE will have their sick leave pro-rated in accordance with their FTE assignment.  Teachers working less than a full school year may have their sick leave allowance pro-rated to the portion of the year they work unless otherwise indicated.

      7. **Illness or Injury of Child:**  Teachers may use accumulated sick leave for illness or injury of their children.

   b. **Long Call and Cadre Reserve Teachers' Sick Leave Allowance:** Reserve teachers on a long-call assignment and Cadre Reserve Teachers will be permitted one (1) day of sick leave for every twenty (20) consecutive duty days served during the school year and must use the sick leave during the long call in which accrued.  All remaining sick leave is forfeited at the end of each long call assignment.  In the case of Cadre Reserves, all remaining sick leave is forfeited at the end of each school year.

   c. **Separation/Re-employment:**  All sick leave that has been accumulated by an employee shall be canceled upon the date of separation from employment.  Accumulated sick leave will be restored upon reemployment within two (2) years after separation from employment if it has not been already used to fund an MSRS account contribution.

Leaves of Absence

11.3.2  **Sick Leave Pool**:

a. **Purpose:** The Sick Leave Pool is designed to support teachers who are experiencing a catastrophic accident or serious illness and do not have enough accrued sick leave to cover their absence from work while they await the ninety (90) duty day eligibility threshold for Long-Term Disability.

b. **Qualification:** To qualify as a catastrophic accident or illness, for the purpose of this Sick Leave Pool provision, the teacher must have:

1. an accident with major injury causing absence by the teacher over an extended period of time and is substantiated in writing by the claims administrator ; or

2. a serious illness causing absence by the teacher over an extended period of time and is substantiated in writing by the claims administrator ; or

3. a serious and recurring illness causing periodic absences by the teacher over an extended period of time and substantiated in writing by the claims administrator.

c. **Membership:**

1. **Eligibility – Tenured Teachers:**  Teachers must be tenured as defined in Article 16.10.2 to be eligible for full membership.

2. **Eligibility – Probationary, Tier 1, Tier 2 Teachers:**  These teachers shall have their membership limited to up to thirty (30) days of access during their probationary period.

3. **Enrollment:**  Eligible teachers may join the Sick Leave Pool within thirty (30) days of hire, or within thirty (30) calendar days of the first duty day for all teachers in any school year.  Tenured teachers, as defined in Article 16.10.2, shall be eligible to join the Sick Leave Pool as full members within thirty (30) calendar days of achieving tenure, as described above, or within thirty (30) calendar days of the first duty day for all teachers in any school year succeeding the year in which they achieved tenure, as described above.

4. **Initial Donation:**  In order to become a member, a teacher must donate one (1) day and no more than one (1) day at the time of enrollment.

5. **Subsequent Donations:**  Should the number of days in the Sick Leave Pool at the end of the school year be less than 2,000, each member shall donate one (1) day and no more than one (1) day the following school year.

6. **Withdrawal:**  Any request to withdraw from membership in the Sick Leave Pool shall be submitted in writing to the MPS Sick Leave Pool Administrator prior to ten (10) duty days after the first duty day for all teachers.

7. **Duration after Accessing:**  Teachers who have accessed the Sick Leave Pool shall remain members of the Sick Leave Pool for the duration of their career in the District.

8. **Irretrievable Donation:**  All days donated to the Sick Leave Pool shall be irretrievable by the donor.

d. **Administration:**

1. **Claims Administration:**  The District will contract with a third-party claims administrator to review all claims and to make a final determination regarding eligibility for Sick Leave Pool benefits.

2. **Annual Reporting:**  The District shall present quarterly reports and an annual accounting of the Sick Leave Pool's operation to the Contract Administration Committee at the beginning of each school year. The accounting shall include, but not be limited to, a listing of current members, the total numbers of days used during the previous year, and the associated costs.

Leaves of Absence

e. **Access to and Operation of the Sick Leave Pool:**

1. **Limitations:** Enrolled probationary, Tier 1, and Tier 2 Teachers shall have up to thirty (30) days of access during their probationary period. Enrolled tenured Teachers, as defined in Article 16.10.2, shall be granted full membership. Teachers who are working less than full-time shall be eligible for benefits only for the pro-rata portion of the school day for which they are employed.

   The use of Sick Leave Pool days during the probationary period shall deduct such number of days from their life-time total allowance.

2. **Five (5) Day Waiting Period:** Teachers are not eligible to use accumulated Sick Leave Pool days until five (5) consecutive duty days after the depletion of their individual accumulated sick leave in each instance. If however, the illness is of a recurring nature, the five (5) day waiting period may be waived. A recurring illness is one that recurs within six (6) months.

3. **Personal Illness Only:** Sick Leave Pool days shall be used only for personal injury or illness of teachers, and may not be used to care for family members or other dependents.

4. **Application and Documentation:** To access the Sick Leave Pool, the teacher shall complete an application accompanied by a statement by the teacher's attending physician verifying that the teacher is/was unable to work.

   - **Submission within Thirty (30) Days:** The application and attending physician's statement shall be submitted to the Third-Party Administrator within thirty (30) days of the teacher exhausting their sick leave. All claims and claims procedures will be administered by the claims administrator hired by the District.

5. **Restrictions on Usage:** Sick Leave Pool days may be drawn for only the contractually defined duty year.

6. **Leave of Absence Restrictions:** Teachers on personal, sabbatical, study and mobility leaves of absence are not eligible for benefits from the Sick Leave Pool.

f. **Benefits:**

1. **Rate of Pay (80%):** A teacher who draws days from the Sick Leave Pool shall receive eighty percent (80%) of their daily rate of pay.

2. **Maximum Career Benefit:** The maximum Sick Leave Pool benefit shall be one hundred eighty five (185) days during their career as a teacher in the District.

3. **Consecutive Day Restrictions:** A teacher who draws days from the Sick Leave Pool shall not exceed eighty-five (85) consecutive days for any one (1) occurrence. If a teacher returns and works on a part-time or full-time basis more than thirty (30) days before LTD eligibility, the ninety (90) day elimination period starts over. Long-term disability (LTD) begins after teachers have been absent from their position ninety (90) consecutive work days, but not more than 120 (90 + 30) work days due to the cumulative elimination period in the LTD policy.

4. **Termination of Access:** Sick Leave Pool benefits shall end upon teachers qualifying for benefits for either the long-term disability (LTD) insurance plan or the Teachers Retirement Association plan, or if teachers have already accessed the Sick Leave Pool for the maximum of one hundred eighty-five (185) days during their teaching career in the District.

g. **Exclusions:** Sick Leave Pool days will not be available for any treatment and/or surgery that is considered elective in nature as determined by the claims administrator.

11.3.3 **Leave Donation Program:**

a. **Purpose.** This program provides an opportunity for teachers to donate days to other teachers in certain situations where a teacher has experienced a catastrophic illness or injury with special, extenuating circumstances that results in not being eligible for or exhausting all other benefits.  It is the responsibility of the District to ensure that the requirements of the program are followed.

b. **Donation Program Description.**

1. The Union and/or District shall communicate to other teachers the needs of a teacher for donation.

2. Donors may contribute any number of accrued hours from their sick leave balance in any one school year for use by a specific eligible teacher recipient, which shall be distributed using a centralized pool that is administered by the District.

3. Sick leave donations are not tax-deductible to the donating teacher.

4. The recipient does not have the option to convert the donated leave into cash.

5. The recipient shall not accrue leave benefits while accepting leave donations.

6. Teacher recipients may not use this program to care for a spouse or dependent.

7. Any donated leave not used shall be transferred to the Sick Leave Pool.

c. **Eligibility for Recipients**

1. The teacher shall have experienced a catastrophic illness or injury with special, extenuating circumstances that results in not being eligible for or exhausting all other benefits.

2. Teacher recipients shall provide the necessary eligibility and medical documentation to the claims administrator.  Upon eligibility determination, the District shall notify the Union.

3. The teacher may access as many days as are donated in their name as long as medical certification supports their eligibility, as determined by the claims administrator.

4. The teacher recipient may only use sick leave donation days for the regular duty year for teachers.

5. The teacher will become ineligible for this program once any other source of income (e.g., workers' compensation or Social Security insurance) becomes available.

11.3.4 **Personal Leave and Religious Observance:**

a. **Personal Leave – Five (5) Days:**

1. Three (3) non-cumulative personal leave days, deducted from sick leave, may be taken and shall be granted each year for incidents involving special obligations or emergencies that cannot be scheduled on non-duty days and are not available under other leave provisions, and

2. Two (2) additional non-cumulative personal leave days, deducted from sick leave, may be taken and shall be granted each year.

   Effective with the 2015-16 school year, if teachers have used three (3) days, or the equivalent number of hours (currently 24 for three days in AESOP), and choose to use these additional personal leave days, their pay will be reduced by $60 for an absence of up to four (4) hours or $120 for an absence of four (4) or more hours.

3. Personal leave days shall be granted according to the following guidelines:

   • **Non-Emergency:**  Whenever possible in non-emergency situations, as a courtesy, the teacher should provide prior notification of dates of absence for personal leave to the principal/supervisor at least one day prior so that sub

arrangements can be made.  Personal leave days shall require no explanation and do not require the filling out of request forms or approval forms.  Personal leave is not vacation and is not used to extend breaks such as winter or spring break.

- **Emergency:** In emergency situations, written notification of personal leave may be requested after the leave has been taken. It is understood that the teacher will assume the responsibility in such an emergency of notifying the principal/supervisor at the earliest possible time of the absence.

b. **Religious Observance:** Teachers may use four (4) days of leave per school year for religious observances.

1. **Prior notification** of absence for religious observance may be requested by principal/supervisor.

2. **Options:**  Teachers who use such days for observance of religious holidays have the following options:

- The teacher may choose to take up to four (4) religious observance days not deducted from personal leave nor from sick leave; however, teachers' pay shall be reduced by $60 for an absence of up to four (4) hours or $120 for an absence of four (4) or more hours;

   **OR** as an alternative,

- The teacher may choose to take up to four (4) religious observance days not deducted from personal leave; however, such days shall be deducted from sick leave.

11.4 **Leaves of Absence Without Pay, less than a school year:**

11.4.1 **General Information**

a. **Leaves of up to fifteen (15) consecutive duty days**:  A leave of absence of up to fifteen (15) consecutive duty days may be requested in writing to the principal or supervisor at least ten (10) duty days in advance of the date(s) of use. These leaves are intended to be used only for documented, urgent personal business, personal illness, or illness in the family, and not for vacation. Notice shall be given as early as possible so that coverage may be obtained. Such leaves of absence shall not be taken more than once per school year, with the total days not to exceed fifteen (15) duty days in a contract period.  In the case of an emergency, the notice requirement may be waived.

b. **Leaves up to ninety (90) calendar days during the school year:**  A leave of absence of up to ninety (90) consecutive calendar days may be requested in writing to the Division of Human Resources at least ten (10) duty days in advance of the date(s) of use.  These leaves are intended to be used only for documented, urgent personal business, personal illness, or illness in the family, and not for vacation.  Requests shall be granted at the sole discretion of the District. In the case of an emergency, the notice requirement may be waived.

1) **Managerial Discretion:** The District reserves the right to place conditions on approval of such leaves to ensure minimal disruption to instruction including, but not limited to, adjustment to the dates of leave or extending the return date to the end of the school year.

2) **Request to Extend:** Extensions may be requested; however, such requests for an extension are subject to District approval.  Under no circumstances shall leave extend beyond ninety (90) calendar days, unless the return date has been extended to the end of the year by the District in order to minimize disruption to instruction.

Leaves of Absence

---

11.4.2 **Leaves for Probationary Teachers:**

    a. Except for military leave, no leave of absence will be granted to probationary teachers for more than three (3) consecutive school months, unless the Division of Human Resources deems it advisable to grant a leave until the end of the year covered by the current contract.

    b. Except for military leave, any leave of absence of a period longer than three (3) months constitutes a break in service and will be interpreted as termination of employment unless prior arrangement has been made for return.  (Also see Section 11.2)

11.4.3 **Mobility Leave:**  Teachers who are tenured are eligible for mobility leave as defined in MN statute §122A.46.  Only teachers who have five (5) years of service as a teacher in the District and ten (10) years vested in a Minnesota retirement fund are eligible for a mobility leave.  A mobility leave may be approved for at least three (3) and no more than five (5) years based on the discretion of the Division of Human Resources.

11.5 **Extended Leaves - Medical:** Teachers who are unable to perform their duties because of personal illness may be granted a leave of absence for one (1) year. This leave may be extended for a maximum of one (1) additional year upon request at the end of the first year.

11.5.1 **Parenting Leave (Maternity, Paternity, Adoption):**

    a. **Purpose and Procedures:** A leave of absence shall be granted to a teacher for the purpose of providing full-time parental care for a new-born or newly adopted child(ren). Whenever possible, arrangements for such leaves shall be made at least forty-five (45) days prior to the beginning date of the leave. A planned date of return to duty shall also be arranged at the same time. Teachers should meet with the principal/supervisor in considering the particular educational needs of the students in their classroom in selecting an effective date for beginning of and/or returning from such leave.

    Arrangements for leaves granted for purposes of adoption shall be made upon official notification of the pending adoption.

    b. **Use of Sick Leave for Parenting Leave:**  For any leave of absence for maternity, paternity or adoption, teachers shall be able to access their earned sick leave during the parenting leave up to twelve (12) weeks.  Documentation of date of birth or adoption shall be submitted to the Division of Human Resources.

    c. **Parenting Leave in Excess of Twelve (12) Weeks:** Any leave of absence for maternity, paternity or adoption that results from the birth or adoption of a child(ren) that is medically necessary as evidenced by an attending physician's statement is covered by the sick leave provisions of this Agreement. The attending physician's statement shall be submitted to the District concerning the medical circumstances that require the leave. Teachers may access their earned sick leave during parenting leave up to twelve (12) weeks or the time specified by their physician. Leaves to care for children in excess of twelve (12) weeks that are not medically necessary would qualify as personal leaves of absence.

    d. **Parenting Leave for Adoption:** Any parenting leave for adoption of a child(ren) that does not have documented medical need is applied toward the twelve weeks provided under the Family Medical Leave Act.  For any leave of absence for adoption, teachers shall be able to access their earned sick leave during the parenting leave up to twelve (12) weeks provided under the Family Medical Leave Act.  Documentation of date of adoption shall be submitted to the Division of Human Resources.

    Teachers may use their earned sick leave for up to thirty (30) duty days, of the twelve (12) weeks of parenting leave, prior to the arrival of an adopted child(ren) when the

adoption procedures include a legal requirement that the adopting parent be present. Such use of duty days need not be used consecutively.

e. **Interruption of Leave:** Upon giving five (5) duty days notice of intent to return to duty, a teacher may return to duty prior to the approved ending date of leave in the event of interruption of pregnancy or cancellation of adoption.

f. **Return to Duty:** Teachers returning from a maternity leave shall submit the appropriate form from their attending physician indicating that they have medical clearance to return prior to reporting to work.  When returning from a parenting leave, teachers shall submit the designated form indicating their intent to return to work.  The teacher shall return to the same position if the position still exists.  The teacher shall return to the same site, unless the teacher is the least senior in their licensure area/department, or chooses excess status through the canvassing process found in the staff reduction provision of Article 16, Transfer, Reassignment, and Recall.

g. **Probationary Teachers:**  Probationary teachers may take military leave and up to three (3) consecutive months of Family Medical Leave Act (FMLA) qualifying leave. Teachers who achieve tenure in the District will be considered as having completed their probation.  Teachers who have been officially notified that their contract will not be renewed are no longer eligible for parenting leave benefits beyond the end of the school year.  A request for parenting leave shall not be used as a basis for non-renewal of contract. (Also see Sections 11.2. and 11.4.2 in this Article)

11.5.2  **Death in Family or Critical Illness:**

a. **Death In The Family:** Teachers, including those assigned as long-call or cadre reserve teachers, may be granted a leave of absence for up to five (5) consecutive days per event for the death of the teacher's mother, father, sister, brother, spouse, significant other, child, aunt, uncle, niece, nephew, grandparents, grandchildren, mother-in-law, father-in-law, son-in-law, daughter-in-law, sister-in-law/brother-in-law, parents of significant other, spouse's immediate family, anyone who has the position of parent or child, or any person who has been a member of the teacher's household immediately prior to the critical illness or death of the individual.  Teachers traveling more than 2,000 miles one way will be granted up to two (2) additional consecutive days per event.

Documentation may be requested.

If a teacher requests this leave to be taken intermittently, they will communicate a timeline for the anticipated bereavement leave to their supervisor, which must occur within the same school year.

b. **Critical Illness:** Critical illness is defined as an illness where death is impending, but recovery is possible. Teachers, including those assigned as long-call or cadre reserve teachers, may be granted a leave of absence for up to five (5) consecutive days in the event of the critical illness of the teacher's mother, father, sister, brother, children, spouse, significant other, parents of spouse, or parents of significant other and anyone who has the position of parent or child, or any person who has been a member of the teacher's household immediately prior to the critical illness. Documentation may be requested.

If a teacher requests this leave to be taken intermittently, they will communicate a timeline for the anticipated critical illness leave to their supervisor, which must occur within the same school year.

c. **Leaves for Critical Illness and Death in the Family:** Such leaves shall be with pay and shall not be deducted from the teacher's sick leave; however, each teacher is limited to twenty (20) days per contract period.  The District reserves the right to require documentation of critical illness or death.

d. **Critical Illness or Death of a Friend:** In addition to utilizing unused Personal Leave days, teachers may take up to two (2) days, to be deducted from the teacher's cumulative sick leave for the critical illness or death of a friend.

11.5.3 **Absence because of Quarantine:**  Teachers who are absent because their residence is under quarantine shall be allowed full pay up to seven (7) duty days.

11.6 **Study Leaves**

11.6.1 **Leaves for School Purposes:**  Teachers may be granted a leave of absence without loss of pay to observe methods of teaching, attend professional meetings, or for other school purposes. Requests for such leaves shall be made in writing to the Division of Human Resources. The Division of Human Resources shall notify the Union when such requests are denied.

11.6.2 **Professional Improvement:** Leaves of absence for teachers may be granted by the Superintendent of Schools or designee for professional experience and improvement exclusive of study–such as an exchange position, a Fulbright Scholarship, or a teaching position in a dependent school, only after five (5) years of consecutive employment with the District. These leaves are granted without pay and will be granted for a one (1) year period only (with the exception of leaves granted for teaching in dependent schools). Candidates for this type of leave shall not have had a leave for a similar purpose, unless the teacher has had at least five (5) consecutive years of employment with the District since the termination of the previous leave.

Applications for professional leaves shall be filed with the Division of Human Resources on the designated form at least three (3) months prior to the date of anticipated absence.

11.6.3 **Standards Team Leave:**  A study session leave of absence with pay may be granted for one (1) to two (2) weeks to a team of teachers from a site or city-wide program for standards integration at their site or in their program. A team will submit a proposal to create integrated standards units/lessons that follow guidelines established by the Teaching and Learning Department. The proposal would provide a plan for assuring continuous learning of the team's students, a description of the final products, list of participants, a total budget, and length of leave.

Criteria used to grant leave are:

a. financial obligation of the site or program to pay for reserve teachers;

b. ability to assure continuous learning for students;

c. degree to which the project ties to the guidelines for District standards;

d. involvement of site team and site staff development committee.

11.6.4 **Study Leaves without Pay:**  A leave of absence without pay may be granted for study. If a teacher carries a minimum of twelve (12) credits or its equivalent for each quarter and/or semester, the time spent on leave of absence will be included in computing eligibility for an increment. This provision shall not extend beyond a single annual increment. The institution and the course of study that the employee pursues must be approved by the Superintendent of Schools or designee.

11.6.5 **Sabbatical Leave**

a. **Definition:** Sabbatical leave is a leave of absence for study or travel for the purpose of professional enrichment/development that shall result in benefit to the District. The Union and the District share the commitment to raise professional standards in teaching and education. This definition includes Bush Leadership Fellow and AFT Distinguished Teacher Fellow.

Leaves of Absence

b. **Eligibility:** A sabbatical leave of absence for up to one (1) year may be granted to teachers for the purpose of study after seven (7) consecutive years (a minimum of 110 days/school year) of active service in the District. This leave is granted in order that a teacher may maintain and/or improve the quality of instruction or for professional leadership. No leave shall be granted for fewer than six (6) weeks. Reserve teachers are not eligible for sabbatical leave.

In order to be eligible for another sabbatical leave, the teacher shall complete another seven (7) full contract years of active service in the District before being eligible for another sabbatical leave.

c. **Duration, Pay, Benefits:** Sabbatical leave may be granted for one-half (½) year or up to one (1) full year.

1. **Half-Year Sabbaticals**

   • Regular sabbatical leave: Teachers granted sabbatical leave for one-half (½) year shall receive full pay during the sabbatical. Teachers who take a sabbatical for one-half (½) year are eligible for the perfect attendance incentive options benefit based on the portion of the year they are not on sabbatical leave.

   • Unused Sick Leave Sabbaticals: In addition to the regular sabbatical leave, a leave of absence for study or travel shall be granted to teachers for one-half (1/2) year at full pay based on the individual teacher's unused sick leave, provided the teacher has fifteen (15) sick leave days remaining following the leave and agrees to teach in the District for at least two (2) years upon completion of the leave.

     If the teacher discontinues service for any reason other than incapacity to carry out assignments before the expiration of two (2) years, she/he shall pay back the pro-rated share of the sick leave used. Teachers eligible for this paid study leave based on unused sick leave shall file their applications by March 15.  The District reserves the right to adjust schedules of study leaves when the number per building or subject-matter area would be detrimental to the educational program.

2. **Full-Year Sabbaticals:**

   • Teachers granted sabbatical leave for one (1) year shall have the option of receiving either one-half (½) pay during the sabbatical leave. The allowance granted to teachers on sabbatical leave shall be one half (1/2) of the rate of pay received by the teachers had they remained in their positions.

   • Alternatively, teachers granted sabbatical leave for one (1) year shall have the option of receiving three-fourths (¾) pay during the sabbatical leave and three-fourths (¾) pay during the first year of teaching upon return to duty following the sabbatical leave. The three-fourths (3/4) pay for the year following the sabbatical leave shall not be construed as a voluntary demotion under the Teacher Tenure Act, MN Statute §122A.41.

     Upon return from a ¾ pay sabbatical, the teacher's percent of time/full-time equivalent (FTE), must be equal to or greater than the FTE while on sabbatical. If teachers' FTE changes upon return, the amount to be paid to the District shall be based on the FTE while on sabbatical.

     The beginning and returning dates of teachers on sabbatical leave should, to the extent possible, coincide with the normal transition periods of the school calendar and be determined in consultation with the Sabbatical Leave Committee.

d. **Application for Sabbatical Leave:** Applications for sabbatical leave shall be filed by March 15 for all leaves that are to be taken during a portion of or for the entire following school year.

Included in the application package will be an outline of the process.

After being notified of acceptance for the sabbatical leave, recipients will be required to attend a pre-sabbatical planning seminar sponsored by the District and the Union.

Sabbatical leave requests shall be filed each year. No requests will be held over from one year to the next. Granting of sabbatical leave to pursue a particular field does not imply endorsement of this goal for consideration for placement upon completion.

The Sabbatical Leave Committee shall meet and grant sabbatical leaves no later than four (4) calendar weeks after the sabbatical leave request deadline date.

e. **Allotment:** Up to a maximum of twenty (20) sabbatical leaves may be granted. Up to ten (10) teachers may exercise the option of selecting one (1) semester of leave at full pay for purposes of study only subject to the conditions previously outlined. Up to a maximum of ten (10) teachers may be granted either one (1) year-one half (½) pay or one (1) year-three fourths (3/4) pay sabbatical leave during a school year.

In the event the number of teachers placed upon the eligibility list exceeds the allotment of teachers for sabbatical leave, consideration will be given, among other things, to length of service and contribution to the general welfare of the school.

f. **Credits Required for Sabbatical Leave:** If the sabbatical leave is granted for the purpose of study at the undergraduate level or for a Master's degree, the teacher shall complete twelve (12) credit hours of work during the semester or quarter for which the leave is granted. Work beyond the Master's degree requires nine (9) credit hours each semester or quarter. The institution and the courses to be taken must be approved by the Sabbatical Leave Committee.

g. **Itinerary for Travel:** If the sabbatical leave is granted for the purpose of travel, the itinerary shall be submitted in detail with the application. The itinerary must be approved by the Sabbatical Leave Committee before the leave is granted.

h. **Position on Return from Leave:** Upon returning from sabbatical leave the teacher shall return to the position held immediately prior to the leave. Exceptions may be made only under one (1) or more of the following conditions:

1. The teacher and principal/supervisor have consulted upon any change deemed necessary in department, grade level assignment, caseload, or specified job description of the position prior to its implementation. In the absence of mutual agreement, the principal/supervisor shall provide the teacher with a written rationale for the necessity for the change to the position within ten (10) calendar days of the consultation meeting. The teacher will have the right to appeal the decision to change the position through the grievance process as described in Article 14.

2. A reduction in student enrollment has occurred that necessitates a reduction of some or all of the position. In such a case, the staff reduction process, as described in Article 16, Transfer, Reassignment, and Recall shall apply.

3. A change in grade or program configuration resulting in the elimination of the position or moving the position to a different site. In such a case, programs and classrooms moved intact, staff reduction, and other applicable processes as described in Article 16, Transfer and Reassignment, of this Agreement, shall apply.

i. **Salary Upon Return from Leave:** The teacher who has been on sabbatical leave will receive the full yearly increment, provided she/he has fulfilled the plans approved by the Sabbatical Leave Committee.

j. **Teachers' Obligations Upon Return:**

1. Teachers granted sabbatical leaves shall teach two (2) years in the District following the completion of their leaves. If teachers discontinue service for any reason other than their incapacity to carry out their assignment before the expiration of the two (2) years, they shall pay back to the District a prorated part of the sabbatical

allowance. Teachers shall return to duty at the beginning of the next semester following the end of the sabbatical leave.

2. Teachers granted sabbatical leaves through the selection process whose position is subsequently discontinued by the District and who are recalled within the twenty-four (24) month recall period, shall have a right to their previously-granted sabbatical leave for the following school year.  Such sabbatical leaves shall be included in the ten (10) leave maximum for full year/half pay or ¾ pay Sabbatical Leaves granted for that year.

3. Exceptions to immediate return shall only be allowed if a need and eligibility for medical, parenting, or military leave arises subsequent to the beginning of the sabbatical leave. Such leave must be requested and approved according to appropriate procedures set forth in this article. Such a leave will not excuse or reduce the teacher's obligation to teach two (2) years in the District following the completion of the leave.  Discontinuance of contract by the District releases the returning teacher from the two (2) year obligation.

k. **Accountability:**

1. Since the purpose of this leave is to study, the applicants will agree not to accept any other employment during the period of their leaves unless it pertains directly to their study programs and then only with the approval of the Superintendent of Schools or designee. Should the amount of such remuneration, grant, fellowship, or stipend together with the sabbatical leave pay exceed the teachers' regularly scheduled pay, the sabbatical leave pay will be reduced to the amount teachers would have received had they not taken the leaves.

2. Upon return from sabbatical leave, the teacher shall be expected to present a summary report of the experiences or learning that occurred during the sabbatical leave, including a one (1) page Executive Summary to be shared with other District teachers. The emphasis of the work to be submitted to the Sabbatical Leave Committee shall focus on how the experiences and/or learning related to teaching or professional leadership. The work shall be submitted to the Sabbatical Leave Committee by October 1, following the completion of the leave of absence. At the request of the Sabbatical Committee, exemplary experiences will be presented in designated forums. The sabbatical recipient shall receive $200-$500.

l. **Sabbatical Leave Committee:**

1. The Sabbatical Leave Committee shall have equal representation with three (3) members appointed by the Superintendent of Schools or designee and three (3) members appointed by the President of the Union.

2. The Sabbatical Leave Committee shall meet in the fall to establish criteria upon which the sabbatical applications will be judged and the selection process that will be followed. The criteria and process will be distributed system-wide prior to the March 15 application deadline.

3. In the event of a tie vote on an application, the Superintendent of Schools or designee shall cast the deciding vote. At no other time shall the Superintendent of Schools or designee vote on an application for sabbatical leave.

11.6.6 **National Board Certification Leave:**

a. Up to five (5) days with pay may be granted by the Division of Human Resources to teachers pursuing National Board Certification. Teachers must notify their supervisor and the Division of Human Resources at least two weeks prior to the leave.

b. The granting of these leaves will be included in the allotment of sabbatical leaves (see 11.6.5.e) and not cause the allotment to be exceeded.

### 11.6.7 Teacher Exchange Program:

a. Teachers who have served a minimum of five (5) years in the District may participate in a Teacher Exchange Program with other school districts and educational agencies. The intent of the program is to provide an opportunity for teachers to work in another educational frame of reference in order to gain different insights into instructional patterns, schedules, facilities, students and cultural environments. It is to be expected that the school district or agency with which the exchange is made gains in similar fashion.

b. Participation in the program is on a voluntary basis. All exchanges of personnel require the approval of the Superintendent of Schools or designee and the administrative head of the other system or agency.

c. Approval for each teacher exchange will be by means of a letter between the other school district or agency and the Minneapolis Public Schools specifying:

1. Names of the volunteer participants
2. Assignment in other school district or agency
3. Length of time of exchange
4. Salary agreement
5. Other relevant details concerning the exchange

d. No more than two (2) teachers from any one (1) school may participate in an Exchange Program in any one (1) school year at a time.

e. Exchanges are to be initially planned for a definite period of time and may vary according to the circumstances of the individual case. Should extensions of this time seem desirable, such extensions will require approval as outlined above.

f. The District reserves the right to interview and make a decision as to the acceptability of all teachers from another school system or agency prior to agreeing to a specific exchange.

g. A teacher exchange with another school district may not be extended beyond one (1) year. A teacher exchange with another educational agency may be approved for up to one (1) year and may be extended annually. The teacher who has been on a Teacher Exchange Program leave will receive the full yearly increment.

### 11.6.8 Summer Study:

a. Teachers may be released for summer study without pay before the close of school in June or after the opening of school in the fall, if absolutely necessary.

b. Request shall be submitted on the designated form at least five (5) weeks prior to the date of absence. Teachers shall receive written approval from their principal/supervisor, and request should then be submitted to the Division of Human Resources.

## 11.7 Other Leaves

### 11.7.1 Legal Commitments and Transactions:

a. **Jury Service:** A teacher who is called to jury service shall be granted leave with pay while serving provided the teacher pays to the District any fees received minus travel allowance, for such jury service. Teachers may retain fees for jury service that occurs on holidays and non-duty days for teachers.

b. **Court Cases**: A teacher who is absent as a witness in any case in court, when duly subpoenaed, shall be entitled to one (1) day's pay while attending as a witness. In cases where the District is a party in litigation, the teacher shall be entitled to pay while attending as a witness at the request of the District.

c. **Defendant or Plaintiff in Court:**  When a teacher is absent because of serving as a defendant or a plaintiff in court, full deduction will be made for time away from duty. The teacher may elect to use the three (3) non-cumulative personal leave days deducted from sick leave if they have not previously been used.

d. I**ndictment:** Any employee of the District who is indicted shall be automatically suspended from service from the date of indictment. In case of acquittal, the employee shall be paid in full for the time lost by reason of such suspension.

11.7.2  **Military Leave:**

a. **Tenured Teachers:** Leaves of absence are granted for military purposes, but not to exceed the enlistment or draft period. Official military orders shall accompany request for leave forms submitted to the Division of Human Resources prior to the beginning of the military leave. Upon termination of military leaves teachers shall be entitled to be reinstated in a teaching position at the same salary that they would have received if they had not taken such a leave, upon the following conditions: that the position has not been abolished; that they are physically and mentally capable of performing the duties of the position; that they make written application for reinstatement to the Division of Human Resources within ninety (90) days after termination of military service; and that they submit an honorable discharge or honorable separation from the military service. Teachers returning from a military leave of one (1) year or less retain the right to return to their previous work location. If there is a staff reduction the canvassing process that includes the teacher on leave will be followed pursuant to the Transfer and Reassignment Process. Teachers returning from leaves of more than one (1) year have a right to return to a position in the District.

b. **Probationary Teachers:** Leaves of absence are granted for military purposes, but not to exceed the enlistment or draft period. Official military orders shall accompany request for leave forms submitted to the Division of Human Resources prior to the beginning of the military leave. Upon termination of a military leave, teachers who were granted military leave of absence while on probation shall be entitled to be reinstated in teaching positions at the same salary that they would have received if they had not taken such leave, upon the following conditions: that the position has not been abolished; that they are physically and mentally capable of performing the duties of the position; that they make written application for reinstatement to the Division of Human Resources within ninety (90) days after termination of military service and that they submit an honorable discharge or honorable separation from the military service. Teachers returning from a military leave of one (1) year or less retain the right to return to their previous work location. If there is a staff reduction, the canvassing process that includes the teacher on leave will be followed pursuant to the Transfer and Reassignment Process. Teachers returning from leaves of more than one (1) year have a right to return to a position in the District. For probationary teachers, a leave of absence for longer than three (3) months shall constitute a break in the probationary period, and the probationary period shall be extended by a period of time equal to the total number of duty days on leave beyond the first three (3) months. (Also see 11.4.2.)

c. **Reserve Annual Training:**  A leave of absence will be granted to reservists for training purposes not to exceed fifteen (15) days per calendar year. Teachers shall make application on the "Request for Leave" Form to the Division of Human Resources and shall enclose a copy of their military order. Leaves for training purposes are granted without loss of pay, but employees are encouraged to make arrangements to take these training periods during winter, spring, or summer recess.

d. **National Guard Active Duty:** A teacher who is involuntarily called to short term active duty (not to exceed twenty-nine (29) days) shall be granted leave with pay while serving provided the teacher pays to the District any fees received minus travel

allowance, for such National Guard service. Teachers may retain fees for National Guard service that occurs on holidays and non-duty days for teachers. A copy of the orders verifying that the employee was called to duty, not volunteering, for active duty must be submitted to the Division of Human Resources along with the "Request for Leave" form.

e. **Other Military Leave Compensation:**  State and Federal law provides additional salary and benefits considerations for certain military leaves.  Contact the Division of Human Resources for details.

f. **Family Military Leave:** Teachers who wish to spend time with their spouse or domestic partner before their spouse or domestic partner leaves for deployment/departure for military service overseas or while their spouse or domestic partner is on leave from deployment/service; may take up to fifteen (15) days of leave.  Teachers may use accrued personal leave days for a portion of the leave.  The remainder of the leave will be unpaid.  Teachers must submit a "Request for Leave" form to their principal/supervisor within five (5) working days of their spouse or domestic partner receiving official notice of impending call to active duty or notice of leave during deployment.

11.7.3  **Leave for Organizational Service or Public Service:**

a. **Organizational Leave – Union Business:**  Teachers who are elected officers or appointed representatives of the Union shall be granted leaves of absence without pay for the purpose of performing legitimate duties for the organization. Teachers granted leaves of absence for this purpose shall receive service credit toward step movement, longevity, and benefits on the same basis as if they had maintained active teaching status. The Union shall reimburse the district for the actual cost of all compensation and benefits provided.  They shall retain tenure status and any sick leave days accrued at the time of taking leave. They shall also be afforded the opportunity of maintaining insurance benefits in force (COBRA), by assuming responsibility for payment of the entire amount of any premium involved. Teachers on an organizational leave will receive full yearly increments.

b. **Teachers Elected to Public Office:** Any tenured teacher who is elected to public office may seek and shall be granted a leave of absence with the same provisions and conditions as described in 11.7.3.a above.  Long-term disability coverage as outlined in this Agreement shall be continued for teachers serving in the State Legislature while it is in session.

c. **Service on Public Commissions or Boards:**  The District may, at their discretion, grant permission for a teacher to be absent from duty, without loss of pay, to serve as an appointed or elected member on a public commission or board.

Requests for such leaves shall be submitted at least ten (10) duty days in advance of the date(s) of absence.

d. **Election Judges:**  Teachers serving as official election judges shall be granted leaves of absence with pay for one (1) primary election day and/or one (1) regular election day in any year in which such elections are held to serve in that capacity.

Working Conditions

## Article 12    Working Conditions

12.1 **Environmental Health and Safety**

12.1.1 **Commitment:**  The District is committed to providing a clean, healthy, and safe learning environment for all students and staff.

12.1.2 **Obligations and Commitments:**  Air quality, lighting, noise level, temperature, safety and security, and other environmental factors may greatly impact the performance of some students and staff in a school or other work location.  The District has statutory obligations to maintain a safe working environment.  Both the District and the Minneapolis Federation of Educators are committed to continuing to work together to assess and develop the quality of school and other work environments so that students and staff may achieve their best performance.  When determining school or classroom closures due to temperature extremes, the District will consider the temperature inside buildings and classrooms in addition to the weather outside.  The Minneapolis Federation of Educators and the District have obligations under the Americans with Disabilities Act (ADA) to consider accommodation requests from disabled employees and make reasonable accommodation according to the statute.

12.1.3 **Environmental and Personal Impact:**  Environmental issues are becoming an increasing concern for the health and safety of students and staff.  An environment as free as possible of fragrances such as strong cleaning agents, perfumes, cologne, or scented lotions would be appreciated by those affected.  While personal choice in the matter of scent is respected, the increasing number of students and staff who have an adverse reaction to these chemicals in their environment is growing.  Cleaning agents, perfumes, colognes, scented lotions, and hair sprays can cause symptoms including breathing problems, lethargy/depression, headaches, irritability, hyperactivity, muscle aches.  These reactions are not simply aversion or discomfort but are medical in nature and can cause loss of time at school or can even result in life-threatening situations.  Compliance is voluntary in this matter.

12.1.4 **Joint Committee**:

a. **Membership**:  The Minneapolis Federation of Educators and the District will establish a joint committee consisting of members of the Minneapolis Federation of Educators Environmental Health and Safety Committee and representatives from the District's Office of Environmental Health and Safety, Facilities, Office of Equality and Civil Rights, Operational and Security Services Department, Division of Human Resources, and other groups the committee deems appropriate.

b. **Meetings:**  The committee will meet a minimum of three times per year and thereafter as needed.  The committee will post the agenda and minutes of all meetings online.

c. **Purpose:**  The purpose of the committee shall be to cooperatively review statistics of reported complaints and corrective actions taken by the District and solves problems involving but not limited to:

| | |
|---|---|
| Accident and injury reduction | Lockout/tag out |
| Asbestos | Minnesota Right-to-Know |
| Blood borne pathogens | Playground safety |
| Chemical storage | Radon |
| Compressed gas | Respiratory protection |
| Emergency preparedness | Technology education (ergonomics) |
| Employee safety and security | Underground storage tanks |
| Forklift safety | Chemical hygiene |
| Hearing conservation | Chemical sensitivity/allergies |
| Indoor air quality | Pests such as cockroaches, ants, wasps, |
| Infectious disease | mice, and rats |
| Infectious waste | Noxious fumes |
| Lead in construction and water | Recurring mold |

d. **Resources:**  For more information, your MFE office has research and resources, or you can consult the Joint Labor Management Teachers Environmental Health and Safety Committee referred to in Section 12.1.4.a above.

12.1.5  **Notification Process for Major Work Site Construction:**  To ensure that anticipated major renovation and major repair work is being conducted safely and without significant disruption to education and the health and well-being of children and staff, representatives from Facilities and/or the project manager from the construction company shall inform staff through the site leadership team and building steward at least two weeks prior to the onset of the work.  Regular, timely, and relevant updates from construction meetings will be shared with all MFE site staff through written communication, and/or direct reports to all MFE site staff, especially when fumes or air particles are produced.

12.1.6  **Non-retaliation:**  No teacher shall be discharged or in any way discriminated against because such teacher has filed a complaint or followed any procedures pursuant to the Minnesota Right-to-Know statute or Section 12.1.7 of this article.

12.1.7  **Complaints Regarding Work Conditions:**  As environmental health, safety or ADA-related issues arise at the site, staff will use the following procedures to resolve the issue.  The goal of this process is to resolve issues related to health and safety.

Step 1:  Inform the principal and head engineer or senior custodian of concerns in writing.

Step 2:  If the matter is unresolved, the teacher and/or the principal are encouraged to submit a written report to the Office of Environmental Health and Safety and copy an MFE Business Agent at the same time.  If the unresolved issue is such that the teacher reasonably believes it presents an imminent danger of death or serious harm to the teacher, the teacher must immediately report the danger to the principal or designee and make arrangements to ensure the safety of any children in that teacher's care.  The teacher may leave the area of danger and/or the facility as needed.

Step 3:  Any issue that arises under this section that needs further resolution shall be referred to the Associate Superintendent for the school or site for problem-solving. The Associate Superintendent or site administration will acknowledge receipt of the issue in a timely manner and will provide ongoing timely communication on a resolution or problem-solving.

12.1.8  **Reporting a Work Injury/Illness:**

a. **Reporting an Injury/Illness:**  If a teacher receives an injury or illness that arises out of and in the course of employment, the Teacher must complete a First Report of Injury (FROI) form and submit it to the District's Risk Management office.  If the injury or illness prevents the Teacher from immediately filling out the form, it is the responsibility of the administrative team to complete and file the form once they have been notified of the injury or illness.

1. The First Report of Injury form is available at the school or site.  The form is also available for printing from the Risk Management Department's website.  Refer to the website for other important information concerning work injuries or illness.

b. **Events Requiring Reporting:**  A form must be filed for an injury or illness incurred at the work site or during a work-related activity, including but not limited to, physical accidents and assaults, exposure of infectious substances, and environmental factors.

c. **Loss of Work Time:**  If loss of work time is incurred because of a work-related illness or injury the teacher will notify the District's Risk Management office and procedures will be followed as per state law.

12.1.9  **Reporting a Disability or Request for Reasonable Accommodation:** Teachers who wish to report a disability or request accommodation should contact the ADA and Leave Coordinator.

12.2 **Professional Work Space.**

12.2.1 **Adequate Space:**  All professional employees of Minneapolis Public Schools, including district-wide professional staff such as audiologists, D/APE teachers, deaf/hard of hearing teachers, occupational therapists, physical therapists, Licensed School Nurses, school psychologists, school social workers, speech language clinicians, vision teachers, SERTs, and School Counselors, will have consistent, adequate space in order to fulfill their duties in an ethical, respectful, safe and confidential manner.

12.2.2 **Proper Conditions:**  The classrooms shall include proper conditions, appropriate lighting, ventilation, acoustical treatment, heating, adequate supplies, and storage of materials to ensure a barrier-free learning environment.

12.2.3 **Special Education Classrooms:**  Special education classrooms shall be comparable to general education classrooms and shall conform to the requirements of school building regulations prescribed by OSHA.  This provision includes facilities used to render services to students receiving related services as individuals or in small groups.

12.2.4 **Desks, Technology, and Lockable Storage:**  Professional employees shall be provided with their own desk and access to technology (computers, software, telephones, etc.) in order to fulfill their duties.  The location of aforementioned equipment and technology is subject to consultation among affected parties prior to movement.  Furthermore, in accordance with state and federal data privacy laws, professional staff will be afforded the ability to store confidential files in a locked and secure manner.  This may include a locking file cabinet or locking desk.

12.2.5 **Elementary Specialist Teacher's Facilities:** Whenever possible, within the existing physical setting, elementary specialist teachers shall be provided a separate room for their instructional program.  Where this is not possible such teachers shall be provided with their own desk, in at least a semiprivate area with working space where materials may be left.  In addition, such teachers shall have sufficient, secure space designed for the purpose of storing equipment and personal items.  In addition, such teachers shall have sufficient, secure space designed for the purpose of work preparation, and storage of course-related equipment and personal items.

## Article 13    Class Size and Caseload

13.1 **General Education Class Size Caps:**

13.1.1 **Resources:**  Effective with the start of the 2026-27 school year, and as outlined in this section, the District shall provide sufficient resources to maintain class sizes caps as listed below.

13.1.2 **Exclusions:**  The following content areas shall be excluded from these class size caps: Vocal Music and Instrumental Music at the high school level and Vocal Music and Instrumental Music at the middle school level only when agreed to by the impacted teacher.

13.1.3 **Class size caps** using enrollment data as of October 1 shall be:

| Grade Level | 70% FRL and above | Below 70% FRL |
|---|---|---|
| Pre-Kindergarten | 20 | 20 |
| Kindergarten | 20 | 24 |
| 1st Grade | 20 | 24 |

Class Size and Caseload

| | | |
|---|---|---|
| 2nd Grade | 24 | 26 |
| 3rd Grade | 24 | 27 |
| 4th Grade - 5th Grade | 24 | 29 |
| 6th Grade - 8th Grade | 33 | 36 |
| 9th Grade - 12th Grade | 37 | 38 |

a. **Exceeding the Cap – Secondary Level:** At the secondary level, no individual class period for an individual teacher shall exceed the cap by more than two (2), except when agreed to by the teacher.  The class size cap shall be deemed to apply to the average number of students in all periods in which an individual teacher teaches.

b. **Exception – Physical Space Capacity:** These class size caps shall not apply in any grade at a school where adding an additional classroom section is not possible due to physical space capacity issues.  In that situation, all other available remedies identified in this section may apply.  The intention of this language is to ensure that no student currently enrolled in an MPS school at the time of implementation of these class size caps is required to leave their current school due to physical space capacity in order to accommodate these class size caps.

13.1.4   **Class Size Committee:**

a. **Committee Composition:** A building-level class size committee shall be established and include the following representatives:  one building administrator, one (1) union steward, and two (2) members of the affected department or grade, if applicable, and may include other affected staff.  Voting members of the class size committee shall include the administrator, union steward, and members of the affected department or grade.

b. **Remedies for Exceeded Class Cap:** The building-level class size committee shall meet during the school year whenever class sizes exceed the contractual class size cap in an affected grade level or department.  The building-level class size committee shall decide the remedy/remedies for the affected classroom through a majority vote.

1) If the building-level class size committee decides that additional District resources beyond the building's available resources are needed, the building-level class size committee shall make the request/recommendation to the District Staff Adjustment Committee.

2) If the District Staff Adjustment Committee rejects the request/recommendation from the building-level class size committee, the District Staff Adjustment Committee shall propose and implement an alternative solution.

c. **Grievance Limitation:** If the District Staff Adjustment Committee implements the remedy proposed by the Building Class Size Committee, or any alternative remedy or relief decided by the District Staff Adjustment Committee in place of a building-level class size committee recommendation, any classes that exceed the contractual class size caps shall not be subject to the grievance procedure under this Agreement.

13.1.5   **Regular Reporting and Adjustments:** Accurate class size reports will be provided to the Staff Adjustment Committee based on enrollment per course or classroom.   The Staff Adjustment Committee will meet several times in the fall to make needed adjustments on class sizes and caseloads.   Thereafter, additional meetings will be scheduled quarterly or more often as needed.

13.1.6 **Vacant Positions:**  In the event caseload exceeds the established ratio or class size support is unmet due to the District's inability to fill a vacancy, such an occurrence shall not constitute a violation of this article and shall not be subject to the grievance procedure.

13.1.7 **Instructional Model Changes:**  The Parties agree to review and adjust caseload caps and/or staffing ratios should the District's Instructional Model changes, which remains within its managerial rights.

13.1.8 **Inapplicable Situations:**  The staffing ratios and staff supports provisions outlined in this agreement may cease to apply if the District is placed in statutory operating debt, as defined under Minnesota Statute § 123B.81

13.1.9 **District Rights:**  The District also retains all rights to create and modify budgets, allocate resources, project enrollment, place students, create or eliminate positions, and any other matters of inherent managerial right.

13.2 **Special Education Teacher Caseload Recommendations.**

13.2.1 **Special Education Teacher Caseload Recommendation:**

a. The District shall not exceed the established caseload limits for special education staff and related service providers (RSPs) as set forth below, unless otherwise explicitly framed as a recommendation.

**Audiologists:**  It is recommended that staffing caseloads of audiologists follow a ratio of no greater than 1:10,000 as a guideline at all general education settings across all grade levels.

**Developmental/Adapted Physical Education Teachers:**  It is recommended that staffing caseloads of D/APE teachers follow a ratio of 1:40.

**Deaf/Hard of Hearing Teachers:**  Staffing Caseload/Staffing of deaf/hard of hearing teachers shall follow a ratio of no greater than 1:20.

**Licensed School Nurses:**  It is recommended that Licensed School Nurses shall follow a ratio of no greater than 1:750 ratio for students in regular education, and 1:225 for students in special education.

**Music Therapists:**  It is recommended that staffing caseloads of music therapists in itinerant positions as IEP service providers shall follow a ratio of 1:30

**Occupational Therapists:**  Staffing caseloads of occupational therapists shall follow a ratio of no greater thatn 1:45 at elementary and 1:50at secondary.

**Physical Therapists:**  Staffing caseloads of physical therapists shall follow a ratio of no greater than 1:45 at elementary and 1:50 at secondary.

**School Psychologists:**  Staffing caseloads of school psychologists shall follow a ratio of no greater than 1:850 for all students.

**School Social Workers:**  Every school will have a minimum of 1.0 School Social Worker.  It is recommended that staffing caseloads of school social workers follow a ratio of 1:600 as a guideline at all general education settings across all grade levels. Caseloads for school social workers shall follow a ratio of 1:250 at the 10% of elementary and Pre-K-8 schools with the highest proportion of students who qualify for educational benefits.  If the District is unable to fill a social worker vacancy, it will not be considered a violation of this article and will not be subject to grievance.

**Speech Language Pathologists:**  Staffing caseloads of speech language pathologists shall follow a ratio of no greater than 1:40 at elementary and 1:45 at secondary.

**Vision Services Teachers:**  Staffing caseloads of vision services teachers shall follow a ratio of no greater than 1:22.

b. **Staffing caseloads for special education teachers shall be as follows:**

| Federal Setting | Caseload |
| --- | --- |
| ECSE 3-6 year olds - self-contained | 10-14 students case managed |
| ECSE 3-6 year olds, teachers providing supports in inclusive or natural settings | 12-16 students case managed |
| Federal Setting I & II Elementary | 20-21 students case managed |
| Federal Setting I & II Secondary | 20-22 students case managed |
| Federal Setting III - developmental cognitive disability severe-profound range/deaf-blind/autism spectrum disorders/severely multiply impaired | 6 students case managed |
| Federal Setting III - all other classrooms | 8-10 students (case managed and class size) |
| Federal Setting IV – EBD/ DHH/ASD self-contained | 6-8 students (case managed and class size) |

c. **Staffing support for special education teachers shall be as follows:**

| Federal Setting | Special Ed. Staffing* |
| --- | --- |
| ECSE 3-6 year olds - self-contained classroom | One (1) ECSE teacher<br>Two (2) Special Education Assistants (SEA)* |
| ECSE 3-6 year olds - teachers providing supports in inclusive or natural settings | Special education teams may include an ECSE teacher and/or related services staff.<br><br>SEA support shall be determined based on student IEP needs.* |
| Federal Setting I & II Elementary classrooms | One (1) Special Education Teacher<br><br>SEA support shall be determined based on student IEP needs.* |
| Federal Setting I & II Secondary classrooms | One (1) Special Education Teacher<br><br>SEA support shall be determined based on student IEP needs.* |

Class Size and Caseload

| Federal Setting III classrooms-developmental cognitive disability severe-profound range/deaf-blind/autism spectrum disorders/severely multiply impaired | One (1) Special Education Teacher<br>Two (2) Special Education Assistants (SEA)*<br><br>Additional SEA support shall be determined based on student IEP needs.* |
|---|---|
| Federal Setting III - all other classrooms | One (1) Special Education Teacher<br><br>Two (2) Special Education Assistants (SEA)*<br><br>Additional SEA support shall be determined based on student IEP needs.* |
| Federal Setting IV self-contained classroom– EBD/DHH/ASD | One (1) Special Education Teacher<br><br>Two (2) Special Education Assistants (SEA)*<br><br>Additional SEA support shall be determined based on    student IEP needs.* |

*The one-to-one (1:1) staff assigned through students' IEPs shall not be included in the classroom allocation of the one (1) Special Education Teacher and two (2) Special Education Assistants.

   d. **Inapplicable Situations:**  The staffing ratios and staff support provisions outlined in this agreement shall cease to apply if the District is placed in statutory operating debt, as defined under Minnesota Statute § 123B.81.

   e. **District Rights:**  The District retains all rights to create and modify budgets, allocate resources, project enrollment, place students, create or eliminate positions, and any other matters of inherent managerial policy.

13.2.2 **Licensed School Counselors Caseload Allocation**

Licensed School Counselors:  It is recommended that the District staff licensed school counselors at a 1:250 ratio for secondary counselors, and 1:400 for elementary counselors.

13.3 **Special Education Labor Management Committee:**

13.3.1 **Purpose:**  A joint committee shall meet on a monthly basis to develop and review policies and practices related to the delivery of student and Special Education services in the District and be proactive in resolving issues of concern to both parties.

13.3.2 **Membership:**  The committee shall consist of an equal number of members appointed by the President of the Federation of Educators, Local 59 and the Superintendent.

13.3.3 **Scope:**  Topics that the committee shall address include but are not limited to:

   a. Workloads
   b. Paperwork reduction, duplication, data collection and information management
   c. Support for IEP due process requirements
   d. Selection and use of funds for curriculum and materials
   e. Facilities and working conditions
   f. Professional development
   g. Support for schools to deliver focused interventions for students with special needs

h. Preparation time

i. Residency Program for Special Education

13.3.4 **Right to Introduce Issues:** Teachers shall have the right to initiate discussions or bring issues to this committee relative to any of these topics with the expectation that this committee will act as a non-partial mediating body to address concerns and resolve issues that are systemic in a timely manner.

## Article 14    Grievance Procedure

14.1 **Definitions:**

**Grievance:**  A dispute or disagreement as to the interpretation or the application of any term or terms of any contract required under Minnesota Statutes.

**Grievant:**  An individual teacher or the exclusive representative alleging a grievance.  Grievant shall also mean an individual teacher who has been discharged due to lack of pupils and discontinuance of position and who retains recall rights as provided in Article 16.10.7, Reinstatement; provided, however, that such teachers may grieve only alleged violation of Article 16.10.7, Reinstatement.

**Days:**  Calendar days excluding Saturday, Sunday and legal holidays as defined by Minnesota Statutes, or other recess periods during the grievant's work year.  If the exclusive representative is the grievant, work days shall mean calendar days excluding Saturday, Sunday, and legal holidays.

**Service:**  Personal service or by certified mail.

**Reduced to Writing:**  A concise statement outlining the nature of the grievance, the specific provision(s) of the contract dispute, and the relief requested.

**Answer:**  A concise response outlining the employer's position on the grievance.

**Exclusive Representative:**  A Business Agent or other staff or persons designated by the Executive Board of Local 59.

**Employer's Representative:**  The Associate Superintendent of the Division of Human Resources, or designee, or other person so designated by the Superintendent of Schools.

14.2 **Limitation and Waiver:** Grievances shall not be valid for consideration unless the grievance is supported and represented by the exclusive representative, and submitted in writing as outlined in this grievance procedure, setting forth the facts and the specific provision of the Agreement allegedly violated and the particular relief sought within twenty (20) days after the event giving rise to the grievance occurred.  Written notice by the employer or its designee to a teacher giving notice of prospective action shall constitute one such event giving rise to a grievance.  Failure to file any grievance within such period shall be deemed a waiver thereof.  Failure to appeal a grievance from one level to another within the time periods hereafter provided shall constitute a waiver of the grievance.

14.3 **Adjustment of Grievance:** The employer and the grievant shall attempt to adjust all grievances that may arise during the course of employment of any teacher within the school district in the following manner:

14.3.1 **Level I: Principal or Immediate Supervisor Level**

a. **Informal Discussion of Grievance**:  A grievant with an alleged grievance will first discuss it with the Principal or immediate supervisor with the object of resolving the matter informally.

b. **Filing the Grievance With Principal or Immediate Supervisor:**  If the grievant is not satisfied with the disposition of the grievance at Level I (a) the grievant may file the grievance in writing with the grievant's Principal or immediate supervisor on a form prepared for this purpose within twenty (20) days after the event giving rise to the alleged grievance occurred.

c. **Decision of Principal or Immediate Supervisor:**  Within eight (8) days after written presentation of the grievance to the Principal or immediate supervisor, said Principal or immediate supervisor shall make a decision and send the same in writing to the grievant submitting the grievance and to the exclusive representative.  A copy of the decision shall be forwarded to the Contract Administrator.

d. **Bypass:**  If the event giving rise to the grievance was not caused by the Principal or immediate supervisor, or if the Principal or immediate supervisor lack authority to grant the relief requested, the grievant may bypass Level I of this procedure and file her/his written grievance at Level II; provided, exercise of this bypass of Level I shall not extend the requirement that written grievances be filed within twenty (20) days of the date of the event giving rise to the alleged grievance.

14.3.2  **Level II: Employer Representative Level (Designated by Director of Employee Relations)**

a. **Filing of Grievance With Employer's Representative:**  If the grievant is not satisfied with the disposition of the grievance at Level I, within five (5) days of the date the decision should have been made or if no decision has been rendered within fifteen (15) days after written presentation of the grievance at Level I, the grievant or the exclusive representative may file the grievance with the employer's representative.

b. **Level II Meeting:**  Within ten (10) days after written presentation of the grievance to the employer's representative, the employer's representative shall meet with the grievant and the exclusive representative.  Representatives from the Division of Human Resources, Payroll Department, appropriate superintendent and any other person having knowledge of facts relevant to the grievance shall also be included in the meeting, the purpose of which is to gather all facts required to afford the parties as full and complete a review of the grievance as is possible.

c. **Decision of the Employer's Representative:**  Within ten (10) days following the Level II meeting, the employer's representative shall make a decision as approved by appropriate superintendent and send the same in writing to the exclusive representative. A copy of the decision shall be forwarded to the Contract Administrator.

14.3.3  **Level III: Mediation**

a. If the grievant is not satisfied with the disposition of the grievance at Level II, within ten (10) days of the date the decision has been made, or if no decision has been rendered within twenty (20) days after the Level II meeting, or if no meeting has been held within twenty (20) days after presenting the grievance to the employer's representative, mediation shall be requested by the grievant by petitioning the Minnesota Bureau of Mediation Services.  Mediation shall be requested for grievances other than those arising from discharge and demotion.

b. If the grievance is settled as a result of mediation efforts, the settlement shall be reduced to writing and signed by the grievant, the Union representative, and the Employer's representative at the conclusion of the meeting.

14.3.4  **Level IV: Arbitration Level**

a. **Written Notice:**  Within ten (10) days of the date of the mediation meeting if the grievance is not resolved during mediation arbitration may be requested by serving the District with a written notice of the intent to proceed with arbitration.

b. **Selection of Arbitrator:**  The employer and the grievant shall endeavor to select a mutually acceptable arbitrator to hear and decide the grievance.  If the employer and the grievant are unable to agree on an arbitrator, they may request from the Director of the Bureau of Mediation Services, State of Minnesota, a list of seven (7) names.  The list maintained by the Director of the Bureau of Mediation Services shall be made up of qualified arbitrators who have submitted an application to the Bureau.  The parties shall

alternately strike names from the list of five (5) arbitrators until only one (1) name remains.  The remaining arbitrator shall hear and decide the grievance.  If the parties are unable to agree on who shall strike the first name, the question shall be decided by a flip of the coin.  Each party shall be responsible for equally compensating arbitrators for their fees and necessary expenses.

c. **Modification of the Agreement:**  The arbitrator shall not have the power to add to, subtract from, or to modify in any way the terms of the existing contract.

d. **Final and Binding Decision:**  The decision of the arbitrator shall be final and binding on all parties to the dispute unless the decision violates any provision of the laws of Minnesota or rules or regulations promulgated there under, or municipal charters or ordinances or resolutions enacted pursuant thereof, or which causes a penalty to be incurred there under.  The decision shall be issued to the parties by the arbitrator, and a copy shall be filed with the Bureau of Mediation Services, State of Minnesota.

e. **Hours and Wages:**  Processing of all grievances shall be during the normal workday whenever possible, and employees shall not lose wages due to their necessary participation.  For purposes of this paragraph, employees entitled to wages during their necessary participation in a grievance proceeding are as follows: 1) the number of employees equal to the number of persons participating in the grievance proceeding on behalf of the public employer; or 2) if the number of persons participating on behalf of the public employer is fewer than three, three employees may still participate in the proceedings without loss of wages.

## 14.4 **Section D.  General:**

14.4.1 **Severability:** The provisions of this grievance procedure shall be severable and if any provision or paragraph thereof or application of any such provision or paragraph under any circumstance is held invalid, it shall not affect any other provision or paragraph of this grievance procedure or the application of any provision or paragraph thereof under different circumstances.

14.4.2 **Reprisals:** No reprisals of any kind will be taken by the Board of Education or by any member of the administration against any grievant, exclusive representative, or any other participants in the grievance procedure by reason of such participation.

14.4.3 **Teacher Rights:** Nothing herein shall be construed to limit, impair or affect the rights of any teacher, or group of teachers, as provided in state statutes.

14.4.4 **Time Limits:** The parties by mutual agreement, may waive any step and extend any time limits in the grievance procedure.  However, failure to adhere to the time limits will result in a forfeit of the grievance or, in the case of the employer, any such failure to respond at each level of the grievance procedure within the prescribed time limits may be an appropriate issue for arbitrators to consider in making their awards.

14.4.5 **Saving Clause:** Any grievance to which the Union is not a party shall not be regarded as precedent for any future grievance.

## Article 15    Job Share Procedures

15.1 **Definition**: A shared position is a full-time position belonging to one member of the collective bargaining unit, currently on staff, who chooses to share the position with another member of the collective bargaining unit, currently employed by the District or on leave.

15.2 **Application Process**: Initial and annual renewal applications must be made in writing to the principal or supervisor AND Human Resources by February 1.

15.2.1 Teachers who wish to share a position at the site where both are assigned may do so with the written approval of the principal or supervisor in consultation with and the approval of the Division of Human Resources.  The Division of Human Resources must be notified of the job share arrangement no later than March 1.

15.2.2 Teachers who wish to share the position held by either of the applicants may do so with the written approval of the principal or supervisor.  The Division of Human Resources must be notified of the final arrangement on the appropriate, signed form no later than March 1.

15.2.3 Teachers who wish to share a position other than described in 1 or 2 above must file for a transfer.

**Application Process and Deadline:**  All teachers described in 1, 2 and 3 above must provide the principal or supervisor AND Human Resources with a letter of intent and a job share application by February 1.  Every effort must be made by applicants to personally meet with the principal or program administrator to discuss the job share position before the end of the school year.

15.3 **Job Share Conditions**:

15.3.1 **Teachers on leave**, with the approval of the principal or supervisor and the Division of Human Resources, have the right to share a position under the terms of this procedure.

15.3.2 **FTE Requirement for Benefits:**  A job share partner's position during the job share must be .5 FTE or more in order to be eligible for benefits.

15.3.3 **Discontinuance/Dissolution of Job Share:**

a. **Initiator:** Job share arrangements may be discontinued either by a principal or supervisor or by the teachers involved.

b. **Ownership of original job:**

1. **Partner from Different Site:**  When a job share is dissolved in a situation where one job share partner is coming from a different site, the job share partner originally at the site owns the job and the other job share partner will be excessed.

2. **Partners from Same Site and Department:** When a job share is dissolved in a situation where both job share partners are from the same site and department/licensure area, the more senior partner owns the position.

3. **Partners from Same Site but Different Departments:**  When a job share is dissolved in a situation where one job share partner is coming from a different department at the same site, at the end of the year the person who was originally in the department owns the position.  The other job share partner retains a right to a position at the site based on seniority if that partner had such a right prior to the job share.  At the end of two or more years the more senior person in the department owns the position.

c. **Application for New Position:**  Teachers who discontinue a job-shared position may reapply to job share or may secure a position through the transfer assignment process pursuant to Article 16, Transfer, Reassignment, and Recall.

d. **Transfer Process:**  Teachers vacating shared positions may participate in the transfer process and seek a full 1.0 assignment.

e. **Staff Reduction:**  If the dissolution of a job share results in the need for a staff reduction, Article 16, Transfer, Reassignment, and Recall.

Job Share Procedures

15.3.4 **Leave from position:**  Teachers who job share may take a leave for the unassigned portion of their position.

15.3.5 **Statutorial Reference:**  It is understood that job-share positions are covered by MN Statute §122A.41.

15.4 **Tenured Teacher Job Share Positions**:

15.4.1 **Application and conditions:**  Tenured teachers may apply for job share positions in accordance with the following conditions:

   a. **Open Houses:**  Both teachers agree to attend open houses; and,

   b. **End-of-Year Reports:**  Both teachers agree to cooperatively prepare end of the year summaries and reports; and,

   c. **Required Attendance:**  One of the teachers will always be in attendance at required workshops, conferences, in-services, and/or staff meetings; and,

   d. **Short-Term Absences:**  Whenever possible, a short-term absence of one (1) to three (3) days of one of the job-share partners will be covered by the other job-share partner without additional salary compensation.  The balancing of time between the two partners will be resolved at the site through mutual agreement by both job-share partners and the principal.

15.5 **Probationary Teacher/Tenured Teacher Job Share Positions**:

15.5.1 **Application and conditions:**  Probationary teachers may apply for job share positions in accordance with the following conditions:

   a. **PDP Requirement:**  A probationary teacher may job share with a tenured teacher, provided both employees are on a PDP;

   b. **Open Houses:**  Both teachers agree to attend open houses; and,

   c. **End-of-Year Reports:**  Both teachers agree to cooperatively prepare end of the year summaries and reports; and,

   d. **Required Attendance:**  One of the teachers will always be in attendance at required workshops, conferences, in-services, and/or staff meetings; and,

   e. **Short-Term Absences:**  Whenever possible, a short-term absence of one (1) to three (3) days of one of the job-share partners will be covered by the other job-share partner without additional salary compensation.  The balancing of time between the two partners will be resolved at the site through mutual agreement by both job-share partners and the principal.

15.6 **Probationary Teacher Induction Job Share Positions**:

15.6.1 **Application and conditions** Probationary teachers may apply for job share positions in accordance with the following conditions:

   a. **Required Attendance:**  Both job share partners agree to attend all staff meetings and professional development activities of the school/program and the District; and

   b. **Probationary Teacher on MPS Induction.**  A probationary teacher who is on MPS Induction may job share with a tenured teacher who has 25 or more years of service in the district; and

   c. **Tenured Teacher Partner:**

   1. **Mentoring Responsibilities:**  The tenured job share partner agrees to be a mentor and a member of the probationary teacher's MPS Induction Team along with the probationary teacher's mentor; and

   2. **Training Through PAR Program:**  The tenured job-share partner with a minimum of twenty-five (25) years of service in the District, will be trained through the PAR program; and

3. **TRA Payments & Service Credit:**  The District will pay into the retirement fund of the teacher with twenty-five (25) or more years of service at the teacher's full-time service rate to allow the teacher to earn full-time service credit with the TRA; and

4. **PAR Program Credit:**  The tenured job-share partner with twenty-five (25) or more years of service will receive a one-half (.5) professional account under the PAR program; and

5. **PAR Program Mentor Credit:**  The tenured job-share (mentor) partner shall receive a one-half (½) professional account under the PAR mentor program; and

d. **Short-Term Absences:**  Whenever possible, a short-term absence of one (1) to three (3) days of one of the job-share partners will be covered by the other job-share partner without additional salary compensation.  The balancing of time between the two partners will be resolved at the site through mutual agreement by both job-share partners and the principal; and

e. **Limited Positions:**  During the school year, there will be no more than ten (10) job-share positions under this provision; and

f. **Selection Process:**  If more than ten (10) applications for job-share positions under this provision are received by the deadline of March 1 by the Division of Human Resources, a selection process will be developed by the department to determine which ten (10) job-share positions will be approved.

15.6.2 **Shared Support:**  The District and the Union agree to promote, publicize, support, and evaluate the effectiveness of Probationary/Mentor Teacher Job Share Partnerships.

15.7 **Teachers on leave:**  Teachers on leave with the approval of the principal or program supervisor, have the right to share a position under the terms of this procedure.

15.8 **Definition of Position:**  Management reserves the right to define a position.

15.9 **Denial and Appeal:**  When job share applicants are denied this right, they must be informed of the reason in writing within five duty days of the March 1 deadline.  The applicants may not grieve the denial but may appeal the denial to the Superintendent or designee.  The appeal must be made within five duty days of the receipt of the written denial from the principal or program supervisor.

### This article shall not be subject to the grievance procedure.

## Article 16    Transfer, Reassignment, and Recall

16.1 *Preamble:*

16.1.1  **Objective:**  The Transfer and Reassignment procedure is designed to facilitate the best match possible of teachers and sites or programs seeking teachers.  The parties to this agreement wish to promote or enhance the effectiveness of sites, programs and professional educators by providing a venue and process to facilitate teacher placement.

16.1.2  **Anticipated Outcomes:**  The District and the Union desire hiring, transfer, and reassignment procedures that:

a. promote mutual consent and facilitate the best match possible of teachers and sites or programs;

b. promote stability of staff at all sites;

c. facilitates and strengthens the system to support quality instruction, student learning, and school success;

d. value the experience, knowledge, skills, abilities and interests of teachers

e. continue to value the seniority status of teachers;

f. provide schools with diverse teaching staffs;

g. provide support for teachers at all school sites;

h. enable the District to hire the best qualified teachers to fill all vacancies

i. Policy Language:  The purpose of the language referencing this Article (16.1.2.i) is to remedy the continuing effects of past discrimination by the District.  Past discrimination by the District disproportionately impacted the hiring of underrepresented teachers in the District, as compared to the relevant labor market and the community, and resulted in a lack of diversity of teachers.  Language which refers to this Article will no longer be in effect once the teachers in the District reflect the diversity of the labor market and the community served by the District.

16.2  **A summary of the key provisions of the Transfer and Reassignment Procedure:**

16.2.1  **Leave of Absence – Right to Return:**  Teachers on leaves of absence for less than one year have the right to return to a position at their sites, (unless the teacher has waived his/her right to return to the position), but not necessarily to the same position.  Also see leaves of absence provisions as outlined in Article 11, Leaves of Absence.

16.2.2  **No Limitation:**  Teachers requesting a transfer and teachers who are excessed and unassigned are not limited to the number of sites with which they may interview.

16.2.3  **Online Posting System:**  All teachers who are interested in being considered for posted positions will log into the online posting system and apply for those positions at specific locations.

16.2.4  **Valid License Required:** Licensed staff must hold the appropriate valid license through the school year for which they are applying in order to be considered for positions.

16.2.5  **Excessed Teachers:**

a. **Definition:** Excessed status exists when there is a reduction in staffing at a school or site or when a teacher returns from a leave of absence of one (1) year or more; or when a teacher waives their right to return to a site prior to going on a leave of one (1) year.  Because school programs are unique, it is important that teachers make informed decisions regarding their teaching assignments.  To assure that excessed teachers apply for positions that fit their interests, experience, training, and skills, they shall participate in the interview process.  This process of excessing is a separate process from layoff.

b. **Staff Reductions:**  When staff reductions occur at the building, all teachers shall be canvassed in seniority order within their specific licensure area/department to determine which teachers shall be excessed.  The least senior teacher in the specific licensure areas/departments shall be excessed from the site/building if one or more senior teacher(s) decline the option of volunteering to be excessed.  Teachers who are excessed from a school or site due to a reduction in staffing shall participate in the interview process.

Starting with the Spring 2021 Budget Tie-Out Cycle, the District reserves the discretion for excessing at the site within the group of probationary teachers in the license area outside of seniority order (See Article 16.9.2.d)

Starting with the Spring 2023 Budget Tie-Out Cycle, if excessing a teacher who is a member of a population underrepresented among licensed teachers in the site, the District shall excess the  next least senior teacher, who is not  a member of an underrepresented population, for the reasons provided in Article 16.1.2.i.

c. **Participation in Transfer Process Requirement:**  All excessed teachers shall participate in the transfer process if there are positions posted for which they are appropriately licensed and qualified.

d. **Interview Requirement:**  Excessed teachers who are in the top four (4) senior applicants or who are selected for an interview must participate in the interview process.

e. **Unable to Secure a Position:**  Excessed teachers who are unable to secure a position through the transfer process or did not participate in the transfer process must participate in a matching session which includes an interview.

f. **Right to Return:**  Teachers who are excessed at budget tie-out have the right to return to a position at their site in the area in which they were excessed if a position reopens after the budget tie-out process.

   1) **Licensure:** Teachers must have the required license for the position that reopens.

   2) **Time Limit:**  This right shall extend through the end of July immediately following the most recent school year.

16.2.6 **Interviews – Candidate Pool:**

a. **Candidate Pool:**  The interview pool for each position will include the top four (4) senior applicants and four (4) other applicants to be selected by the site interview team.

b. **Confirmation or Declination Required:**  Once selected for an interview, teachers need to confirm or decline their intent to participate in the interview process.

c. **Decision-Making Process:**  Once all of the interviews are conducted, the team will review the results of the interviews, the administrator will conduct reference checks and through a consensus process, the interview team will identify acceptable candidates for the position and may rank their top acceptable candidates in order of priority.  If the team is unable to reach consensus, the principal will make the final decision.  If the principal is not available for the entire interview process, he/she will delegate their decision-making authority to the team.

d. Administrative Team Notification:  Any changes to administrative assignments will be communicated to District employees in advance of the first round of Interview and Select, if available.

16.2.7   Teachers will be able to make up to two (2) moves during the transfer process.

16.2.8 **Teachers on PSP – Voluntary Excessing:**  Teachers on PSP may request to voluntarily excess themselves if there is a staff reduction.  Requests shall be forwarded to contract administration for case by case determination.

16.2.9 **No Realignment:**  Teachers will not be realigned as a result of reduction in force.

16.2.10 **Transfer to other Licensure areas/Departments:** Excessed teachers and returnees from leaves of one (1) year or more may also transfer to vacancies in other specific licensure areas/department provided they are appropriately licensed.

16.2.11 **Newly Hired – Unassigned Status:** A teacher newly hired to the district without an identified position is given unassigned status. With unassigned status, a teacher shall participate in the interview process.

16.2.12 **Participation in I&S Sessions:** Teachers who choose not to participate in one I&S session may still participate in subsequent I&S sessions. Each I&S session is considered to be a separate session.

16.2.13 **Matching Session:** Vacancies matching the licensure areas for excessed teachers that are remaining unfilled or newly vacated from the transfer process shall be available at the matching session.

16.2.14 **Permanent Filling of Positions:** All vacancies filled from the start of the transfer process through the end of second semester shall be considered permanently filled.

16.2.15 *[Note: Please see MOA Task Force Revisions to Articles 2 and 16, "3.a.4 Positions filled after second semester shall be considered permanently filled."]*

16.2.16 **Seniority for Reassignment:** Only seniority earned within the teacher bargaining unit shall apply for the purpose of reassignment and transfer.

16.2.17 **Disputes and Grievances:** Any dispute shall be first submitted to mediation before arbitration is requested, pursuant to Article 16, Transfer, Reassignment, & Recall. Any grievance submitted to arbitration, if sustained, shall be prospective in application only for the school year subsequent to the school year following the transfer session.

16.3 **Internal/Within Building Reassignment, Mediation:**

16.3.1 **Reassignment by Administrator:** Teachers can be reassigned by the site administrator within the building. Such assignment shall be made in accordance with categorical and general staff allocations, policies, rules and administrative regulations of the school district and any collective bargaining agreements which the School Board has entered into. Staff assignments are subject to the approval of the appropriate superintendent.

16.3.2 **Timing of Reassignments:** In order to support the teacher's need to plan for the upcoming year, prior to any internal reassignment of teachers to a different grade level, position, or licensure area, it is recommended that reassignments occur prior to or concurrent with the regular I&S cycle wherever possible. It is further recommended that reassignments occur as early as possible to allow for adjustments to planning and/or teacher training prior to the start of the following school year.

16.3.3 **Professional Conversation:** Prior to any internal reassignment of teachers, including teachers who have just transferred into the site, the teacher and the site administrator shall seek mutual understanding and agreement by having a professional conversation regarding the teacher's assignment within the site. This conversation will be documented by both parties.

   a. **Request for Reassignment Reasons:** Upon written request of the teacher, the site administrator shall provide written notification of educational reasons for the teacher's internal reassignment within three (3) duty days of receiving the request from the teacher.

16.3.4 **Appeal Procedures**

   a. **Appeal and Internal Mediation:** If the teacher feels that the site administrator's decision does not support the best interests of students, the teacher shall have the right to appeal the reassignment through an in-district mediation process conducted or arranged by the Minneapolis Federation of Educators and the Principals' Forum. Teachers wishing to request mediation will notify the administrator and MFE within three (3) duty days of receiving the educational reasons in writing from the administrator.

b. **Appeal to Associate Superintendent:**  If an understanding or agreement is not reached through the internal mediation process as described above, the teacher shall have three (3) duty days to appeal the issue in writing to the appropriate Associate Superintendent.

c. **Decision of the Associate Superintendent:**  The Associate Superintendent will render a decision in writing within three (3) duty days of receiving the teacher's appeal.

d. **Current Assignment Pending Decision:**  The teacher's current assignment will be held (i.e., not filled) until the teacher receives the determination in writing from the Associate Superintendent.

16.4 **General Rules for the Transfer Process**

16.4.1 **Vacancies from Budget Tie-Out:**  All vacancies generated through the budget tie out process will be posted in the spring.  This includes newly created positions and vacancies generated as a result of retirements, resignations or reassignments.  Interested teachers holding the required license and certification shall sign up and may be selected for an interview for a position.

16.4.2 **Vacancies Resulting from Separations:**  A vacancy created as a result of retirement, resignation or reassignment shall not be filled until it has been vacated.

16.4.3 **Retention of Position, Unlimited Signup:**  Teachers choosing to participate in the transfer process shall retain their position until they claim a different position.  Interviewing shall not constitute claiming a position.  Teachers may sign up for and interview for an unlimited number positions for which they are licensed.

16.4.4 **Leave of Absence - Right to Return:**  Teachers on leaves of absence for a period of less than one (1) year have the right to return to a position at their school or site, not necessarily to the same position.  Leaves of absence provisions as outlined in Article 11, Leaves of Absence.

16.4.5 **Site Canvassing:**  Teachers at the site are canvassed for interest in reassignment to any vacancy at the site; principal may select a site teacher.

16.4.6 **Permanent Filling of Positions:**  All vacancies filled from the start of the transfer process through the end of second semester shall be considered permanently filled.

*[Please see MOA Task Force Revisions to Articles 2 and 16, "3.a.4 Positions filled after second semester shall be considered permanently filled."]*

16.4.7 **Valid License Required:** Teachers must hold the proper license(s) listed for the position in order to be eligible to apply for that position. Once the I&S process begins, all licensed staff seeking a new position must go online and apply for specific positions at designated sites. Licensed staff must hold the appropriate valid license through the school year for which they are applying in order to be considered for positions.  Teachers shall submit a resume using the standard resume format when applying for positions.

16.4.8 **Interview and Select Rounds:**  Transfers shall take place over two (2) I&S transfer rounds.

16.4.9 **Scheduling:**  The schedule for postings, interviews and transfers to occur will be reviewed at contract administration.

16.4.10 **Notification of Openings:**  All licensed staff will be notified of the opening of each transfer round via email.

16.4.11 **Number of Positions & Moves Allowed:**  Teachers may seek an interview for any number of positions each round and participate in all rounds and may move twice if desired.

16.4.12 **Posting Requirements:**  District-wide postings include a specific job description including grade level for potential applicants to access.

16.4.13 **Online Posting System:**  Candidates shall go online to upload their resume and sign up for interviews for positions by the designated time for an online interview.

16.4.14 **Seniority:**  Candidates will be able to view their seniority order ranking online in the I&S system within the applicant pool for any posting.

16.4.15 **Scheduling of Interviews:**  A defined interview period will be designated for each I&S cycle. Interviews will be scheduled online to minimize disruption to schedules outside of the school day and to protect employee privacy.

16.4.16 **Teachers on PSP – Voluntary Excessing:**  Teachers on PSP may request to voluntarily excess themselves if there is a staff reduction. Requests shall be forwarded to contract administration for case by case determination.

16.4.17 **Round One Offers:**  All I&S round one and two offers will be held until a designated time. On that date, offers will be emailed from the posting system informing the number one (1) candidate of the job offer.

16.4.18 **Excessed Teachers:**  All excessed teachers shall participate in the transfer process if there are positions posted for which they are appropriately licensed and qualified.

16.4.19 **Interviews:**

a. **Site Interview Team Pool:**  The principal and union steward will work together to solicit staff volunteers to establish a site interview pool.  All new staff and administrators who are part of the interview pool shall participate in the required Division of Human Resources training session. Updated interview policies/information will be available online to staff who have previously been trained to conduct interviews.  It is strongly encouraged that at least one member of the interview team is a staff from the licensure/subject area in which the vacancy is being filled.  Each site interview team shall include at least one administrator and two teachers from the interview pool and will be selected by the principal.  The interview questions and rubric shall align with the job posting.

b. **Interview Pool Makeup:**  interview pool for each position will include the top four (4) senior applicants and four (4) other applicants to be selected by the site interview team, based on the alignment of the candidates' experience and credentials with the requirements of the position.

c. **Confirmation or Declination Required:**  When teachers are invited to interview for a position, they must confirm or decline their intent to participate in the interview process. No response within the specified time in the posting will be considered a decline.

d. **Interview Questions and Assessment Rubric:**  Interview teams will develop questions that are aligned with the job posting and shall use a standard rubric to assess all candidates.  The team will complete a written form for each candidate interviewed, summarizing their strengths and areas of growth.

e. **Criteria for Interview Selection:**  In order to interview for vacancies, teachers shall:
   1. be under contract for the following school year;
   2. be cleared to return from medical leave and other leaves prior to the notification deadline date as indicated in Article 11, Leaves of Absence;
   3. have the requisite license(s) or appropriate documentation in lieu of the license indicating the acquisition of the license(s) that are current and valid as of July 1 for the upcoming school year.  Copies of said license(s) or appropriate documentation shall be on file in the Division of Human Resources prior to the I&S sessions. Licenses that lapse as of the July 1 date shall not be valid.

      Teachers who are in the process of completing a course of study that will lead to an additional license before the start of the school year shall have evidence on file in the Division of Human Resources in the additional area if they intend to use the license during the interview process.  Approval to use this additional license during the transfer process is at the discretion of the Division of Human Resources.

f. **Professional Treatment:**  Teachers interviewing for available positions in the district shall be treated in a professional and respectful manner. If teachers feel that this has

not occurred, they should confer with their union representative who will contact the Division of Human Resources to determine if an intervention is indicated.

16.4.20 **Sharing of Information:**  It is extremely valuable for teachers and schools to receive and share critical information about the other in order to facilitate the best match of teachers with programs.  Each teacher and school may find it beneficial to develop and share a portfolio of unique characteristics and qualities.  This information can be shared before and throughout the teacher placement process.  The school information should be available and distributed prior to and at the interview sessions.

a. A professional portfolio for teachers might include:
   a) a copy of the most recent PDP;
   b) a copy of current teaching license(s) or application for licensure;
   c) a resume showing professional work history;
   d) a statement of professional philosophy;
   e) letters of reference and recommendations from peers and supervisors specifically focusing on past professional duties and skills;
   f) student and parent letters and other feedback information;
   g) examples of student work when available;
   h) action research projects;
   i) learning models trained or proficient in;
   j) individually developed materials that reflect the teacher's strengths and qualities.

b. The school or program profile may include:
   a) roles and job descriptions for the vacancies at the school;
   b) philosophy of the program;
   c) content and expectations for the interviews;
   d) curriculum used in the program;
   e) language proficiency;
   f) training emphasis of the program;
   g) learning models;
   h) short and long-range goals for the school (School Improvement Plan);
   i) other documentation showing the site's philosophy and climate, e.g., SIR, QPI, site behavior plan, etc.;
   j) names and phone numbers of volunteer contact people at the school who agree to be available over the summer to interested teachers for information about the school/program.

16.4.21 **Site Tour:**  All teachers are strongly urged to tour the site and to investigate the program before accepting a position.

16.4.22 **Decision-Making Process:**  Once all of the interviews are conducted, the team will review the results of the interviews.  Through a consensus process, the interview team will identify acceptable candidates for the position and may rank its top acceptable candidates in order of priority.  If the team is unable to reach consensus, the principal will make the final decision.  If the principal is not available for the entire interview process, he/she will delegate their decision making authority to the team.

16.4.23 **Job Offer:**

a. **Human Resources:**  Candidates shall not be informed by the interview team that they have been selected for the position.  Only HR can make a job offer.  Teachers will be notified by HR and/or the posting system if they are selected for a position.

b. **Notification:**  Teachers will receive an email notification from the posting system informing them of the job offer.  Teachers will have forty-eight (48) hours to accept or decline the job offer.  Teachers shall go online to the posting system and accept or decline the position.

Transfer, Reassignment, and Recall

16.4.24 **Reduction in FTE:**  Teachers accepting positions less than their current FTE during the transfer process are subject to the following provisions:

    a. Licensed staff seeking a transfer may choose to accept a new position of less than their current FTE, but should be aware that this is considered a voluntary demotion and the district is not obligated to find them more time to bring them back to their current FTE;

    b. Licensed staff can continue to seek other positions to add to their current FTE;

    c. If a licensed staff is partially excessed from their position and has lost some of their FTE at their current site, they may:

        1. Keep their position at the reduced time and seek to add other position(s) to increase their time, or

        2. Apply for a different job that brings them back to their previous FTE to replace the reduced one.

    d. Excessed licensed staff may select a reduced position without voluntarily demoting and continue to add to their assignment in order to make their assignment whole.

    e. If partially excessed staff have not secured their full FTE through the two I&S sessions, they can choose to either keep their partial assignment as a demotion or participate in the matching session.

16.4.25 **Filling Remaining Vacancies:**  All vacancies that were posted and remain vacant after the I&S, matching session, and placement process shall be filled permanently from the District Candidate Pool.  In license areas that have no excessed teachers, vacancies may be filled by external candidates after the last round of I&S prior to matching.  The District will notify MFE of license areas involved each year after the last round of I&S.

16.4.26 **Definitions:**  For the purposes of this article,

    a. **Site:**  Sites are considered schools.

    b. **Excessed:**  A teacher is excessed when there is a reduction in staffing at a school or site, when a teacher returns from a leave of absence of one (1) year or more, unless the position was held at the time of the granting of the one year personal leave.

    c. **Unassigned:**  A teacher is unassigned when he or she is newly hired to the district without an identified position.

16.4.27 **New Program/New Site Status:**  For the purposes of this article, a program shall be defined as an educational plan designed to meet specific needs of students. Its format is definably different in instructional methods and/or curriculum design, and requires specific skills and/or expectations on the part of the teacher.  A program may exist within a school, school-wide or district-wide.

    a. A program shall have **New Program** status for two years in existence in the district.  It is not an adoption by an existing school of a program, or an addition of grades to an existing school.

    b. A **New Site** will be defined as a wholly new school that will require a new staff and that is not the reconstitution of any other school or parts of schools.

    c. Determination and extension of New Program and New Site status shall be by agreement of the Labor/Management Placement Committee (The District, Teachers' Union and Principals' Forum).

    d. **New Program** and **New Site** status shall be executed prior to and/or concurrent with the regular I&S sessions.  Positions unfilled following the final I&S session shall be filled by unassigned, excessed, or newly hired teachers.

    e. **New Program** status shall require teacher commitment to stay with the program for a period of three (3) years.  Exceptions may be made by the mutual consent of the teacher and site administrator or through the administrative transfer process.  Any teacher who transfers into the program within the first two years of that program will be required to sign a three (3) year commitment form.

16.4.28 **Change of School Building Assignment:** Any teacher required to transfer to a different school building during a school year shall be eligible for one (1) duty day without students to effect such transfer.  When an entire building is moved to a new facility during a school year, additional days shall be provided as needed and approved by the Superintendent or designee.

16.5 **Placement Rules for Excessed Teachers**

16.5.1 **Participation in Transfer Process:**  Teachers excessed or returning from leaves of absence of one (1) year or more shall participate in the transfer process if there are positions posted for which they are appropriately licensed and qualified.

16.5.2 **Matching Session:**  Excessed teachers who are unable to secure a position through the transfer process or did not participate in the transfer process must participate in a matching session.  Teachers will only be able to interview for positions in the specific licensure area/department in which they taught the previous year at the matching session.

16.5.3 **Placement of Unplaced Teachers:**  Teachers unable to secure a position during matching session(s) will be placed in a position at the discretion of the Labor/Management Placement Committee.

16.5.4 **Other Placement Options:**  In lieu of being placed in a position the teacher does not want, an excessed teacher may request one of the following options if available:

a. **Reserve Teacher:**  be placed as a reserve teacher subject to assignment by the district, with regular pay and benefits appropriate to the teacher's FTE.

Teachers working as reserve teachers shall continue over the summer and during the school year to participate in the interview process until they secure a position.

b. **Mobility Leave:**  if eligible, apply for a three to five year mobility leave during which the district will pay for the employer and employee TRA contribution.  Teachers who elect to return from the leave must repay the District's TRA contribution made on their behalf in full for the term of the mobility leave. This provision is at the district's discretion and subject to a district determined dollar cap.

c. **One-Time Payment for Separation:**  receive a one-time payment in return for submitting a non-rescindable retirement or resignation.  The payment shall be deposited into a health care savings plan account. (This is subject to approval from MSRS, see 9.14.2.b regarding MSRS Exemptions). This provision is at the district's discretion and subject to a district determined dollar cap.

Options a, b, and c above are available at the District's discretion.

16.6 **Rules for Teacher Selection at New Sites and/or Programs:**

16.6.1 **Vacancy Posting:**  The Division of Human Resources shall post a list of vacancies for interviews in new sites and programs.  The interview dates shall be established by mutual agreement of the Union and the District.

16.6.2 **Timing of Status:**  New program and new site status shall be executed prior to and/or concurrent with the regular I&S cycle.  Positions unfilled following the final I&S session shall be filled by unassigned, excessed or newly hired teachers.

16.6.3 **Interviews:**  On the interview dates, teachers shall interview with the principal, supervisor, designee and/or site team.

16.6.4 **Not Subject to Grievance Procedure:**  The filling of vacancies at new sites and/or programs, as determined by the principal and/or site team, shall not be subject to the grievance procedure during the first two years of the new program or site.

16.6.5 **Right to Participate in I&S:**  Teachers who apply for transfer to these new programs and/or sites shall not waive their right to participate in subsequent I&S sessions.

16.6.6 **Active Duty, Return from Leave:** All teachers on active duty or returning from leaves of absence are eligible to interview.

16.6.7 **Mandatory Planning and Training Sessions:** Teachers who apply for and are selected for vacancies in the new programs and/or sites are required to participate in in-service planning and training sessions.

16.7 **Alternative Staffing for Special Education:**

16.7.1 **Interview & Select Process:** EBD Special Education programs that are considered Federal Setting 3 and 4 (e.g., Harrison, SPEN, SPAN, and CHEER) shall staff their programs using an interview and select process.

16.7.2 **Posting, Interviews, and Training:** Openings for these programs will be advertised internally with information sessions made available regarding these positions along with an opportunity to sign up for interviews. These interview committees will include teacher representation from the EBD program. Individuals selected for these positions will attend a minimum of 30 hours specialized training (staff development rate of pay) outside the normal school year.

16.7.3 **Alternative Staffing Process:** Special Education Citywide Programs/sites may apply for participation in an alternative staffing process which would be approved/denied through contract administration meetings between the Division of Human Resources and the Minneapolis Federation of Educators.

16.7.4 **Staffing Guidelines:** The following are guidelines that should inform the staffing conversations between the Division of Human Resources, the Minneapolis Federation of Educators, and the Special Education Program.

a. Interview and select for positions.

b. Extended time for training and professional development.

c. Teacher commitment to stay with the program for a defined period of time.

d. Site request to trade positions between a regular education teacher licensed in special education and a special education teacher licensed in regular education for a defined period of time.

16.7.5 **Non-Guarantee of Approval:** Each program/site will not be guaranteed approval or access to all options. The application process for sites requesting a redesign for staffing would be required to include the support of the Special Education Department and those teachers at the site who would be impacted. Special Education programs/sites will have the opportunity to propose recommendations to the committee, which may include but are not limited to those listed above.

16.8 **Staff Adjustment and Placement**

16.8.1 **Enrollment Adjustment Staffing Changes:** Positions created as a result of enrollment changes on the adjustment day shall be filled in seniority order by teachers who were excessed on enrollment adjustment day or by previously excessed teachers working as reserve teachers. These positions will be filled at a time and place mutually agreeable to the Union and the District. Teachers excessed due to enrollment adjustments will meet with the principals and/or other staff members of the schools that have the vacancies in an informational session regarding the specifics of each of the programs. Any remaining vacancies from the enrollment adjustment staffing process shall be filled permanently unless filled after the last day of the first semester. All teachers filling vacated positions after first semester shall be excessed at budget tie-out.

16.8.2 **Vacancies Resulting From Separation:** Vacancies created at a site as a result of resignation/retirement of teachers after the last day of the first semester shall be posted during the first I&S session, unless the position is filled internally within the site. The internally-vacated position shall be posted unless there is a reduction in positions at the site.

16.8.3   **Exceptions:**  Exceptions from the procedures outlined in this Section may occur only with the approval of the Labor/Management Placement Committee.

## 16.9  Reassignment of Teachers Elementary and Secondary:

16.9.1   **Closing, moving, and merging of buildings or programs.**

**Seniority Order:**  In grade reorganization or boundary change teachers will be retained in a school unit or reassigned according to seniority rank.

a. **Merging of Faculties:**  In the case of a combination of all or part of faculties from two (2) or more schools merging, the faculties of those schools shall be considered as one (1) in establishing seniority rank.

b. **School Closing:**  In the case of a school being closed, the staffs shall be excessed and will participate in the transfer process.

c. **Movement of School or Department:**  In the case of an entire school or program being moved to another location, teachers shall move in seniority order with the program.

d. **Layoffs – Seniority:**  In the case of any site or program being designated as closing, moving or merging, district-wide seniority shall continue to be the only basis for determining the number of teachers who must be laid off due to staff reductions.

16.9.2   **Staff reduction**.

a. **Canvassing for Reassignment:**  When it is necessary to reduce the number of teachers in a building beyond normal attrition for that building, those teachers in the department to be reduced shall, by seniority order, be canvassed to determine if they desire reassignment to a new position.

b. **Teachers on PSP – Voluntary Excessing:**  Teachers on PSP may request to voluntarily excess themselves if there is a staff reduction.  Requests shall be forwarded to contract administration for case by case determination.

c. **Administration Approval:**  Teachers requesting reassignment pursuant to 16.9.2 of this article, must have the approval of the principal, supervisor or designee.  Should the principal, supervisor or designee deny the request for reassignment, she/he must state in writing within five (5) days the specific educational reasons for the denial.

d. **Involuntary Reassignment:**  Failing to secure the required reduction by the method described in Section 16.9.2 of this article, the reduction shall be accomplished by designating for reassignment the least senior teachers in the department.

Starting with the Spring 2021 Budget Tie-Out Cycle, the District reserves the discretion for excessing at the site within the group of probationary teachers in the license area outside of seniority order.

Starting with the Spring 2023 Budget Tie-Out Cycle, if excessing a teacher who is a member of a population underrepresented among licensed teachers in the site, the District shall excess the next least senior teacher, who is not a member of an underrepresented population, for the reasons provided in Article 16.1.2.i.

e. **Department – Definition:**  In secondary school units, department shall mean subject matter areas (Also see 16.9.6).

f. **Exceptions:**  For reassignment purposes, exceptions to 16.9.2 of this article may be made by the appropriate Superintendent or administrator.  The teacher seeking an exception shall initiate with the appropriate Superintendent or administrator a request in writing for the exception.  In the event an exception is not approved the teacher shall be provided with a written communication from the appropriate Superintendent or administrator giving the reasons for the non-approval.

16.9.3 **Reduction of staff at a program**.

a. For the purposes of excessing, teachers who teach exclusively in one (1) program shall be excessed from the program pursuant to 16.9.2 of this article.

16.9.4 **Part-time assignments.** Change to less than full-time assignment does not affect a teacher's seniority.

16.9.5 **Position Responsibility**.  Once an assignment is accepted by an individual, that person shall be expected to function according to the needs of that assignment.

16.9.6 **Multiple Assignments**. An individual licensed and teaching in more than one secondary department at any individual site may use system seniority to hold current positions at their current FTE levels in each department.

16.9.7 **Non-Realignment:**  Teachers will not be realigned as a result of reduction in force.

16.9.8 **Exceptions**.

a. **High Need Areas:**  An exception to this transfer procedure may be made in filling high need area positions as defined by contract administration.  All other exceptions to this transfer procedure may be made to meet a legal requirement or to satisfy staff diversity.

b. **Administrative Transfer:**  The District and the Union recognize that administrative transfers of teachers between schools or programs may on rare occasion be necessary to meet the District's operational needs and the best interests of students, school/program, and affected teacher(s).  The principal, supervisor, or union may recommend a transfer to the Division of Human Resources (HR).  HR will meet and confer with the Union prior to any possible transfers. The Division will review the transfer request and make a determination.

**Dispute Mediation:**  If the Union disagrees with HR's determination, the parties will jointly request mediation through the Bureau of Mediation Services.  If the parties are unable to resolve the dispute in mediation, the Union may request arbitration.

16.9.9 **Programs And Classrooms Moved Intact**.

a. **Teacher Choice:**  Teachers who teach entirely in the program and/or classroom that is moved intact may move with the program, or may choose to remain at their original site. If there is a reduction in staff at the original site, the process in Section 16.9.2 of this article shall be followed.

b. **Split Assignments:**  Teachers who have a split assignment between two (2) programs housed at the same site with one (1) principal when one (1) program remains and the other is moved intact, shall have the right to claim a 1.0 vacancy at either site by order of seniority unless tenured to less than 1.0.  If no 1.0 vacancy exists, or a position equal to what they are tenured, Section 16.9.2 of this article shall apply.

c. **Filling of Vacancies:**  Vacancies that may occur as a result of classrooms and/or programs that are moved may be posted and filled as part of the new site beginning with the regular I&S session, or may be filled by reassignment.

16.9.10 **Bilingual and Dual Language Programs**.

a. **Elementary:**  Elementary bilingual teachers shall be licensed elementary teachers. Teachers who wish to transfer into vacancies in elementary bilingual or dual language programs must provide evidence of a bilingual license or a rating of Advanced or Superior on the ACTFL.

1. **Consideration as a Department:** Elementary teachers who have met the eligibility requirement in the paragraph above and who teach in an elementary bilingual or dual language program shall be considered a department for the purpose of excessing.

b. **Secondary:** Middle School and High School bilingual teachers shall be licensed in a specified area as well as a bilingual license or rating of Advanced or Superior on the ACTFL.

2. **Consideration as a Department:** Secondary teachers who have met the eligibility requirement in the paragraph above and who teach in a secondary bilingual or dual language program shall be considered a department for the purpose of excessing.

16.9.11 **Gifted and Talented**. Teachers who wish to fill vacancies occurring in the District's programs for Gifted and Talented students shall apply through the transfer process. Teachers who are excessed or who are returning from a leave of absence of one (1) year or more do not have the automatic right to claim vacancies in the Gifted and Talented Program.

16.9.12 **Shared Positions**. Teachers, including those returning from leaves of absence, may share positions, provided they obtain the prior approval of the appropriate principal, supervisor or designee, and notification to the Division of Human Resources is made pursuant to the provisions defined in Article 15, Job Share Procedures. Timelines for application shall be consistent with the deadlines as defined in Article 15, Job Share Procedures. Any alleged violation of the policy on job share procedures is not subject to grievance arbitration.

16.9.13 **Special Education Citywide Related Services:**

a. **Caseload Adjustments:** Teachers with caseloads who are assigned city-wide (adapted physical education, speech and language, occupational therapy, physical therapy, audiology, nursing, psychology, may have their caseload adjusted with consultation during the school year, depending on IEP requirements and city-wide distribution of students.

b. **Posting and Filling of Vacancies:** The following special education departments will internally post vacancies for its staff to indicate interest through a polling process: Speech-Language, Occupational and Physical Therapy, School Psychology, Nursing, and Audiology. In each department, partial positions will be bundled as needed. Lead staff in these departments will make placements following seniority while taking into consideration polled preferences, individual expertise, and other factors that support a positive match between the site and the teacher.

16.9.14 **Citywide Programs Including Special Education And High-Five:**

a. **Non-Impact of Reductions within a Building:** Teaching staff assigned to citywide programs are not considered part of the overall building seniority. As a result, citywide program staff are not impacted by reductions that take place with building positions.

Citywide programs include:

1. High-Five
2. Autism
3. D/HH (Licensed Teacher of Deaf/Hard of Hearing)
4. ECSE (Early Childhood Special Education)
5. Hospital Agencies
6. Federal Setting IV EBD (Harrison, Crosstown, River Bend)
7. Life Skills
8. DCD (Developmental Cognitive Disability)
9. CLASS, K12 (Coordinated Learning for Academic and Social Success)
10. POHI (Physical and Other Health Impairments)
11. SPAN (Special Programs Adolescent Needs, Secondary)

Transfer, Reassignment, and Recall

12. SPEN (Special Programs Elementary Needs)

b. **Vacant Citywide Positions within a Building:**   Reassignment of staff cannot take place from citywide program to building program and vice-versa.  The exception to this is buildings may elect to fill vacant citywide program School Social Worker positions with existing site School Social Workers upon mutual agreement.

c. **Program Movement to Another Site:**  When a citywide program is relocated to another site, it is considered to move intact.  The staff who work with the program move with the program.

   1. **Exception – Social Workers:**  The exception to this is School Social Workers.  If a Citywide program is moved or closed, School Social Workers may move into open SSW positions in their current building with the consent of the building administrator and the School Social Worker.  The School Social Worker may also elect to be excessed and participate in the transfer process.  If no School Social Worker open position exists at that site, the school social worker will be excessed and shall participate in the transfer process.

d. **Movement of Classrooms.**  A citywide program may have one or more classrooms at a given site.  If all classrooms move to one site or if one or more classrooms move to multiple sites, the program is still considered to be moving intact if the staff and students follow the program.

e. **Part-Time Teachers:**  Teachers who work part time in a citywide program and part time in a building position at the same location have the right to claim a vacancy at the site or with the citywide program by order of seniority, if the program moves.  They belong to both programs and have a choice of where they wish to go.

f. **Assignment of Citywide Staff:**  Citywide special education related services staff (including Audiology, D/APE, Nursing, Occupational and Physical Therapy, Psychology, and Speech-Language) are assigned to sites by the Special Education Department based on IEP requirements and citywide distribution of students with IEPs and are considered citywide programs in and of themselves.

16.9.15 **Teachers With Multiple Assignments**:

a. **Reduction or Increase in Assignment:**  Teachers who are assigned to one (1) or more schools and who have their assignment at one (1) or more of the schools reduced or increased have the right to:

   1. retain the portion or portions of their position resulting in a reduction and voluntarily demote,
   2. retain the portion or portions of the position resulting in a reduction and accept excessed status for the reduction, or
   3. accept excessed status for their entire position pursuant to Section 16.9.2 of this article

b. **Reduction in Assignment:**  When an assignment is reduced, the teacher has the right to:

   1. voluntarily demote and retain the position or
   2. gain excessed status pursuant to Section 16.9.2 of this article, or
   3. retain the remaining portion of the position as partially-excessed.

c. **Timing of Decision:**  Teachers must indicate their selection prior to the first teacher I&S session.

d. **Reduction in Salary:**  If the teacher elects a demotion, the salary will be reduced accordingly.

e. **Retention of Status:**  Teachers may retain their partially excessed status until they secure a position through the transfer process, or may elect to participate as fully excessed.

16.9.16 **Teachers on Special Assignment:**

    a. **Timing of Appointment:**

       1. **Prior to Beginning of School Year:**  Whenever possible, TOSA positions will be appointed prior to the beginning of the school year.  Exceptions to this schedule may be made with the approval of the appropriate Associate Superintendent or Executive Director in consultation with the Division of Human Resources.

       2. **Other Options:**  The appointment of TOSAs will occur at natural breaks in the school year or at a time mutually agreed to by all parties involved.  The transfer may be delayed until a successor can be found for the position being vacated.

    b. **Eligibility for Other Positions:**  TOSAs will be eligible for other TOSA positions posted during, or subsequent to their present assignment.

    c. **Reposted Positions:**  When TOSA positions are reposted in accordance with the rotation policy, the positions will be open to all qualified applicants, including the persons who most recently held the position.

    d. **Additional Information Sources:**  Also refer to Article 5. Professional Development, Section 5.14.3.M: Site Teachers on Special Assignment (TOSA), and Section 5.14.3.N: District Teachers on Special Assignment (TOSA).

## 16.10 Districtwide Layoff

16.10.1 **Layoff, Timing:**  The board may lay off, without pay or fringe benefits, as many teachers as may be necessary because of discontinuance of position, lack of pupils, financial limitations, or merger of classes caused by consolidation of districts.  The layoff is effective at the close of the school year.

16.10.2 **Tenure Status Definition, and Requirements as Applicable to Layoffs:**

A teacher is considered tenured when meeting the requirements in Minnesota Statutes § 122A.41, *or* for those excluded from that statute, but are instead covered by Minnesota Statutes § 179A.03, subdivision 18(2) or Minnesota Statutes § 122A.26 (ECFE), when such teacher successfully completes the contractual MPS Induction process (Article 5.5) if the teacher has also met the 120-days of teaching service requirement of the Tenure Act.

16.10.3 **District Layoff Rights and Timing:**  If after Interview and Select, Matching, and Placement Committee, the Teacher has not secured a position for the full FTE entitlement, the District will

    a. first create an opening from probationary or non-tenured teachers in their first three years, then from non-tenured teachers with more than three years of service.

    b. In the event no such opening can be created, the District will then lay off the least senior teacher in the specific licensure/certification area in which the teacher was last assigned; or,

    c. if the unassigned teacher is the least senior teacher in that specific licensure/certification area, the District shall lay off the least senior teacher in any other licensure/certification area that the unassigned teacher holds.

16.10.4 **Placement on Layoff:**  In placing teachers on layoff, the District is governed by the following provisions:

    a. Teachers who are ineligible to be in the bargaining unit must be discontinued in any department before any bargaining unit teachers.

b. All teachers teaching under an Out of Field Permission (OFP) will be discontinued from that position prior to any licensed teachers.  These teachers, however, will have rights to continue employment pursuant to this Article and be permitted to use any other license(s) they hold.

c. A tenured teacher must not be laid off while non-bargaining unit teachers, or non-tenured licensed teachers, are retained in positions for which the tenured teacher who has earned greater seniority is licensed. Tenured teachers shall be placed on layoff in inverse order of seniority, as defined in 15.10.2.

16.10.5  **Layoff Joint Labor Management Committee**

a. **Purpose, Meetings, and Members:**  The District and the Union will convene a new Layoff Joint Labor Management Committee by March 15, 2020 to review staffing data and proactively work to resolve potential layoff issues as they arise.  The Committee shall meet annually, on a monthly basis, between March 1 and October 1, and shall consist of an equal number of members appointed by the President of the Minneapolis Federation of Educators, Local 59 and the Superintendent.

b. **Dispute Resolution:**  In the event the MFE is in disagreement with the District's decision as to which teachers should be laid off, it has full access to the grievance procedure to resolve such disputes.  The parties agree that if a dispute remains when the District takes action to place teachers on layoff, the MFE will be permitted to commence a grievance at the Employer Representative Level (Level II).  The parties mutually agree to make every effort to resolve the grievance process prior to the teachers' first duty day of the upcoming school year.

16.10.6  **Notice to teachers.**  Following District action placing teachers on layoff, each individual teacher laid off shall receive notice of the placement no later than July 1, with the understanding that the District will make every effort to notify teachers as early as possible.  The notice shall:

a. state the applicable grounds for the proposed placement; and

b. provide notice of the teacher's right to request the exclusive representative to file a grievance; and that

c. absent the filing of a grievance by the exclusive representative, the District's placement action shall stand.

16.10.7  **Reinstatement:**

a. **Recall rights – Eligibility Period:**  A teacher placed on layoff shall have rights to reinstatement for a period of two (2) years per the recall procedure in this article or until the teacher is fully reinstated if that occurs first, at which time the right to reinstatement shall terminate.

b. **Position Placement:**  Teachers placed on layoff must be reinstated to the positions from which they have been laid off or, if not available, to other available positions in the school district in areas in which they are licensed at the time of layoff and maintain throughout the reinstatement period.

c. **Newly-Obtained License:**  In the event the teacher obtains a new license for which they wish to be considered for reinstatement, it's the teacher's obligation to notify the Division of Human Resources.

d. **Reinstatement Order:**  Reinstatement must be in the inverse order of placement on lay off.

Reinstatement must be in the inverse order of placement on lay off. The District shall prioritize the recall of a teacher who is a member of a population underrepresented among licensed teachers in the District, per the definition provided in Article 16.1.2.i. To do this, the District shall deprioritize the more senior teacher, who is not  a member of an underrepresented population, in order

Transfer, Reassignment, and Recall

to recall a teacher who is a member of a population underrepresented among licensed teachers, for the reasons provided in Article 16.1.2.i.

e. **Non-Forfeiture:** A teacher on layoff does not forfeit the right to reinstatement when accepting or declining a position for less than the full FTE in any licensure area held by the teacher from which they were placed on leave.

f. **Tenured Teachers – Protections:** A non-bargaining unit teacher or non-tenured licensed teacher must not be employed in a position in a license area while a tenured teacher in the same license area is eligible and available for reinstatement.

16.10.8 **Teachers on Layoff - Protections:** No teacher shall be hired nor will a license/permission be sought for any individual by the School District while any qualified teacher is on layoff in that field of licensure unless the teacher declines or fails to advise the school district of their desire to accept the position pursuant to the recall procedure in this Article (see below).

16.10.9 **Seniority:** Seniority is defined under Article 18: Seniority.

16.10.10 **Filing of Additional Licenses and Preparation of Seniority Lists:**

a. Filing of additional licenses: In any year in which the School District is placing teachers on layoff, only those teaching licenses that are filed and/or posted on the Teacher Licensing Board website by March 1 of that year will be considered for purposes of determining layoffs within areas of licensure. A license filed after March 1 will be considered for purposes of recall, but not for layoff only if the teacher has provided HR with notice of the new license. (See Article 16.10.7)

b. Preparation and posting of seniority and licensure lists: By the last day of the first, second, and third quarter of each school year, the School District shall create and post a seniority list by licensure area that will include teachers licensed to teach in that area. Additionally, the District will provide a list that will include the name of every currently employed teacher, seniority number, seniority date, tenure status, and licensure area(s), and tier. The list will be posted on the District's intranet and made available for download.

16.10.11 **Vacancies and posting process:** The District shall provide MFE a quarterly report of all district postings available for assignment on the District's website and send it via e-mail to MFE.

16.10.12 **Exemption from Layoff for Designated Programs:**

Teachers working in the following schools and/or programs may be exempted from district-wide layoff outside of seniority order to ensure continuity of instruction to students at these sites based on the difficulty in filling vacancies at these sites with staff who are appropriately licensed, certified and bi-literate in the appropriate language:

a. Racially Isolated Schools. For School Year 2020-2021 through School Year 2022-2023, the Racially Isolated Schools (three-year MDE designation) with the greatest concentrations of poverty. After which, the RIS schools with the greatest concentrations of poverty not to exceed 12.5% of the total student population.

b. Montessori

c. Immersion

d. Native and Heritage language literacy programs as identified annually at contract administration by February 1.

e. **Grow your Own Program:** Teachers who are graduates from the District's Grow Your Own programs may be exempted from District-wide layoff outside of seniority order to ensure the District and the Union's commitment to grow our own staff.

f. Teachers who are members of populations underrepresented among licensed teachers in the District.

g. Alumni of Historically Black Colleges and Universities (HBCU), Tribal Colleges and Universities and/or Hispanic Association of Colleges and Universities (HACU) programs.

16.10.13 **Recall Procedure After Layoff:**

16.10.14 **Consideration for Other Positions:**  Teachers who have been laid off and who retain rights to be recalled according to the Teacher Tenure Act MN Statute §122A.41 or the provisions contained in this Agreement shall receive first consideration for other positions in the District for which they are qualified.

16.10.15 **Notification of Opening:**  The District shall notify qualified teachers of the availability of a position by first calling the teacher who will have until the end of the next business day to accept or decline the recall.  If the teacher is not reached by phone, a certified letter addressed to the teacher's last known address will be sent offering the recall.  Such notifications shall be sent to teachers in order of their seniority.

16.10.16 **Acceptance of Position:**  Within seven (7) days of the date of postmark of such notice, the teacher shall notify the Division of Human Resources of their intent to accept the offered position.  No extension of time for recall shall be granted.

16.10.17 **Termination of Recall Rights:**  All rights of recall shall terminate upon the earlier of:

a. a refusal to accept an offer of a position equivalent in FTE to that held at the time of layoff;

b. failure to respond within seven (7) days of postmark of a notice of recall or end of the next business day after being reached by phone;

c. twenty-four (24) calendar months following the first duty day of the school year following the date of discharge.

16.10.18 **Retention of Seniority and Other Rights:**  Teachers recalled to duty shall retain their seniority numbers, accumulated sick leave, salary schedule placement rights, and all other rights covered by this Agreement.

Transfer, Reassignment, and Recall

## ADDENDUM 1:    ASSIGNMENT SCHEDULING PARAMETERS

### (Also See Article 2.3.3-4)

| | Scheduling For Assignments at More Than One Site (Day) | | | | | | Time if at a Single Site | |
|---|---|---|---|---|---|---|---|---|
| STUDENT DAY | FTE | DUTY DAY | LUNCH | PREP | NON-INSTR. TIME | INSTR. TIME | LUNCH | INSTR. TIME |
| 400 min | 1.0 | 480.0 | 30.0 | 55.0 | 80.0 | 315.0 | 30.0 | 315.0 |
| 400 min | 0.9 | 432.0 | 27.0 | 49.5 | 72.0 | 283.5 | 30.0 | 280.5 |
| 400 min | 0.8 | 384.0 | 24.0 | 44.0 | 64.0 | 252.0 | 30.0 | 246.0 |
| 400 min | 0.7 | 336.0 | 21.0 | 38.5 | 56.0 | 220.5 | 30.0 | 211.5 |
| 400 min | 0.6 | 288.0 | 18.0 | 33.0 | 48.0 | 189.0 | 30.0 | 177.0 |
| 400 min | 0.5 | 240.0 | 15.0 | 27.5 | 40.0 | 157.5 | 30.0 | 142.5 |
| 400 min | 0.4 | 192.0 | 12.0 | 22.0 | 32.0 | 126.0 | 12.0 | 126.0 |
| 400 min | 0.3 | 144.0 | 9.0 | 16.5 | 24.0 | 94.5 | 9.0 | 94.5 |
| 400 min | 0.2 | 96.0 | 6.0 | 11.0 | 16.0 | 63.0 | 6.0 | 63.0 |
| 400 min | 0.1 | 48.0 | 3.0 | 5.5 | 8.0 | 31.5 | 3.0 | 31.5 |

| | Scheduling For Assignments at More Than One Site (Week) *(Note: Daily minutes in table above should be adhered to as much as possible).* | | | | | | Time if at a Single Site | |
|---|---|---|---|---|---|---|---|---|
| STUDENT DAY | FTE | DUTY (Min.) | LUNCH | PREP | NON-INSTR. TIME | INSTR. TIME | LUNCH | INSTR. TIME |
| 2000 min | 1.0 | 2,400 | 150 | 275.0 | 400 | 1,575 | 150.0 | 1,575 |
| 2000 min | 0.9 | 2,160 | 135 | 247.0 | 360 | 1,417.5 | 150.0 | 1,402.5 |
| 2000 min | 0.8 | 1,920 | 120 | 220.0 | 320 | 1,260 | 150.0 | 1,230 |
| 2000 min | 0.7 | 1,680 | 105 | 192.5 | 280 | 1,102.5 | 150.0 | 1,057.5 |
| 2000 min | 0.6 | 1,440 | 90 | 165.0 | 240 | 945 | 150.0 | 885 |
| 2000 min | 0.5 | 1,200 | 75 | 137.5 | 200 | 787.5 | 150.0 | 712.5 |
| 2000 min | 0.4 | 960 | 60 | 110 | 160 | 630 | 60.0 | 630 |
| 2000 min | 0.3 | 720 | 45 | 82.5 | 120 | 472.5 | 45.0 | 472.5 |
| 2000 min | 0.2 | 480 | 30 | 55.0 | 80 | 315 | 30.0 | 315 |
| 2000 min | 0.1 | 240 | 15 | 27.5 | 40 | 157.5 | 15.0 | 157.5 |

Transfer, Reassignment, and Recall

---

### ADDENDUM 2: GUIDELINES FOR TRANSFER AND REASSIGNMENT

---

City-Wide Special Education Related Services Staff Transfer Guidelines:

The following transfer guidelines shall apply to Licensed School Nurses (LSNs), Audiologists, Developmental/Adaptive Physical Education (DAPE) Teachers, Occupational Therapists and Physical Therapists (OT/PT), Psychologists, and Speech-Language Clinicians (S/L).

**REDUCTION IN STAFF AND EXCESSING**

*1. What happens when there is a reduction of teachers at a site?*
   a. Audiology, Nursing, & OT/PT:
      1) When a position at a site is reduced, the lead staff and the advisory committee review staff surveys and bundle positions. Seniority order is followed and staff preferences from surveys are taken into account.
      2) Audiology, Nursing and OT/PT staff are not excessed from school sites.
      3) In the event of reductions in city-wide Audiology, Nursing and OT/PT staff allocations that require layoffs, MPS Teacher Contract procedures followed.
   b. Psychology:
      1) Excessing occurs only when a portion of a Psychologist's assignment purchased by the school with general education funds is reduced.  Psychology staff are not excessed from city-wide positions.
      2) If staff needs small assignment piece to keep total FTE whole, lead staff and the advisory group may fill in vacant assignment pieces with city-wide Psychologist time.
      3) Seniority order is followed, and staff preferences from surveys are taken into account.
      4) Excessed staff retain right to follow MPS Teacher contract procedures for teachers with multiple assignments
         • Voluntarily demote and retain the remaining portion(s) of their position.
         • Retain the remaining portion of the position and partially excess her/him self.
         • Accept excessed status for their entire position.
         • Teachers must indicate their selection prior to the first teacher I&S session.
      5) In the event of reductions in city-wide Psychologist staff allocations that require lay offs, MPS Teacher Contract procedures followed per Article 16, Transfer, Reassignment, and Recall.
   c. Speech-Language and D/APE:
      1) MPS Teacher Contract procedures followed per Article 16. Transfer, Reassignment, and Recall.
      2) If city-wide staff needs small assignment piece (e.g.,.1 to.5 FTE) to keep their total FTE whole or from being excessed from their home school, lead staff and the advisory group may fill in vacant assignment pieces with city-wide FTE.
      3) In these cases, seniority order is followed, and staff preferences from surveys are taken into account.
      4) Excessed staff retain right to follow MPS Teacher contract procedures for teachers with multiple assignments
         • Voluntarily demote and retain the remaining portion(s) of their position.
         • Retain the remaining portion of the position and partially excess her/him self.
         • Accept excessed status for their entire position.
         • Teachers must indicate their selection prior to the first teacher I&S session.
      5) If staff needs.6 FTE assignment piece or more to keep their total FTE whole or keep their home school, that person is excessed from entire position and may claim a vacant position.
      6) In the event of reductions in city-wide S/L and DAPE staff allocations that require lay offs, MPS Teacher Contract procedures followed per Article 16. Transfer, Reassignment, and Recall.

**TRANSFERS, EXCESSED STAFF, STAFF RETURNING FROM LEAVE OF ONE YEAR OR MORE**

*2. What happens when a vacancy occurs in conjunction with spring teacher posting(due to retirement, new FTE, etc.)?*
   a. Small school assignment pieces are bundled by lead staff and the advisory group into full-time and part-time positions for posting.
   b. Vacant positions are those that are available after internal adjustments to existing assignments have been made.
   Speech-Language, Audiology, OT/PT, LSN, and Psych:

Transfer, Reassignment, and Recall

1) Lead staff and the advisory group compile list of vacant positions.
2) Lead staff sends list of vacant positions to HR and copied to MFE via email.
3) The Division of Human Resources sends list of vacant positions to staff via email.
4) Process for expressing interest in vacancy, interviewing, and timeline is included in posting.
DAPE:
1) Lead staff and the advisory group compile list of vacant positions
2) Positions posted following normal HR/MFE process
  c. Spec. Ed./Health Services administration or designee interview staff
  d. Staff claim vacant positions in seniority order.

**3. *What happens when a vacancy occurs after the final teacher posting?***
   Teacher Contract procedures followed per Article 16. Transfer, Reassignment, and Recall.

**STAFF ADJUSTMENT**
***i.  What happens when staff adjustments between schools are necessary during the school year?***
Note:  It is extremely rare for related services and nursing staff to be reassigned during the school year.
Special Education related services (Audiology, DAPE, OT/PT, Psychology, Speech-Language and School Nursing) staff positions and assignments are designated as city-wide positions, and not allocated to schools. This gives the district maximum flexibility to shift staff resources depending on the city-wide distribution of students with IEPs and for students with significant health concerns requiring intensive nursing cares.
TEACHERS WITH CASELOADS (See Article 16.9.13): Teachers with caseloads who are assigned city-wide may have their caseload adjusted with consultation during the school year, depending on IEP requirements and city-wide distribution of students.
  a. Staff in city-wide assignments are informed that their assignment is subject to change depending on IEP requirements and city-wide distribution of students, as per current teacher contract.
  b. Staff adjustment found in Article 16.9.2, staff reduction, shall be followed (e.g., canvass in seniority order at sites with more than one staff person).
  c. School reassignment decisions are made by the respective Special Education or Health Related Services administration (or their designee), in consultation with the staff involved. Lead staff will notify principals, assistant directors, the Division of Human Resources, MFE and Academic Superintendent by email.
  d. For city-wide staff that have a portion of their position purchased by the school, the adjustment in their assignment will come exclusively from the city-wide portion of their position. In these cases, principals are consulted, as appropriate.
  e. The staff involved will retain the right to go back to their original position at the end of the school year if it still exists, and retain all relevant teacher contract rights and privileges (e.g., transfer).
  f. When possible, staff adjustments will occur at natural breaks in the school calendar, such as quarter or semester breaks and vacation breaks.

**OTHER ISSUES REGARDING CITY-WIDE POSITIONS**
**5. *What is the makeup and role of city-wide advisory groups?***
  a. Advisory groups for city-wide Special Education related services and city-wide School Nursing staff have the following common characteristics:
     • Open to tenured staff in the respective units
     • Rotating terms
     • Representative of sub-units (e.g., preschool, elementary, secondary)
  c. The role of the advisory group is to facilitate the assignment, transfer, excessing and bundling process for related services staff. The lead staff and the advisory groups will develop guidelines for how assignment pieces will be bundled, and communicate this information to the respective groups, the Division of Human Resources and MFE.

Transfer, Reassignment, and Recall

***6. How may staff address concerns they have about assignments?***
   a.  Staff may meet with lead staff, advisory committee, and/or the respective Special Education or Health Related Services administrator to address the concern.
   b.  If the concern cannot be addressed with these procedures, staff will follow the teacher contract procedures for addressing staff concerns.

***7. How are schools and staff informed about city-wide services at the site?***
   a.  Principals may be informed at budget tie-out of the approximate amount of time their school will receive based on the predicted number of students with IEPs or health concerns, along with notification that the amount of service is subject to change.
   b.  Special Education/Health Services will do Position On Line Forms (POLFs) for all city-wide positions.

***8. How is the effectiveness of the procedures in this document evaluated?***
   Staff satisfaction surveys on the assignment/excessing/bundling procedures will be collected every two years (in conjunction with new teacher contracts).  Results of these surveys will be collected by the respective lead staff and shared with the advisory committee, Special Education or Health Related Services administrator and the Special Education/Labor Management Committee.

## Article 17    Technology

17.1 **Technology**

17.1.1 **Learning Environment:**  Minneapolis Public Schools leverages technology to advance a dynamic, student-centered, learning environment that maximizes student potential, empowers teachers, embraces parents, engages community, and promotes global citizenship.

17.1.2 **The Parties mutually agree to the following:**

a. Teachers will be provided with a District e-mail account, a laptop, printer, and access to a telephone, voicemail.

b. All Teachers shall be expected to use these technologies for job-related communication.

c. Teachers shall understand and follow Minneapolis Public Schools Internet Policy in all uses of technology

d. Qualified technical support for all technology will be available.

e. The District will provide both online and on-site training to teachers for effective technology integration to support curriculum and instruction.

f. District curriculum, whenever possible, should be available in digital format.

17.2 **Teacher Telephones:**

17.2.1 **Classrooms and Offices:**  Classroom and office telephones shall be maintained in each school building on the basis of need for the use of teachers and in locations convenient to teachers.

17.2.2 **Cellular/Digital Phones:**  Teachers who assess home settings shall have access to cell phones.  Teachers who serve multiple sites shall have the option to apply for a cell phone, as appropriate to their role.

17.3 **Internet Access:**

17.3.1 **Care of Equipment:**  Teachers will not be responsible to pay for accidental damage, loss, or theft of a District laptop, IPAD, Tablet or other district-owned electronic device.

17.4 **Off Site Access:** For staff teachers who have their own personal internet access, the District shall provide for the ability to access District websites and applications from off-site within the continental United States.

17.5 **Technology Labor Management Committee:**

17.5.1 **Purpose:**  The Technology Labor Management Committee shall review and proactively resolve technology and library media issues as they arise.

This Committee shall also look into staffing levels and caseloads for Library Media Specialists and make recommendations to the District.

17.5.2 **Committee Membership:**  The District shall appoint three (3) representatives each from Information Technology staff, and Teaching and Learning staff, and MFE shall appoint up to three (3) representatives from Library Media Specialist staff.  Additional representatives may be appointed, through mutual agreement.

17.6 **Modernizing Technology Timeline:**

The District shall provide advance notice to site staff of any change or upgrade to modernize technology forty-five (45) days prior to the change.  If the forty-five (45) day timeline is not feasible, the District will provide notice as soon as possible.  A change or upgrade is understood to mean adoption of new technologies requiring the replacement of old Technologies.

Seniority

## Article 18   Seniority

18.1 **Definitions:**

18.1.1 **Year of Employment:**  For purposes of establishing seniority, a year of employment shall mean a school year of at least nine (9) months in which the teacher is employed by the Board of Education at least 75 percent of the time.

18.1.2 **Seniority:**  Seniority means the greater number of years of consecutive employment as a teacher in the Minneapolis Public Schools unless herein otherwise specified.

18.2 **Seniority Rights:**

18.2.1 **Basis for Determination of Seniority:**  The information in the files of the Division of Human Resources of the administrative offices shall be the basis for determining seniority, and the Division of Human Resources shall be responsible for computing such seniority, which shall report upon request to a principal needing such information to decide upon a possible transfer, or to a teacher involved in such a decision, or to any other duly authorized person or group.

18.2.2 **Establishment of Seniority Numbers:**

a. **Prior to August 29, 1973:**  All seniority numbers given to contract teachers prior to August 29, 1973 will stay the same.

b. **After August 29, 1973:**  All those whose effective dates of employment are subsequent to August 28, 1973, including those with prior long-call reserve teacher experience*, will be assigned seniority numbers using the following priorities in the order in which they are listed:

1. Effective date of employment;

2. Date the contract, signed by the teacher, was received in the Division of Human Resources.

3. Time (hour and minute) the contract, signed by the teacher, was received in the Division of Human Resources.

*At least twenty (20) consecutive days in the same assignment and without a 60 day break in employment.

18.2.3 **Leave of Absence:**

a. **Special Considerations:**  Sabbatical leave, military service in time of national emergency, or a call to active duty in the military forces shall count as full time in determining seniority.

b. **Retention of Seniority:**  In all other cases of leaves of absence, teachers shall retain the seniority acquired at the time of taking leave, and a leave of absence shall not constitute a break in consecutive employment; but teachers who resign their positions and are later reemployed shall lose that seniority acquired before resignation.

c. **Leaves of Absence Less than One (1) Year:**  In case of a leave of absence of less than one (1) year, or for a leave of absence of one year where the site held the position for that teacher to return, teachers shall also retain their seniority status in the building in which they were teaching at the time they went on leave.

Section II    Salary & Wage Schedules

## Section II    Salary & Wage Schedules

### SCHEDULE A:  7–1–2025 TO  6–30–2026 (2.0% EFF. 7-1-2025)

(To check your salary step/lane:  • MPS Website [login] → "Quick Links" → "Finance/HR Systems – Success Factors" → "My Employee File" (menu upper left) → "Show More"
- or - • MPS Website [login] > ESS/Neptune > All Apps > Employee Profile (App)

| | A (1) BA | B (2) BA15 | C (3) BA30 | D (4) BA45 | E (5) BA60 | F (6) | G (7) MA | H (8) | I (9) MA15 | J (10) | K (11) MA30 | L (12) | M (13) MA45 | N (14) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 54,702 | 56,026 | 57,351 | 58,675 | 59,999 | 61,324 | 62,649 | 63,973 | 65,297 | 66,621 | 67,948 | 69,271 | 70,596 | 71,920 |
| 2 | 56,026 | 57,351 | 58,675 | 59,999 | 61,324 | 62,649 | 63,973 | 65,297 | 66,621 | 67,948 | 69,271 | 70,596 | 71,920 | 73,245 |
| 3 | 57,351 | 58,675 | 59,999 | 61,324 | 62,649 | 63,973 | 65,297 | 66,621 | 67,948 | 69,271 | 70,596 | 71,920 | 73,245 | 74,569 |
| 4 | 58,675 | 59,999 | 61,324 | 62,649 | 63,973 | 65,297 | 66,621 | 67,948 | 69,271 | 70,596 | 71,920 | 73,245 | 74,569 | 75,894 |
| 5 | 61,324 | 62,649 | 63,973 | 65,297 | 66,621 | 67,948 | 69,271 | 70,596 | 71,920 | 73,245 | 74,569 | 75,894 | 77,219 | 78,543 |
| 6 | 67,948 | 69,271 | 70,596 | 71,920 | 73,245 | 74,569 | 75,894 | 77,219 | 78,543 | 79,867 | 81,191 | 82,517 | 83,841 | 85,166 |
| 7 | 71,920 | 73,245 | 74,569 | 75,894 | 77,219 | 78,543 | 79,867 | 81,191 | 82,517 | 83,841 | 85,166 | 86,490 | 87,815 | 89,140 |
| 8 | 74,569 | 75,894 | 77,219 | 78,543 | 79,867 | 81,191 | 82,517 | 83,841 | 85,166 | 86,490 | 87,815 | 89,140 | 90,465 | 91,789 |
| 9 | 75,894 | 77,219 | 78,543 | 79,867 | 81,191 | 82,517 | 83,841 | 85,166 | 86,490 | 87,815 | 89,140 | 90,465 | 91,789 | 93,113 |
| 10 | 75,894 | 77,219 | 78,543 | 79,867 | 81,191 | 82,517 | 83,841 | 85,166 | 86,490 | 87,815 | 89,140 | 90,465 | 91,789 | 93,113 |
| 11 | 77,219 | 78,543 | 79,867 | 81,191 | 82,517 | 83,841 | 85,166 | 86,490 | 87,815 | 89,140 | 90,465 | 91,789 | 93,113 | 94,438 |
| 12 | 77,219 | 78,543 | 79,867 | 81,191 | 82,517 | 83,841 | 85,166 | 86,490 | 87,815 | 89,140 | 90,465 | 91,789 | 93,113 | 94,438 |
| 13 | 78,543 | 79,867 | 81,191 | 82,517 | 83,841 | 85,166 | 86,490 | 87,815 | 89,140 | 90,465 | 91,789 | 93,113 | 94,438 | 95,764 |
| 14 | 78,543 | 79,867 | 81,191 | 82,517 | 83,841 | 85,166 | 86,490 | 87,815 | 89,140 | 90,465 | 91,789 | 93,113 | 94,438 | 95,764 |
| 15 | 79,867 | 81,191 | 82,517 | 83,841 | 85,166 | 86,490 | 87,815 | 89,140 | 90,465 | 91,789 | 93,113 | 94,438 | 95,764 | 97,088 |
| 16 | 79,867 | 81,191 | 82,517 | 83,841 | 85,166 | 86,490 | 87,815 | 89,140 | 90,465 | 91,789 | 93,113 | 94,438 | 95,764 | 97,088 |
| 17 | 81,191 | 82,517 | 83,841 | 85,166 | 86,490 | 87,815 | 89,140 | 90,465 | 91,789 | 93,113 | 94,438 | 95,764 | 97,088 | 98,412 |
| 18 | 81,191 | 82,517 | 83,841 | 85,166 | 86,490 | 87,815 | 89,140 | 90,465 | 91,789 | 93,113 | 94,438 | 95,764 | 97,088 | 98,412 |
| 19 | 82,517 | 83,841 | 85,166 | 86,490 | 87,815 | 89,140 | 90,465 | 91,789 | 93,113 | 94,438 | 95,764 | 97,088 | 98,412 | 99,737 |
| 20 | 82,517 | 83,841 | 85,166 | 86,490 | 87,815 | 89,140 | 90,465 | 91,789 | 93,113 | 94,438 | 95,764 | 97,088 | 98,412 | 99,737 |
| 21 | 83,841 | 85,166 | 86,490 | 87,815 | 89,140 | 90,465 | 91,789 | 93,113 | 94,438 | 95,764 | 97,088 | 98,412 | 99,737 | 101,061 |
| 22 | 83,841 | 85,166 | 86,490 | 87,815 | 89,140 | 90,465 | 91,789 | 93,113 | 94,438 | 95,764 | 97,088 | 98,412 | 99,737 | 101,061 |
| 23 | 85,166 | 86,490 | 87,815 | 89,140 | 90,465 | 91,789 | 93,113 | 94,438 | 95,764 | 97,088 | 98,412 | 99,737 | 101,061 | 102,386 |
| 24 | 85,166 | 86,490 | 87,815 | 89,140 | 90,465 | 91,789 | 93,113 | 94,438 | 95,764 | 97,088 | 98,412 | 99,737 | 101,061 | 102,386 |
| 25 | 86,490 | 87,815 | 89,140 | 90,465 | 91,789 | 93,113 | 94,438 | 95,764 | 97,088 | 98,412 | 99,737 | 101,061 | 102,386 | 103,711 |
| 26 | 86,490 | 87,815 | 89,140 | 90,465 | 91,789 | 93,113 | 94,438 | 95,764 | 97,088 | 98,412 | 99,737 | 101,061 | 102,386 | 103,711 |
| 27 | 87,815 | 89,140 | 90,465 | 91,789 | 93,113 | 94,438 | 95,764 | 97,088 | 98,412 | 99,737 | 101,061 | 102,386 | 103,711 | 105,035 |
| 28 | 87,815 | 89,140 | 90,465 | 91,789 | 93,113 | 94,438 | 95,764 | 97,088 | 98,412 | 99,737 | 101,061 | 102,386 | 103,711 | 105,035 |

Section II    Salary & Wage Schedules

**SCHEDULE A:  7–1–2025 TO  6–30–2025 (2.0% EFF. 7-1-2025), Continued**

(To check your salary step/lane:  • MPS Website [login] → "Quick Links" → "Finance/HR Systems – Success Factors" → "My Employee File" (menu upper left) → "Show More"
- or - • MPS Website [login] > ESS/Neptune > All Apps > Employee Profile (App)

|    | O (15) MA60 | P (16) | Q (17) PHD or ED | R (18) | S (19) PHD & ED | T (20) | U (21) |
|----|---------|---------|---------|---------|---------|---------|---------|
| 1  | 73,245  | 74,569  | 75,894  | 77,219  | 78,543  | 79,867  | 81,191  |
| 2  | 74,569  | 75,894  | 77,219  | 78,543  | 79,867  | 81,191  | 82,517  |
| 3  | 75,894  | 77,219  | 78,543  | 79,867  | 81,191  | 82,517  | 83,841  |
| 4  | 77,219  | 78,543  | 79,867  | 81,191  | 82,517  | 83,841  | 85,166  |
| 5  | 79,867  | 81,191  | 82,517  | 83,841  | 85,166  | 86,490  | 87,815  |
| 6  | 86,490  | 87,815  | 89,140  | 90,465  | 91,789  | 93,113  | 94,438  |
| 7  | 90,465  | 91,789  | 93,113  | 94,438  | 95,764  | 97,088  | 98,412  |
| 8  | 93,113  | 94,438  | 95,764  | 97,088  | 98,412  | 99,737  | 101,061 |
| 9  | 94,438  | 95,764  | 97,088  | 98,412  | 99,737  | 101,061 | 102,386 |
| 10 | 94,438  | 95,764  | 97,088  | 98,412  | 99,737  | 101,061 | 102,386 |
| 11 | 95,764  | 97,088  | 98,412  | 99,737  | 101,061 | 102,386 | 103,711 |
| 12 | 95,764  | 97,088  | 98,412  | 99,737  | 101,061 | 102,386 | 103,711 |
| 13 | 97,088  | 98,412  | 99,737  | 101,061 | 102,386 | 103,711 | 105,035 |
| 14 | 97,088  | 98,412  | 99,737  | 101,061 | 102,386 | 103,711 | 105,035 |
| 15 | 98,412  | 99,737  | 101,061 | 102,386 | 103,711 | 105,035 | 106,360 |
| 16 | 98,412  | 99,737  | 101,061 | 102,386 | 103,711 | 105,035 | 106,360 |
| 17 | 99,737  | 101,061 | 102,386 | 103,711 | 105,035 | 106,360 | 107,684 |
| 18 | 99,737  | 101,061 | 102,386 | 103,711 | 105,035 | 106,360 | 107,684 |
| 19 | 101,061 | 102,386 | 103,711 | 105,035 | 106,360 | 107,684 | 109,009 |
| 20 | 101,061 | 102,386 | 103,711 | 105,035 | 106,360 | 107,684 | 109,009 |
| 21 | 102,386 | 103,711 | 105,035 | 106,360 | 107,684 | 109,009 | 110,334 |
| 22 | 102,386 | 103,711 | 105,035 | 106,360 | 107,684 | 109,009 | 110,334 |
| 23 | 103,711 | 105,035 | 106,360 | 107,684 | 109,009 | 110,334 | 111,658 |
| 24 | 103,711 | 105,035 | 106,360 | 107,684 | 109,009 | 110,334 | 111,658 |
| 25 | 105,035 | 106,360 | 107,684 | 109,009 | 110,334 | 111,658 | 112,983 |
| 26 | 105,035 | 106,360 | 107,684 | 109,009 | 110,334 | 111,658 | 112,983 |
| 27 | 106,360 | 107,684 | 109,009 | 110,334 | 111,658 | 112,983 | 114,306 |
| 28 | 106,360 | 107,684 | 109,009 | 110,334 | 111,658 | 112,983 | 114,306 |

Section II    Salary & Wage Schedules

Section II    Salary & Wage Schedules

### SCHEDULE B1: 6–30–2026 – CONVERSION SCHEDULE

| Lane --> | | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree+Credits --> | | BA | BA+15 | BA+30 | BA+45 | BA+60 | | MA | | MA+15 | | MA+30 | |
| Old Step | New Step | | | | | | | | | | | | |
| 01 | 01 | 54,702 | 56,026 | 57,351 | 58,675 | 59,999 | 61,324 | 62,649 | 63,973 | 65,297 | 66,621 | 67,948 | 69,271 |
| 02 | 02 | 56,026 | 57,351 | 58,675 | 59,999 | 61,324 | 62,649 | 63,973 | 65,297 | 66,621 | 67,948 | 69,271 | 70,596 |
| 03 | 03 | 57,351 | 58,675 | 59,999 | 61,324 | 62,649 | 63,973 | 65,297 | 66,621 | 67,948 | 69,271 | 70,596 | 71,920 |
| 04 | 04 | 58,675 | 59,999 | 61,324 | 62,649 | 63,973 | 65,297 | 66,621 | 67,948 | 69,271 | 70,596 | 71,920 | 73,245 |
| 05 | 05 | 61,324 | 62,649 | 63,973 | 65,297 | 66,621 | 67,948 | 69,271 | 70,596 | 71,920 | 73,245 | 74,569 | 75,894 |
| 06 | 06 | 67,948 | 69,271 | 70,596 | 71,920 | 73,245 | 74,569 | 75,894 | 77,219 | 78,543 | 79,867 | 81,191 | 82,517 |
| 07 | 07 | 71,920 | 73,245 | 74,569 | 75,894 | 77,219 | 78,543 | 79,867 | 81,191 | 82,517 | 83,841 | 85,166 | 86,490 |
| 08 | 08 | 74,569 | 75,894 | 77,219 | 78,543 | 79,867 | 81,191 | 82,517 | 83,841 | 85,166 | 86,490 | 87,815 | 89,140 |
| ~~09~~ | ~~09~~ | ~~75,894~~ | ~~77,219~~ | ~~78,543~~ | ~~79,867~~ | ~~81,191~~ | ~~82,517~~ | ~~83,841~~ | ~~85,166~~ | ~~86,490~~ | ~~87,815~~ | ~~89,140~~ | ~~90,465~~ |
| 10 | 09 | 75,894 | 77,219 | 78,543 | 79,867 | 81,191 | 82,517 | 83,841 | 85,166 | 86,490 | 87,815 | 89,140 | 90,465 |
| ~~11~~ | ~~10~~ | ~~77,219~~ | ~~78,543~~ | ~~79,867~~ | ~~81,191~~ | ~~82,517~~ | ~~83,841~~ | ~~85,166~~ | ~~86,490~~ | ~~87,815~~ | ~~89,140~~ | ~~90,465~~ | ~~91,789~~ |
| 12 | 10 | 77,219 | 78,543 | 79,867 | 81,191 | 82,517 | 83,841 | 85,166 | 86,490 | 87,815 | 89,140 | 90,465 | 91,789 |
| ~~13~~ | ~~11~~ | ~~78,543~~ | ~~79,867~~ | ~~81,191~~ | ~~82,517~~ | ~~83,841~~ | ~~85,166~~ | ~~86,490~~ | ~~87,815~~ | ~~89,140~~ | ~~90,465~~ | ~~91,789~~ | ~~93,113~~ |
| 14 | 11 | 78,543 | 79,867 | 81,191 | 82,517 | 83,841 | 85,166 | 86,490 | 87,815 | 89,140 | 90,465 | 91,789 | 93,113 |
| ~~15~~ | ~~12~~ | ~~79,867~~ | ~~81,191~~ | ~~82,517~~ | ~~83,841~~ | ~~85,166~~ | ~~86,490~~ | ~~87,815~~ | ~~89,140~~ | ~~90,465~~ | ~~91,789~~ | ~~93,113~~ | ~~94,438~~ |
| 16 | 12 | 79,867 | 81,191 | 82,517 | 83,841 | 85,166 | 86,490 | 87,815 | 89,140 | 90,465 | 91,789 | 93,113 | 94,438 |
| ~~17~~ | ~~13~~ | ~~81,191~~ | ~~82,517~~ | ~~83,841~~ | ~~85,166~~ | ~~86,490~~ | ~~87,815~~ | ~~89,140~~ | ~~90,465~~ | ~~91,789~~ | ~~93,113~~ | ~~94,438~~ | ~~95,764~~ |
| 18 | 13 | 81,191 | 82,517 | 83,841 | 85,166 | 86,490 | 87,815 | 89,140 | 90,465 | 91,789 | 93,113 | 94,438 | 95,764 |
| ~~19~~ | ~~14~~ | ~~82,517~~ | ~~83,841~~ | ~~85,166~~ | ~~86,490~~ | ~~87,815~~ | ~~89,140~~ | ~~90,465~~ | ~~91,789~~ | ~~93,113~~ | ~~94,438~~ | ~~95,764~~ | ~~97,088~~ |
| 20 | 14 | 82,517 | 83,841 | 85,166 | 86,490 | 87,815 | 89,140 | 90,465 | 91,789 | 93,113 | 94,438 | 95,764 | 97,088 |
| ~~21~~ | ~~15~~ | ~~83,841~~ | ~~85,166~~ | ~~86,490~~ | ~~87,815~~ | ~~89,140~~ | ~~90,465~~ | ~~91,789~~ | ~~93,113~~ | ~~94,438~~ | ~~95,764~~ | ~~97,088~~ | ~~98,412~~ |
| 22 | 15 | 83,841 | 85,166 | 86,490 | 87,815 | 89,140 | 90,465 | 91,789 | 93,113 | 94,438 | 95,764 | 97,088 | 98,412 |
| ~~23~~ | ~~16~~ | ~~85,166~~ | ~~86,490~~ | ~~87,815~~ | ~~89,140~~ | ~~90,465~~ | ~~91,789~~ | ~~93,113~~ | ~~94,438~~ | ~~95,764~~ | ~~97,088~~ | ~~98,412~~ | ~~99,737~~ |
| 24 | 16 | 85,166 | 86,490 | 87,815 | 89,140 | 90,465 | 91,789 | 93,113 | 94,438 | 95,764 | 97,088 | 98,412 | 99,737 |
| ~~25~~ | ~~17~~ | ~~86,490~~ | ~~87,815~~ | ~~89,140~~ | ~~90,465~~ | ~~91,789~~ | ~~93,113~~ | ~~94,438~~ | ~~95,764~~ | ~~97,088~~ | ~~98,412~~ | ~~99,737~~ | ~~101,061~~ |
| 26 | 17 | 86,490 | 87,815 | 89,140 | 90,465 | 91,789 | 93,113 | 94,438 | 95,764 | 97,088 | 98,412 | 99,737 | 101,061 |
| ~~27~~ | ~~18~~ | ~~87,815~~ | ~~89,140~~ | ~~90,465~~ | ~~91,789~~ | ~~93,113~~ | ~~94,438~~ | ~~95,764~~ | ~~97,088~~ | ~~98,412~~ | ~~99,737~~ | ~~101,061~~ | ~~102,386~~ |
| 28 | 18 | 87,815 | 89,140 | 90,465 | 91,789 | 93,113 | 94,438 | 95,764 | 97,088 | 98,412 | 99,737 | 101,061 | 102,386 |

Section II    Salary & Wage Schedules

**SCHEDULE B1: 6–30–2026 – CONVERSION SCHEDULE, Continued**

| Lane --> | | K | L | M | N | O | P | Q | R | S | T | U |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Degree+Credits -->** | | MA+30 | | MA+45 | | MA+60 | | PHD or ED | | PHD & ED | | |
| **Old Step** | **New Step** | | | | | | | | | | | |
| 01 | 01 | 67,948 | 69,271 | 70,596 | 71,920 | 73,245 | 74,569 | 75,894 | 77,219 | 78,543 | 79,867 | 81,191 |
| 02 | 02 | 69,271 | 70,596 | 71,920 | 73,245 | 74,569 | 75,894 | 77,219 | 78,543 | 79,867 | 81,191 | 82,517 |
| 03 | 03 | 70,596 | 71,920 | 73,245 | 74,569 | 75,894 | 77,219 | 78,543 | 79,867 | 81,191 | 82,517 | 83,841 |
| 04 | 04 | 71,920 | 73,245 | 74,569 | 75,894 | 77,219 | 78,543 | 79,867 | 81,191 | 82,517 | 83,841 | 85,166 |
| 05 | 05 | 74,569 | 75,894 | 77,219 | 78,543 | 79,867 | 81,191 | 82,517 | 83,841 | 85,166 | 86,490 | 87,815 |
| 06 | 06 | 81,191 | 82,517 | 83,841 | 85,166 | 86,490 | 87,815 | 89,140 | 90,465 | 91,789 | 93,113 | 94,438 |
| 07 | 07 | 85,166 | 86,490 | 87,815 | 89,140 | 90,465 | 91,789 | 93,113 | 94,438 | 95,764 | 97,088 | 98,412 |
| 08 | 08 | 87,815 | 89,140 | 90,465 | 91,789 | 93,113 | 94,438 | 95,764 | 97,088 | 98,412 | 99,737 | 101,061 |
| ~~09~~ | ~~09~~ | ~~89,140~~ | ~~90,465~~ | ~~91,789~~ | ~~93,113~~ | ~~94,438~~ | ~~95,764~~ | ~~97,088~~ | ~~98,412~~ | ~~99,737~~ | ~~101,061~~ | ~~102,386~~ |
| 10 | 09 | 89,140 | 90,465 | 91,789 | 93,113 | 94,438 | 95,764 | 97,088 | 98,412 | 99,737 | 101,061 | 102,386 |
| ~~11~~ | ~~10~~ | ~~90,465~~ | ~~91,789~~ | ~~93,113~~ | ~~94,438~~ | ~~95,764~~ | ~~97,088~~ | ~~98,412~~ | ~~99,737~~ | ~~101,061~~ | ~~102,386~~ | ~~103,711~~ |
| 12 | 10 | 90,465 | 91,789 | 93,113 | 94,438 | 95,764 | 97,088 | 98,412 | 99,737 | 101,061 | 102,386 | 103,711 |
| ~~13~~ | ~~11~~ | ~~91,789~~ | ~~93,113~~ | ~~94,438~~ | ~~95,764~~ | ~~97,088~~ | ~~98,412~~ | ~~99,737~~ | ~~101,061~~ | ~~102,386~~ | ~~103,711~~ | ~~105,035~~ |
| 14 | 11 | 91,789 | 93,113 | 94,438 | 95,764 | 97,088 | 98,412 | 99,737 | 101,061 | 102,386 | 103,711 | 105,035 |
| ~~15~~ | ~~12~~ | ~~93,113~~ | ~~94,438~~ | ~~95,764~~ | ~~97,088~~ | ~~98,412~~ | ~~99,737~~ | ~~101,061~~ | ~~102,386~~ | ~~103,711~~ | ~~105,035~~ | ~~106,360~~ |
| 16 | 12 | 93,113 | 94,438 | 95,764 | 97,088 | 98,412 | 99,737 | 101,061 | 102,386 | 103,711 | 105,035 | 106,360 |
| ~~17~~ | ~~13~~ | ~~94,438~~ | ~~95,764~~ | ~~97,088~~ | ~~98,412~~ | ~~99,737~~ | ~~101,061~~ | ~~102,386~~ | ~~103,711~~ | ~~105,035~~ | ~~106,360~~ | ~~107,684~~ |
| 18 | 13 | 94,438 | 95,764 | 97,088 | 98,412 | 99,737 | 101,061 | 102,386 | 103,711 | 105,035 | 106,360 | 107,684 |
| ~~19~~ | ~~14~~ | ~~95,764~~ | ~~97,088~~ | ~~98,412~~ | ~~99,737~~ | ~~101,061~~ | ~~102,386~~ | ~~103,711~~ | ~~105,035~~ | ~~106,360~~ | ~~107,684~~ | ~~109,009~~ |
| 20 | 14 | 95,764 | 97,088 | 98,412 | 99,737 | 101,061 | 102,386 | 103,711 | 105,035 | 106,360 | 107,684 | 109,009 |
| ~~21~~ | ~~15~~ | ~~97,088~~ | ~~98,412~~ | ~~99,737~~ | ~~101,061~~ | ~~102,386~~ | ~~103,711~~ | ~~105,035~~ | ~~106,360~~ | ~~107,684~~ | ~~109,009~~ | ~~110,334~~ |
| 22 | 15 | 97,088 | 98,412 | 99,737 | 101,061 | 102,386 | 103,711 | 105,035 | 106,360 | 107,684 | 109,009 | 110,334 |
| ~~23~~ | ~~16~~ | ~~98,412~~ | ~~99,737~~ | ~~101,061~~ | ~~102,386~~ | ~~103,711~~ | ~~105,035~~ | ~~106,360~~ | ~~107,684~~ | ~~109,009~~ | ~~110,334~~ | ~~111,658~~ |
| 24 | 16 | 98,412 | 99,737 | 101,061 | 102,386 | 103,711 | 105,035 | 106,360 | 107,684 | 109,009 | 110,334 | 111,658 |
| ~~25~~ | ~~17~~ | ~~99,737~~ | ~~101,061~~ | ~~102,386~~ | ~~103,711~~ | ~~105,035~~ | ~~106,360~~ | ~~107,684~~ | ~~109,009~~ | ~~110,334~~ | ~~111,658~~ | ~~112,983~~ |
| 26 | 17 | 99,737 | 101,061 | 102,386 | 103,711 | 105,035 | 106,360 | 107,684 | 109,009 | 110,334 | 111,658 | 112,983 |
| ~~27~~ | ~~18~~ | ~~101,061~~ | ~~102,386~~ | ~~103,711~~ | ~~105,035~~ | ~~106,360~~ | ~~107,684~~ | ~~109,009~~ | ~~110,334~~ | ~~111,658~~ | ~~112,983~~ | ~~114,306~~ |
| 28 | 18 | 101,061 | 102,386 | 103,711 | 105,035 | 106,360 | 107,684 | 109,009 | 110,334 | 111,658 | 112,983 | 114,306 |

Section II    Salary & Wage Schedules

## SCHEDULE B2:  7–1–2026 TO  6–30–2027 (2.0% EFF. 7-1-2026)

(To check your salary step/lane: • MPS Website [login] → "Quick Links" → "Finance/HR Systems – Success Factors" → "My Employee File" (menu upper left) → "Show More"
- or - • MPS Website [login] > ESS/Neptune > All Apps > Employee Profile (App)

| Lane --> | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Degree+Credits --> | BA | BA+15 | BA+30 | BA+45 | BA+60 | | MA | | MA+15 | | MA+30 | |
| Step | | | | | | | | | | | | |
| 01 | 55,796 | 57,146 | 58,498 | 59,848 | 61,199 | 62,550 | 63,902 | 65,252 | 66,603 | 67,954 | 69,307 | 70,657 |
| 02 | 57,146 | 58,498 | 59,848 | 61,199 | 62,550 | 63,902 | 65,252 | 66,603 | 67,954 | 69,307 | 70,657 | 72,008 |
| 03 | 58,498 | 59,848 | 61,199 | 62,550 | 63,902 | 65,252 | 66,603 | 67,954 | 69,307 | 70,657 | 72,008 | 73,359 |
| 04 | 59,848 | 61,199 | 62,550 | 63,902 | 65,252 | 66,603 | 67,954 | 69,307 | 70,657 | 72,008 | 73,359 | 74,710 |
| 05 | 62,550 | 63,902 | 65,252 | 66,603 | 67,954 | 69,307 | 70,657 | 72,008 | 73,359 | 74,710 | 76,061 | 77,413 |
| 06 | 69,307 | 70,657 | 72,008 | 73,359 | 74,710 | 76,061 | 77,413 | 78,764 | 80,114 | 81,465 | 82,815 | 84,168 |
| 07 | 73,359 | 74,710 | 76,061 | 77,413 | 78,764 | 80,114 | 81,465 | 82,815 | 84,168 | 85,518 | 86,869 | 88,220 |
| 08 | 76,061 | 77,413 | 78,764 | 80,114 | 81,465 | 82,815 | 84,168 | 85,518 | 86,869 | 88,220 | 89,572 | 90,923 |
| 09 | 77,413 | 78,764 | 80,114 | 81,465 | 82,815 | 84,168 | 85,518 | 86,869 | 88,220 | 89,572 | 90,923 | 92,274 |
| 10 | 78,764 | 80,114 | 81,465 | 82,815 | 84,168 | 85,518 | 86,869 | 88,220 | 89,572 | 90,923 | 92,274 | 93,625 |
| 11 | 80,114 | 81,465 | 82,815 | 84,168 | 85,518 | 86,869 | 88,220 | 89,572 | 90,923 | 92,274 | 93,625 | 94,975 |
| 12 | 81,465 | 82,815 | 84,168 | 85,518 | 86,869 | 88,220 | 89,572 | 90,923 | 92,274 | 93,625 | 94,975 | 96,327 |
| 13 | 82,815 | 84,168 | 85,518 | 86,869 | 88,220 | 89,572 | 90,923 | 92,274 | 93,625 | 94,975 | 96,327 | 97,679 |
| 14 | 84,168 | 85,518 | 86,869 | 88,220 | 89,572 | 90,923 | 92,274 | 93,625 | 94,975 | 96,327 | 97,679 | 99,030 |
| 15 | 85,518 | 86,869 | 88,220 | 89,572 | 90,923 | 92,274 | 93,625 | 94,975 | 96,327 | 97,679 | 99,030 | 100,380 |
| 16 | 86,869 | 88,220 | 89,572 | 90,923 | 92,274 | 93,625 | 94,975 | 96,327 | 97,679 | 99,030 | 100,380 | 101,732 |
| 17 | 88,220 | 89,572 | 90,923 | 92,274 | 93,625 | 94,975 | 96,327 | 97,679 | 99,030 | 100,380 | 101,732 | 103,082 |
| 18 | 89,572 | 90,923 | 92,274 | 93,625 | 94,975 | 96,327 | 97,679 | 99,030 | 100,380 | 101,732 | 103,082 | 104,434 |

| Lane--> | M | N | O | P | Q | R | S | T | U |
|---|---|---|---|---|---|---|---|---|---|
| Degree+Credits--> | MA+45 | | MA+60 | | PHDorED | | PHD&ED | | |
| Step | | | | | | | | | |
| 01 | 72,008 | 73,359 | 74,710 | 76,061 | 77,413 | 78,764 | 80,114 | 81,465 | 82,815 |
| 02 | 73,359 | 74,710 | 76,061 | 77,413 | 78,764 | 80,114 | 81,465 | 82,815 | 84,168 |
| 03 | 74,710 | 76,061 | 77,413 | 78,764 | 80,114 | 81,465 | 82,815 | 84,168 | 85,518 |
| 04 | 76,061 | 77,413 | 78,764 | 80,114 | 81,465 | 82,815 | 84,168 | 85,518 | 86,869 |
| 05 | 78,764 | 80,114 | 81,465 | 82,815 | 84,168 | 85,518 | 86,869 | 88,220 | 89,572 |
| 06 | 85,518 | 86,869 | 88,220 | 89,572 | 90,923 | 92,274 | 93,625 | 94,975 | 96,327 |
| 07 | 89,572 | 90,923 | 92,274 | 93,625 | 94,975 | 96,327 | 97,679 | 99,030 | 100,380 |
| 08 | 92,274 | 93,625 | 94,975 | 96,327 | 97,679 | 99,030 | 100,380 | 101,732 | 103,082 |
| 09 | 93,625 | 94,975 | 96,327 | 97,679 | 99,030 | 100,380 | 101,732 | 103,082 | 104,434 |
| 10 | 94,975 | 96,327 | 97,679 | 99,030 | 100,380 | 101,732 | 103,082 | 104,434 | 105,785 |
| 11 | 96,327 | 97,679 | 99,030 | 100,380 | 101,732 | 103,082 | 104,434 | 105,785 | 107,136 |
| 12 | 97,679 | 99,030 | 100,380 | 101,732 | 103,082 | 104,434 | 105,785 | 107,136 | 108,487 |
| 13 | 99,030 | 100,380 | 101,732 | 103,082 | 104,434 | 105,785 | 107,136 | 108,487 | 109,837 |
| 14 | 100,380 | 101,732 | 103,082 | 104,434 | 105,785 | 107,136 | 108,487 | 109,837 | 111,189 |
| 15 | 101,732 | 103,082 | 104,434 | 105,785 | 107,136 | 108,487 | 109,837 | 111,189 | 112,540 |
| 16 | 103,082 | 104,434 | 105,785 | 107,136 | 108,487 | 109,837 | 111,189 | 112,540 | 113,891 |
| 17 | 104,434 | 105,785 | 107,136 | 108,487 | 109,837 | 111,189 | 112,540 | 113,891 | 115,242 |
| 18 | 105,785 | 107,136 | 108,487 | 109,837 | 111,189 | 112,540 | 113,891 | 115,242 | 116,593 |

Section II    Salary & Wage Schedules

### Schedule C Co-Curricular Pay Schedules

When the following activities are offered, they shall be compensated at the specified rate of pay. Activities to be offered are determined by the District.

To optimize the students' experience and relationship with the coach, the following priorities shall be considered in filling coaching positions:

1. Coach located at the school site
2. Coach working in Minneapolis Public Schools
3. Coach residing in Minneapolis
4. Coach from the Community

The following criteria have been used for assignment to coaching tiers.

1. Ratio of participants to coaches, which together with the time involved by students, creates a measure of impact on the students' lives and communities.
2. Time commitment of the coaches, including evenings and weekends.
3. Community inclusion and expectation, including the demands this places on coaches to interact with the community.
4. Issues of safety, including preventive and response responsibilities of coaches.

A further revised method of establishing rates of pay for athletic activities will be studied and presented in spring 2002. The revised method will be based on a point system or equivalent that adopts and modifies the criteria as above. The study will include district athletic directors, coaches, MPS Athletics Department personnel and Local 59 staff.

**All co-curricular, athletic, intramural, elementary student activity, and extended-time program assignments and pay agreements must be in writing and made using a process approved by the site team in advance.** This applies to all activities whether or not the rate of pay is listed on Schedules "C", "D", or "E" (see Article 7, Basic Salaries, Rates of Pay, Other Assignment, Work, And Schedules).

Acceptance of a co-curricular, athletic, intramural, elementary student activity, or extended-time program (as defined in Article 7.19) assignment is strictly voluntary on the part of the teacher.

Co-curricular, athletic, intramural, elementary student activity, and extended-time program assignments are not part of the regular teaching assignment. Therefore, no tenure rights are attached (i.e., receiving extra assignments and/or extended time is not guaranteed in future years), pursuant to the Teacher Tenure Act. MN Statute §122A.41.

Section II    Salary & Wage Schedules

---

## SCHEDULE C1    SENIOR HIGH ATHLETICS

**Schedules C1 and C2:**  The District manages seasonal coaches who are not MFE members and not covered by the MFE contract.  Any market increases or equity considerations/improvements will be applied to MFE member coach stipend, which will not be costed against the MFE contract.

| | |
|---|---|
| **Athletic Director** (for Each: fall, winter, and spring | 4,136 |
| **Athletic Equipment Manager** | 5,434 |

| Tier | Coaching Activities Covered | |
|---|---|---|
| **Tier 1** | **Basketball, Football, Hockey, Soccer, Swimming, Volleyball**<br>Head Coach:<br>Assistant Junior Varsity and Sophomore Coaches:<br>9th Grade Coaches:<br>Additional Assistant Coach: | 6,296<br>4,108<br>3,476<br>2,844 |
| **Tier 2** | **Baseball, Gymnastics, Softball, Track, Wrestling**<br>Head Coach:<br>Assistant Junior Varsity and Sophomore Coaches:<br>9th Grade Coaches: | 5,096<br>3,313<br>2,803 |
| **Tier 3** | **Badminton, Cross Country, Golf, Skiing, Tennis**    Coach: | 3,873 |
| **Tier 2** | **Adaptive Athletics**   fall, winter, spring<br>**Cheerleading**   fall, winter<br>**Dance Team**   fall, winter<br>**Special Olympics**   City-wide    Coach: | 2,651 |

## SCHEDULE C2    MIDDLE SCHOOL ATHLETICS

**Schedules C1 and C2:**  The District manages seasonal coaches who are not MFE members and not covered by the MFE contract.  Any market increases or equity considerations/improvements will be applied to MFE member coach stipend, which will not be costed against the MFE contract

In an effort to establish a healthy and safe environment in and out of school, the Middle School athletics program is deemed desirable and effective. The Minneapolis Federation of Educators and Minneapolis Public Schools will continue to foster opportunities for middle school athletic and academic co-curricular activities. To that end, Middle School Athletic coaching positions as assigned through the MPS Athletics Department shall receive the following rates of pay:

| | | |
|---|---|---|
| **Middle School Athletic Director** | per year:<br>per sport: | 2,438<br>407 |
| **K-8 Athletic Directors** | per year:<br>per sport: | 2,086<br>348 |
| **Middle School Coaches** | | 1,738 |
| **Middle School Coordinator** | | 2,062 |
| **Middle School Assistant Football Coaches** | | 1,160 |
| **K-8 Coaches** | | 1,275 |

### SCHEDULE  C3    EVENTS SUPPORTING PERSONNEL

Effective July 1, 2005

When support services for the following events are contracted, providers of such services shall be compensated at the specified rate of pay.

| | Per Game, Match, or Meet |
|---|---|
| **Event Supervisor, Ticket Seller, Ticket Taker, Guard, Scorer, Timer, Event Judge, Clerk, Assistant Clerk** | 29 |
| **Announcer, Head Timer, Starter (Track)** | 37 |

| | | |
|---|---|---|
| **Pep Band Director** | per Night Game: | 61 |
| | per Day Game: | 32 |

| **Manager:** | Per Game, Match, or Meet |
|---|---|
| Badminton | 50 |
| Basketball | 37 |
| Football, Day | 44 |
| Football, Night | 61 |
| Gymnastics | 37 |
| Hockey | 37 |
| Soccer, Day | 37 |

| **Manager:** | Per Game, Match, or Meet |
|---|---|
| Soccer, Night | 50 |
| Swimming | 37 |
| Track | 37 |
| Volleyball | 37 |
| Wrestling | 37 |
| Student Worker | 16 |

### SCHEDULE  D    STUDENT ACTIVITIES AND PROGRAMS, COACHING AND COORDINATING

Effective July 1, 2007

When the following activities are offered, they shall be compensated at the specified rate of pay. Coaches and Coordinators undertaking activities listed in Schedule "D" shall be compensated as follows:

* Preparation and supervision of students at the hourly rate of pay.

* Participation with students in half day or evening events:                  105
* Participation with students in full day events:                  210

If a coach or coordinator must be absent from school to fulfill requirements of the activity during the student day, the site shall provide a reserve teacher.  Registration/participation fees and transportation shall be the responsibility of the site.  Coaches or coordinators shall not draw Student Activities compensation for time spent supervising portions of activities conducted during the student day.  Refer also to Article 7, Basic Salaries, Rates of Pay, Other Assignment, Work, and Schedules.

### SCHEDULE  D1    ACADEMIC ACTIVITIES

* Civics: Close-Up, Project 120
* Clubs (such as Photography, Chess, Aeronautics, Civil Air Patrol, Art, HERO, Graphics, Science, Math, Computer, Botany, Video, Stage Crew)
* Creative Writing
* Debate + District and Regional Contest
* Drama: Full Length Plays, District One-Act Plays, School One Act Plays, Homecoming Show, Stage Management
* Future Problem Solving
* Geography Bee
* History: History Day, History Fair
* Knowledge Bowl

222

Section II    Salary & Wage Schedules

* Language/Culture Study Abroad
* Math: Math Masters, Minneapolis Math, Math in Minneapolis, Math League, Math Team
* Mock Trial
* Music: School Musical, All-City Concert, Choral Concert, Band or Orchestra Concert, Variety Show, Jazz Band, Madrigals, Marching Band
* Odyssey of the Mind
* Quiz Bowl
* Science: Science Fair, Science Olympiad, Science challenge, Science Expo
* Speech, number of Entries + District and Regional Contest
* Spelling Bee
* Study Trips
* Tutoring
* Young Inventors' Fair

### SCHEDULE  D2    CULTURE/SERVICE LEARNING/STUDENT LEADERSHIP/ACTIVITIES
* Community Service Club
* Culture Clubs
* Friendship Groups
* Honor Society
* International Club, Language Club
* Peer Mediation Club/Council
* Student Council
* Student Newspaper
* Yearbook, Memory Book/Annual
* Related Activities

### SCHEDULE  D3    INTRAMURAL/RECREATIONAL/SPORTS ACTIVITIES
* Dance Club
* Flagline, Pep Squad
* Intramural or Club: Basketball, Soccer, Track & Field, Volleyball, Skiing, Tennis, Wall-climbing, Weight Room, Bowling, Softball
* Outdoor Club
* Rope Power
* Related Activities

### SCHEDULE  D4    HOMEWORK HOTLINE
The Homework Hotline program has been a valuable support to encourage students' daily pursuit of learning.  To continue this commitment to students and their families, the District agrees to match Local 59's commitment of $10,000 to the Homework Hotline program.

Section II   *Salary & Wage Schedules*

## Schedule  E     Resident, Dr. Ed., and Mentors, Locker Mgrs, Sch. Patrol

Effective July 1, 2001.  Refer also to Article 7. Basic Salaries, Rates of Pay, Other Assignment, Work, and Schedules.

### Driver Education Teachers:

Driver Education Teachers shall be paid according to the established Hourly Flat Rate of pay for "behind the wheel" training time.

### Resident Teachers:

1. Resident Teachers are fully licensed teachers working in a residency program approved by the MN State Professional Educator Licensing and Standards Board (PELSB).
2. Resident Teachers will be paid an annual rate in accordance with MN Statute (See MN Statute §122A.68).
3. Resident Teachers will be paid for the same holidays, release days, and sick leave days as the regular contract teacher.
4. Resident Teachers will teach 80% of the instructional time required of a 1.0 FTE teacher in the district and participate in staff development 20% of the time.
5. Resident Teachers shall have the same salary plan options as other teachers.

### Mentor Teachers:

Mentor extended time, includes responsibilities for coordination, staffing and instruction for the new teacher orientation and training, call-a-colleague, MTLE lab, new teacher network meetings, new teacher professional development sessions, District PSP, District PDP, and new teacher support sessions.  Mentor extended time includes summer responsibilities for planning and preparation. Mentor teachers, and others similarly engaged with teachers district-wide, shall receive a professional account stipend of $5000 per year during the appointment only, in addition to their established salary. A portion of a full-time professional account, proportional to a part-time assignment, shall be paid.

### Lock & Locker Managers:

Lock & Locker Managers shall be paid according to the number of lockers they are expected to manage using the following numbers of students served as the determining guide:

|  |  | Per Year |
|---|---|---|
| * | Under 400 students | $331 |
| * | 400 to 800 students | $662 |
| * | 800 to 1200 students | $993 |
| * | 1200 to 1600 students | $1,323 |
| * | 1600 to 2000 students | $1,654 |
| * | Over 2000 students | $1,985 |

### Elementary School Patrol Coordinators:

Elementary School Patrol Coordinators shall be paid:                          $718

Section II    *Salary & Wage Schedules*

---

**SCHEDULE  F    STAFF DEVELOPMENT, OTHER HOURLY RATES, STIPENDS**

---

**Hourly Staff Development Rate:          $25/hr**
Teachers as defined in this Agreement shall be paid, with the expectation of successful completion, for a pre-approved number of hours, at the Hourly Staff Development Rate for active participation in work-related and staff development activities outside the teacher's defined day and of benefit to students.  Examples of hourly staff development activities include workshops; curriculum, and assessment development; examination of student work; coaching and professional practice and reflection; and distance learning.

It is expected that professional development will result from compensated staff development activities and shall therefore be implemented and reflected in the teacher's practice.  Evidence of professional development in the teacher's Professional Development Plan includes, but is not limited to, action research, classroom coaching, and teaming.

Teachers shall be paid at this rate for each full hour of time outside the defined school day during which they participate in approved staff development activities.  In addition, they shall be paid one half (½) the amount of this rate for each additional full thirty (30) minutes spent participating in such activities.

Teachers obtaining required staff development via distance learning (online) shall be compensated at a rate of one hour of hourly staff development pay for every pre-approved hour spent engaged online with the required distance learning.  Time requirement expectations shall be equivalent to time requirement expectations for distance learning courses delivered under the auspices of Minnesota teacher preparation and development programs, e.g., ten (10) hours of online engagement for one (1) quarter credit of university distance learning.

Such hourly staff development payments are appropriate expenditures from site Staff Development allocations as determined by the site Staff Development Committee (see 5.10).


**Staff Development Stipend:              $18 /hr        up to $85/day**
Teachers as defined in this Agreement shall be paid for a pre-approved number of hours, at the Staff Development Stipend rate of pay upon the agreement of the site staff.  This rate is used at times when the funds are limited, but the site wishes to undertake staff development activities.

Teachers shall be paid at this rate for each full hour of time outside the defined school day during which they participate in approved staff development activities.  In addition, they shall be paid one half (½) the amount of this rate for each additional full thirty (30) minutes spent participating in such activities.

Such staff development stipend payments are appropriate expenditures from site Staff Development allocations as determined by the site Staff Development Committee (see 5.14).


**Hourly Leadership Rate:                $30/hr**
Teachers as defined in this Agreement shall be paid for a pre-approved number of hours, at the Hourly Leadership Rate for each hour of instruction during which they present to other teachers or employees of the school district if the presentation is outside the duty day.  Regardless of when the teachers present the staff development, they shall receive one (1) additional hour at the Hourly Leadership Rate for every one (1) hour of preparation as reported up to one (1) hour of preparation for every one (1) hour of presentation. Furthermore, teachers shall be paid one half (½) the amount of the full hourly rate for each additional full thirty (30) minutes spent presenting or preparing such activities.

Such hourly leadership payments are appropriate expenditures from site Staff Development allocations as determined by the site Staff Development Committee (see 5.14).


**Direct Instruction Rate:**
Teachers shall be compensated at the Direct Instruction rate of pay for work performed for student instructional time outside the regular day and year, such as for summer school as shall teachers who are contracted to work beyond the standard 191 duty day calendar.

---

**New Teacher Orientation:**  When staff attend New Teacher Orientation (NTO), they shall receive compensation at their Direct Instruction Rate.

**Direct Instruction Rate Computation:**  To compute the Direct Instruction rate, divide the teacher's current annual salary step and lane placement at 1.0 FTE by the number of teacher duty days.  Further divide that result by 7.5 (the number of hours in a 1.0 FTE teacher's regular duty day).  Summer school rates are calculated based on the annual pay earned in the school year in which the summer session starts and the same rate remains in effect throughout that session.

**Hourly Flat Rate:**                                  **$30/hr**
Teachers shall be compensated at the Hourly Flat Rate of pay for work performed as specifically indicated in the Agreement, such as hourly employment, lost preparation or lunch time reimbursement, extended-time program assignments (Article 7.21.1, and generally; Schedule "D"), and for work performed beyond the teacher's defined day not otherwise defined in this Agreement.  Teachers shall be paid at this rate for each full hour of time outside the defined school day during which they participate in approved activities.  In addition, they shall be paid one half (½) the amount of this rate for each additional full thirty (30) minutes worked.

**Additional Hourly Rate**                    **$15/hr.**
Teachers in the categories of Success for All tutors, Teaching Associates for Direct Instruction (TADI's) and Early Childhood testers, assessors and evaluators shall be compensated at the Additional Hourly Rate of pay for work performed as specifically indicated in Article 7.22 of this Agreement.
Teachers shall be paid at this rate for each full hour of time outside the defined school day during which they participate in approved staff development activities.  In addition, they shall be paid one half (½) the amount of this rate for each additional full thirty (30) minutes spent participating in such activities.

## Section III    Signature of Parties

**IN WITNESS THEREOF, The parties have executed this Agreement as follows:**

### Minneapolis Federation of Educators, Local 59

May 13, 2026

Marcia Howard
President

Date

### Special School District No. 1  Minneapolis Public Schools

Collin Beachy (May 14, 2026 18:21:10 CDT)

May 14, 2026

Collin Beachy, Chairperson
Board of Education

Date

Alicia Miller (May 13, 2026 14:07:20 CDT)

May 13, 2026

Alicia Miller
Senior Human Resources Officer

Date

## Section IV    Memoranda of Agreement (MOAs)

### AMERICAN INDIAN BEST PRACTICE AND PATHWAY SITES

This Memorandum of Agreement ("MOA") is entered into by and between Minneapolis Public Schools ("District") and the Minneapolis Federation of Educators, Local 59  - Birth to 22 chapter ("Union"), collectively referred to as "the Parties."

**WHEREAS,** Minneapolis Public Schools and Minneapolis Federation of Educators mutually understand and acknowledge that United States settler colonialism has done and–continues to do–irreparable harm towards American Indian nations and peoples;

**WHEREAS,** the Parties are united in their belief that the education of American Indian students is a shared responsibility of the District and the Union, among others, and that only through a joint, focused commitment can the legacy of educational inequity be effectively addressed and overcome; and

**WHEREAS,** the District is a party to a Memorandum of Agreement (MOA) with the Metropolitan Urban Indian Directors (MUID) to support the educational success and well-being of American Indian students;

**WHEREAS,** in service of this commitment, the District has designated an American Indian Education department, as well as four (4) research-based American Indian Best Practice school sites that prioritize American Indian culture and language within academically rigorous and culturally responsive frameworks. These schools are:

- Anishinabe Academy (PreK–5)
- South High School All Nations Program (9–12)
- Takoda Prep of AIOIC (9–12)
- Na-way-ee Center School (7–12); and

**WHEREAS,** building upon this effort, the District has also identified four (4) American Indian Pathways sites—inclusive of two middle schools and two high schools—to expand culturally supportive academic environments for American Indian students across a broader geographic area within the District. These sites are:

- Northeast Middle School (6–8)
- Sanford Middle School (6–8)
- Edison High School (9–12)
- South High School Open/Liberal Arts Program (9–12);

**THEREFORE, BE IT RESOLVED,** that the Parties jointly agree to the following:

1. **Commitment Agreement for Best Practice and Pathway Sites:** Upon hire or transfer to a Best Practice or Pathway site, teachers shall be required to sign an agreement acknowledging the unique status of these sites and affirming their commitment to integrating Indigenous culturally revitalizing pedagogy with academic rigor in their instructional practices.

   a. The District and the Union will jointly prepare this agreement no later than sixty (60) days after ratification.

   b. After finalization, the agreement will be implemented in all new hiring processes beginning thirty (30) calendar days thereafter.

2. **Initial Professional Development:** Upon initial hire or transfer to a Best Practice or Pathway site—except when transferring from another Best Practice or Pathway site—all teachers shall be required to attend, within one calendar year of their start date, a two-day Department of American Indian Professional Development training. Teachers shall be provided with three (3) opportunities

per calendar year.  These trainings shall be conducted outside the regular duty year. Compensation to the teacher for this time shall be provided at the direct instruction rate.

3. **Ongoing Professional Development:** Teachers at American Indian Pathway or Best Practice sites shall participate in a minimum of two (2) hours per year of professional development related to American Indian history, culture, language and best practices. This professional development shall occur during the regularly scheduled duty day.

4. **Transfer and Reassignment:** To honor the commitment of teachers who actively seek to teach in Best Practice and Pathway sites, as well as the American Indian Education department, such site(s) and/or department shall be exempt from the placement of excessed teachers—except when the placement involves a teacher transferring from another Best Practice or Pathway site. The American Indian Education department shall be entirely exempt from placement. Nothing in this provision shall prevent the placement of tenured teachers when such placement is required by statute or contractual rights.

5. **Nourishing American Indian Language:** If there is no reduction in the American Indian Language department, teachers who teach an American Indian Language with a Tier 1 license or expiring Tier 2 license shall not be automatically excessed, provided they commit to renewing their licensure in advance of the first day of the upcoming duty year.

    a. **Additional Step:** Teachers hired to teach American Indian Language shall be granted one additional step at their time of hire.

**BE IT FURTHER RESOLVED,** to the extent that this Memorandum of Agreement may be construed as a deviation from the terms of the 2025-2027 Collective Bargaining Agreement between the District and the Union, it shall not set precedent nor form the basis of any grievance that may be filed concerning any alleged violation of the contract.

This Memorandum of Agreement shall expire on June 30, 2027.

**FOR THE DISTRICT:**                                    **FOR THE UNION:**

_Alicia Miller_                                          _Marcia Howard_
Alicia Miller (Dec 17, 2025 11:51:52 CST)               Marcia Howard (Dec 17, 2025 11:50:32 CST)

Alicia Miller                                            Marcia Howard, President
Senior Human Resources Officer                          Minneapolis Federation of Educators

Section IV     Memoranda of Agreement (MOAs)

**ANNUAL STAFF SURVEY, EXIT SURVEYS, AND DATA REVIEW**

This Memorandum of Agreement ("MOA") is entered into by and between Minneapolis Public Schools ("District") and the Adult Education, Birth – 22, Education Support Professional (ESP) chapters of the Minneapolis Federation of Educators, Local 59 ("Unions"), collectively referred to as "the Parties."

**Whereas,** the District and the Union are committed to improving staff retention, understanding the reasons behind voluntary separations, and supporting healthy school environments;

**Whereas,** stay and exit survey data can provide valuable insights into patterns of employee attrition, workplace climate, and areas for organizational improvement;

**THEREFORE, BE IT RESOLVED THAT:**

1. **Annual Staff Survey:**  The District and Union shall collaborate to develop an annual staff survey tool to be electronically shared with all MFE members. If mutual agreement cannot be reached, the District reserves the right to finalize and administer the survey to ensure its completion.

   a. The survey shall be administered annually during January during a two-calendar week window. Participation shall be voluntary but encouraged to ensure comprehensive feedback.

2. **Exit Survey:** The District and Union shall collaborate to develop an exit survey. The exit survey shall be electronic and automatically sent to any MFE members who submit a formal separation form through the District's Human Resources system.  If mutual agreement cannot be reached, the District reserves the right to finalize the survey based on the points of agreement reached, and may supplement the survey as needed to support the District's retention goals and improve staff retention efforts.

3. **Survey Content:** The surveys shall be designed to identify trends in key areas such as workplace climate, professional relationships, and other relevant factors that can inform District staff retention strategies.

4. **Data Review Meeting:** The District and the Union shall convene two annual meetings, not to exceed two hours in length, to review exit survey data and Annual Staff Survey data. When possible, this data shall be aggregated by site and de-identified. The committee shall consist of eight members—four appointed by the Superintendent or their designee, and four appointed by the Union Presidents.

   a. **Semester-Based Data Review:** In March, the District and Union shall convene to review annual survey and exit survey data. For teachers and ESP supporting Birth to 22 students, this shall be a review of first semester data. For teachers supporting learners in Adult Education, this shall be a review of first trimester data.

   b. **Annual Data Review:** In August, the District and Union shall convene to review annual staff survey and exit survey data. For all teachers and ESP, this shall be a review of the prior year's data.

5. **Data Review Process:** A summary report shall be shared with the committee at least one calendar week prior to the scheduled meetings, for the purpose of identifying overarching themes and trends. Discussions during these meetings shall focus on systemic issues; individual personnel matters are not appropriate and shall not be discussed.

6. **Data Access:** Survey data shall be considered District data and shall be handled in accordance with applicable state laws governing data classification, access, and protection.

**BE IT FURTHER RESOLVED,** to the extent that this Memorandum of Agreement may be construed as a deviation from the terms of the 2025-2027 Collective Bargaining Agreements between the District and

Section IV    Memoranda of Agreement (MOAs)

the Union, it shall not set precedent nor form the basis of any grievance that may be filed concerning any alleged violation of the contract.

This Memorandum of Agreement shall expire on June 30, 2027.

**FOR THE DISTRICT:**                    **FOR THE UNION:**

Dec 12, 2025                                              Dec 12, 2025

Alicia Miller                                                Marcia Howard, President
Senior Human Resources Officer              Minneapolis Federation of Educators

Section IV    Memoranda of Agreement (MOAs)

### JOINT LABOR-MANAGEMENT TRAINING SESSIONS

This Memorandum of Agreement ("MOA") is entered into by and between Minneapolis Public Schools ("District") and the Minneapolis Federation of Educators, Local 59 ("Union") for inclusion in the Adult Education, Birth -22, and Education Support Professionals (ESP) contracts collectively referred to as "the Parties."

**WHEREAS,** the District and Union recognize the importance of fostering positive working relationships to enhance school operations and support staff; and

**WHEREAS,** joint training sessions can promote a shared understanding of issues affecting both labor and management, enhance collaboration, and strengthen communication between the Parties;

**WHEREAS,** the Parties agree that trainings should be purposeful, relevant, and respectful of participants' time and responsibilities;

**THEREFORE, BE IT RESOLVED THAT:**

1. The Parties shall collaboratively develop the agendas, presentation materials, and content for two (2) annual labor-management training sessions of no more than 90 minutes, one in the fall and the second in the winter.  These sessions shall be jointly presented by the District and Union in person one afternoon at the start of the school year designated for preparation in the fall and one additional afternoon in the winter held outside of the regular duty day.

2. Required attendees include principals or assistant principals (at least one per building), Human Resources Business Partners, administrative personnel from Adult Education, and MFE59 stewards—specifically, at least one (1) representative from each building from both the Birth to 22 and ESP chapters.  Excused absences from these training sessions shall not be subject to the grievance procedure.

    a. Attendance shall be recorded. Teachers shall not receive additional compensation for attendance. Educational Support Professionals (ESPs) shall record their hours worked and shall be compensated at their regular hourly rate for their attendance. The Union shall reimburse the District for the full cost of compensation paid to ESPs for their attendance at the training session.

3. The first Fall Training Session may include but shall not be limited to:

    a. Rights and responsibilities under the Public Employment Labor Relations Act (PELRA);

    b. Effective problem-solving related to discrepancies in contract language;

    c. The grievance process and resolution pathways;

    d. The Professional Development Plan (PDP) process; and

    e. Attendance expectations and related contract provisions.

4. The first Winter Training Session may include but shall not be limited to:

    a. Licensure requirements and their impact on rehire decisions

    b. Roles and responsibilities of site-based budget committees

    c. Procedures for staffing reductions and employee transfers

    d. The rehire process for probationary employees

Section IV    Memoranda of Agreement (MOAs)

5. Following the initial Fall and Winter training sessions, future sessions shall build upon prior content and evolve in response to the stability of both the steward and principal pools, as well as emerging needs. This approach ensures that training remains progressive, responsive, and fosters continuity and depth over time. Session development shall align with the guidelines outlined in items #6–8 below.

6. To develop the training agendas, presentation materials, and content, the District and the Unions shall hold joint planning meetings at least once per month, one-hour in length, unless otherwise mutually agreed, continuing until the training materials are fully drafted and approved by both Parties.

7. Planning meetings shall include no more than six (6) representatives from each Party.

    a. District representatives may include staff from Human Resources and the Office of the Deputy Superintendent.

    b. Union representatives may include designated leadership and staff familiar with contract language and member needs.

8. These planning meetings shall be collaborative in nature and focused on identifying relevant topics, refining content, and setting clear objectives for each training session.

**BE IT FURTHER RESOLVED,** to the extent that this Memorandum of Agreement may be construed as a deviation from the terms of the 2025-2027 Collective Bargaining Agreement between the District and the Union, it shall not set precedent nor form the basis of any grievance that may be filed concerning any alleged violation of the contract.

This Memorandum of Agreement shall expire on June 30, 2027.

**FOR THE DISTRICT:**

Alicia Miller (Dec 16, 2025 20:45:17 CST)

Alicia Miller
Senior Human Resources Officer

**FOR THE UNION:**

Marcia Howard (Dec 16, 2025 15:37:07 CST)

Marcia Howard, President
Minneapolis Federation of Educators

Section IV    Memoranda of Agreement (MOAs)

### LIBRARY MEDIA SPECIALISTS

This Memorandum of Agreement (MOA) is entered into by and between Minneapolis Public Schools, Special School District No. 1 ("District") and the Minneapolis Federation of Educators and Educational Support Professionals, Local 59 ("Union") to specify certain terms and conditions relating to Library Media Specialists.

**WHEREAS,** the District acknowledges the importance of Library Media Specialists role in school libraries, library management, and increasing district-wide literacy; and

**WHEREAS,** the District acknowledges the need for flexible scheduling of a Library Media Specialist (LMS) in order to serve the needs of students and to ensure libraries are inclusive, supportive spaces; and

**WHEREAS,** the District recognizes the importance of supporting all Library Media Specialists in their professional learning and development;

**NOW THEREFORE,** be it resolved that the Parties agree to the following terms:

1. **Flexible Scheduling - Library Media Specialist**

   a. **Part-Time Assignment (0.0 to 0.5 FTE):**  A Library Media Specialist assigned up to an FTE of 0.5 shall have the flexibility to develop their daily work schedule. This schedule development shall address the instructional, literacy, and informational needs of students and staff within the assigned building(s).

   b. **Full-Time and Near Full-Time Assignment (0.6 to 1.0 FTE):**  The daily and weekly work schedule for a Library Media Specialist assigned to an FTE of 0.6 up to 1.0 may be established by the building Principal at the discretion of the Principal.  At the discretion of the Principal, the Principal may establish the schedule considering the instructional, literacy, library management and informational needs of the students and staff.

2. **Professional Learning Communities:** Library Media Specialists shall seek to use non-instructional time or library administrative time first to participate in monthly peer Professional Learning Community (PLC) or library department collaborations, and if the scheduling of cross-district members does not align, the library media specialist can utilize their flexible schedule to participate in these professional development opportunities.

3. **Library Manager:**  Licensed Library Media Specialists shall coordinate the District libraries, resources, machine-readable cataloging (MARC) records, and cataloging protocols, collection, organization, and development.  Licensed Library Media Specialists shall collectively recommend parameters and systems for records, library circulation, cataloging, processing, collection development, maintenance, gentrification, and inventory.

4. **Technology Labor Management Committee:**  The Technology Labor Management Committee shall jointly form a recommendation to the Superintendent or designee regarding:

   a. School technology plan that includes beginning and end of the year technology set up including but not limited to MPS login credentials and the circulation of instruction technologies used by students and staff.

b. Instructional Technology adoption pilot implementation plan that includes the adoption of student technologies, instructional software, learning management systems, etc.

**BE IT FURTHER RESOLVED,** to the extent that this Memorandum of Agreement may be construed as a deviation from the terms of the 2025-2027 Collective Bargaining Agreement between the District and the Union, all other wages, hours, and terms and conditions contained in the applicable Collective Bargaining Agreement shall remain in full force and effect.

**FOR THE DISTRICT:**

Alicia Miller (Dec 17, 2025 11:43:07 CST)

Alicia Miller
Senior Human Resources Officer

**FOR THE UNION:**

Marcia Howard (Dec 17, 2025 11:42:08 CST)

Marcia Howard, President
Minneapolis Federation of Educators

### RECALL FOR IMPACTED EDUCATORS

This Memorandum of Agreement ("MOA") is entered into by and between Minneapolis Public Schools ("District") and the Minneapolis Federation of Educators, Local 59 ("Union") for inclusion in the Adult Education, Birth -22, and Education Support Professionals (ESP) contracts collectively referred to as "the Parties."

**NOW, THEREFORE, BE IT RESOLVED:**

1. **Recall Rights for Educators**: In the event that an educator becomes ineligible for continued employment for reasons other than performance issues, misconduct concerns, issues related to licensure and/or qualifications required for the position, conviction of a crime, and/or violation of District policy,  the District shall place the teacher on a recall list for up to two (2) years from the date of incident.

   a. If the educator becomes eligible for re-employment within that two-year period, MPS shall reinstate the educator to their former position, if vacant, provided the teacher is licensed and qualified.
   b. If the former position is unavailable, the District shall reinstate the educator to a substantially similar vacant bargaining unit position for which the teacher is licensed and qualified.
   c. Reinstatement shall include restoration of prior seniority and placement on the salary schedule as if the educator had not been separated.

2. **Educator Responsibilities for Recall Eligibility**: To remain eligible for reinstatement, the educator must:

   a. Notify the Division of Human Resources of their renewed eligibility for employment, including submission of any necessary documentation.
   b. Maintain current contact information, including phone number and mailing address, with Human Resources.

3. **Recall Notification Procedure**

   a. Upon renewal of work eligibility, the District shall make reasonable efforts to place the educator in a vacant position for which the educator is qualified and appropriately licensed. If no such position is immediately available, the District shall notify the educator by phone when a suitable vacancy arises.
   b. The District shall first attempt to notify the educator of a vacant position by phone. The educator shall have until the end of the following business day to accept or decline the position.
   c. If the educator does not respond in the aforementioned timeline, a certified letter shall be sent to the last known mailing address.
   d. The educator shall have seven (7) calendar days from the date of postmark of the certified letter to respond and accept the offer.
   e. Failure to respond or to accept the position within the timeline outlined above shall result in the forfeiture of recall rights.

4. **Training.**  The District shall provide an annual training to educators on Board Resolution 2025-0017.

**BE IT FURTHER RESOLVED,** to the extent that this Memorandum of Agreement may be construed as a deviation from the terms of the 2025-2027 Collective Bargaining Agreement between the District and the Union, it shall not set precedent nor form the basis of any grievance that may be filed concerning any alleged violation of the contract.

This Memorandum of Agreement shall expire on June 30, 2027.

Section IV    Memoranda of Agreement (MOAs)

**FOR THE DISTRICT:**

Alicia Miller [Dec 12, 2025 11:45:31 CST]                    Dec 12, 2025

Alicia Miller
Senior Human Resources Officer

**FOR THE UNION:**

Marcia Howard [Dec 12, 2025 11:35:45 CST]                    Dec 12, 2025

Marcia Howard, President
Minneapolis Federation of Educators

### SPECIAL EDUCATION WORKLOAD

**WHEREAS,** this Memorandum of Agreement (MOA) is entered into by and between Minneapolis Public Schools ("District") and the Minneapolis Federation of Educators ("Union") to specify certain terms and conditions relating to special educator caseload and workload; and

**WHEREAS,** the District acknowledges their obligation to review policies and regulations in a timely manner to ensure policies are relevant and are inclusive of state and federal requirements; and

**WHEREAS**, the District recognizes the last workload time study conducted in 2011 does not recognize or include the most recent impact of the COVID-19 pandemic or the comprehensive district design on students and special education staff; and

**WHEREAS,** the District recognizes the amount of due process paperwork necessary to meet state and federal compliance varies based upon student IEP needs and thus it impacts workload and caseload; and

**WHEREAS**, the District defines caseload as student count - the number of students with an Individualized Education Plan (IEP) for which a special educator is responsible; and

**WHEREAS**, the District defines workload as all of the responsibilities required of special educators which shall be based upon the student's needs. Workload includes but is not limited to specially designed instruction, evaluations and reevaluations, due process procedures and IEP Management Responsibilities. Preparation Time, Directing Work of Paraprofessionals. and Other Assignments; and

**WHEREAS,** staffing shortages has resulted in an increasing number of educators working on Tier 1 or Tier 2 licenses the district recognizes the need for mentoring and coaching support for special education staff that reflects their commitment to professional learning and retention within the field; and

**WHEREAS,** the retention of experienced special education professionals is essential for maintaining continuity of services and fostering positive outcomes for students who are receiving special education services; and

**WHEREAS,** the collaborative efforts of the Special Education Labor-Management Committee are instrumental in overseeing the implementation and adjustment of provisions outlined in this Memorandum of Agreement, ensuring ongoing support for special education professionals;

**NOW THEREFORE, BE IT RESOLVED THAT** the Parties agree to the following:

1. **Special Education Workload Review:** The District shall complete a 3-year time study in workload. caseload. and due process paperwork time for all Birth - 22 special educators and related service providers and provide study results to the Special Education Labor-Management (SELM) Committee no later than December 2024.
    a. A jointly constructed workload formula shall be put into place for trial by beginning of budget development with the intention to operationalize for the school year 2026-2027.

The workload formula shall include recommendations regarding caseload and workload, including recommendations for due process and case management time.

2. **Dedicated Due Process and Case Management Time:**  As the Parties await the results of the Special Education Workload Review and subsequent recommendations, as outlined above, the District agrees to communicate to all administrators the expectation that all special educators are permitted to allocate time within their schedules, outside of their designated preparation time, to complete due process requirements.  These requirements include but are not limited to IEP development, evaluations, assessments, and documentation.  Administrators will be expected to partner with special education staff to establish an appropriate schedule, allowing this time along with providing required Individualized Education Plan (IEP) service minutes.

3. **Coaching for Special Education Professional Educators:**  The District shall create a Special Education Coaching Model. Educators working in special education under a Tier 1 or Tier 2 license shall be prioritized for coaching support. The Parties agree that the formulation of the Special Education Coaching model shall be a joint endeavor between the QCOMP Governance Committee and the Special Education Labor-Management (SELM) Committee.

4. **Implementation & Monitoring:** Implementation and monitoring of this MOA shall be supported and monitored through the Special Education Labor-Management Committee in collaboration with Contract Administration.

**BE IT FURTHER RESOLVED.** to the extent that this Memorandum of Agreement may be construed as a deviation from the terms of the 2023-2025 collective bargaining agreements between the District and the Union. all other wages. hours. and terms and conditions contained io the applicable Collective Bargaining Agreement shall remain in full force and effect.

**Be it further understood and agreed that** to the extent that this Memorandum of Agreement may be construed as a deviation from the MFE, it shall not form the basis of any precedent that may be cited by any teacher in any grievance that may be filed other than the enforcement of this MOA.

This Memorandum of Agreement shall expire on June 30, 2027

**FOR THE DISTRICT:**                                    **FOR THE UNION:**

*Alicia Miller*                                         *Marcia Howard*
Alicia Miller (Jul 17, 2024 13:16 CDT)                  Marcia Howard (Jul 17, 2024 10:50 CDT)

Alicia Miller                                           Marcia Howard, President
Senior Human Resources Officer                          Minneapolis Federation of Teachers

Section IV    Memoranda of Agreement (MOAs)

**Task Force – Revisions to Articles 2 and 16**

### Task Force – Revisions to
### Article 2 – Teacher Assignments
### and
### Article 16 – Transfer, Reassignment, and Recall
### 2025-2027

This Memorandum of Agreement ("MOA") is entered into by and between Minneapolis Public Schools ("District") and the Minneapolis Federation of Educators, Local 59  - Birth to 22 chapter ("Union"), collectively referred to as "the Parties."

**WHEREAS,** the District and Union agree that it will require considerable time and care to examine and recommend revisions to certain articles (see below for specifics) of the current Collective Bargaining Agreement (CBA).

**NOW, THEREFORE, BE IT RESOLVED:**

1. The District and Union shall convene a joint Labor-Management Task Force tasked with collaboratively recommending revisions to the following articles:
   a. Article 2: Teacher Assignments
   **b.** Article 16: Transfer, Reassignment, and Recall

2. **Composition:** The committee shall be composed of an equal number of representatives, not to exceed four (4) representatives per Party, appointed by the Employer and the Union and shall be co-chaired by a Union and an Employer representative.  All MPS representatives shall be assigned by the District. All teacher representatives shall be appointed by MFE.
   a. **Participation of Subject Matter Experts:** By mutual agreement, the committee may invite subject matter experts to provide input or clarification on specific topics. Such individuals shall not serve as voting members of the committee.
   b. **Meeting Schedule:** The committee shall convene its first meeting within thirty (30) calendar days of ratification of this MOA.  Thereafter, the committee shall meet at least once per month during the school year, unless mutually agreed otherwise.
   c. **Decision-Making:** Recommendations of the committee shall be made by consensus whenever possible. In the absence of consensus, areas of disagreement shall be clearly documented for further discussion between the Parties' lead negotiators.

3. **Additional Agreement Regarding Article 16 15**
   a. The Parties agree that, minimally, as it relates to Article 16, the following provisions shall apply:
      1) **Rounds of Interview and Select:** There shall be two (2) Interview and Select (I&S) transfer rounds.
      2) **Posting Period:** Positions shall be posted for five (5) calendar days during each round of Interview and Select. Postings shall close at 5:00 p.m. on the fifth calendar day.
      3) **Offers:** All offers resulting from Interview and Select shall be held until the designated, scheduled, and communicated date and time.  At that time, Human Resources will email the top-ranked candidate to inform them of their job offer.  Upon notification, teachers will have until 5:00 p.m. the following business day but no fewer than twenty-four (24) hours to accept or decline the position through the online posting system.  If an offer is declined or not responded to within this timeframe, the offer will be extended to the next highest-ranked candidate, if any, and this process will continue until the position is filled or no additional ranked candidates remain.  Failure to respond within the prescribed timeframe or via the online posting system will be considered a declination.

**4)** Positions filled after second semester shall be considered permanently filled.

4. **Implementation of Agreed Revisions:** Revisions that are agreed upon will be captured in a separate Memorandum of Agreement (MOA) for inclusion in the 2027–29 CBA.

**BE IT FURTHER RESOLVED,** to the extent that this Memorandum of Agreement may be construed as a deviation from the terms of the 2025-2027 Collective Bargaining Agreement between the District and the Union, it shall not set precedent nor form the basis of any grievance that may be filed concerning any alleged violation of the contract.

This Memorandum of Agreement shall expire on June 30, 2027.

**FOR THE DISTRICT:**                                    **FOR THE UNION:**

Alicia Miller (Jan 15, 2026 10:50:36 CST)               Marcia Howard (Jan 14, 2026 16:12:26 CST)

Alicia Miller                                           Marcia Howard, President
Senior Human Resources Officer                          Minneapolis Federation of Educators

## Section V    Selected Minnesota Statutes

*Please note:  Statutes are subject to change each legislative session.  For the most up to date information, go to:  https://www.revisor.mn.gov/statutes/122A.41*

### 122A.41 TEACHER TENURE ACT; CITIES OF THE FIRST CLASS; DEFINITIONS.

**Subdivision 1. Words, terms, and phrases.**

Unless the language or context clearly indicates that a different meaning is intended, the following words, terms, and phrases, for the purposes of the following subdivisions in this section shall be defined as follows:

(a) **Teachers.** The term "teacher" includes every person regularly employed, as a principal, or to give instruction in a classroom, or to superintend or supervise classroom instruction, or as placement teacher and visiting teacher. Persons regularly employed as counselors and school librarians shall be covered by these sections as teachers if licensed as teachers or as school librarians.

(b) **School board.** The term "school board" includes a majority in membership of any and all boards or official bodies having the care, management, or control over public schools.

(c) **Demote.** The word "demote" means to reduce the compensation a person actually receives in the new position.

(d) **Nonprovisional license.** For purposes of this section, "nonprovisional license" shall mean an entrance, continuing, or life license.

**Subdivision 2. Probationary period; discharge or demotion.**

(a) The first three consecutive years of a teacher's first teaching experience in Minnesota in a single district are deemed to be a probationary period of employment, and the probationary period in each district in which the teacher is thereafter employed shall be one year. The school site management team or the school board if there is no school site management team, shall adopt a plan for a written evaluation of teachers during the probationary period according to subdivisions 3 and 5. Evaluation by the peer review committee charged with evaluating probationary teachers under subdivision 3 shall occur at least three times periodically throughout each school year for a teacher performing services during that school year; the first evaluation must occur within the first 90 days of teaching service. Days devoted to parent-teacher conferences, teachers' workshops, and other staff development opportunities and days on which a teacher is absent from school shall not be included in determining the number of school days on which a teacher performs services. The school board may, during such probationary period, discharge or demote a teacher for any of the causes as specified in this code. A written statement of the cause of such discharge or demotion shall be given to the teacher by the school board at least 30 days before such removal or demotion shall become effective, and the teacher so notified shall have no right of appeal therefrom.

(b) A probationary teacher whose first three years of consecutive employment are interrupted for active military service and who promptly resumes teaching consistent with federal reemployment timelines for uniformed service personnel under United States Code, title 38, section 4312(e), is considered to have a consecutive teaching experience for purposes of paragraph (a).

(c) A probationary teacher whose first three years of consecutive employment are interrupted for maternity, paternity, or medical leave and who resumes teaching within 12 months of when the leave began is considered to have a consecutive teaching experience for purposes of paragraph (a) if the probationary teacher completes a combined total of three years of teaching service immediately before and after the leave.

(d) A probationary teacher must complete at least 90 days of teaching service each year during the probationary period. Days devoted to parent-teacher conferences, teachers' workshops, and other staff development opportunities and days on which a teacher is absent from school do not count as days of teaching service under this paragraph.

(e) Notwithstanding any law to the contrary, a teacher who has taught for three consecutive years in a single school district or single charter school in Minnesota or another state must serve a probationary period of no longer than one year in a Minnesota school district.

**Subdivision 3. Mentoring for probationary teachers.**

A board and an exclusive representative of the teachers in the district must develop a probationary teacher peer review process through joint agreement that is consistent with subdivision 5. The process may include having trained observers serve as mentors or coaches or having teachers participate in professional learning communities.

**Subdivision 4. Period of service after probationary period; discharge or demotion.**

(a) After the completion of such probationary period, without discharge, such teachers as are thereupon reemployed shall continue in service and hold their respective position during good behavior and efficient and competent service and must not be discharged or demoted except for cause after a hearing. The terms and conditions of a teacher's employment contract, including salary and salary increases, must be based either on the length of the school year or an extended school calendar under section 120A.415.

(b) A probationary teacher is deemed to have been reemployed for the ensuing school year, unless the school board in charge of such school gave such teacher notice in writing before July 1 of the termination of such employment.

(c) A teacher electing to have an employment contract based on the extended school calendar under section 120A.415 must participate in staff development training under subdivision 4a and shall receive an increased base salary.

**Subdivision 4a. Additional staff development and salary.**

(a) A teacher electing to have a continuing contract based on the extended school calendar under section 120A.415 must participate in a total number of staff development days where the total number of such days equals the difference between the total number of days of student instruction and 240 days. Staff development includes peer mentoring, peer gathering, continuing education, professional development, or other training. A school board may schedule such days throughout the calendar year. Staff development programs provided during such days shall enable teachers to achieve the staff development outcomes under section 122A.60, subdivision 3.

(b) A public employer and the exclusive representative of the teachers must include terms in the collective bargaining agreement for all teachers who participate in additional staff development days under paragraph (a) that increase base salaries.

**Subdivision 5. Development, evaluation, and peer coaching for continuing contract teachers.**

(a) To improve student learning and success, a school board and an exclusive representative of the teachers in the district, consistent with paragraph (b), may develop an annual teacher evaluation and peer review process for probationary and non-probationary teachers through joint agreement. If a school board and the exclusive representative of the teachers in the district do not agree to an annual teacher evaluation and peer review process, then the school board and the exclusive representative of the teachers must implement the state teacher evaluation plan developed under paragraph (c). The process must include having trained observers serve as peer coaches or having teachers participate in professional learning communities, consistent with paragraph (b).

(b) To develop, improve, and support qualified teachers and effective teaching practices and improve student learning and success, and provide all enrolled students in a district or school with improved and equitable access to more effective and diverse teachers, the annual evaluation process for teachers:

(1) must, for probationary teachers, provide for all evaluations required under subdivision 2;

(2) must establish a three-year professional review cycle for each teacher that includes an individual growth and development plan, a peer review process, and at least one summative evaluation performed by a qualified and trained evaluator such as a school administrator;

(3) must include a rubric of performance standards for teacher practice that: (i) is based on the standards of effective practice in Minnesota Rules, part 8710.2000; (ii) includes culturally responsive methodologies; and (iii) provides common descriptions of effectiveness using at least three levels of performance;

(4) must coordinate staff development activities under sections 122A.60 and 122A.61 with this evaluation process and teachers' evaluation outcomes;

(5) may provide time during the school day and school year for peer coaching and teacher collaboration;

(6) may include job-embedded learning opportunities such as professional learning communities;

(7) may include mentoring and induction programs for teachers, including teachers who are members of populations underrepresented among the licensed teachers in the district or school and who reflect the diversity of students under section 120B.35, subdivision 3, paragraph (b), clause (2), who are enrolled in the district or school;

(8) must include an option for teachers to develop and present a portfolio demonstrating evidence of reflection and professional growth, consistent with section 122A.187, subdivision 3, and include teachers' own performance assessment based on student work samples and examples of teachers' work, which may include video among other activities for the summative evaluation;

(9) must use data from valid and reliable assessments aligned to state and local academic standards and must use state and local measures of student growth and literacy that may include value-added models or student learning goals to determine 35 percent of teacher evaluation results;

(10) must use longitudinal data on student engagement and connection and other student outcome measures explicitly aligned with the elements of curriculum for which teachers are responsible, including academic literacy, oral academic language, and achievement of English learners;

(11) must require qualified and trained evaluators such as school administrators to perform summative evaluations and ensure school districts and charter schools provide for effective evaluator training specific to teacher development and evaluation;

(12) must give teachers not meeting professional teaching standards under clauses (3) to (11) support to improve through a teacher improvement process that includes established goals and timelines; and

(13) must discipline a teacher for not making adequate progress in the teacher improvement process under clause (12) that may include a last chance warning, termination, discharge, nonrenewal, transfer to a different position, a leave of absence, or other discipline a school administrator determines is appropriate.

Data on individual teachers generated under this subdivision are personnel data under section 13.43. The observation and interview notes of peer coaches may only be disclosed to other school officials with the consent of the teacher being coached.

(c) The department, in consultation with parents who may represent parent organizations and teacher and administrator representatives appointed by their respective organizations, representing the Professional Educator Licensing and Standards Board, the Minnesota Association of School Administrators, the Minnesota School Boards Association, the Minnesota Elementary and Secondary Principals Associations, Education Minnesota, and representatives of the Minnesota Assessment Group, the Minnesota Business Partnership, the Minnesota Chamber of Commerce, and Minnesota postsecondary institutions with research expertise in teacher evaluation, must create and publish a teacher evaluation process that complies with the requirements in paragraph (b) and applies to all teachers under this section and section 122A.40 for whom no agreement exists under paragraph (a) for an annual teacher evaluation and peer review process. The teacher evaluation process created under this subdivision does not create additional due process rights for probationary teachers under subdivision 2.

(d) Consistent with the measures of teacher effectiveness under this subdivision:

(1) for students in kindergarten through grade 4, a school administrator must not place or approve the placement of a student in the classroom of a teacher who is in the improvement process referenced in paragraph (b), clause (12), or has not had a summative evaluation if, in the prior year, that student was in the classroom of a teacher who received discipline pursuant to paragraph (b), clause (13), unless no other teacher at the school teaches that grade; and

(2) for students in grades 5 through 12, a school administrator must not place or approve the placement of a student in the classroom of a teacher who is in the improvement process referenced in paragraph (b), clause (12), or has not had a summative evaluation if, in the prior year, that student was in the classroom of a teacher who received discipline pursuant to paragraph (b), clause (13), unless no other teacher at the school teaches that subject area and grade.

All data created and used under this paragraph retains its classification under chapter 13.

**Subdivision 5a. Probationary period for principals hired internally.**

A board and the exclusive representative of the school principals in the district may negotiate a plan for a probationary period of up to two school years for licensed teachers employed by the board who are subsequently employed by the board as a licensed school principal or assistant principal and an additional probationary period of up to two years for licensed assistant principals employed by the board who are subsequently employed by the board as a licensed school principal.

**Subdivision 6. Grounds for discharge or demotion.**

(a) Except as otherwise provided in paragraph (b), causes for the discharge or demotion of a teacher either during or after the probationary period must be:

(1) immoral character, conduct unbecoming a teacher, or insubordination;

(2) failure without justifiable cause to teach without first securing the written release of the school board having the care, management, or control of the school in which the teacher is employed;

(3) inefficiency in teaching or in the management of a school, consistent with subdivision 5, paragraph (b);

(4) affliction with a communicable disease must be considered as cause for removal or suspension while the teacher is suffering from such disability; or

(5) discontinuance of position or lack of pupils.

For purposes of this paragraph, conduct unbecoming a teacher includes an unfair discriminatory practice described in section 363A.13.

(b) A probationary or continuing-contract teacher must be discharged immediately upon receipt of notice under section 122A.20, subdivision 1, paragraph (b), that the teacher's license has been revoked due to a conviction for child abuse, as defined in section 609.185; sex trafficking in the first degree under section 609.322, subdivision 1; sex trafficking in the second degree under section 609.322, subdivision 1a; engaging in hiring or agreeing to hire a minor to engage in prostitution under section 609.324, subdivision 1; sexual abuse under section 609.342, 609.343, 609.344, 609.345, 609.3451, subdivision 3, or 617.23, subdivision 3; solicitation of children to engage in sexual conduct or communication of sexually explicit materials to children under section 609.352; interference with privacy under section 609.746 or harassment or stalking under section 609.749 and the victim was a minor; using minors in a sexual performance under section 617.246; possessing pornographic works involving a minor under section 617.247; or any other offense not listed in this paragraph that requires the person to register as a predatory offender under section 243.166, or a crime under a similar law of another state or the United States.

(c) When a teacher is discharged under paragraph (b) or when the commissioner makes a final determination of child maltreatment involving a teacher under section 260E.35, subdivision 5, the school principal or other person having administrative control of the school must include in the teacher's employment record the information contained in the record of the disciplinary action or the final maltreatment determination, consistent with the definition of public data under section 13.41, subdivision 5, and must provide the Professional Educator Licensing and Standards Board and the licensing division at the department with the necessary and relevant information to enable the Professional Educator Licensing and Standards Board and the department's licensing division to fulfill their statutory and administrative duties related to issuing, renewing, suspending, or revoking a teacher's license. Information received by the Professional Educator Licensing and Standards Board or the licensing division at the department under this paragraph is governed by section 13.41 or other applicable law governing data of the receiving entity. In addition to the background check required under section 123B.03, a school board or other school hiring authority must contact the Professional Educator Licensing and Standards Board and the department to determine whether the teacher's license has been suspended or revoked, consistent with the discharge and final maltreatment determinations identified in this paragraph. Unless restricted by federal or state data practices law or by the terms of a collective bargaining agreement, the responsible authority for a school district must disseminate to another school district private personnel data on a current or former teacher employee or contractor of the district, including the results of background investigations, if the requesting school district seeks the information because the subject of the data has applied for employment with the requesting school district.

**Subdivision 7. Hearing of charges against teacher.**

The charges against a teacher must be in writing and signed by the person making the same and then filed with the secretary or clerk of the school board having charge of the school in which the teacher is employed. Before the school board discharges or demotes a teacher, the board must notify the teacher in writing and state in reasonable detail its grounds for the proposed discharge or demotion, together with a statement that the teacher may request in writing within ten days after receiving the notice a hearing before the board. The board may have the notice served personally or may send it by certified mail addressed to the teacher at the teacher's last known post office address. The teacher, under subdivision 13, also may elect a hearing before an arbitrator instead of the school board. Within ten days after receiving the notice the teacher may request in writing a hearing before the board or an arbitrator and it shall be granted. The teacher must be given reasonable notice of the time and place of the hearing before final action is taken. A teacher who fails to request a hearing within ten days is considered to acquiesce in the board's action. If the charge is made by a person not connected with the school system the charge may be disregarded by the school board. If the grounds are those specified in subdivision 6, clause (1), (2), (3), or (4), the notice must also state a teacher may request arbitration under subdivision 13. At the hearing, the school board or arbitrator shall hear all evidence that may be adduced in support of the charges and for the teacher's defense to the charges. Either party has the right to have a written record of the hearing at the expense of the board and to have witnesses subpoenaed and all witnesses so subpoenaed must be examined under oath. Any member of the school board conducting such a hearing has authority to issue subpoenas and to administer oaths to witnesses.

**Subdivision 8. Counsel; examination of witnesses.**

Each party appearing before the school board has the right to be represented by counsel, and such counsel may examine and cross-examine witnesses and present arguments.

**Subdivision 9. Hearings.**

All hearings before the school board must be private or may be public at the decision of the teacher against whom such charges have been filed.

**Subdivision 10. Decision, when rendered.**

The hearing must be concluded and a decision in writing, stating the grounds on which it is based, rendered within 25 days after giving of such notice. Where the hearing is before a school board the teacher may be discharged or demoted upon the affirmative vote of a majority of the members of the board. If the charges, or any of such, are found to be true, the board conducting the hearing must discharge, demote, or suspend the teacher, as seems to be for the best interest of the school. A teacher must not be discharged for either of the causes specified in subdivision 6, clause (3), except during the school year, and then only upon charges filed at least four months before the close of the school sessions of such school year.

**Subdivision 11. Charges expunged from records.**

In all cases where the final decision is in favor of the teacher the charge or charges must be physically expunged from the records.

**Subdivision 12. Suspension pending hearing; salary.**

After charges are filed against a teacher, the school board may suspend the teacher from regular duty. If the teacher is suspended or removed after the final decision, the board may in its discretion determine the

teacher's salary or compensation as of the time of filing the charges. If the final decision is favorable to the teacher, the board must not abate the teacher's salary or compensation.

**Subdivision 13. Hearing and determination by arbitrator.**

A teacher against whom charges have been filed alleging any cause for discharge or demotion specified in subdivision 6, clause (1), (2), (3), or (4), may elect a hearing before an arbitrator instead of the school board. The hearing is governed by this subdivision.

(a) The teacher must make a written request for a hearing before an arbitrator within ten days after receiving a written notice of the filing of charges required by subdivision 7. Failure to request a hearing before an arbitrator during this period is considered acquiescence to the board's action.

(b) If the teacher and the school board are unable to mutually agree on an arbitrator, the board must request from the Bureau of Mediation Services a list of five persons to serve as an arbitrator. If the teacher and the school board are unable to mutually agree on an arbitrator from the list provided, the parties shall alternately strike names from the list until the name of one arbitrator remains. The person remaining after the striking procedure must be the arbitrator. If the parties are unable to agree on who shall strike the first name, the question must be decided by a flip of a coin. The teacher and the board must share equally the costs and fees of the arbitrator.

(c) The arbitrator shall determine, by a preponderance of the evidence, whether the causes specified in subdivision 6, clause (1), (2), (3), or (4), exist to support the proposed discharge or demotion. A lesser penalty than discharge or demotion may be imposed by the arbitrator only to the extent that either party proposes such lesser penalty in the proceeding. In making the determination, the arbitration proceeding is governed by sections 572B.15 to 572B.28 and by the collective bargaining agreement applicable to the teacher.

(d) An arbitration hearing conducted under this subdivision is a meeting for preliminary consideration of allegations or charges within the meaning of section 13D.05, subdivision 3, paragraph (a), and must be closed, unless the teacher requests it to be open.

(e) The arbitrator's decision is final and binding on the parties, subject to sections 572B.18 to 572B.28.

**Subdivision 14.  MS 2018 [Repealed, 1Sp2017 c 5 art 2 s 58]**

**Subdivision 14a. Negotiated unrequested leave of absence.**

The school board and the exclusive bargaining representative of the teachers must negotiate a plan providing for unrequested leave of absence without pay or fringe benefits for as many teachers as may be necessary because of discontinuance of position, lack of pupils, financial limitations, or merger of classes caused by consolidation of districts.

**Subdivision 15. Records relating to individual teacher; access; expungement.**

All evaluations and files generated within a district relating to each individual teacher must be available to each individual teacher upon the teacher's written request. Effective January 1, 1976, all evaluations and files, wherever generated, relating to each individual teacher must be available to each individual teacher upon the teacher's written request. The teacher has the right to reproduce any of the contents of the files at the teacher's expense and to submit for inclusion in the file written information in response to any material contained therein.

A district may destroy the files as provided by law and must expunge from the teacher's file any material found to be false or substantially inaccurate through the grievance procedure required pursuant to section

Section V    Selected Minnesota Statutes

179A.20, subdivision 4. The grievance procedure promulgated by the director of the Bureau of Mediation Services, pursuant to section 179A.04, subdivision 3, clause (h), applies to those principals and supervisory employees not included in an appropriate unit as defined in section 179A.03. Expungement proceedings must be commenced within the time period provided in the collective bargaining agreement for the commencement of a grievance. If no time period is provided in the bargaining agreement, the expungement proceedings must commence within 15 days after the teacher has knowledge of the inclusion in the teacher's file of the material the teacher seeks to have expunged.

**Subdivision 16. Reporting of hires and terminations.**

A school district must annually report to the Professional Educator Licensing and Standards Board: (1) all new teacher hires and terminations, including layoffs, by race and ethnicity; and (2) the reasons for all teacher resignations and requested leaves of absence. The report must not include data that would personally identify individuals.

**History:**

*Ex1959 c 71 art 6 s 17; 1961 c 720 s 1; 1971 c 667 s 1; 1975 c 177 s 2; 1976 c 222 s 19,208; 1977 c 447 art 7 s 24; 1978 c 632 s 3; 1978 c 674 s 60; 1979 c 139 s 2; 1983 c 314 art 7 s 32,33; 1984 c 462 s 27; 1984 c 463 art 7 s 14; 1986 c 444; 1988 c 718 art 7 s 36; 1989 c 152 s 2; 1991 c 196 s 3,4; 1991 c 265 art 9 s 52-55; 1992 c 499 art 8 s 14; 1993 c 224 art 12 s 24,25; 1998 c 397 art 8 s 42-54,101; art 11 s 3; 1999 c 201 s 4; 1999 c 241 art 9 s 16; 1Sp2001 c 6 art 2 s 12-16; 1Sp2003 c 9 art 12 s 3; 2005 c 36 s 2; 1Sp2005 c 5 art 2 s 37,38; art 10 s 2; 2009 c 96 art 2 s 23,24; 2010 c 264 art 2 s 3,9; 1Sp2011 c 11 art 2 s 16-20; 2012 c 187 art 1 s 15; 2013 c 116 art 3 s 16; 2014 c 192 art 3 s 2; 2014 c 272 art 1 s 20; art 3 s 15,16; 2014 c 312 art 16 s 3; 1Sp2015 c 3 art 2 s 25,26; 2016 c 189 art 24 s 7; 1Sp2017 c 5 art 2 s 22; art 12 s 22; 2018 c 182 art 1 s 21; 1Sp2019 c 5 art 2 s 29; 1Sp2020 c 2 art 8 s 16; 2022 c 55 art 1 s 28; 2023 c 53 art 11 s 7; 2023 c 55 art 5 s 48-50; 2024 c 109 art 3 s 15*

## Section VI    School Board Policies

Available on MPS webpage (Search for Policies).

Selected Personnel policies:

Equal Employment Opportunity .......................................................4000
Disability Non-Discrimination...........................................................4001
Harassment and Violence Prohibition:  Protected Classes ......................4002
    Harassment and Violence:  Reporting and Fact-Finding Procedures ....4002- A,B,C
Family Medical Leave Act  ...............................................................4016
Suspension of Employee Charged with a Criminal Violation ...................4027
Workers' Compensation ..................................................................4030
  Accident Reporting ......................................................................4030A
  Return to Work ...........................................................................4030B
Behavior Standards and Code of Conduct ..........................................5200
  Classification of Behaviors and Responses ........................................5200A
  Out of School Removals from Instruction .........................................5200B

---

**NONDISCRIMINATION**

**The Minneapolis Public Schools does not discriminate on the basis of race, creed, color, religion, ancestry, national origin, sex affectional preference, handicap, marital status, status with regard to public assistance, Vietnam era veteran status, and age in its educational programs or activities and complies with Title IX, of the Educational Amendments of 1972, Section 504 of the Rehabilitation Act of 1973 and other applicable federal or state statutes and regulations relating to equality of opportunity.**

---

GLOSSARY OF ACRONYMS AND TERMS

—— A ——

ABAR — Anti-Bias Anti-Racism *(Staff Development Council)*
ABE — Adult Basic Education
ACLD — Association for Children with Learning Disabilities
ACT — American College Testing Program
ADA — Americans with Disabilities Act
ADD — Attention Deficit Disorder
ADHD — Attention Deficit/Hyperactivity Disorder
ADM — Average Daily Membership
AE — Associate Educator
AECT — Association for Educational Communication & Technology
AFT — American Federation of Teachers
ALC — Area Learning Center
AMP — Association of Minneapolis School District Professional Employees
A of T — Achievement of Tenure (MPS Induction)
AOM — Assurance of Mastery
AOT — Achievement of Tenure (MPS Induction)
AP — Advanced Placement
APE — Adolescent Parenting Education
APEX — Automatic Payroll Exchange
ATC — Assistive Technology Center
ARC — Association for Retarded Citizens
ASCD — Association for Supervision & Curriculum Development
AV — Audio Visual
AYP — Adequate Yearly Progress

—— B ——

BEEF — Business Economics Education Foundation, now called BestPrep
BIPOC — Black, Indigenous, and People of Color
BIP — Behavior Intervention Plan
BMT — Black Men Teach
BOE — Board of Education
BOT — Board of Teaching

—— C ——

CACHIE — Citywide Advisory Committee on Home Improvement Education
CAP — Comprehensive Arts Program
CAIT — Citizen's Advisory Committee on Information Technology
CAREI — Center for Applied Research in Ed.
CAT — California Achievement Test
CBLC — Child Behavior & Learning Clinic
CBS — Community Based Services (Spec. Ed.)
CBVT — Community Based Vocational Training
CDT — Child Development Technician
CEC — Council for Exceptional Children
CEU — Continuing Education Units
C & I — Curriculum & Instruction
CIC — Curriculum & Instruction Council
CIIP — Cooperative Interdistrict Integration Prog.
CLASS — Coordinated Learning for Academic & Social Success
CLUC — Central Labor Union Council
COBRA — Consolidated Omnibus Budget Reconciliation Act
COSA — Counselor on Special Assignment

CPAC — Central Placement & Assessment Ctr.
CPP — Career Planning Profile
CRP — Community Resource Pool
CRTC — Children's Residential Treatment Ctr.
CRV — Community Resource Volunteer
CSPAC — Comprehensive Student Planning Advisory Committee
CTARS — Comprehensive Teaming to Assure Resiliency in Students
CTIC — Community Transition Interagency Com.
CU — Credit Union
CUHCC — Community University Health Care Ctr.
CUE — Collaborative Urban Educators

—— D ——

DAPE — Developmental Adapted Physical Ed.
DCD — Developmental Cognitive Disability
DEC — Division of Early Childhood
DHR — Division of Human Resources
DLT — District Leadership Team
DSDA — District Staff Development Advisory

—— E ——

EA — Educational Assistant
EAP — Employee Assistance Program
EBD — Emotional/Behavioral Disorder
ECFE — Early Childhood Family Education
ECSE — Early Childhood Special Education
ECSU — Educational Cooperative Service Unit
EEC — Early Education Centers
EEOC — Equal Employment Opportunity Commission
ELF — Enhanced Learning Focus
ELL — English Language Learners
ELO — Essential Learning Outcomes
ELT — Executive Leadership Team
EM — Education Minnesota (merged organization of Minnesota Educational Association and Minnesota Federation of Teachers)
EMH — Educable Mentally Handicapped
EMS — Educational Media Services
ER & D — Educ. Research & Dissemination (AFT)
ESEA — Elementary and Secondary Education Act (No Child Left Behind Law)
ESC — Educational Service Center (807)
ESL — English as a Second Language
ESP — Education Support Professional

—— F ——

FAS — Federation of Alternative Services/Schools
FTE — Full-Time Equivalency (refers to teaching positions)

—— G ——

GAE — General Adult Education
GATE — Gifted & Talented Education
GED — General Education Diploma
GESA — Gender Equity Sensitivity Awareness
GMDCA — Greater Minneapolis Daycare Assoc.
GOSPEL — Guide for Skills for Physical Ed. Learning
GPDP — Guided Professional Development Plan

—— H ——

HACU — Hispanic Association of Colleges & Universities
HBCU — Historically Black Colleges & Universities
HECB — Higher Education Coordinating Board
HI — Hearing Impaired

| | | | |
|---|---|---|---|
| HIPPY | Home Instruction Program for Pre-School Youngster | MFBHS | MN Foundation for Better Hearing & Speech (now called Doorways) |
| HOTS | Higher Order Thinking Skills | MFT#59 | Mpls Federation of Teachers/Local 59 |
| HP | Holmes Partnership | MFE#59 | Mpls Federation of Educators/Local 59 |
| HR | Human Resources (See Division of Human Resources) | MICE | Mothers in Continuing Education |
| | | MIMC | MN Instructional Materials Center |
| HRA | Health Retirement Account | MINE | MN Informational Network for Educators |
| HRS | Health Related Services | MISA | Management Information Systems Asst. |
| HSA | Health Service Assistant | MIX | McGraw-Hill Information Exchange |
| HAS | Health Savings Account | MMMI | Mild-Moderate Mentally Impaired |

—— **I** ——

| | | | |
|---|---|---|---|
| | | MOA | Memorandum of Agreement |
| IDDS | InterDistrict Downtown School | MOU | Memorandum of Understanding |
| IEP | Individual Educational Plan | MPS | Minneapolis Public Schools |
| IIS | Instructional Integration Specialist | MPSI | Mpls Pre-School Screening Instrument |
| ILP | Individual Learning Plan | MSBA | MN School Board Association |
| IMC | Instructional Materials Center | MSDC | MN Staff Development Council |
| IMS | Instructional Management Systems | MSHA | MN Speech-Language & Hearing Assoc. |
| INTASC | Interstate New Teacher Assessment & Support Consortium | MSHSL | MN State High School League |
| | | MSMI | Moderate-Severe Mentally Impaired |
| IT | Instructional Technology | MSRS | Minnesota State Retirement System |
| | | MTLE | Minn. Teacher Licensure Examination |

—— **J** ——

| | | | |
|---|---|---|---|
| | | MVA | MN Vocational Association |
| JSD | Journal of Staff Development | | |

—— **K** ——    —— **N** ——

| | | | |
|---|---|---|---|
| K-12 | Kindergarten through grade twelve | NALT | Northwest Achievement Levels Tests |
| KBEM | Radio Board of Ed. Mpls. (North High) | NBC | National Board Certification |
| | | NBI | National Benefits Inc. |

—— **L** ——

| | | | |
|---|---|---|---|
| LD | Learning Disabled | NBPTS | National Board for Professional Teaching Standards |
| LEP | Limited English Proficiency | NCAA | North Central Accreditation Association |
| LOG | Learning Outcome Guide | NCATE | National Council for Accreditation of Teacher Education |
| LRE | Least Restrictive Environment | | |
| LST | Learner Support Team | NCLB | No Child Left Behind |
| LTD | Long-Term Disability | NEA | National Education Association |

—— **M** ——

| | | | |
|---|---|---|---|
| MACA | Minneapolis Association of Confidential Administrators | NELC | Neighborhood Early Learning Centers |
| | | NFB | National Federation of the Blind |
| MAAS | Minneapolis Association of Administrative Supervisors | NLL | Native Language Literacy |
| | | NMSQT | National Merit Scholarship Qualifying Test |
| MACALD | MN Association for Children & Adults with Learning Disabilities | NRP | Neighborhood Revitalization Program |
| | | NSDC | National Staff Development Council |
| MAEF | MN Academic Excellence Foundation | NTO | New Teacher Orientation |
| MASA | MN Association of School Administrators | NYLC | National Youth Leadership Council |
| MASCD | MN Association of Supervision & Curriculum | | |

—— **O** ——

| | | | |
|---|---|---|---|
| MASE | MN Administrators of Special Education | OCR | Office for Civil Rights |
| MATE | MN Association of Teacher Educators | OED | Office of Equality and Civil Rights |
| MASSP | MN Association of Secondary School Principals | OFP | Out of Field Permission |
| | | OJT | On-the-Job Training |
| MCAs | Minnesota Comprehensive Assessments | OLSAT | Otis-Lennon School Abilities Test |
| MCAII | Minnesota Comprehensive Assessments-II | OT | Occupational Therapist |

—— **P** ——

| | | | |
|---|---|---|---|
| MCC | Minneapolis Community College | P-12 | Preschool through grade 12 |
| MCEA | MN Community Education Assoc. | PACE | Pregnant Adolescent Continuing Ed. |
| MCGFASDA | Multicultural, Gender Fair, Age, Sex, Disability Aware | PACER | Parent Advocacy Coalition for Ed. Rights |
| | | PAR | Professional Assistance and Review |
| MCTC | Minnesota Community & Technical College | PALS | Program for Academic & Language Skills |
| MDHR | Minnesota Dept of Human Rights | PASS | Policy & Strategic Services |
| MECC | MN Educational Computing Consortium | PATHWISE | A tool to assess essential teaching skills |
| MEEB | MN Environmental Education Board | PICIC | Phillips Community Initiatives for Children |
| MEED | MN Educators of Emotional Disturbed | PDC | Professional Development Center |
| MEEP | MN Educational Effectiveness Program | PDD | Pervasive Developmental Disorder |
| MEMO | MN Educational Media Organization | PDP | Professional Development Process |
| MESPA | MN Elementary School Principal's Assoc. | PE | Physical Education |

| | |
|---|---|
| PELSB | Professional Educator Licensing and Standards Board |
| PESK | Physical Education Skills for Kindergarten |
| PELRA | Public Employment Labor Relations Act |
| PER | Planning, Evaluation & Reporting Com. |
| PERA | Public Employees' Retirement Assoc. |
| PIC | Prescriptive Instruction Center |
| PICA | Parents In Community Action |
| PIN | Personal Identification Number |
| P.L. | Public Law (e.g. P.L. 94-142) |
| PLC | Professional Learning Community |
| PLT | Professional Leadership Team (5 With 5) |
| POHI | Physically & Other Health Impaired |
| POSA | Principal on Special Assignment |
| PRAXIS | Professional Assessments for Beginning Teachers |
| PSAT | Preliminary Scholastic Aptitude Test |
| PSP | Professional Support Process |
| PSS | Preschool Screening Program |
| PT | Physical Therapist |
| PTSA | Parent Teacher Student Association |

## —— Q ——

| | |
|---|---|
| QIP | Quality Improvement Process |
| QPA | Quality Performance Award |
| QPI | Quality Performance Indicators |

## —— R ——

| | |
|---|---|
| R-Factor | Relationship Factor Course (MFE) |
| REA | Research, Evaluation & Assessment |
| RIS | Racially Isolated School |
| RSP | Related Services Professional |

## —— S ——

| | |
|---|---|
| SAT | Stanford Achievement Test / Scholastic Aptitude Test |
| SCH | State Council for the Handicapped |
| SCSU | St. Cloud State University |
| SDAC | Staff Development Advisory Committee |
| SDE | State Department of Education |
| SEA | Special Education Assistant |
| SEAC | Special Education Advisory Board |
| SEIU | Service Employees International Union |
| SERT | Special Education Resource Teacher |
| SES | Supplemental Education Services |
| SHAPE | South Hennepin Adult Program in Ed. |
| SIMS | Systematic Instructional Management Strategies |
| SIF | School Improvement Feedback |
| SIP | School Improvement Plan |
| SIR | School Information Report |

| | |
|---|---|
| SLBP | Special Learning & Behavior Problems |
| SLD | Special Learning Disability |
| SNAP | Student Needing Alternative Program (Waiver) |
| SOEI | Standards of Effective Instruction |
| SPAN | Special Program for Adolescent Needs |
| SPC | School Performance Continuum |
| SPEN | Special Program for Elementary Needs |
| SSD#1 | Special School District #1 (MPS) |
| SSF | Support Service Facilitator |
| SST | Student Support Team |
| SSW | School Social Worker |
| SWOSA | (School) Social Worker on Special Assignment |

## —— T ——

| | |
|---|---|
| TBI | Traumatic Brain Injury |
| TDA | Tax Deferred Annuity |
| TFCU | Teacher Federal Credit Union |
| TMH | Trainable Mentally Handicapped |
| TIES | Technology & Information Educational Services |
| TOSA | Teacher on Special Assignment |
| TRA | Teachers Retirement Association |
| TSAs | Tax Sheltered Annuities |
| TSES | Total Special Education System |

## —— U ——

| | |
|---|---|
| U of M | University of Minnesota |
| UMD | University of Minnesota, Duluth |
| USOE | United States Office of Education |
| UST | University of St. Thomas |

## —— V ——

| | |
|---|---|
| VE | Vocational Education |
| VEAP | Volunteers Enlisted to Assist People |
| VEBA | Voluntary Employees' Beneficiary Association (medical trust contract) |
| VI | Visually Impaired |

## —— W ——

| | |
|---|---|
| WEH | Work Experience Handicapped |
| WISC-R | Wechsler Intelligence Scale for Children - Revised |
| WISE | We're In Service Education (Volunteer Services) |
| WMEP | West Metro Education Plan |
| WOC | Work Opportunity Center |

## —— Y ——

| | |
|---|---|
| YES | Youth Employment Services |
| YT | Youth Trust |

**INDEX**

**4**

403(b), 457 ....................................*See* Deferred Compensation

**A**

Accommodation, Request for/Reporting ............................................ 180
Accountability
    Framework ........................................................................................ 55
    Shared Decision-Making ............................................................ 33
    Site Team ......................................................................................... 37
Additional Hourly Pay Rate .................................................................. 226
Additional Students .................................................................................. 17
Administrative Interns ........................................................................... 128
Agreements Contrary to Law ................................................................. 15
American Indian Best Practices & Pathway Sites - MOA .............. 228
Anti-Bias Anti-Racism Development & Advisory Council .............. 27
Anti-Bias Anti-Racist Staff Development and Advisory Council ..27
Assault
    Assaultive Behavior, Middle & High School Students ............... 136
    Assaultive Behavior, Student Transfers Into MPS ..................... 136
    First Report of Injury, Incident Report - Within 24 Hrs ......... 136
    HR Assistance to Determine Eligibility for Benefits ................. 137
    Medical Expenses Reimbursement ................................................. 161
    Principal Shall Obtain Statements From Observers ................. 137
    Principal Will Inform Teacher of Actions Taken ........................ 137
    Procedures to Follow if Assaulted ................................................. 136
    Reimbursement for Personal Property Damage ........................ 161
    Sick Leave Reimbursement .............................................................. 161
Assessment
    Shared Decision-Making ................................................................... 49
    Site-Based Management .................................................................... 49
Assignment
    Assignments And Schedules, Article 2 .......................................... 17
    Hourly Rate Teachers ....................................................................... 148
    Scheduling, Daily/Weekly Parameters) ...................................... 209
    School Building Assignment Change During Year ...................... 199

**B**

Before-Tax Benefits ................................................................................ 154
Behavior ..............................................................*See* Student Behavior
Beneficiary
    Life Insurance .................................................................................... 154
    Recognized Designations (CTT, Severance) ................................ 159
Benefits .....*Also see additional references under each separate benefit name*
    Additional Optional/Voluntary Coverages .................................. 152
    Article 9, Group Benefits .................................................................. 152
    Before Tax - Dependent Care Assistance ...................................... 154
    Before-Tax - Flex Spending Account (FSA) .................................. 154
    Before-Tax Deduction of Premiums ............................................. 154
    Coverage Duration (to Aug. 31 if complete school year) ........ 153
    Coverages ............................................................................................ 152
    Deferred Compensation Savings Plans (e.g., 403b, 457) ........ 156
    Dental Insurance Contributions .................................................... 153
    Eligibility For Employer Contributions ....................................... 153
    Eligibility For, Generally ................................................................. 152
    Enrollment  - Initial, Annual ......................................................... 152
    Health Insurance Coverages, Contribution Amounts ............... 153
    Hourly Rate Employees .................................................................... 148
    Identity Protection ............................................................................ 152
    Life Insurance, District Paid ........................................................... 154
    Life Insurance, Supplemental ........................................................ 154
    Long-Term Care Insurance .............................................................. 154
    Long-Term Disability (LTD) ............................................................ 154
    Medical - Coverages/Contribution Amounts ............................. 153
    Medical - Dependent Coverage Contributions ........................... 153
    Medical - Domestic Partner Contributions ................................. 153
    Medical - Married Couples Contributions ................................... 153
    Medical - Single Coverage ............................................................... 153
    Retirees - Insurance, Eligibility, COBRA ...................................... 156
    Vision Insurance ................................................................................ 152
    Workers' Compensation (Assault) ................................................ 161
Bereavement .................................................*See* Death In Family Leave
Bilingual and Dual Language Programs ............................................ 202
Bilingual/Multilingual Incentives ...................................................... 142
Board of Education Rights and Responsibilities ............................... 15
Budget Committee Role ........................................................................... 38
Building Assignment Change During Year ........................................ 199
Building Mentors ..................................................................................... 126
Bush Leadership Fellow ........................................................................ 172

**C**

Cadre Reserve Teacher
    Feedback ............................................................................................. 150
    Health Coverage ................................................................................ 150
    Pay ....................................................................................................... 150
    Sick Leave Allowance ....................................................................... 165
    Sick Leave Days ................................................................................. 150
    Staff Development ............................................................................. 150
    Work 85 Days Per Year .................................................................... 150
Career Options ........................................................................................ 104
Career Options (PSP)
    Outplacement Service ...................................................................... 105
Career Transition Trust (CTT)
    Survivor Benefits ............................................................................. 159
Caseload Recommendations ................................................................ 183
    Licensed School Counselors ........................................................... 185
    Special Education Teachers - MOA ................................................ 238
CEU's ............................................................................................................ 96
Class Size
    Professional Leadership Team ......................................................... 54
Class size caps ......................................................................................... 181
Climate
    Respectful Climate & Culture ............................................................ 8
Closing, Moving, merging sites ........................................................... 201
COBRA
    Retiree Insurance ............................................................................. 156
    Retirees, 2% Administrative Fee .................................................. 156
Co-Curricular
    Extra-Assignment Activities .......................................................... 146
    Pay Schedules .................................................................................... 220
    Pay Schedules, Middle School Athletics ...................................... 221
Construction at the Work Site ............................................................. 180
Cooperating/Supervising Teacher - Definition ............................... 125
Coordinator, Professional Development Center ............................. 125
Coordinator, Student Teacher ............................................................. 125
Council for Educator Development ..................................................... 129
Counselors
    Work Year, Additional 10 days ........................................................ 20
Court Cases Leave ................................................................................... 176
Credit, Required for Sabbatical Leave ............................................... 174
Critical Illness Leave
    20 Days Per Contract Period allowed ......................................... 171

5 Consecutive Days Allowed..................................................................... 171
Long Call Reserve Teacher ..................................................................... 171
Critical Illness/Death of Friend Leave ................................................... 172

# D

Death in Family Leave
Long-Call Reserve Teacher......................................................................... 171
Death in Family Leave ................................................................................... 171
5 Consecutive Days Allowed..................................................................... 171
Death in Family Leave
20 Days Per Contract Period allowed................................................... 171
Death in Family Leave: ................................................................................. 171
Death/Critical Illness of a Friend Leave ............................................... 172
Decision-Making Parameters............................................................... 45, 64
Deductions
Education Fund ........................................................................................... 160
Payroll ............................................................................................................. 31
Defendant/Plaintiff in Court Leave........................................................ 177
Deferred Compensation............................................................................. 156
Match Payment .......................................................................................... 156
Definitions......................................................................................................... 15
Demonstration Lessons, Payment For.................................................... 142
Demonstration Teacher .............................................................................. 125
Dental Insurance ........................................................................................... 153
Dependent Care Assistance Plan ............................................................. 154
Direct instruction rate ................................................................................ 225
Disability
Accommodation Requests (ADA)......................................................... 180
Long-Term Disability Insurance (LTD) ............................................... 154
Disciplinary Letter, 10 Days Before Filed in Personnel File............ 31
Distinguished Teacher.........................................................120, 121, 123, 127
Distinguished Teacher Fellow .................................................................. 172
District Mentors............................................................................................. 126
Districtwide Layoff........................................................................................ 205
Driver Education Teachers Salary Schedule........................................ 224
Due Process
Special Education Due Process Additional Days................................ 17
Due Process Days
3 per year allowed ....................................................................................... 17
Tues, Wed, or Thurs allowed................................................................... 17
Dues, Check Off, Request for....................................................................... 31
Duration of Agreement ................................................................................. 15
Duty Day
Preparation Time, Within Student Day ............................................... 17
Scheduling (Daily/Weekly Parameters) ........................................... 209
Duty Day/Year Change Approval Process .............................................. 21

# E

Early Childhood
Testers, Assessors, Evaluators............................................................... 149
Testers, Assessors, Evaluators Pay Rate ........................................... 149
ECFE Teachers
Scheduling, Staffing.................................................................................... 23
Work Week....................................................................................................... 23
Education Fund............................................................................................... 160
Effect of the Agreement ................................................................................ 15
Elected to Public Office, Leave................................................................... 178
Election Judges, Leaves ................................................................................ 178
Electronic PDP Filing...................................................................................... 89
Elementary School Patrol Coordinators Salary Schedule ............ 224
Elementary Specialist Teacher's Facilities .......................................... 181

Emergencies
Personal Leave Days with Pay ............................................................... 169
Emergency Closings......................................................................................... 20
Environmental Health and Safety Committee ........................179, 180
Environmental Health/Safety
Complaints .................................................................................................. 180
Ethical Responsibilities
To Colleagues & the Profession............................................................... 25
To Families and Communities ................................................................. 25
To Students ..................................................................................................... 24
Excessed Status.................Also see Transfer, Reassignment, & Recall
Causes Of ..................................................................................................... 198
Due to Personal Leave of 1yr or more ............................................... 198
Due to Reduction....................................................................................... 198
Interview Within Lic. Area/Department Only ............................... 199
Option to Completely Excess ................................................................ 204
Options In Lieu of Being Placed ........................................................... 199
Participation in Transfer Process Required.................................... 199
Recalled If A Position Reopens ............................................................ 208
Right to Retain Partially Excessed Status....................................... 205
Right to return ........................................................................................... 193
School Closure ........................................................................................... 201
School Social Worker (During Move Intact) .................................. 204
Staff Adjustments ..................................................................................... 200
Underrepresented populations............................................................ 201
Vacancies Filled After 1st Semester ................................................... 200
Excessing........................................See Transfer, Reassignment & Recall
Exchange Program, Teacher....................................................................... 176
Exclusive Right to Negotiate........................................................................ 12
Exit interview ................................................................................................... 28
Extended-Time Program Assignments.................................................. 146
Extra-Assignment Activities ..................................................................... 146
Extra-Assignment Pay ................................................................................. 145

# F

Family and Student Feedback Surveys................................................... 105
Family Medical Leave Act (FMLA) ........................................................... 165
Employee Guide (Federal Dept. of Labor Publication) ............ 165
Probationary Teachers............................................................................ 171
Finality of this Agreement ............................................................................ 15
First Report of Injury ................................................................................... 180
First Report of Injury, Assault, Workers' Comp. Requirement.. 137
Fitness for Duty................................................................................................. 16
Flat Rate............................................................................... See Hourly Flat Rate
Flexible Spending Account (FSA) - Medical Expenses .................. 154
FMLA - Family Medical Leave Act............................................................ 165
Fresh Start
Excessed Status For Staff........................................................................... 59
School Board/Superintendent Decision ............................................ 59
Future Teacher................................................................................................ 123

# G

Gifted and Talented Teachers.................................................................... 203
Glossary Of Acronyms And Terms........................................................... 251
GPDP....................85, **Guided Professional Development Process**
Grievance Procedure
Article 13....................................................................................................... 186
Exclusive Representative Defined ....................................................... 186
Grievant Defined........................................................................................ 186
Level I (Supervisor) .................................................................................. 186
Level II (Employer Representative)..................................................... 187

Level III (Mediation).................................................................. 187
Level IV (Arbitration)................................................................ 187
No Precedent if MFE Not A Party To Grievance ......................... 188
Reprisals Not Permitted Against Any Grievant .......................... 188
Support/Representation of MFE Required ................................. 186
Group Benefits..............................................................*See* Benefits
Teachers on Layoff .................................................................... 152
Guided Professional Development Process (GPDP).........85, 91, 100
District Facilitator/PAR Mentor Responsibilities ...................... 102
Site Administrator's Responsibilities......................................... 101
Site Coordinator Responsibilities.............................................. 101
Teacher Transfer........................................................................ 102
Teacher's Responsibilities.......................................................... 100
Team Members' Reponsibilities ................................................ 101
Guskey's "Five Critical Levels of Prof. Dev't Evaluation"..............109

## H

Health Insurance..........................................................*See* Benefits
Hiring
Without A Valid License - Place On Step One (1)................29, 139
Hiring - see Salary Schedule Placement...................................... 138
Holidays
Hourly Rate Teachers................................................................ 148
Legal, Listed ............................................................................... 20
National Guard fees................................................................... 178
Release Time for Part Time Staff ................................................ 20
Resident Teachers ............................................................ 143, 224
Homebound Teachers.................................................................. 149
Hourly Flat Rate.......................................................................... 145
Hourly Rate
Additional Hourly ..................................................................... 226
Bi-weekly pay............................................................................ 148
Direct instruction Rate ............................................................. 225
Early Childhood Testers, Assessors, Evaluators ........................ 149
Flat Rate.................................................................................... 147
Holidays, Hourly Rate Teachers................................................ 148
Hourly Flat Rate........................................................................ 226
Hourly Flat Rate, Driver Education Teachers............................. 224
Leadership Rate ........................................................................ 225
Staff Development ..................................................................... 225
Student-Release Days, Hourly Rate Teachers ............................ 148
Teachers, Assignments.............................................................. 148
Teachers, Personal Leave........................................................... 148
Teachers, Retirement................................................................ 148
Teachers, Sick Leave................................................................. 148

## I

Indictment - Suspension, Repaid If Acquitted................................ 177
Induction and Development.......................................................... 113
Induction Job Share Procedures ................................................... 190
Injury/Illness, work-related ......................................................... 180
Instructional Leadership Team Role ...............................................38
Insurance .....................................*See* Benefits, *See* Benefits (Article 9)
Intern Teacher.............................................................................. 124
Internal Reassignment
3 Days For Assoc. Supt. to Decide.............................................. 195
3 Days to Appeal to Assoc. Supt. ............................................... 195
3 Days to Request Mediation After Educational Reasons........... 194
Allowed .................................................................................... 194
Educational Reasons, 3 days for Admin To Provide ................... 194
Position Held) .......................................................................... 195

Professional Conversation Required ............................................ 194
Recommended Timing Of........................................................... 194
Internet Access.............................................................................213
Interview & Select ....................*See* Transfer, Reassignment, & Recall

## J

Job Share Procedures
Article 15.................................................................................. 189
Induction .................................................................................. 190
Joint Labor-Management Training Sessions - MOA ...........................232
Jury Service
Leave With Pay.......................................................................... 176
Pay - Turn Over Fees To District (Less Travel Allowance).... 176

## L

Labor/Management Placement Committee.....................................201
Makeup Of................................................................................ 198
Lane Changes
Audiologists - NBC/Third-Party Billing .................................... 142
Eligibility, National Board Certification, Third-Party Billing 142
LSNs - NBC/Third-Party Billing................................................ 142
NBC/Other Health Provider Models Considered....................... 143
OTs - NBC/Third-Party Billing.................................................. 142
Psychologists- NBC/Third-Party Billing.................................... 143
PTs - NBC/Third-Party Billing.................................................. 143
Requests ................................................................................... 139
School Social Workers - NBC/Third-Party Billing..................... 143
SLPs - NBC/Third-Party Billing................................................ 143
Laptop/Desktop Computers, Devices
Accidental Damage/Loss............................................................ 213
Care and Use of......................................................................... 213
Laptops - See Laptop/Desktop Computers, Devices.......................213
Laws, Rules and Regulations..........................................................15
Layoff
Districtwide Layoff Procedures ................................................ 205
Immersion Teachers May Be Exempt......................................... 207
Joint Labor Management Committee.......................................... 206
Montessori Teachers May Be Exempt........................................ 207
NLL/Heritage Language Teachers May Be Exempt.................... 207
Racially Isolated Schools Teachers May Be Exempt.................. 207
Reinstatement........................................................................... 206
Leadership Pay Rate..........................................................144, 225
Leave of absence
Up To 15 days ........................................................................... 169
Leave of Absence
Application Must Be on Appropriate Form ................................ 162
Court Cases............................................................................... 176
Critical Illness .......................................................................... 171
Critical Illness/Death of Friend................................................ 172
Death in Family ........................................................................ 171
Defendant or Plaintiff in Court ................................................. 177
Definition (11 or More Consecutive Days ................................. 162
Elected to Public Office............................................................. 178
Election Judges ......................................................................... 178
Family Medical Leave Act (FMLA) ............................................ 165
Family Medical Leave Act (FMLA), Probationary Teachers .. 171
Indictment (Suspension From Service)...................................... 177
Jury Service ......................................................................176, 177
Leave of Absence - Article 11 ................................................... 162
Leave of absence up to 90 calendar days .................................. 169
Medical..................................................................................... 170

MFE Representatives ................................................... 12
Military ....................................................................... 177
Mobility (Extended) Leave, 3-5 Year Request ............ 170
Must Be Approved ...................................................... 162
National Board Certification Leave .......................... 175
Organizational Leave ................................................... 12
Organizational Leave – Union Business ................... 178
Personal Leave Days ................................................. 168
Personal Leave Days With Pay (Up To 5 With Pay) .... 169
Personal leave, Hourly Rate Teachers ..................... 148
Personal, Approved If Requested by Feb. 1st ............ 163
Probationary Teacher ......................................... 170, 171
Professional Improvement ........................................ 172
Religious Holiday Observance ................................... 169
Sabbatical Leave ........................................................ 172
School Purposes ......................................................... 172
Service on Public Commissions or Boards ............... 178
Sick Leave, Wellness Pay Leave ............................... 165
Site Standards Implementation Teams Study ......... 172
Study, With Pay (1-2 Weeks) ..................................... 172
Study, without Pay ..................................................... 172
Summer Study ............................................................ 176
Types of Leaves Available ......................................... 162
Union Business ............................................................ 12
Legal Commitments (Jury Service, Court Cases) .......... 176
Library Media Specialists ............................................ 234
Appointed To Technology JLMC ............................... 213
Work Year, Additional 4 days ..................................... 20
Licensed School Nurses
Work Year, Additional 6 days ..................................... 20
Licenses/Certifications ................................................ 141
Licensure ........................................................................ 29
Elementary Teachers ................................................... 84
High School Teachers .................................................. 84
Hiring Without Placed On Step 1 ........................ 29, 139
Middle School Teachers .............................................. 84
Special Education Teachers ......................................... 84
Transfer into new area before license granted ........ 196
Life Insurance .............................................................. 154
Lock & Locker Manager Salary Schedule ................... 224
Long-Call Reserve Teacher
Critical Illness in Family ........................................... 171
Death in Family Leave ............................................... 171
Sick Leave .................................................................. 151
Sick Leave Allowance ............................................... 165
Long-Term Care Insurance (Voluntary Benefit) ........... 154

## M

Management Rights and Responsibilities ..................... 15
Managerial Rights .......................................................... 16
Marketing Events ........................................................... 18
Master Teachers ........................................................... 129
Match Payment .......................... *See* Deferred Compensation
MEA Conference
Attendance .................................................................. 19
Flex day to beginning of school year ......................... 19
Medical Leave of Absence ........................................... 170
2Yr Limit .................................................................... 170
Extend Beyond 2 Yrs if Long-Term Disability .......... 162
Long-Term Disability ................................................. 162
Memoranda of Agreement (MOA)
American Indian Best Practices and Pathway Sites ... 228

Annual Staff Survey, Exit Surveys, and Data Review ............... 230
Caseloads for Special Education Teachers ................... 238
Library Media Specialists ............................................ 234
Revisions to Articles 2 and 15 .................................... 240
Mentors
Building ..................................................................... 126
District ...................................................................... 126
New Teacher, Caseloads ........................................... 107
Peer Assistance and Review (PAR) ........................... 107
Professional Account Stipend ($5,000) .............. 143, 224
Professional Development Center (PDC) ................... 126
Professional Development Services (PDS) ................. 126
PSP, Caseloads .......................................................... 107
Resident .................................................................... 126
Responsibilities ........................................................ 107
Salary ........................................................................ 143
Underrepresented populations .................................. 28
Mileage ......................................................................... 160
Military
Credit for Military Experience for Salary Schedule Placement
........................................................................................ 141
Military Leave ........................................................... 177
Minneapolis Strategic Direction for Staff Development ............... 108
Minnesota Statutes ...................................................... 242
MN Rule 8710.7200 ....................................................... 30
MOA
Joint Labor-Management Training Sessions ............... 232
Recall for Impacted Educators .................................. 236
Mobility Leave
(Extended Leave), 3-5 Year Request ......................... 170
Montessori Credits, Salary Schedule Placement .......... 140
MPS Induction
Bonus, Payout, Forms ................................................. 95
Coordinator ................................................................. 43
Facilitator ............................................................ 92, 100
Financial Support ....................................................... 95
Forms, where to send ................................................. 94
Probationary Teachers ............................................... 90
Review Team .............................................................. 98

## N

Naming of Schools .......................................................... 64
National Board Certification (NBC)
Certification and Relicensure .................................... 30
Lane Change for ........................................................ 142
National Board Certified Teachers ............................ 128
NBC Leaves ............................................................... 175
Salary Schedule Placement ................................ 140, 142
National Board for Professional Teaching Standards (NBPTS) 122
National Staff Development Council (NDSC) .......... 106, 109
Negotiations
Meet and Confer, Exclusive Representation by MFE ........ 12
Reopening Negotiations ............................................. 15
New Program Status .................................................... 198
New Site Status ........................................................... 198
New Site/Program Rules .............................................. 199
New Teacher Professional Development and Support ........ 92
Nursery School Experience, Salary Schedule Placement ........ 141

## O

Online Instruction, Pay ............................................... 143

Open House, Scheduling of......................................................19
Open House/Marketing Events – participate in 1 each...................18
Organizatonal Leave – Union Business ................................................178

# P

PAR .............................See Professional Assistance and Review (PAR)
Parent-Teacher Conferences....................................................19
Parking...................................................................................160
Parties to the Agreement .......................................................12
Part-time Assignments...........................................................202
Pathwise.................................................................................115
Pay..........................................................................See Salary/Pay
Payment Options, Premiums, Automatic ............................156
Payroll
   21 Pay Default Unless Election On File.........................142
   21/26 Pay Options ..........................................................142
   Pay Schedule Published Annually by Payroll Dept..................142
   Pay Schedule, 21/26 Option ..........................................142
   Payroll Deductions ...........................................................31
PDP....................................................Professional Development Process
Peer Coaching class, costs........................................................95
Peer Collaboration Day ...........................................................21
Peer Collaboration Time...........................................................90
PELRA.......................................................................................24
Performance
   Performance Award............................................................42
   Performance Conversation...........................................47, 50
   Program to Recognize Performance................................42
Personal Injury - Reimbursement (Assault)........................161
Personal Leave Days................................................................168
   1st - 3rd Days at Full Pay.................................................169
   4th/5th Day Reduced by $60/$120 ...................................169
   Approval Not Required ....................................................169
   Defined - Not For Vacation or To Extend Breaks.......................169
   Emergencies ......................................................................169
   Five (5) Allowed ...............................................................169
   Notification........................................................................169
Personal Leave of Absence
   Without Pay - Up To 15 Days........................................169
Personal Leave of Absence (Year)
   1 Yr or Longer, Return Rights .........................................164
   Approved If Apply before Feb. 1st ..................................163
   Leave of Absence - Article 11 .........................................164
   Return Rights if Extend >1 Year.....................................164
   Return To A Position in the District...............................164
   Right To Return to Site if Position Held ........................164
Personnel File Procedure
   10 day Period Before Filing a Disciplinary Letter.......................31
Personnel Files.........................................................................31
Physical Examination................................................................16
   Failure to Take..................................................................16
Placement Committee - See Labor/Management Placement
   Committee..........................................................................198
Plaintiff, Defendant in Court..................................................177
PLT....................................................See Professional Leadership Team
Portfolio development, hours, MPSU credits .........................95
Preamble..................................................................................... 8
Premiums, Automatic Payment Options...............................156
Preparation Time
   Assignments with >3 Courses/Day, Less Collaboration Time 18
   Daily, Within Student Day................................................17
   Elementary, 275 min/wk Minimum ................................18

   Elementary, 3 Options .....................................................18
   Elementary, Sites with 2 Preps/Day...............................18
   Elementary, Vote (Majority) By Last Day of School ....................18
   Secondary/Middle.............................................................18
   Secondary/Middle, 2 Options .........................................18
   Secondary/Middle, 275 min/wk Minimum ....................18
Probationary Teacher
   Definition of......................................................................124
   Financial Support Package ...............................................95
   Leave eligibility................................................................171
   Leaves................................................................................170
   Length of Probation Period ..............................................92
   Military Leave ...................................................................177
   MPS Induction....................................................................93
   MPS Induction Responsibilities .......................................98
   MPS Induction, PDP...........................................................90
Professional Assistance and Review (PAR)...........................106
   Mentors..............................................................................107
   PAR Committee ................................................................106
   PAR Panel, mentor referral to ........................................103
   Professional Review Panel for PSP..................................104
Professional Development
   Article 5.........................................................................67
   New Teachers .....................................................................93
   Professional Development Services (PDS) Mentors ..................126
   Support for Teachers New to the District ........................92
Professional Development Center (PDC) ..............................119
   Coordinator.......................................................................125
   Mentors..............................................................................126
   Site Selection ....................................................................121
   Teams.................................................................................121
Professional Development Process (PDP)
   Annual Timeline ................................................................88
   Electronic PDP Filing........................................................89
   Finding Time ....................................................................130
   Frequency of PDP ..............................................................88
   How it Works ......................................................................87
   Legislation ..........................................................................87
   Multiple Sites.....................................................................85
   PDP coordinator, Site, Selection of .................................91
   PDP Planning......................................................................89
   PDP Team............................................................................89
   Peer Collaboration Time....................................................90
   Site Coordinating Committee ...........................................91
   Site Coordinator.................................................................91
   Teachers at Multiple Sites.................................................85
   Tenured Teacher.................................................................90
   Why PDP?............................................................................85
Professional Expectations .......................................................27
Professional Improvement Leaves.........................................172
Professional Induction and Development..............................113
Professional Leadership Team (PLT)
   Composition........................................................................54
   Mission ...............................................................................54
Professional Portfolio.............................................................197
Professional Responsibilities
   Standards of Professional Ethics .....................................24
   Standards of Professional Responsibilities ....................26
Professional Support Process (PSP) ...............................85, 102
   Mentor Assessment Requests .........................................102
   Minimum number of meetings.......................................103
   New Teachers, Steps...........................................................93
   Return to PDP/GPDP........................................................103

Timeline, up to 9 Months................................................. 103
Step Held Until Return to PDP/GPDP............................. 141
Steps Team, Plan, Progress.............................................. 103
Strategies for support...................................................... 103
Teacher Transfer............................................................... 104
Unwilling or unable to improve ..................................... 103
Voluntarily Excess Requests ........................................... 193
Professional Tenured Teacher - Definition ...................... 125
Professional Work Space........................................................ 181
Programs and Classrooms Moved Intact............................. 202
PSP ........................................ 85, Professional Support Process
Public Commissions or Boards
Leave .................................................................................. 178
Service on........................................................................... 178
Public Employment Labor Relations Act (PELRA) ............ 24

**Q**

Quality
Quality Improve Process (QIP)......................................... 51
Quality Performance Award  (QPA)................................ 42
Quality Performance Indicators....................................... 59
Quarantine ............................................................................... 172

**R**

Realignment
Disallowed if due to Reduction of Force ........................ 193
Reassignment
See Transfer, Reassignment, & Recall ............................ 201
Reassignment of Teachers..........................*See* Internal Reassignment
Recall for Impacted Educators - MOA.................................. 236
Recognition of Exclusive Representation............................. 12
Record Keeping Days
1 per Quarter..................................................................... 17
70% vote requirement ..................................................... 17
Reduction of Staff.................................................................... 201
Reimbursement
CPR certification................................................................ 20
Damage to Vehicle ........................................................... 161
First aid certification ........................................................ 21
Personal Injury (Assault) ................................................ 161
Personal Property (Assault) ............................................ 161
Retiree Premium ............................................................... 155
Reinstatement following layoff............................................. 206
Related Services Professionals
Inclusion of under Agreement ........................................ 9
Release Days
Meetings ............................................................................ 148
Record keeping, quarterly ............................................... 17
Released Time for Negotiations............................................. 12
Relicensure ............................................................................... 29
Religious Holiday Observance
Leave With Full Pay (Option) ......................................... 169
Leave With Pay Options, Up to Four (4) Days.............. 169
Leave With Reduced Pay (Option)................................. 169
Reporting a Work Injury/Illness ......................................... 180
Reserve Annual Training, Military....................................... 177
Reserve Duty, Military............................................................ 177
Reserve Teacher
Adjustment of rates.......................................................... 151
Article 8.............................................................................. 150
Cadre Reserve Teacher..................................................... 150

Long-Call Reserve .................................................................. 150
Short-Call ................................................................................. 151
Short-Call Daily Rate.............................................................. 151
Short-Call Sick Leave ............................................................. 151
Resident Teacher Program..................................................... 114
Assessment and Approval................................................ 116
Expansion of Model .......................................................... 117
Funding .............................................................................. 115
Hiring .................................................................................. 117
Resident Mentors.............................................................. 126
Resident Teacher – Definition ........................................ 124
Salary .......................................................................... 143, 224
Salary Schedule Placement.............................................. 143
Selection of Coordinators and Mentors......................... 115
Site Requirements ............................................................ 115
Resignation, 30 duty day notice requirement...................... 31
Retirees
Hourly Rate Teachers........................................................ 148
Insurance, Eligibility......................................................... 156
Premium Reimbursement, Expiration 7/1/09............... 155
Retiree Health Reimbursement........................................ 155
Retiree Premium Reimbursement.................................... 155
Wellness Pay (50% of Sick Leave) ...............*See* Wellness Pay
Return from Sabbatical Leave................................................ 174
Return to Duty
After Sick Leave ................................................................ 171
Rights
Also see Student Behavior/Discipline (Article ............. 132
Board of Education, Management.................................... 15
Forming & joining union.................................................. 24
Right to Exclusive Representation................................... 24
Student Cooperation and Respect................................... 136
Teacher Rights and Responsibilities, Article 3 ............. 24
Tutors ................................................................................. 148
Views................................................................................... 24
RSP - See Related Services Professional ............................... 9

**S**

Sabbatical Leave
1/2 Year, Full Pay.............................................................. 173
1/2 Year, Full Pay Using Sick Leave .............................. 173
Accountability, Not Accept Employment....................... 175
Allotment ........................................................................... 174
Application Deadline, March 15th .................................. 173
Applications....................................................................... 173
Credits Required................................................................ 174
Defined ............................................................................... 172
Duration.............................................................................. 173
Eligibility ........................................................................... 173
Full Year, ½ Pay ............................................................... 173
Full Year, ¾ Pay (Over 2 Yrs) ........................................ 173
Return.................................................................................. 174
Sabbatical Leave Committee............................................ 175
Step Increment Granted.................................................... 174
Two (2) Year Obligation Upon Return............................ 175
Safety
Assaultive Behavior, Student Transfers Into MPS ....... 136
Behavior Plans for Sites ................................................... 134
District Behavior Committee............................................ 133
District Policies ................................................................. 132
District Responsibility ...................................................... 135
Environmental Health and Safety Committee............... 179

Environmental Health/Safety Complaints.................................... 180
Middle & High School Students ........................................ 136
Salary Schedule Placement
Additional Credits, Lane Changes.................................... 140
Appeal Initial Placement.................................................... 138
ESP Experience.................................................................... 141
Initial Placement.................................................................. 138
Initial, 45 days to notify if dispute ................................. 138
Initial, HR gives written notice of contract provision ............. 138
Military Experience............................................................. 141
Montessori Credits .............................................................. 140
National Board Certification...........................................140, 142
Nursery School Experience ............................................... 141
Prior Experience Credit ..................................................... 139
Resident Teachers ............................................................... 143
Rules....................................................................................... 138
School Social Worker Experience ..................................... 141
Semester or 110 days to receive a step ........................... 141
Step Held While On PSP Until Return to PDP/GPDP................ 141
Teaching Experience Credit .............................................. 140
Trade Experience ................................................................ 140
Salary/Pay
21 Pay Default Unless Election On File............................. 142
21/26 Pay Options ............................................................... 142
Article 7................................................................................. 138
Assignments Beyond Defined Day.................................... 146
Bilingual/Multilingual Incentive ..................................... 142
Co-Curricular........................................................................ 220
Co-Curricular, Middle School Athletics........................... 221
Demonstration Lessons, Payment For............................. 142
Direct instruction................................................................ 225
Driver Education Teacher................................................... 224
Early Childhood Testers, Assessors, Evaluators Pay Rate ..... 149
Elementary School Patrol Coordinators ......................... 224
Extra-Assignment ............................................................... 145
Holidays, Hourly Rate Teachers....................................... 148
Homebound Teachers ......................................................... 149
Hourly Flat Rate.................................................. 145, 147, 226
Hourly Leadership Rate ................................................144, 225
Hourly Rate Teachers......................................................... 148
Hourly Rate, Driver Education Teachers ......................... 224
Lock & Locker Manager ..................................................... 224
Mentor Teacher.................................................................... 143
Online Instruction............................................................... 143
Other Salary Schedules...................................................... 147
Pay Schedule Published Annually by Payroll Dept................... 142
Pay Schedule, 21/26 Option .............................................. 142
Resident Teacher..........................................................143, 224
Salary Increments, Annual (110 days to qualify) ........... 141
Staff Development Hourly Rate.....................................144, 225
Staff Development Pay Rates............................................. 225
Staff Development Stipend...........................................144, 225
Student Activities (Schedule D) ........................................ 222
Student-Release Days, Hourly rate teachers.................. 148
Scheduling
Assignments (Daily/Weekly Parameters) ...................... 209
School Climate Study Process..........................................54
School Improvement
Feedback ........................................................................ 44, 50
Plan .................................................................................. 50
Process (Sip)................................................................... 44
School Information Report (SIR)....................................... 50
School Perf. Management Continuum...............................61

School Purposes Leaves.....................................................172
School Schedule Change Process........................................21
School Social Workers
Experience, Salary Schedule Credit............................ 141
Work Year, Additional 6 days (.5FTE) ........................ 20
School Support Process.......................................................54
Schools as Centers for Performance ................................32
Seniority
Article 17........................................................................ 214
Seniority Numbers ........................................................ 214
Separation, 30 duty day notice requirement....................31
Severance - See Wellness Pay ..........................................157
Shared Decision-Making
Accountability................................................................ 33
Assessment..................................................................... 49
Process ............................................................................ 33
Shared Leadership........................................................ 32
Shared Leadership for Continuous Improvement, Article 4........32
Shared Positions..................................................................203
Sick Leave .............................................................................165
Cadre Reserve Teacher................................................. 165
Donation Program ........................................................ 168
Hourly Rate Teachers................................................... 148
Long-Call Reserve Teacher.......................................... 165
Return to Duty ............................................................... 171
Severance - See Wellness Pay .................................... 157
Severance, Beneficiary Designation ........................... 159
Severance, Survivor Benefits....................................... 159
Short-Call Reserve Teachers........................................ 151
Sick Leave Pool Benefits (85 Days) ........................... 167
Unearned Sick Leave .................................................... 165
Wellness Pay Leave ...................................................... 165
Yearly Allowance pro-rated, Part Time Over .5 FTE................ 165
Yearly Allowance, 10 days............................................ 165
Sick Leave Conversion at Retirement - See Wellness Pay...........157
Sick Leave Donation Program
Unused Donated Days go to Sick Leave Pool ............. 168
Sick Leave Pool....................................................................166
3rd Party Review of Claims.......................................... 166
Attending Physicial Statement Required..................... 167
Donated Days Irretrievable........................................... 166
Draw 1 day if Pool below 2,000 days .......................... 166
Elective Treatment Not Eligible................................... 167
Five (5) Day Waiting Period ......................................... 167
Lic. Psychiatrist Needed, Mental/Nervous Condition Claims167
Limited to 1st 90 Duty Days' Absence ........................ 167
Max 85d/Incident, 185d/Career (Physical).................. 167
Must Enroll within 30 calendar days of hire or start of any year
........................................................................................ 166
Probationary Teacher Access, 30 Days ....................... 167
Purpose............................................................................ 166
Qualification as Catastrophic Accident/Illness.......... 166
Signature Page.....................................................................227
Site Lead Teacher.................................................................125
Site PDP Coordinating Committee.....................................91
Site PDP Coordinator Selection.........................................91
Site Staff Development.........................................................111
Site Standards Implementation Teams Study Leave......172
Site-Based Management
Assessment..................................................................... 49
Decision-Making Parameters....................................... 45
Decision-Making Scope of Authority .......................... 47
Site Leadership Team Composition ............................. 35

Site Leadership Team Role..........................................................38
Site Team...........................................................................................33
Site Team Accountability............................................................37
Site-Based Schools as Centers for Performance...........................32
Structure............................................................................................33
Snow Emergency...................................................................................20
Special Education
 Caseloads - MOA ........................................................................ 238
 Labor Management Committee................................................ 185
Special Licenses/Certifications .....................................................141
Specialist Teacher's Facilities ......................................................181
Staff Adjustments
 Changes at Natural Breaks ...................................................... 211
 Excessing, Reassignment............................................................ 200
 Related Services Procedure ...................................................... 211
Staff Development ..............................................................................108
 Advisory Committee ...............................................................38, 110
 District...............................................................................................110
 Funds, Criteria for Spending.................................................... 112
 NSDC Standards............................................................................ 109
 Pay Rates .......................................................................................... 225
 Rate of Pay, Hourly.............................................................144, 225
 Site......................................................................................................111
 Stipend ......................................................................................144, 225
Staff Reduction ....................................................................................201
 Canvassing Procedure ................................................................ 193
 Excessing.......................................................................................... 193
 Least Senior Excessed................................................................. 193
 PSP, Voluntary Excessing .......................................................... 193
 Recall Procedure After Excessed ........................................... 208
Staffing Caseloads - Special Ed Tchrs, Table ....................................184
Staffing Support - Special Ed Tchrs, Table......................................184
Standards of Effective Instruction (SOEI)
 Professional Development.............................................................67
Standards Of Effective Schools ......................................................39
STEP ...................... See Student Teacher Experience Program (STEP)
Stipend
 Cooperating/Supervising Teacher ....................................... 125
 Mentor Teacher............................................................................. 143
 Mentor Teacher ($5,000) ......................................................... 224
 Schedule "G" ................................................................................... 225
 Staff Development ..............................................................144, 225
Strategic Direction for Staff Development.........................................108
Student Activities Pay Schedules ...................................................222
Student and Family Feedback Surveys...............................................105
Student Behavior
 Article 6............................................................................................ 132
 Right to Cooperation & Respect............................................. 136
 Student Engagement Plans........................................................ 134
Student Teacher
 Definition ........................................................................................ 124
 Student Teacher Coordinator.................................................. 125
 Student Teacher Experience Program (STEP) ............................ 114
Student Transfers, Other Districts................................................136
Study Leave
 Summer.............................................................................................. 176
 With Pay (1-2 Weeks).................................................................. 172
 Without Pay .................................................................................... 172
Summer School .......................................................................................22
 Preference, teachers assigned during School Yr...........................22
 Preparation, Pay Rate, PD .............................................................22
 Release, Reasons.................................................................................23
 Two-Year Rotation.............................................................................22

Summer Study Leave...................................................................176
Supervising/Cooperating Teacher - Definition..............................125
Surveys, Family and Student..........................................................105

## T

Tax-Deferred Savings Plans.....................................................156
Teacher
 Defined as Public Employee, 179A.03.18 ........................ 15
Teacher Development Council ................................................113
Teacher Emeritus.........................................................................128
Teacher Exchange Program......................................................176
Teacher on Special Assignment (TOSA) ..See TOSA-District, TOSA-
 Site, See TOSA (-District -Site)
Teachers Right to Student Cooperation and Respect....................136
Teaching license, Renewal Responsibility ............................29
Technology
 Article 16........................................................................................ 213
Technology Joint Labor/Management Committee ........................213
Telephones......................................................................................213
 Cell/Digital Telephones ........................................................ 213
Tenure
 Definition of Tenured Teacher ........................................... 125
 Layoffs ............................................................................................ 205
 MN Statute & Contractual ........................................................92
 Teacher Tenure Act.................................................................... 242
 Tenured Teacher Definition.................................................. 125
Terms and Conditions of Employment, Defined................................15
Third-Party Billing, Lane Change, National Board Certification142
Threats, Reporting Requirement ...........................................137
Time Off for Representatives ......................................................12
TOSA-District
 Eligible to Apply For Other TOSA Positions.....................127, 205
 Eligible to Reapply For TOSA Position Held............................... 205
 Service Time As TOSA................................................................ 127
 Site Return Rights....................................................................... 127
 Timing Of Appointment .................................................127, 205
 Transfer, Reassignment Rights ............................................ 205
TOSA-Site
 Eligible to Apply For Other TOSA Positions.....................126, 205
 Eligible to Reapply For TOSA Position Held............................... 205
 Site Return Rights....................................................................... 126
 Timing of Appointment............................................................ 126
 Timing Of Appointment .......................................................... 205
 Transfer, Reassignment Rights ............................................ 205
Transfer, Reassignment, & Recall
 Alternative Staffing, Special Education ............................ 200
 Article 15......................................................................................... 192
 Bilingual and Dual Language Teachers ............................ 202
 Change of School Building Assignment ............................ 199
 Citywide Related Services........................................................ 203
 Closing, moving, merging sites ............................................. 201
 Excessed Status............................................................................ 192
 Exemption from Layoff............................................................. 207
 Four (4) Most Senior Interviewed .........................................193, 196
 Four (4) Others Interviewed ...................................................193, 196
 Gifted and Talented Teachers ............................................... 203
 Internal Reassignment - See Internal Reassignment................ 194
 Interviewing - License Valid, Documentation in Lieu Of......... 196
 Interviewing - Must be Cleared to Return....................... 196
 Interviewing - Must Be Under Contract ........................... 196
 Job Share Positions.................................................................... 203
 Leaves of 1 year or less ........................................................... 192

Leaves of 1 year or less, return to same site .................................. 195
Licensure for New Area ............................................................... 196
Matching Session .......................................................................... 194
New Program/Site, Rules for Teacher Selection ......................... 199
Part-time Assignments ................................................................. 202
PSP, transfers while on ................................................................ 104
Realignment, Not occur due to Reduction in Force .................. 193
Reassignment of Teachers ........................................................... 201
Recall Procedure, After Excessed ................................................ 208
Recall Rights After Layoff ............................................................ 208
Reference Check ............................................................................ 193
Selection of Candidates ................................................................ 193
Seniority earned within Bargaining Unit .................................... 194
Staff Adjustment, Placement........................................................ 200
Staff Reduction ............................................................................. 201
Summary of Key Provisions ......................................................... 193
Teachers on Special Assignment (TOSA) ..................................... 205
Teachers with Multiple Assignments .......................................... 204
Transfer Grievances, Prospective Remedy .................................. 194
Transfer Process Rules ................................................................. 195
Underrepresented populations ............................................. 193, 207
*Vacancies - Fills Permanent up to end of 2nd  Semester* .............. 194
Vacancies - Fills Permanent up to end of 2nd Semester .......... 195
Tutors, Hours, Pay, Hiring Process .................................................. 148

## U

Unassigned Status
Defined .................................................................................. 194, 198
May Fill New Site/New Program Vacancies ......................... 198, 199
Participation in Interview Process ............................................... 194
Right To Interview ........................................................................ 192
Union Business Leave ........................................................................ 12
Union Steward
15 Minutes At Staff Meeting ......................................................... 17
AOT Review Team ........................................................................... 98
Coordinate AOT .............................................................................. 91
Creating Interview Team .............................................................. 196
ILT Inclusion .................................................................................... 38

Notified of Major Worksite Construction ..................................... 180
PDP Coordinating Committee May Include ..................................... 91
PDP Site Coordinator Assessment Survey ...................................... 91
PDP, Staff Development Plans ......................................................... 88
School Support Team May Include ................................................... 53
Site Leadership Team Includes ........................................................ 35

## V

Vehicle Damage, Reimbursement .......................................................... 161
Vote
Preparation Time, Elementary (Majority, By Last Day of School
............................................................................................................ 18

## W

Wellness Pay (Severance)
50% Sick Leave/Career Transition Trust ...................................... 157
Calculation Formula & Examples .................................................. 159
Survivor Benefits .......................................................................... 159
Work Injury/Illness, Reporting ......................................................... 180
Work Site Construction .................................................................... 180
Work Space ........................................................................................ 181
Work Week
ECFE Teachers ................................................................................. 23
Work Year
Counselors, Additional 10 days ..................................................... 20
Library Media Specialists, Additional 4 days ................................ 20
Licensed School Nurses, Additional 6 days ................................... 20
Number of Duty Days ..................................................................... 19
School Social Workers, Additional 6 days (.5FTE) ........................ 20
Workers' Compensation
Assault .......................................................................................... 161
Forms (Incident, First Rept. of Injury, Police Rept.) .................. 137
Working Conditions
Article 12 ...................................................................................... 179
Environmental Health/Safety Complaints ................................... 180
World Language Programs ............. *See* Bilingual and Dual Language
Programs